# EXHIBIT 5

# Request for Additional Information/Documentation for KYC Application

Thread ID: 18b9654eb302a2c7 | Mensagens: 18

### — Mensagem 1 de 18 —

**De:** kyc-support@ftx.com

**Para:** vitorvieiramkt@gmail.com

**Data:** 03/11/2023 17:57 UTC

**Assunto:** Request for Additional Information/Documentation for KYC Application

Dear Customer,

Thank you for submitting your KYC information. We appreciate your cooperation. Some additional information/documentation is required to process your KYC submission. Please provide your corresponding source of fund supporting document (with your name on it) from one of the following selections:

- Investment/securities account statement for the past 3 months

- 3 salary or income slips issued within the past 6 months

- Loan agreement

- Other such as proof of sales of assets/property, inheritance etc

You can provide further documentation by replying to this secure encrypted email address. Please do not block out information. We appreciate your understanding and cooperation in fulfilling these requirements. If you have any questions or need assistance, please contact our customer support team. We are here to help.

Thank you for your cooperation in resolving this matter promptly.

Best regards,

KYC Support

Disclaimer

The information contained in this communication from the sender is confidential. It is intended solely for use by the recipient and others authorized to receive it. If you are not the recipient, you are hereby notified that any disclosure, copying, distribution or taking action in relation of the contents of this information is strictly prohibited and may be unlawful.

This email has been scanned for viruses and malware, and may have been automatically archived by Mimecast, a leader in email security and cyber resilience. Mimecast integrates email defenses with brand protection, security awareness training, web security, compliance and other essential capabilities. Mimecast helps protect large and small organizations from malicious activity, human error and technology failure; and to lead the movement toward building a more resilient world. To find out more, visit our website.

### — Mensagem 2 de 18 —

**De:** kyc-support@ftx.com

**Para:** vitorvieiramkt@gmail.com

**Data:** 13/12/2023 13:43 UTC

**Assunto:** Request for Additional Information/Documentation for KYC Application

Dear Customer,

Thank you for submitting your KYC information. We appreciate your cooperation. Some additional information/documentation is required to process your KYC submission. Please provide your corresponding source of fund supporting document (with your name on it) from one of the following selections:

- Investment/securities account statement for the past 3 months

- 3 salary or income slips issued within the past 6 months

- Loan agreement

- Other such as proof of sales of assets/property, inheritance etc

You can provide further documentation by replying to this secure encrypted email address. Please do not block out information. We appreciate your understanding and cooperation in fulfilling these requirements. If you have any questions or need assistance, please contact our customer support team. We are here to help.

Thank you for your cooperation in resolving this matter promptly.

Best regards,

KYC Support

Disclaimer

The information contained in this communication from the sender is confidential. It is intended solely for use by the recipient and others authorized to receive it. If you are not the recipient, you are hereby notified that any disclosure, copying, distribution or taking action in relation of the contents of this information is strictly prohibited and may be unlawful.

This email has been scanned for viruses and malware, and may have been automatically archived by Mimecast, a leader in email security and cyber resilience. Mimecast integrates email defenses with brand protection, security awareness training, web security, compliance and other essential capabilities. Mimecast helps protect large and small organizations from malicious activity, human error and technology failure; and to lead the movement toward building a more resilient world. To find out more, visit our website.

---

## — Mensagem 3 de 18 —

**De:** kyc-support@ftx.com

**Para:** vitorvieiramkt@gmail.com

**Data:** 26/02/2024 18:54 UTC

**Assunto:** Re: Request for Additional Information/Documentation for KYC Application

Dear Customer,

Unfortunately we are not able to proceed with reviewing your KYC submission until the following is provided:

Thank you for submitting your KYC information. We appreciate your cooperation. Unfortunately the provided documents do not support your claim balance. Some additional information/documentation is required to process your KYC submission that will support your claim balance (equal to or greater than the claim balance). We kindly request that you provide one or more the following documentation:

Last filed income tax statement

Investment/securities account statement for the past 3 months

Loan agreement

Other such as proof of sales of assets/property, inheritance etc.

Bank statements issued for the past 3 months

3 salary or income slips issued within the past 6 months

Please ensure that your full name and current date are visible.

You can provide further documentation by replying to this secure email address.

We appreciate your understanding and cooperation in fulfilling these requirements. If you have any questions or need assistance, please contact our customer support team. We are here to help.

Thank you for your cooperation in resolving this matter promptly.

Best regards,

KYC Support

--- original message ---

On December 13, 2023 at 7:43 AM CST kyc-support@ftx.com wrote:

Dear Customer,

Thank you for submitting your KYC information. We appreciate your cooperation. Some additional information/documentation is required to process your KYC submission. Please provide your corresponding source of fund supporting document (with your name on it) from one of the following selections:

- Investment/securities account statement for the past 3 months

- 3 salary or income slips issued within the past 6 months

- Loan agreement

- Other such as proof of sales of assets/property, inheritance etc

You can provide further documentation by replying to this secure encrypted email address. Please do not block out information. We appreciate your understanding and cooperation in fulfilling these requirements. If you have any questions or need assistance, please contact our customer support team. We are here to help.

Thank you for your cooperation in resolving this matter promptly.

Best regards,

KYC Support

--- end of original message ---

Disclaimer

The information contained in this communication from the sender is confidential. It is intended solely for use by the recipient and others authorized to receive it. If you are not the recipient, you are hereby notified that any disclosure, copying, distribution or taking action in relation of the contents of this information is strictly prohibited and may be unlawful.

This email has been scanned for viruses and malware, and may have been automatically archived by Mimecast, a leader in email security and cyber resilience. Mimecast integrates email defenses with brand protection, security awareness training, web security, compliance and other essential capabilities. Mimecast helps protect large and small organizations from malicious activity, human error and technology failure; and to lead the movement toward building a more resilient world. To find out more, visit our website.

## — Mensagem 4 de 18 —

**De:** vitorvieiramkt@gmail.com

**Para:** kyc-support@ftx.com

**Data:** 06/03/2024 03:36 UTC

**Assunto:** Re: Request for Additional Information/Documentation for KYC Application

**Anexos:** 16164406781-IRPF-2023-2022-origi-imagem-recibo.pdf

---

Hello, follow the updated income tax

Confirm if everything is ok!

<https://www.avast.com/sig-email?utm_medium=email&utm_source=link&utm_campaign=sig-email&utm_content=webmail>

Não

contém vírus.www.avast.com

<https://www.avast.com/sig-email?utm_medium=email&utm_source=link&utm_campaign=sig-email&utm_content=webmail>

<#DAB4FAD8-2DD7-40BB-A1B8-4E2AA1F9FDF2>

Em seg., 26 de fev. de 2024 às 15:54, kyc-support@ftx.com <

kyc-support@ftx.com> escreveu:

> Dear Customer,
>
> Unfortunately we are not able to proceed with reviewing your KYC
> submission until the following is provided:
>
> Thank you for submitting your KYC information. We appreciate your
> cooperation. Unfortunately the provided documents do not support your claim
> balance. Some additional information/documentation is required to process
> your KYC submission that will support your claim balance (equal to or
> greater than the claim balance). We kindly request that you provide one
> or more the following documentation:
>
> - Last filed income tax statement
> - Investment/securities account statement for the past 3 months
> - Loan agreement
> - Other such as proof of sales of assets/property, inheritance etc.
> - Bank statements issued for the past 3 months
> - 3 salary or income slips issued within the past 6 months
>
>
> Please ensure that your full name and current date are visible.
> You can provide further documentation by replying to this secure email
> address.
> We appreciate your understanding and cooperation in fulfilling these

> requirements. If you have any questions or need assistance, please
> contact our customer support team. We are here to help.
>
> Thank you for your cooperation in resolving this matter promptly.
>
> Best regards,
> KYC Support
> [image: Sent from Front]
>
> On December 13, 2023 at 7:43 AM CST kyc-support@ftx.com wrote:
>
> Dear Customer,
>
> Thank you for submitting your KYC information. We appreciate your
> cooperation. Some additional information/documentation is required to
> process your KYC submission. Please provide your corresponding source of
> fund supporting document (with your name on it) from one of the following
> selections:
>
>
> - - Investment/securities account statement for the past 3 months
>
> - 3 salary or income slips issued within the past 6 months
>
> - - Loan agreement
>
>
> - - Other such as proof of sales of assets/property, inheritance etc
>
>
> You can provide further documentation by replying to this secure
> encrypted email address. Please do not block out information. We
> appreciate your understanding and cooperation in fulfilling these
> requirements. If you have any questions or need assistance, please
> contact our customer support team. We are here to help.
>
> Thank you for your cooperation in resolving this matter promptly.
>
> Best regards,
> KYC Support
>
>

>
> *Disclaimer*
>
> The information contained in this communication from the sender is
> confidential. It is intended solely for use by the recipient and others
> authorized to receive it. If you are not the recipient, you are hereby
> notified that any disclosure, copying, distribution or taking action in
> relation of the contents of this information is strictly prohibited and may
> be unlawful.
>
> This email has been scanned for viruses and malware, and may have been
> automatically archived by Mimecast, a leader in email security and cyber
> resilience. Mimecast integrates email defenses with brand protection,
> security awareness training, web security, compliance and other essential
> capabilities. Mimecast helps protect large and small organizations from
> malicious activity, human error and technology failure; and to lead the
> movement toward building a more resilient world. To find out more, visit
> our website.
>

---

## — Mensagem 5 de 18 —

**De:** kyc-support@ftx.com

**Para:** vitorvieiramkt@gmail.com

**Data:** 06/03/2024 16:44 UTC

**Assunto:** Re: Request for Additional Information/Documentation for KYC Application

---

Dear Customer,

Thank you for providing the details.
Do you have a transaction history (bank statement) that supports your FTX claim balance?

Best,
KYC Support

--- original message ---
On March 5, 2024 at 10:36 PM EST vitorvieiramkt@gmail.com wrote:

Hello, follow the updated income tax

Confirm if everything is ok!

Não contém vírus.www.avast.com

> Em seg., 26 de fev. de 2024 às 15:54, kyc-support@ftx.com <kyc-support@ftx.com> escreveu:

>> Dear Customer,

>> Unfortunately we are not able to proceed with reviewing your KYC submission until the following is provided:

>>

>> Thank you for submitting your KYC information. We appreciate your cooperation. Unfortunately the provided documents do not support your claim balance. Some additional information/documentation is required to process your KYC submission that will support your claim balance (equal to or greater than the claim balance). We kindly request that you provide one or more the following documentation:

>> Last filed income tax statement

>> Investment/securities account statement for the past 3 months

>> Loan agreement

>> Other such as proof of sales of assets/property, inheritance etc.

>> Bank statements issued for the past 3 months

>> 3 salary or income slips issued within the past 6 months

>> Please ensure that your full name and current date are visible.

>> You can provide further documentation by replying to this secure email address.

>> We appreciate your understanding and cooperation in fulfilling these requirements. If you have any questions or need assistance, please contact our customer support team. We are here to help.

>> Thank you for your cooperation in resolving this matter promptly.

>> Best regards,

>> KYC Support

>>> On December 13, 2023 at 7:43 AM CST kyc-support@ftx.com wrote:

>>> Dear Customer,

>>>

>>> Thank you for submitting your KYC information. We appreciate your cooperation. Some additional information/documentation is required to process your KYC submission. Please provide your corresponding source of fund supporting document (with your name on it) from one of the following selections:

>>>

>>> - Investment/securities account statement for the past 3 months

>>> - 3 salary or income slips issued within the past 6 months

>>> - Loan agreement

>>> - Other such as proof of sales of assets/property, inheritance etc

>>> You can provide further documentation by replying to this secure encrypted email address. Please do not block out information. We appreciate your understanding and cooperation in fulfilling these requirements. If you have any questions or need assistance, please contact our customer support team. We are here to help.

>>> Thank you for your cooperation in resolving this matter promptly.

>>> Best regards,

>>> KYC Support

>> Disclaimer

>> The information contained in this communication from the sender is confidential. It is intended solely for use by the recipient and others authorized to receive it. If you are not the recipient, you are hereby notified that any disclosure, copying, distribution or taking action in relation of the contents of this information is strictly prohibited and may be unlawful.

>> This email has been scanned for viruses and malware, and may have been automatically archived by Mimecast, a leader in email security and cyber resilience. Mimecast integrates email defenses with brand protection, security awareness training, web security, compliance and other essential capabilities. Mimecast helps protect large and small organizations from malicious activity, human error and technology failure; and to lead the movement toward building a more resilient world. To find out more, visit our website.

--- end of original message ---

Disclaimer

The information contained in this communication from the sender is confidential. It is intended solely for use by the recipient and others authorized to receive it. If you are not the recipient, you are hereby notified that any disclosure, copying, distribution or taking action in relation of the contents of this information is strictly prohibited and may be unlawful.

This email has been scanned for viruses and malware, and may have been automatically archived by Mimecast, a leader in email security and cyber resilience. Mimecast integrates email defenses with brand protection, security awareness training, web security, compliance and other essential capabilities. Mimecast helps protect large and small organizations from malicious activity, human error and technology failure; and to lead the movement toward building a more resilient world. To find out more, visit our website.

---

## — Mensagem 6 de 18 —

**De:** vitorvieiramkt@gmail.com

**Para:** kyc-support@ftx.com

**Data:** 07/03/2024 16:59 UTC

**Assunto:** Re: Request for Additional Information/Documentation for KYC Application

---

yes I have Would the transfer that was made from Binance to FTX be this?

Em qua., 6 de mar. de 2024 às 13:44, kyc-support@ftx.com <

kyc-support@ftx.com> escreveu:

> Dear Customer,

>

> Thank you for providing the details.

> Do you have a transaction history (bank statement) that supports your FTX

> claim balance?

>

> Best,

> KYC Support

> [image: Sent from Front]

>

> On March 5, 2024 at 10:36 PM EST vitorvieiramkt@gmail.com wrote:

>

> Hello, follow the updated income tax

> Confirm if everything is ok!

>

>

> <https://www.avast.com/sig-email?utm_medium=email&utm_source=link&utm_campaign=sig-email&utm_content=webmail> Não

> contém vírus.www.avast.com

> <https://www.avast.com/sig-email?utm_medium=email&utm_source=link&utm_campaign=sig-email&utm_content=webmail>

>

> Em seg., 26 de fev. de 2024 às 15:54, kyc-support@ftx.com <

> kyc-support@ftx.com> escreveu:

>

>> Dear Customer,

>>

>> Unfortunately we are not able to proceed with reviewing your KYC

>> submission until the following is provided:

>>

>> Thank you for submitting your KYC information. We appreciate your

>> cooperation. Unfortunately the provided documents do not support your claim

>> balance. Some additional information/documentation is required to

>> process your KYC submission that will support your claim balance (equal to

>> or greater than the claim balance). We kindly request that you provide one

>> or more the following documentation:

>>

>> - Last filed income tax statement

>> - Investment/securities account statement for the past 3 months

>> - Loan agreement

>> - Other such as proof of sales of assets/property, inheritance etc.

>> - Bank statements issued for the past 3 months

>> - 3 salary or income slips issued within the past 6 months

>>

>>

>> Please ensure that your full name and current date are visible.

>> You can provide further documentation by replying to this secure email

>> address.

>> We appreciate your understanding and cooperation in fulfilling these

>> requirements. If you have any questions or need assistance, please

>> contact our customer support team. We are here to help.

>>

>> Thank you for your cooperation in resolving this matter promptly.

>>

>> Best regards,

>> KYC Support
>> [image: Sent from Front]
>>
>> On December 13, 2023 at 7:43 AM CST kyc-support@ftx.com wrote:
>>
>> Dear Customer,
>>
>> Thank you for submitting your KYC information. We appreciate your
>> cooperation. Some additional information/documentation is required to
>> process your KYC submission. Please provide your corresponding source of
>> fund supporting document (with your name on it) from one of the
>> following selections:
>>
>>
>> - - Investment/securities account statement for the past 3 months
>>
>> - 3 salary or income slips issued within the past 6 months
>>
>> - - Loan agreement
>>
>>
>> - - Other such as proof of sales of assets/property, inheritance etc
>>
>>
>> You can provide further documentation by replying to this secure
>> encrypted email address. Please do not block out information. We
>> appreciate your understanding and cooperation in fulfilling these
>> requirements. If you have any questions or need assistance, please
>> contact our customer support team. We are here to help.
>>
>> Thank you for your cooperation in resolving this matter promptly.
>>
>> Best regards,
>> KYC Support
>>
>>
>>
>> *Disclaimer*
>>
>> The information contained in this communication from the sender is
>> confidential. It is intended solely for use by the recipient and others
>> authorized to receive it. If you are not the recipient, you are hereby

>> notified that any disclosure, copying, distribution or taking action in
>> relation of the contents of this information is strictly prohibited and may
>> be unlawful.
>>
>> This email has been scanned for viruses and malware, and may have been
>> automatically archived by Mimecast, a leader in email security and cyber
>> resilience. Mimecast integrates email defenses with brand protection,
>> security awareness training, web security, compliance and other essential
>> capabilities. Mimecast helps protect large and small organizations from
>> malicious activity, human error and technology failure; and to lead the
>> movement toward building a more resilient world. To find out more, visit
>> our website.
>>
>
>
> *Disclaimer*
>
> The information contained in this communication from the sender is
> confidential. It is intended solely for use by the recipient and others
> authorized to receive it. If you are not the recipient, you are hereby
> notified that any disclosure, copying, distribution or taking action in
> relation of the contents of this information is strictly prohibited and may
> be unlawful.
>
> This email has been scanned for viruses and malware, and may have been
> automatically archived by Mimecast, a leader in email security and cyber
> resilience. Mimecast integrates email defenses with brand protection,
> security awareness training, web security, compliance and other essential
> capabilities. Mimecast helps protect large and small organizations from
> malicious activity, human error and technology failure; and to lead the
> movement toward building a more resilient world. To find out more, visit
> our website.
>

---

## — Mensagem 7 de 18 —

**De:** kyc-support@ftx.com
**Para:** vitorvieiramkt@gmail.com
**Data:** 07/03/2024 18:22 UTC
**Assunto:** Re: Request for Additional Information/Documentation for KYC Application

---

Dear Customer,

Any bank statements from the past 3-4 years the support any transactions made that was deposited into Binance (or any other investments) , and the transactions from Binance to FTX also. We need to see how you were initially able to invest as your tax document and bank statements are not sufficient enough alone, we require multiple documents to support your balance.

Best,

KYC Support.

--- original message ---

On March 7, 2024 at 10:59 AM CST vitorvieiramkt@gmail.com wrote:

yes I have Would the transfer that was made from Binance to FTX be this?

> Em qua., 6 de mar. de 2024 às 13:44, kyc-support@ftx.com <kyc-support@ftx.com> escreveu:

>> Dear Customer,

>> Thank you for providing the details.

>> Do you have a transaction history (bank statement) that supports your FTX claim balance?

>> Best,

>> KYC Support

>>> On March 5, 2024 at 10:36 PM EST vitorvieiramkt@gmail.com wrote:

>>> Hello, follow the updated income tax

>>> Confirm if everything is ok!

>>> Não contém vírus.www.avast.com

>>>> Em seg., 26 de fev. de 2024 às 15:54, kyc-support@ftx.com <kyc-support@ftx.com> escreveu:

>>>>> Dear Customer,

>>>>> Unfortunately we are not able to proceed with reviewing your KYC submission until the following is provided:

>>>>>

>>>>> Thank you for submitting your KYC information. We appreciate your cooperation. Unfortunately the provided documents do not support your claim balance. Some additional information/documentation is required to process your KYC submission that will support your claim balance (equal to or greater than the claim balance). We kindly request that you provide one or more the following documentation:

>>>>> Last filed income tax statement

>>>>> Investment/securities account statement for the past 3 months

>>>>> Loan agreement

>>>>> Other such as proof of sales of assets/property, inheritance etc.

>>>>> Bank statements issued for the past 3 months

>>>>> 3 salary or income slips issued within the past 6 months

>>>>> Please ensure that your full name and current date are visible.

>>>>> You can provide further documentation by replying to this secure email address.

>>>>> We appreciate your understanding and cooperation in fulfilling these requirements. If you have any questions or need assistance, please contact our customer support team. We are here to help.

>>>>> Thank you for your cooperation in resolving this matter promptly.

>>>>> Best regards,

>>>>> KYC Support

>>>>>> On December 13, 2023 at 7:43 AM CST kyc-support@ftx.com wrote:

>>>>>> Dear Customer,

>>>>>>

>>>>>> Thank you for submitting your KYC information. We appreciate your cooperation. Some additional information/documentation is required to process your KYC submission. Please provide your corresponding source of fund supporting document (with your name on it) from one of the following selections:

>>>>>>

>>>>>> - Investment/securities account statement for the past 3 months

>>>>>> - 3 salary or income slips issued within the past 6 months

>>>>>> - Loan agreement

>>>>>> - Other such as proof of sales of assets/property, inheritance etc

>>>>>> You can provide further documentation by replying to this secure encrypted email address. Please do not block out information. We appreciate your understanding and cooperation in fulfilling these requirements. If you have any questions or need assistance, please contact our customer support team. We are here to help.

>>>>>> Thank you for your cooperation in resolving this matter promptly.

>>>>>> Best regards,

>>>>>> KYC Support

>>>>> Disclaimer

>>>>> The information contained in this communication from the sender is confidential. It is intended solely for use by the recipient and others authorized to receive it. If you are not the recipient, you are hereby notified that any disclosure, copying, distribution or taking action in relation of the contents of this information is strictly prohibited and may be unlawful.

>>>>> This email has been scanned for viruses and malware, and may have been automatically archived by Mimecast, a leader in email security and cyber resilience. Mimecast integrates email defenses with brand protection, security awareness training, web security, compliance and other essential capabilities. Mimecast helps protect large and small organizations from malicious activity, human error and technology failure; and to lead the movement toward building a more resilient world. To find out more, visit our website.

>> Disclaimer

>> The information contained in this communication from the sender is confidential. It is intended solely for use by the recipient and others authorized to receive it. If you are not the recipient, you are hereby notified that any disclosure, copying, distribution or taking action in relation of the contents of this information is strictly prohibited and may be unlawful.

>> This email has been scanned for viruses and malware, and may have been automatically archived by Mimecast, a leader in email security and cyber resilience. Mimecast integrates email defenses with brand protection, security awareness training, web security, compliance and other essential capabilities. Mimecast helps protect large and small organizations from malicious activity, human error and technology failure; and to lead the movement toward building a more resilient world. To find out more, visit our website.

--- end of original message ---

Disclaimer

The information contained in this communication from the sender is confidential. It is intended solely for use by the recipient and others authorized to receive it. If you are not the recipient, you are hereby notified that any disclosure, copying, distribution or taking action in relation of the contents of this information is strictly prohibited and may be unlawful.

This email has been scanned for viruses and malware, and may have been automatically archived by Mimecast, a leader in email security and cyber resilience. Mimecast integrates email defenses with brand protection, security awareness training, web security, compliance and other essential capabilities. Mimecast helps protect large and small organizations from malicious activity, human error and technology failure; and to lead the movement toward building a more resilient world. To find out more, visit our website.

---

## — Mensagem 8 de 18 —

**De:** vitorvieiramkt@gmail.com

**Para:** kyc-support@ftx.com

**Data:** 12/03/2024 13:17 UTC

**Assunto:** Re: Request for Additional Information/Documentation for KYC Application

**Anexos:** Saldo ftx.PNG, Ftx recebendo da binance.PNG, Binance pra ftx.PNG

---

Hello, good afternoon, but why didn't they ask for these documents at the time of deposit? I am sending attached the print of the Binance wallet to which the cryptos were transferred I've been a crypto holder for many years since it wasn't worth much and I have a statement for it for many years now There is nothing illegal in my cryptos, I even sent you my updated income tax with them declared

Em qui., 7 de mar. de 2024 às 15:22, kyc-support@ftx.com < kyc-support@ftx.com> escreveu:

> Dear Customer,
>
> Any bank statements from the past 3-4 years the support any transactions
> made that was deposited into Binance (or any other investments) , and the
> transactions from Binance to FTX also. We need to see how you were
> initially able to invest as your tax document and bank statements are not
> sufficient enough *alone*, we require multiple documents to support your
> balance.
>
> Best,
> KYC Support.
> [image: Sent from Front]
>
> On March 7, 2024 at 10:59 AM CST vitorvieiramkt@gmail.com wrote:
>
> yes I have Would the transfer that was made from Binance to FTX be this?

>

>

>

> Em qua., 6 de mar. de 2024 às 13:44, kyc-support@ftx.com <

> kyc-support@ftx.com> escreveu:

>

>> Dear Customer,

>>

>> Thank you for providing the details.

>> Do you have a transaction history (bank statement) that supports your FTX

>> claim balance?

>>

>> Best,

>> KYC Support

>> [image: Sent from Front]

>>

>> On March 5, 2024 at 10:36 PM EST vitorvieiramkt@gmail.com wrote:

>>

>> Hello, follow the updated income tax

>> Confirm if everything is ok!

>>

>>

>> <https://www.avast.com/sig-email?utm_medium=email&utm_source=link&utm_campaign=sig-email&utm_content=webmail> Não

>> contém vírus.www.avast.com

>> <https://www.avast.com/sig-email?utm_medium=email&utm_source=link&utm_campaign=sig-email&utm_content=webmail>

>>

>> Em seg., 26 de fev. de 2024 às 15:54, kyc-support@ftx.com <

>> kyc-support@ftx.com> escreveu:

>>

>>> Dear Customer,

>>>

>>> Unfortunately we are not able to proceed with reviewing your KYC

>>> submission until the following is provided:

>>>

>>> Thank you for submitting your KYC information. We appreciate your

>>> cooperation. Unfortunately the provided documents do not support your claim

>>> balance. Some additional information/documentation is required to

>>> process your KYC submission that will support your claim balance (equal to

>>> or greater than the claim balance). We kindly request that you provide one

>>> or more the following documentation:

>>>
>>> - Last filed income tax statement
>>> - Investment/securities account statement for the past 3 months
>>> - Loan agreement
>>> - Other such as proof of sales of assets/property, inheritance etc.
>>> - Bank statements issued for the past 3 months
>>> - 3 salary or income slips issued within the past 6 months
>>>
>>>
>>> Please ensure that your full name and current date are visible.
>>> You can provide further documentation by replying to this secure email
>>> address.
>>> We appreciate your understanding and cooperation in fulfilling these
>>> requirements. If you have any questions or need assistance, please
>>> contact our customer support team. We are here to help.
>>>
>>> Thank you for your cooperation in resolving this matter promptly.
>>>
>>> Best regards,
>>> KYC Support
>>> [image: Sent from Front]
>>>
>>> On December 13, 2023 at 7:43 AM CST kyc-support@ftx.com wrote:
>>>
>>> Dear Customer,
>>>
>>> Thank you for submitting your KYC information. We appreciate your
>>> cooperation. Some additional information/documentation is required to
>>> process your KYC submission. Please provide your corresponding source
>>> of fund supporting document (with your name on it) from one of the
>>> following selections:
>>>
>>>
>>> - - Investment/securities account statement for the past 3 months
>>>
>>> - 3 salary or income slips issued within the past 6 months
>>>
>>> - - Loan agreement
>>>
>>>
>>> - - Other such as proof of sales of assets/property, inheritance etc
>>>

>>>
>>> You can provide further documentation by replying to this secure
>>> encrypted email address. Please do not block out information. We
>>> appreciate your understanding and cooperation in fulfilling these
>>> requirements. If you have any questions or need assistance, please
>>> contact our customer support team. We are here to help.
>>>
>>> Thank you for your cooperation in resolving this matter promptly.
>>>
>>> Best regards,
>>> KYC Support
>>>
>>>
>>>
>>> *Disclaimer*
>>>
>>> The information contained in this communication from the sender is
>>> confidential. It is intended solely for use by the recipient and others
>>> authorized to receive it. If you are not the recipient, you are hereby
>>> notified that any disclosure, copying, distribution or taking action in
>>> relation of the contents of this information is strictly prohibited and may
>>> be unlawful.
>>>
>>> This email has been scanned for viruses and malware, and may have been
>>> automatically archived by Mimecast, a leader in email security and cyber
>>> resilience. Mimecast integrates email defenses with brand protection,
>>> security awareness training, web security, compliance and other essential
>>> capabilities. Mimecast helps protect large and small organizations from
>>> malicious activity, human error and technology failure; and to lead the
>>> movement toward building a more resilient world. To find out more, visit
>>> our website.
>>>
>>
>>
>> *Disclaimer*
>>
>> The information contained in this communication from the sender is
>> confidential. It is intended solely for use by the recipient and others
>> authorized to receive it. If you are not the recipient, you are hereby
>> notified that any disclosure, copying, distribution or taking action in
>> relation of the contents of this information is strictly prohibited and may
>> be unlawful.

>>

>> This email has been scanned for viruses and malware, and may have been

>> automatically archived by Mimecast, a leader in email security and cyber

>> resilience. Mimecast integrates email defenses with brand protection,

>> security awareness training, web security, compliance and other essential

>> capabilities. Mimecast helps protect large and small organizations from

>> malicious activity, human error and technology failure; and to lead the

>> movement toward building a more resilient world. To find out more, visit

>> our website.

>>

>

>

> *Disclaimer*

>

> The information contained in this communication from the sender is

> confidential. It is intended solely for use by the recipient and others

> authorized to receive it. If you are not the recipient, you are hereby

> notified that any disclosure, copying, distribution or taking action in

> relation of the contents of this information is strictly prohibited and may

> be unlawful.

>

> This email has been scanned for viruses and malware, and may have been

> automatically archived by Mimecast, a leader in email security and cyber

> resilience. Mimecast integrates email defenses with brand protection,

> security awareness training, web security, compliance and other essential

> capabilities. Mimecast helps protect large and small organizations from

> malicious activity, human error and technology failure; and to lead the

> movement toward building a more resilient world. To find out more, visit

> our website.

>

---

## — Mensagem 9 de 18 —

**De:** kyc-support@ftx.com

**Para:** vitorvieiramkt@gmail.com

**Data:** 12/03/2024 14:36 UTC

**Assunto:** Re: Request for Additional Information/Documentation for KYC Application

---

Dear Customer,

Thank you for providing that information,

Your KYC is being processed, and no further information is needed from you.

To check the status of your claim, please navigate to the claims portal.

Should you have any other issues or difficulties, please contact support@ftx.com.

Best,

KYC Support

--- original message ---

On March 12, 2024 at 8:17 AM CDT vitorvieiramkt@gmail.com wrote:

Hello, good afternoon, but why didn't they ask for these documents at the time of deposit? I am sending attached the print of the Binance wallet to which the cryptos were transferred I've been a crypto holder for many years since it wasn't worth much and I have a statement for it for many years now There is nothing illegal in my cryptos, I even sent you my updated income tax with them declared

> Em qui., 7 de mar. de 2024 às 15:22, kyc-support@ftx.com <kyc-support@ftx.com> escreveu:

>> Dear Customer,

>> Any bank statements from the past 3-4 years the support any transactions made that was deposited into Binance (or any other investments) , and the transactions from Binance to FTX also. We need to see how you were initially able to invest as your tax document and bank statements are not sufficient enough alone, we require multiple documents to support your balance.

>> Best,

>> KYC Support.

>>> On March 7, 2024 at 10:59 AM CST vitorvieiramkt@gmail.com wrote:

>>> yes I have Would the transfer that was made from Binance to FTX be this?

>>>> Em qua., 6 de mar. de 2024 às 13:44, kyc-support@ftx.com <kyc-support@ftx.com> escreveu:

>>>>> Dear Customer,

>>>>> Thank you for providing the details.

>>>>> Do you have a transaction history (bank statement) that supports your FTX claim balance?

>>>>> Best,

>>>>> KYC Support

>>>>>> On March 5, 2024 at 10:36 PM EST vitorvieiramkt@gmail.com wrote:

>>>>>> Hello, follow the updated income tax

>>>>>> Confirm if everything is ok!

>>>>>> Não contém vírus.www.avast.com

>>>>>>> Em seg., 26 de fev. de 2024 às 15:54, kyc-support@ftx.com <kyc-support@ftx.com> escreveu:

>>>>>>>> Dear Customer,

>>>>>>>> Unfortunately we are not able to proceed with reviewing your KYC submission until the following is provided:

>>>>>>>>

>>>>>>>> Thank you for submitting your KYC information. We appreciate your cooperation. Unfortunately the provided documents do not support your claim balance. Some additional information/documentation is required to process your KYC submission that will support your claim balance (equal to or greater than the claim balance). We

kindly request that you provide one or more the following documentation:

>>>>>>>> Last filed income tax statement

>>>>>>>> Investment/securities account statement for the past 3 months

>>>>>>>> Loan agreement

>>>>>>>> Other such as proof of sales of assets/property, inheritance etc.

>>>>>>>> Bank statements issued for the past 3 months

>>>>>>>> 3 salary or income slips issued within the past 6 months

>>>>>>>> Please ensure that your full name and current date are visible.

>>>>>>>> You can provide further documentation by replying to this secure email address.

>>>>>>>> We appreciate your understanding and cooperation in fulfilling these requirements. If you have any questions or need assistance, please contact our customer support team. We are here to help.

>>>>>>>> Thank you for your cooperation in resolving this matter promptly.

>>>>>>>> Best regards,

>>>>>>>> KYC Support

>>>>>>>>> On December 13, 2023 at 7:43 AM CST kyc-support@ftx.com wrote:

>>>>>>>>> Dear Customer,

>>>>>>>>>

>>>>>>>>> Thank you for submitting your KYC information. We appreciate your cooperation. Some additional information/documentation is required to process your KYC submission. Please provide your corresponding source of fund supporting document (with your name on it) from one of the following selections:

>>>>>>>>>

>>>>>>>>> - Investment/securities account statement for the past 3 months

>>>>>>>>> - 3 salary or income slips issued within the past 6 months

>>>>>>>>> - Loan agreement

>>>>>>>>> - Other such as proof of sales of assets/property, inheritance etc

>>>>>>>>> You can provide further documentation by replying to this secure encrypted email address. Please do not block out information. We appreciate your understanding and cooperation in fulfilling these requirements. If you have any questions or need assistance, please contact our customer support team. We are here to help.

>>>>>>>>> Thank you for your cooperation in resolving this matter promptly.

>>>>>>>>> Best regards,

>>>>>>>>> KYC Support

>>>>>>>> Disclaimer

>>>>>>>> The information contained in this communication from the sender is confidential. It is intended solely for use by the recipient and others authorized to receive it. If you are not the recipient, you are hereby notified that any disclosure, copying, distribution or taking action in relation of the contents of this information is strictly prohibited and may be unlawful.

>>>>>>>> This email has been scanned for viruses and malware, and may have been automatically archived by Mimecast, a leader in email security and cyber resilience. Mimecast integrates email defenses with brand protection, security awareness training, web security, compliance and other essential capabilities. Mimecast helps protect large and small organizations from malicious activity, human error and technology failure; and to lead the movement toward building a more resilient world. To find out more, visit our website.

>>>>> Disclaimer

>>>>> The information contained in this communication from the sender is confidential. It is intended solely for use by the recipient and others authorized to receive it. If you are not the recipient, you are hereby notified that any disclosure, copying, distribution or taking action in relation of the contents of this information is strictly prohibited and may be unlawful.

>>>>> This email has been scanned for viruses and malware, and may have been automatically archived by Mimecast, a leader in email security and cyber resilience. Mimecast integrates email defenses with brand protection, security awareness training, web security, compliance and other essential capabilities. Mimecast helps protect large and small organizations from malicious activity, human error and technology failure; and to lead the movement toward building a more resilient world. To find out more, visit our website.

>> Disclaimer

>> The information contained in this communication from the sender is confidential. It is intended solely for use by the recipient and others authorized to receive it. If you are not the recipient, you are hereby notified that any disclosure, copying, distribution or taking action in relation of the contents of this information is strictly prohibited and may be unlawful.

>> This email has been scanned for viruses and malware, and may have been automatically archived by Mimecast, a leader in email security and cyber resilience. Mimecast integrates email defenses with brand protection, security awareness training, web security, compliance and other essential capabilities. Mimecast helps protect large and small organizations from malicious activity, human error and technology failure; and to lead the movement toward building a more resilient world. To find out more, visit our website.

--- end of original message ---

Disclaimer

The information contained in this communication from the sender is confidential. It is intended solely for use by the recipient and others authorized to receive it. If you are not the recipient, you are hereby notified that any disclosure, copying, distribution or taking action in relation of the contents of this information is strictly prohibited and may be unlawful.

This email has been scanned for viruses and malware, and may have been automatically archived by Mimecast, a leader in email security and cyber resilience. Mimecast integrates email defenses with brand protection, security awareness training, web security, compliance and other essential capabilities. Mimecast helps protect large and small organizations from malicious activity, human error and technology failure; and to lead the movement toward building a more resilient world. To find out more, visit our website.

---

## — Mensagem 10 de 18 —

**De:** vitorvieiramkt@gmail.com

**Para:** kyc-support@ftx.com

**Data:** 01/05/2025 18:22 UTC

**Assunto:** Re: Request for Additional Information/Documentation for KYC Application

**Anexos:** image.png

---

Hello, I have already sent you all the information you asked me to verify

KYC. You said it was forwarded and has been processing for 2 months, but
until now the status still shows as failed. I want to resolve it, I'm
desperate!

[image: image.png]

<https://www.avast.com/sig-email?utm_medium=email&utm_source=link&utm_campaign=sig-email&utm_content=webmail>
Não
contém vírus.www.avast.com
<https://www.avast.com/sig-email?utm_medium=email&utm_source=link&utm_campaign=sig-email&utm_content=webmail>
<#DAB4FAD8-2DD7-40BB-A1B8-4E2AA1F9FDF2>

Em ter., 12 de mar. de 2024 às 11:37, kyc-support@ftx.com <
kyc-support@ftx.com> escreveu:

> Dear Customer,
>
> Thank you for providing that information,
> Your KYC is being processed, and no further information is needed from you.
>
> To check the status of your claim, please navigate to the claims portal.
> Should you have any other issues or difficulties, please contact
> support@ftx.com. <support@ftx.com>
>
> Best,
> KYC Support
> [image: Sent from Front]
>
> On March 12, 2024 at 8:17 AM CDT vitorvieiramkt@gmail.com wrote:
>
> Hello, good afternoon, but why didn't they ask for these documents at the
> time of deposit? I am sending attached the print of the Binance wallet to
> which the cryptos were transferred I've been a crypto holder for many years
> since it wasn't worth much and I have a statement for it for many years now
> There is nothing illegal in my cryptos, I even sent you my updated income
> tax with them declared
>
>
>
>
> Em qui., 7 de mar. de 2024 às 15:22, kyc-support@ftx.com <
> kyc-support@ftx.com> escreveu:
>

>> Dear Customer,
>>
>> Any bank statements from the past 3-4 years the support any transactions
>> made that was deposited into Binance (or any other investments) , and the
>> transactions from Binance to FTX also. We need to see how you were
>> initially able to invest as your tax document and bank statements are not
>> sufficient enough *alone*, we require multiple documents to support your
>> balance.
>>
>> Best,
>> KYC Support.
>> [image: Sent from Front]
>>
>> On March 7, 2024 at 10:59 AM CST vitorvieiramkt@gmail.com wrote:
>>
>> yes I have Would the transfer that was made from Binance to FTX be this?
>>
>>
>>
>> Em qua., 6 de mar. de 2024 às 13:44, kyc-support@ftx.com <
>> kyc-support@ftx.com> escreveu:
>>
>>> Dear Customer,
>>>
>>> Thank you for providing the details.
>>> Do you have a transaction history (bank statement) that supports your
>>> FTX claim balance?
>>>
>>> Best,
>>> KYC Support
>>> [image: Sent from Front]
>>>
>>> On March 5, 2024 at 10:36 PM EST vitorvieiramkt@gmail.com wrote:
>>>
>>> Hello, follow the updated income tax
>>> Confirm if everything is ok!
>>>
>>>
>>> <https://www.avast.com/sig-email?utm_medium=email&utm_source=link&utm_campaign=sig-email&utm_content=webmail> Não
>>> contém vírus.www.avast.com

>>> <https://www.avast.com/sig-email?utm_medium=email&utm_source=link&utm_campaign=sig-email&utm_content=webmail>
>>>
>>> Em seg., 26 de fev. de 2024 às 15:54, kyc-support@ftx.com <
>>> kyc-support@ftx.com> escreveu:
>>>
>>>> Dear Customer,
>>>>
>>>> Unfortunately we are not able to proceed with reviewing your KYC
>>>> submission until the following is provided:
>>>>
>>>> Thank you for submitting your KYC information. We appreciate your
>>>> cooperation. Unfortunately the provided documents do not support your claim
>>>> balance. Some additional information/documentation is required to
>>>> process your KYC submission that will support your claim balance (equal to
>>>> or greater than the claim balance). We kindly request that you provide one
>>>> or more the following documentation:
>>>>
>>>> - Last filed income tax statement
>>>> - Investment/securities account statement for the past 3 months
>>>> - Loan agreement
>>>> - Other such as proof of sales of assets/property, inheritance etc.
>>>> - Bank statements issued for the past 3 months
>>>> - 3 salary or income slips issued within the past 6 months
>>>>
>>>>
>>>> Please ensure that your full name and current date are visible.
>>>> You can provide further documentation by replying to this secure email
>>>> address.
>>>> We appreciate your understanding and cooperation in fulfilling these
>>>> requirements. If you have any questions or need assistance, please
>>>> contact our customer support team. We are here to help.
>>>>
>>>> Thank you for your cooperation in resolving this matter promptly.
>>>>
>>>> Best regards,
>>>> KYC Support
>>>> [image: Sent from Front]
>>>>
>>>> On December 13, 2023 at 7:43 AM CST kyc-support@ftx.com wrote:
>>>>
>>>> Dear Customer,

>>>>
>>>> Thank you for submitting your KYC information. We appreciate your
>>>> cooperation. Some additional information/documentation is required to
>>>> process your KYC submission. Please provide your corresponding source
>>>> of fund supporting document (with your name on it) from one of the
>>>> following selections:
>>>>
>>>>
>>>> - - Investment/securities account statement for the past 3 months
>>>>
>>>> - 3 salary or income slips issued within the past 6 months
>>>>
>>>> - - Loan agreement
>>>>
>>>>
>>>> - - Other such as proof of sales of assets/property, inheritance etc
>>>>
>>>>
>>>>
>>>> You can provide further documentation by replying to this secure
>>>> encrypted email address. Please do not block out information. We
>>>> appreciate your understanding and cooperation in fulfilling these
>>>> requirements. If you have any questions or need assistance, please
>>>> contact our customer support team. We are here to help.
>>>>
>>>> Thank you for your cooperation in resolving this matter promptly.
>>>>
>>>> Best regards,
>>>> KYC Support
>>>>
>>>>
>>>>
>>>> *Disclaimer*
>>>>
>>>> The information contained in this communication from the sender is
>>>> confidential. It is intended solely for use by the recipient and others
>>>> authorized to receive it. If you are not the recipient, you are hereby
>>>> notified that any disclosure, copying, distribution or taking action in
>>>> relation of the contents of this information is strictly prohibited and may
>>>> be unlawful.
>>>>
>>>> This email has been scanned for viruses and malware, and may have been

>>>> automatically archived by Mimecast, a leader in email security and cyber
>>>> resilience. Mimecast integrates email defenses with brand protection,
>>>> security awareness training, web security, compliance and other essential
>>>> capabilities. Mimecast helps protect large and small organizations from
>>>> malicious activity, human error and technology failure; and to lead the
>>>> movement toward building a more resilient world. To find out more, visit
>>>> our website.
>>>>
>>>
>>>
>>> *Disclaimer*
>>>
>>> The information contained in this communication from the sender is
>>> confidential. It is intended solely for use by the recipient and others
>>> authorized to receive it. If you are not the recipient, you are hereby
>>> notified that any disclosure, copying, distribution or taking action in
>>> relation of the contents of this information is strictly prohibited and may
>>> be unlawful.
>>>
>>> This email has been scanned for viruses and malware, and may have been
>>> automatically archived by Mimecast, a leader in email security and cyber
>>> resilience. Mimecast integrates email defenses with brand protection,
>>> security awareness training, web security, compliance and other essential
>>> capabilities. Mimecast helps protect large and small organizations from
>>> malicious activity, human error and technology failure; and to lead the
>>> movement toward building a more resilient world. To find out more, visit
>>> our website.
>>>
>>
>>
>> *Disclaimer*
>>
>> The information contained in this communication from the sender is
>> confidential. It is intended solely for use by the recipient and others
>> authorized to receive it. If you are not the recipient, you are hereby
>> notified that any disclosure, copying, distribution or taking action in
>> relation of the contents of this information is strictly prohibited and may
>> be unlawful.
>>
>> This email has been scanned for viruses and malware, and may have been
>> automatically archived by Mimecast, a leader in email security and cyber
>> resilience. Mimecast integrates email defenses with brand protection,

>> security awareness training, web security, compliance and other essential
>> capabilities. Mimecast helps protect large and small organizations from
>> malicious activity, human error and technology failure; and to lead the
>> movement toward building a more resilient world. To find out more, visit
>> our website.
>>
>
>
> *Disclaimer*
>
> The information contained in this communication from the sender is
> confidential. It is intended solely for use by the recipient and others
> authorized to receive it. If you are not the recipient, you are hereby
> notified that any disclosure, copying, distribution or taking action in
> relation of the contents of this information is strictly prohibited and may
> be unlawful.
>
> This email has been scanned for viruses and malware, and may have been
> automatically archived by Mimecast, a leader in email security and cyber
> resilience. Mimecast integrates email defenses with brand protection,
> security awareness training, web security, compliance and other essential
> capabilities. Mimecast helps protect large and small organizations from
> malicious activity, human error and technology failure; and to lead the
> movement toward building a more resilient world. To find out more, visit
> our website.
>

---

## — Mensagem 11 de 18 —

**De:** vitorvieiramkt@gmail.com

**Para:** kyc-support@ftx.com

**Data:** 02/05/2025 20:39 UTC

**Assunto:** Re: Request for Additional Information/Documentation for KYC Application

**Anexos:** image.png

---

I need an answer and a solution. I've been having this problem for months without help.

Em qui., 1 de mai. de 2025 às 15:22, Vitor Vieira <vitorvieiramkt@gmail.com> escreveu:

> Hello, I have already sent you all the information you asked me to verify
> KYC. You said it was forwarded and has been processing for 2 months, but
> until now the status still shows as failed. I want to resolve it, I'm

> desperate!

>

>

> [image: image.png]

>

>

> <https://www.avast.com/sig-email?utm_medium=email&utm_source=link&utm_campaign=sig-email&utm_content=webmail> Não

> contém vírus.www.avast.com

> <https://www.avast.com/sig-email?utm_medium=email&utm_source=link&utm_campaign=sig-email&utm_content=webmail>

> <#m_8947281574149287406_DAB4FAD8-2DD7-40BB-A1B8-4E2AA1F9FDF2>

>

> Em ter., 12 de mar. de 2024 às 11:37, kyc-support@ftx.com <

> kyc-support@ftx.com> escreveu:

>

>> Dear Customer,

>>

>> Thank you for providing that information,

>> Your KYC is being processed, and no further information is needed from

>> you.

>> To check the status of your claim, please navigate to the claims portal.

>> Should you have any other issues or difficulties, please contact

>> support@ftx.com. <support@ftx.com>

>>

>> Best,

>> KYC Support

>> [image: Sent from Front]

>>

>> On March 12, 2024 at 8:17 AM CDT vitorvieiramkt@gmail.com wrote:

>>

>> Hello, good afternoon, but why didn't they ask for these documents at the

>> time of deposit? I am sending attached the print of the Binance wallet to

>> which the cryptos were transferred I've been a crypto holder for many years

>> since it wasn't worth much and I have a statement for it for many years now

>> There is nothing illegal in my cryptos, I even sent you my updated income

>> tax with them declared

>>

>>

>>

>>

>> Em qui., 7 de mar. de 2024 às 15:22, kyc-support@ftx.com <

>> kyc-support@ftx.com> escreveu:

>>

>>> Dear Customer,

>>>

>>> Any bank statements from the past 3-4 years the support any transactions

>>> made that was deposited into Binance (or any other investments) , and the

>>> transactions from Binance to FTX also. We need to see how you were

>>> initially able to invest as your tax document and bank statements are not

>>> sufficient enough *alone*, we require multiple documents to support

>>> your balance.

>>>

>>> Best,

>>> KYC Support.

>>> [image: Sent from Front]

>>>

>>> On March 7, 2024 at 10:59 AM CST vitorvieiramkt@gmail.com wrote:

>>>

>>> yes I have Would the transfer that was made from Binance to FTX be this?

>>>

>>>

>>>

>>> Em qua., 6 de mar. de 2024 às 13:44, kyc-support@ftx.com <

>>> kyc-support@ftx.com> escreveu:

>>>

>>>> Dear Customer,

>>>>

>>>> Thank you for providing the details.

>>>> Do you have a transaction history (bank statement) that supports your

>>>> FTX claim balance?

>>>>

>>>> Best,

>>>> KYC Support

>>>> [image: Sent from Front]

>>>>

>>>> On March 5, 2024 at 10:36 PM EST vitorvieiramkt@gmail.com wrote:

>>>>

>>>> Hello, follow the updated income tax

>>>> Confirm if everything is ok!

>>>>

>>>>

>>>> <https://www.avast.com/sig-email?utm_medium=email&utm_source=link&utm_campaign=sig-email&utm_content=webmail> Não

>>>> contém vírus.www.avast.com

>>>> <https://www.avast.com/sig-email?utm_medium=email&utm_source=link&utm_campaign=sig-email&utm_content=webmail>

>>>>

>>>> Em seg., 26 de fev. de 2024 às 15:54, kyc-support@ftx.com <

>>>> kyc-support@ftx.com> escreveu:

>>>>

>>>>> Dear Customer,

>>>>>

>>>>> Unfortunately we are not able to proceed with reviewing your KYC

>>>>> submission until the following is provided:

>>>>>

>>>>> Thank you for submitting your KYC information. We appreciate your

>>>>> cooperation. Unfortunately the provided documents do not support your claim

>>>>> balance. Some additional information/documentation is required to

>>>>> process your KYC submission that will support your claim balance (equal to

>>>>> or greater than the claim balance). We kindly request that you

>>>>> provide one or more the following documentation:

>>>>>

>>>>> - Last filed income tax statement

>>>>> - Investment/securities account statement for the past 3 months

>>>>> - Loan agreement

>>>>> - Other such as proof of sales of assets/property, inheritance etc.

>>>>>

>>>>> - Bank statements issued for the past 3 months

>>>>> - 3 salary or income slips issued within the past 6 months

>>>>>

>>>>>

>>>>> Please ensure that your full name and current date are visible.

>>>>> You can provide further documentation by replying to this secure

>>>>> email address.

>>>>> We appreciate your understanding and cooperation in fulfilling these

>>>>> requirements. If you have any questions or need assistance, please

>>>>> contact our customer support team. We are here to help.

>>>>>

>>>>> Thank you for your cooperation in resolving this matter promptly.

>>>>>

>>>>> Best regards,

>>>>> KYC Support

>>>>> [image: Sent from Front]

>>>>>

>>>>> On December 13, 2023 at 7:43 AM CST kyc-support@ftx.com wrote:

>>>>>
>>>>> Dear Customer,
>>>>>
>>>>> Thank you for submitting your KYC information. We appreciate your
>>>>> cooperation. Some additional information/documentation is required to
>>>>> process your KYC submission. Please provide your corresponding source
>>>>> of fund supporting document (with your name on it) from one of the
>>>>> following selections:
>>>>>
>>>>>
>>>>> - - Investment/securities account statement for the past 3 months
>>>>>
>>>>>
>>>>> - 3 salary or income slips issued within the past 6 months
>>>>>
>>>>> - - Loan agreement
>>>>>
>>>>>
>>>>> - - Other such as proof of sales of assets/property, inheritance
>>>>> etc
>>>>>
>>>>>
>>>>> You can provide further documentation by replying to this secure
>>>>> encrypted email address. Please do not block out information. We
>>>>> appreciate your understanding and cooperation in fulfilling these
>>>>> requirements. If you have any questions or need assistance, please
>>>>> contact our customer support team. We are here to help.
>>>>>
>>>>> Thank you for your cooperation in resolving this matter promptly.
>>>>>
>>>>> Best regards,
>>>>> KYC Support
>>>>>
>>>>>
>>>>>
>>>>> *Disclaimer*
>>>>>
>>>>> The information contained in this communication from the sender is
>>>>> confidential. It is intended solely for use by the recipient and others
>>>>> authorized to receive it. If you are not the recipient, you are hereby
>>>>> notified that any disclosure, copying, distribution or taking action in
>>>>> relation of the contents of this information is strictly prohibited and may

>>>>> be unlawful.
>>>>>
>>>>> This email has been scanned for viruses and malware, and may have been
>>>>> automatically archived by Mimecast, a leader in email security and cyber
>>>>> resilience. Mimecast integrates email defenses with brand protection,
>>>>> security awareness training, web security, compliance and other essential
>>>>> capabilities. Mimecast helps protect large and small organizations from
>>>>> malicious activity, human error and technology failure; and to lead the
>>>>> movement toward building a more resilient world. To find out more, visit
>>>>> our website.
>>>>>
>>>>
>>>>
>>>> *Disclaimer*
>>>>
>>>> The information contained in this communication from the sender is
>>>> confidential. It is intended solely for use by the recipient and others
>>>> authorized to receive it. If you are not the recipient, you are hereby
>>>> notified that any disclosure, copying, distribution or taking action in
>>>> relation of the contents of this information is strictly prohibited and may
>>>> be unlawful.
>>>>
>>>> This email has been scanned for viruses and malware, and may have been
>>>> automatically archived by Mimecast, a leader in email security and cyber
>>>> resilience. Mimecast integrates email defenses with brand protection,
>>>> security awareness training, web security, compliance and other essential
>>>> capabilities. Mimecast helps protect large and small organizations from
>>>> malicious activity, human error and technology failure; and to lead the
>>>> movement toward building a more resilient world. To find out more, visit
>>>> our website.
>>>>
>>>
>>>
>>> *Disclaimer*
>>>
>>> The information contained in this communication from the sender is
>>> confidential. It is intended solely for use by the recipient and others
>>> authorized to receive it. If you are not the recipient, you are hereby
>>> notified that any disclosure, copying, distribution or taking action in
>>> relation of the contents of this information is strictly prohibited and may
>>> be unlawful.
>>>

>>> This email has been scanned for viruses and malware, and may have been
>>> automatically archived by Mimecast, a leader in email security and cyber
>>> resilience. Mimecast integrates email defenses with brand protection,
>>> security awareness training, web security, compliance and other essential
>>> capabilities. Mimecast helps protect large and small organizations from
>>> malicious activity, human error and technology failure; and to lead the
>>> movement toward building a more resilient world. To find out more, visit
>>> our website.
>>>
>>
>>
>> *Disclaimer*
>>
>> The information contained in this communication from the sender is
>> confidential. It is intended solely for use by the recipient and others
>> authorized to receive it. If you are not the recipient, you are hereby
>> notified that any disclosure, copying, distribution or taking action in
>> relation of the contents of this information is strictly prohibited and may
>> be unlawful.
>>
>> This email has been scanned for viruses and malware, and may have been
>> automatically archived by Mimecast, a leader in email security and cyber
>> resilience. Mimecast integrates email defenses with brand protection,
>> security awareness training, web security, compliance and other essential
>> capabilities. Mimecast helps protect large and small organizations from
>> malicious activity, human error and technology failure; and to lead the
>> movement toward building a more resilient world. To find out more, visit
>> our website.
>>
>

---

## — Mensagem 12 de 18 —

**De:** vitorvieiramkt@gmail.com

**Para:** kyc-support@ftx.com

**Data:** 05/05/2025 18:53 UTC

**Assunto:** Re: Request for Additional Information/Documentation for KYC Application

**Anexos:** image.png

---

Hello, good afternoon

Can you give me an opinion on my problem?

I've been trying to resolve it with you for months without success

I need to receive my money

Em sex., 2 de mai. de 2025 às 17:39, Vitor Vieira <vitorvieiramkt@gmail.com>

escreveu:

> I need an answer and a solution. I've been having this problem for months

> without help.

>

> Em qui., 1 de mai. de 2025 às 15:22, Vitor Vieira <

> vitorvieiramkt@gmail.com> escreveu:

>

>> Hello, I have already sent you all the information you asked me to verify

>> KYC. You said it was forwarded and has been processing for 2 months, but

>> until now the status still shows as failed. I want to resolve it, I'm

>> desperate!

>>

>>

>> [image: image.png]

>>

>>

>> <https://www.avast.com/sig-email?utm_medium=email&utm_source=link&utm_campaign=sig-email&utm_content=webmail> Não

>> contém vírus.www.avast.com

>> <https://www.avast.com/sig-email?utm_medium=email&utm_source=link&utm_campaign=sig-email&utm_content=webmail>

>> <#m_821590028488575602_m_8947281574149287406_DAB4FAD8-2DD7-40BB-A1B8-4E2AA1F9FDF2>

>>

>> Em ter., 12 de mar. de 2024 às 11:37, kyc-support@ftx.com <

>> kyc-support@ftx.com> escreveu:

>>

>>> Dear Customer,

>>>

>>> Thank you for providing that information,

>>> Your KYC is being processed, and no further information is needed from

>>> you.

>>> To check the status of your claim, please navigate to the claims portal.

>>>

>>> Should you have any other issues or difficulties, please contact

>>> support@ftx.com. <support@ftx.com>

>>>

>>> Best,

>>> KYC Support

>>> [image: Sent from Front]

>>>

>>> On March 12, 2024 at 8:17 AM CDT vitorvieiramkt@gmail.com wrote:
>>>
>>> Hello, good afternoon, but why didn't they ask for these documents at
>>> the time of deposit? I am sending attached the print of the Binance wallet
>>> to which the cryptos were transferred I've been a crypto holder for many
>>> years since it wasn't worth much and I have a statement for it for many
>>> years now There is nothing illegal in my cryptos, I even sent you my
>>> updated income tax with them declared
>>>
>>>
>>>
>>>
>>> Em qui., 7 de mar. de 2024 às 15:22, kyc-support@ftx.com <
>>> kyc-support@ftx.com> escreveu:
>>>
>>>> Dear Customer,
>>>>
>>>> Any bank statements from the past 3-4 years the support any
>>>> transactions made that was deposited into Binance (or any other
>>>> investments) , and the transactions from Binance to FTX also. We need to
>>>> see how you were initially able to invest as your tax document and bank
>>>> statements are not sufficient enough *alone*, we require multiple
>>>> documents to support your balance.
>>>>
>>>> Best,
>>>> KYC Support.
>>>> [image: Sent from Front]
>>>>
>>>> On March 7, 2024 at 10:59 AM CST vitorvieiramkt@gmail.com wrote:
>>>>
>>>> yes I have Would the transfer that was made from Binance to FTX be this?
>>>>
>>>>
>>>>
>>>> Em qua., 6 de mar. de 2024 às 13:44, kyc-support@ftx.com <
>>>> kyc-support@ftx.com> escreveu:
>>>>
>>>>> Dear Customer,
>>>>>
>>>>> Thank you for providing the details.
>>>>> Do you have a transaction history (bank statement) that supports your
>>>>> FTX claim balance?

>>>>>

>>>>> Best,

>>>>> KYC Support

>>>>> [image: Sent from Front]

>>>>>

>>>>> On March 5, 2024 at 10:36 PM EST vitorvieiramkt@gmail.com wrote:

>>>>>

>>>>> Hello, follow the updated income tax

>>>>> Confirm if everything is ok!

>>>>>

>>>>>

>>>>> <https://www.avast.com/sig-email?utm_medium=email&utm_source=link&utm_campaign=sig-email&utm_content=webmail> Não

>>>>> contém vírus.www.avast.com

>>>>> <https://www.avast.com/sig-email?utm_medium=email&utm_source=link&utm_campaign=sig-email&utm_content=webmail>

>>>>>

>>>>> Em seg., 26 de fev. de 2024 às 15:54, kyc-support@ftx.com <

>>>>> kyc-support@ftx.com> escreveu:

>>>>>

>>>>>> Dear Customer,

>>>>>>

>>>>>> Unfortunately we are not able to proceed with reviewing your KYC

>>>>>> submission until the following is provided:

>>>>>>

>>>>>> Thank you for submitting your KYC information. We appreciate your

>>>>>> cooperation. Unfortunately the provided documents do not support your claim

>>>>>> balance. Some additional information/documentation is required to

>>>>>> process your KYC submission that will support your claim balance (equal to

>>>>>> or greater than the claim balance). We kindly request that you

>>>>>> provide one or more the following documentation:

>>>>>>

>>>>>> - Last filed income tax statement

>>>>>> - Investment/securities account statement for the past 3 months

>>>>>> - Loan agreement

>>>>>> - Other such as proof of sales of assets/property, inheritance

>>>>>> etc.

>>>>>> - Bank statements issued for the past 3 months

>>>>>> - 3 salary or income slips issued within the past 6 months

>>>>>>

>>>>>>

>>>>>> Please ensure that your full name and current date are visible.

>>>>>> You can provide further documentation by replying to this secure
>>>>>> email address.
>>>>>> We appreciate your understanding and cooperation in fulfilling these
>>>>>> requirements. If you have any questions or need assistance, please
>>>>>> contact our customer support team. We are here to help.
>>>>>>
>>>>>> Thank you for your cooperation in resolving this matter promptly.
>>>>>>
>>>>>> Best regards,
>>>>>> KYC Support
>>>>>> [image: Sent from Front]
>>>>>>
>>>>>> On December 13, 2023 at 7:43 AM CST kyc-support@ftx.com wrote:
>>>>>>
>>>>>> Dear Customer,
>>>>>>
>>>>>> Thank you for submitting your KYC information. We appreciate your
>>>>>> cooperation. Some additional information/documentation is required to
>>>>>> process your KYC submission. Please provide your corresponding
>>>>>> source of fund supporting document (with your name on it) from one
>>>>>> of the following selections:
>>>>>>
>>>>>>
>>>>>> - - Investment/securities account statement for the past 3
>>>>>> months
>>>>>>
>>>>>> - 3 salary or income slips issued within the past 6 months
>>>>>>
>>>>>> - - Loan agreement
>>>>>>
>>>>>>
>>>>>> - - Other such as proof of sales of assets/property, inheritance
>>>>>> etc
>>>>>>
>>>>>>
>>>>>> You can provide further documentation by replying to this secure
>>>>>> encrypted email address. Please do not block out information. We
>>>>>> appreciate your understanding and cooperation in fulfilling these
>>>>>> requirements. If you have any questions or need assistance, please
>>>>>> contact our customer support team. We are here to help.
>>>>>>
>>>>>> Thank you for your cooperation in resolving this matter promptly.

>>>>>>
>>>>>> Best regards,
>>>>>> KYC Support
>>>>>>
>>>>>>
>>>>>>
>>>>>> *Disclaimer*
>>>>>>
>>>>>> The information contained in this communication from the sender is
>>>>>> confidential. It is intended solely for use by the recipient and others
>>>>>> authorized to receive it. If you are not the recipient, you are hereby
>>>>>> notified that any disclosure, copying, distribution or taking action in
>>>>>> relation of the contents of this information is strictly prohibited and may
>>>>>> be unlawful.
>>>>>>
>>>>>> This email has been scanned for viruses and malware, and may have
>>>>>> been automatically archived by Mimecast, a leader in email security and
>>>>>> cyber resilience. Mimecast integrates email defenses with brand protection,
>>>>>> security awareness training, web security, compliance and other essential
>>>>>> capabilities. Mimecast helps protect large and small organizations from
>>>>>> malicious activity, human error and technology failure; and to lead the
>>>>>> movement toward building a more resilient world. To find out more, visit
>>>>>> our website.
>>>>>>
>>>>>
>>>>>
>>>>> *Disclaimer*
>>>>>
>>>>> The information contained in this communication from the sender is
>>>>> confidential. It is intended solely for use by the recipient and others
>>>>> authorized to receive it. If you are not the recipient, you are hereby
>>>>> notified that any disclosure, copying, distribution or taking action in
>>>>> relation of the contents of this information is strictly prohibited and may
>>>>> be unlawful.
>>>>>
>>>>> This email has been scanned for viruses and malware, and may have been
>>>>> automatically archived by Mimecast, a leader in email security and cyber
>>>>> resilience. Mimecast integrates email defenses with brand protection,
>>>>> security awareness training, web security, compliance and other essential
>>>>> capabilities. Mimecast helps protect large and small organizations from
>>>>> malicious activity, human error and technology failure; and to lead the
>>>>> movement toward building a more resilient world. To find out more, visit

>>>>> our website.
>>>>>
>>>>
>>>>
>>>> *Disclaimer*
>>>>
>>>> The information contained in this communication from the sender is
>>>> confidential. It is intended solely for use by the recipient and others
>>>> authorized to receive it. If you are not the recipient, you are hereby
>>>> notified that any disclosure, copying, distribution or taking action in
>>>> relation of the contents of this information is strictly prohibited and may
>>>> be unlawful.
>>>>
>>>> This email has been scanned for viruses and malware, and may have been
>>>> automatically archived by Mimecast, a leader in email security and cyber
>>>> resilience. Mimecast integrates email defenses with brand protection,
>>>> security awareness training, web security, compliance and other essential
>>>> capabilities. Mimecast helps protect large and small organizations from
>>>> malicious activity, human error and technology failure; and to lead the
>>>> movement toward building a more resilient world. To find out more, visit
>>>> our website.
>>>>
>>>
>>>
>>> *Disclaimer*
>>>
>>> The information contained in this communication from the sender is
>>> confidential. It is intended solely for use by the recipient and others
>>> authorized to receive it. If you are not the recipient, you are hereby
>>> notified that any disclosure, copying, distribution or taking action in
>>> relation of the contents of this information is strictly prohibited and may
>>> be unlawful.
>>>
>>> This email has been scanned for viruses and malware, and may have been
>>> automatically archived by Mimecast, a leader in email security and cyber
>>> resilience. Mimecast integrates email defenses with brand protection,
>>> security awareness training, web security, compliance and other essential
>>> capabilities. Mimecast helps protect large and small organizations from
>>> malicious activity, human error and technology failure; and to lead the
>>> movement toward building a more resilient world. To find out more, visit
>>> our website.
>>>

>>

---

**— Mensagem 13 de 18 —**

**De:** vitorvieiramkt@gmail.com

**Para:** artemiopneto@gmail.com

**Data:** 11/07/2025 20:35 UTC

**Assunto:** Fwd: Request for Additional Information/Documentation for KYC Application

**Anexos:** image.png, 16164406781-IRPF-2023-2022-origi-imagem-recibo.pdf, Saldo ftx.PNG, Ftx recebendo da binance.PNG, Binance pra ftx.PNG

---

Forwarded Conversation

Subject: Request for Additional Information/Documentation for KYC Application

------------------------

De: kyc-support@ftx.com <kyc-support@ftx.com>

Date: sex., 3 de nov. de 2023 às 14:57

To: vitorvieiramkt@gmail.com <vitorvieiramkt@gmail.com>

Dear Customer,

Thank you for submitting your KYC information. We appreciate your cooperation. Some additional information/documentation is required to process your KYC submission. Please provide your corresponding source of fund supporting document (with your name on it) from one of the following selections:

- - Investment/securities account statement for the past 3 months

- 3 salary or income slips issued within the past 6 months

- - Loan agreement

- - Other such as proof of sales of assets/property, inheritance etc

You can provide further documentation by replying to this secure encrypted email address. Please do not block out information. We appreciate your understanding and cooperation in fulfilling these requirements. If you have any questions or need assistance, please contact our customer support team. We are here to help.

Thank you for your cooperation in resolving this matter promptly.

Best regards,

KYC Support

[image: Sent from Front]

*Disclaimer*

The information contained in this communication from the sender is confidential. It is intended solely for use by the recipient and others

authorized to receive it. If you are not the recipient, you are hereby notified that any disclosure, copying, distribution or taking action in relation of the contents of this information is strictly prohibited and may be unlawful.

This email has been scanned for viruses and malware, and may have been automatically archived by Mimecast, a leader in email security and cyber resilience. Mimecast integrates email defenses with brand protection, security awareness training, web security, compliance and other essential capabilities. Mimecast helps protect large and small organizations from malicious activity, human error and technology failure; and to lead the movement toward building a more resilient world. To find out more, visit our website.

----------

De: kyc-support@ftx.com <kyc-support@ftx.com>
Date: qua., 13 de dez. de 2023 às 10:43
To: vitorvieiramkt@gmail.com <vitorvieiramkt@gmail.com>

----------

De: kyc-support@ftx.com <kyc-support@ftx.com>
Date: seg., 26 de fev. de 2024 às 15:54
To: vitorvieiramkt@gmail.com <vitorvieiramkt@gmail.com>

Dear Customer,

Unfortunately we are not able to proceed with reviewing your KYC submission until the following is provided:

Thank you for submitting your KYC information. We appreciate your cooperation. Unfortunately the provided documents do not support your claim balance. Some additional information/documentation is required to process your KYC submission that will support your claim balance (equal to or greater than the claim balance). We kindly request that you provide one or more the following documentation:

- Last filed income tax statement
- Investment/securities account statement for the past 3 months
- Loan agreement
- Other such as proof of sales of assets/property, inheritance etc.
- Bank statements issued for the past 3 months
- 3 salary or income slips issued within the past 6 months

Please ensure that your full name and current date are visible.
You can provide further documentation by replying to this secure email address.
We appreciate your understanding and cooperation in fulfilling these requirements. If you have any questions or need assistance, please contact

our customer support team. We are here to help.

Thank you for your cooperation in resolving this matter promptly.

Best regards,
KYC Support
[image: Sent from Front]

On December 13, 2023 at 7:43 AM CST kyc-support@ftx.com wrote:

Dear Customer,

Thank you for submitting your KYC information. We appreciate your cooperation. Some additional information/documentation is required to process your KYC submission. Please provide your corresponding source of fund supporting document (with your name on it) from one of the following selections:

- - Investment/securities account statement for the past 3 months

- 3 salary or income slips issued within the past 6 months

- - Loan agreement

- - Other such as proof of sales of assets/property, inheritance etc

You can provide further documentation by replying to this secure encrypted email address. Please do not block out information. We appreciate your understanding and cooperation in fulfilling these requirements. If you have any questions or need assistance, please contact our customer support team. We are here to help.

Thank you for your cooperation in resolving this matter promptly.

Best regards,
KYC Support

----------
De: Vitor Vieira <vitorvieiramkt@gmail.com>
Date: qua., 6 de mar. de 2024 às 00:36
To: <kyc-support@ftx.com>

Hello, follow the updated income tax
Confirm if everything is ok!

<https://www.avast.com/sig-email?utm_medium=email&utm_source=link&utm_campaign=sig-email&utm_content=webmail>
Não
contém vírus.www.avast.com
<https://www.avast.com/sig-email?utm_medium=email&utm_source=link&utm_campaign=sig-email&utm_content=webmail>
<#m_1009281439891822126_DAB4FAD8-2DD7-40BB-A1B8-4E2AA1F9FDF2>

----------

De: kyc-support@ftx.com <kyc-support@ftx.com>

Date: qua., 6 de mar. de 2024 às 13:44

To: Vitor Vieira <vitorvieiramkt@gmail.com>

Dear Customer,

Thank you for providing the details.
Do you have a transaction history (bank statement) that supports your FTX claim balance?

Best,
KYC Support
[image: Sent from Front]

----------

De: Vitor Vieira <vitorvieiramkt@gmail.com>

Date: qui., 7 de mar. de 2024 às 13:59

To: <kyc-support@ftx.com>

yes I have Would the transfer that was made from Binance to FTX be this?

----------

De: kyc-support@ftx.com <kyc-support@ftx.com>

Date: qui., 7 de mar. de 2024 às 15:22

To: Vitor Vieira <vitorvieiramkt@gmail.com>

Dear Customer,

Any bank statements from the past 3-4 years the support any transactions made that was deposited into Binance (or any other investments) , and the transactions from Binance to FTX also. We need to see how you were initially able to invest as your tax document and bank statements are not sufficient enough *alone*, we require multiple documents to support your balance.

Best,
KYC Support.
[image: Sent from Front]

----------

De: Vitor Vieira <vitorvieiramkt@gmail.com>

Date: ter., 12 de mar. de 2024 às 10:17

To: <kyc-support@ftx.com>

Hello, good afternoon, but why didn't they ask for these documents at the time of deposit? I am sending attached the print of the Binance wallet to which the cryptos were transferred I've been a crypto holder for many years since it wasn't worth much and I have a statement for it for many years now There is nothing illegal in my cryptos, I even sent you my updated income tax with them declared

----------

De: kyc-support@ftx.com <kyc-support@ftx.com>

Date: ter., 12 de mar. de 2024 às 11:37

To: Vitor Vieira <vitorvieiramkt@gmail.com>

Dear Customer,

Thank you for providing that information,

Your KYC is being processed, and no further information is needed from you.

To check the status of your claim, please navigate to the claims portal.

Should you have any other issues or difficulties, please contact

support@ftx.com. <support@ftx.com>

Best,

KYC Support

[image: Sent from Front]

----------

De: Vitor Vieira <vitorvieiramkt@gmail.com>

Date: qui., 1 de mai. de 2025 às 15:22

To: <kyc-support@ftx.com>

Hello, I have already sent you all the information you asked me to verify

KYC. You said it was forwarded and has been processing for 2 months, but

until now the status still shows as failed. I want to resolve it, I'm

desperate!

[image: image.png]

<https://www.avast.com/sig-email?utm_medium=email&utm_source=link&utm_campaign=sig-email&utm_content=webmail>

Não

contém vírus.www.avast.com

<https://www.avast.com/sig-email?utm_medium=email&utm_source=link&utm_campaign=sig-email&utm_content=webmail>

<#m_7235094587056978159_DAB4FAD8-2DD7-40BB-A1B8-4E2AA1F9FDF2>

----------

De: Vitor Vieira <vitorvieiramkt@gmail.com>

Date: sex., 2 de mai. de 2025 às 17:39

To: <kyc-support@ftx.com>

I need an answer and a solution. I've been having this problem for months

without help.

----------

De: Vitor Vieira <vitorvieiramkt@gmail.com>

Date: seg., 5 de mai. de 2025 às 15:53

To: <kyc-support@ftx.com>

Hello, good afternoon

Can you give me an opinion on my problem?

I've been trying to resolve it with you for months without success

I need to receive my money

---

## — Mensagem 14 de 18 —

**De:** vitorvieiramkt@gmail.com

**Para:** carlosalexandrerodrigues1976@gmail.com

**Data:** 04/08/2025 20:53 UTC

**Assunto:** Fwd: Request for Additional Information/Documentation for KYC Application

**Anexos:** image.png, Saldo ftx.PNG, Ftx recebendo da binance.PNG, Binance pra ftx.PNG, 16164406781-IRPF-2023-2022-origi-imagem-recibo.pdf

---

Forwarded Conversation

Subject: Request for Additional Information/Documentation for KYC Application

------------------------

De: kyc-support@ftx.com <kyc-support@ftx.com>

Date: sex., 3 de nov. de 2023 às 14:57

To: vitorvieiramkt@gmail.com <vitorvieiramkt@gmail.com>

Dear Customer,

Thank you for submitting your KYC information. We appreciate your cooperation. Some additional information/documentation is required to process your KYC submission. Please provide your corresponding source of fund supporting document (with your name on it) from one of the following selections:

- - Investment/securities account statement for the past 3 months

- 3 salary or income slips issued within the past 6 months

- - Loan agreement

- - Other such as proof of sales of assets/property, inheritance etc

You can provide further documentation by replying to this secure encrypted email address. Please do not block out information. We appreciate your understanding and cooperation in fulfilling these requirements. If you have any questions or need assistance, please contact our customer support team. We are here to help.

Thank you for your cooperation in resolving this matter promptly.

Best regards,

KYC Support

[image: Sent from Front]

*Disclaimer*

The information contained in this communication from the sender is confidential. It is intended solely for use by the recipient and others authorized to receive it. If you are not the recipient, you are hereby notified that any disclosure, copying, distribution or taking action in relation of the contents of this information is strictly prohibited and may be unlawful.

This email has been scanned for viruses and malware, and may have been automatically archived by Mimecast, a leader in email security and cyber resilience. Mimecast integrates email defenses with brand protection, security awareness training, web security, compliance and other essential capabilities. Mimecast helps protect large and small organizations from malicious activity, human error and technology failure; and to lead the movement toward building a more resilient world. To find out more, visit our website.

----------

De: kyc-support@ftx.com <kyc-support@ftx.com>

Date: qua., 13 de dez. de 2023 às 10:43

To: vitorvieiramkt@gmail.com <vitorvieiramkt@gmail.com>

----------

De: kyc-support@ftx.com <kyc-support@ftx.com>

Date: seg., 26 de fev. de 2024 às 15:54

To: vitorvieiramkt@gmail.com <vitorvieiramkt@gmail.com>

Dear Customer,

Unfortunately we are not able to proceed with reviewing your KYC submission until the following is provided:

Thank you for submitting your KYC information. We appreciate your cooperation. Unfortunately the provided documents do not support your claim balance. Some additional information/documentation is required to process your KYC submission that will support your claim balance (equal to or greater than the claim balance). We kindly request that you provide one or more the following documentation:

- Last filed income tax statement
- Investment/securities account statement for the past 3 months
- Loan agreement
- Other such as proof of sales of assets/property, inheritance etc.
- Bank statements issued for the past 3 months
- 3 salary or income slips issued within the past 6 months

Please ensure that your full name and current date are visible.
You can provide further documentation by replying to this secure email address.

We appreciate your understanding and cooperation in fulfilling these requirements. If you have any questions or need assistance, please contact our customer support team. We are here to help.

Thank you for your cooperation in resolving this matter promptly.

Best regards,
KYC Support
[image: Sent from Front]

On December 13, 2023 at 7:43 AM CST kyc-support@ftx.com wrote:

Dear Customer,

Thank you for submitting your KYC information. We appreciate your cooperation. Some additional information/documentation is required to process your KYC submission. Please provide your corresponding source of fund supporting document (with your name on it) from one of the following selections:

- - Investment/securities account statement for the past 3 months

- 3 salary or income slips issued within the past 6 months

- - Loan agreement

- - Other such as proof of sales of assets/property, inheritance etc

You can provide further documentation by replying to this secure encrypted email address. Please do not block out information. We appreciate your understanding and cooperation in fulfilling these requirements. If you have any questions or need assistance, please contact our customer support team. We are here to help.

Thank you for your cooperation in resolving this matter promptly.

Best regards,
KYC Support

----------
De: Vitor Vieira <vitorvieiramkt@gmail.com>
Date: qua., 6 de mar. de 2024 às 00:36
To: <kyc-support@ftx.com>

Hello, follow the updated income tax
Confirm if everything is ok!

<https://www.avast.com/sig-email?utm_medium=email&utm_source=link&utm_campaign=sig-email&utm_content=webmail>

Não

contém vírus.www.avast.com

<https://www.avast.com/sig-email?utm_medium=email&utm_source=link&utm_campaign=sig-email&utm_content=webmail>

<#m_5907868347041243682_m_7135880595204168266_DAB4FAD8-2DD7-40BB-A1B8-4E2AA1F9FDF2>

----------

De: kyc-support@ftx.com <kyc-support@ftx.com>

Date: qua., 6 de mar. de 2024 às 13:44

To: Vitor Vieira <vitorvieiramkt@gmail.com>

Dear Customer,

Thank you for providing the details.
Do you have a transaction history (bank statement) that supports your FTX claim balance?

Best,
KYC Support
[image: Sent from Front]

----------

De: Vitor Vieira <vitorvieiramkt@gmail.com>

Date: qui., 7 de mar. de 2024 às 13:59

To: <kyc-support@ftx.com>

yes I have Would the transfer that was made from Binance to FTX be this?

----------

De: kyc-support@ftx.com <kyc-support@ftx.com>

Date: qui., 7 de mar. de 2024 às 15:22

To: Vitor Vieira <vitorvieiramkt@gmail.com>

Dear Customer,

Any bank statements from the past 3-4 years the support any transactions made that was deposited into Binance (or any other investments) , and the transactions from Binance to FTX also. We need to see how you were initially able to invest as your tax document and bank statements are not sufficient enough *alone*, we require multiple documents to support your balance.

Best,
KYC Support.
[image: Sent from Front]

----------

De: Vitor Vieira <vitorvieiramkt@gmail.com>

Date: ter., 12 de mar. de 2024 às 10:17

To: <kyc-support@ftx.com>

Hello, good afternoon, but why didn't they ask for these documents at the time of deposit? I am sending attached the print of the Binance wallet to which the cryptos were transferred I've been a crypto holder for many years since it wasn't worth much and I have a statement for it for many years now There is nothing illegal in my cryptos, I even sent you my updated income

tax with them declared

----------

De: kyc-support@ftx.com <kyc-support@ftx.com>

Date: ter., 12 de mar. de 2024 às 11:37

To: Vitor Vieira <vitorvieiramkt@gmail.com>

Dear Customer,

Thank you for providing that information,

Your KYC is being processed, and no further information is needed from you.

To check the status of your claim, please navigate to the claims portal.

Should you have any other issues or difficulties, please contact

support@ftx.com. <support@ftx.com>

Best,

KYC Support

[image: Sent from Front]

----------

De: Vitor Vieira <vitorvieiramkt@gmail.com>

Date: qui., 1 de mai. de 2025 às 15:22

To: <kyc-support@ftx.com>

Hello, I have already sent you all the information you asked me to verify

KYC. You said it was forwarded and has been processing for 2 months, but

until now the status still shows as failed. I want to resolve it, I'm

desperate!

[image: image.png]

<https://www.avast.com/sig-email?utm_medium=email&utm_source=link&utm_campaign=sig-email&utm_content=webmail>

Não

contém vírus.www.avast.com

<https://www.avast.com/sig-email?utm_medium=email&utm_source=link&utm_campaign=sig-email&utm_content=webmail>

<#m_5907868347041243682_m_-5289538769622243780_DAB4FAD8-2DD7-40BB-A1B8-4E2AA1F9FDF2>

----------

De: Vitor Vieira <vitorvieiramkt@gmail.com>

Date: sex., 2 de mai. de 2025 às 17:39

To: <kyc-support@ftx.com>

I need an answer and a solution. I've been having this problem for months

without help.

----------

De: Vitor Vieira <vitorvieiramkt@gmail.com>

Date: seg., 5 de mai. de 2025 às 15:53

To: <kyc-support@ftx.com>

Hello, good afternoon

Can you give me an opinion on my problem?

I've been trying to resolve it with you for months without success

I need to receive my money

----------

De: Vitor Vieira <vitorvieiramkt@gmail.com>

Date: sex., 11 de jul. de 2025 às 17:35

To: <artemiopneto@gmail.com>

Forwarded Conversation

Subject: Request for Additional Information/Documentation for KYC Application

------------------------

De: kyc-support@ftx.com <kyc-support@ftx.com>

Date: sex., 3 de nov. de 2023 às 14:57

To: vitorvieiramkt@gmail.com <vitorvieiramkt@gmail.com>

Dear Customer,

Thank you for submitting your KYC information. We appreciate your cooperation. Some additional information/documentation is required to process your KYC submission. Please provide your corresponding source of fund supporting document (with your name on it) from one of the following selections:

- - Investment/securities account statement for the past 3 months

- 3 salary or income slips issued within the past 6 months

- - Loan agreement

- - Other such as proof of sales of assets/property, inheritance etc

You can provide further documentation by replying to this secure encrypted email address. Please do not block out information. We appreciate your understanding and cooperation in fulfilling these requirements. If you have any questions or need assistance, please contact our customer support team. We are here to help.

Thank you for your cooperation in resolving this matter promptly.

Best regards,

KYC Support

[image: Sent from Front]

*Disclaimer*

The information contained in this communication from the sender is confidential. It is intended solely for use by the recipient and others authorized to receive it. If you are not the recipient, you are hereby

notified that any disclosure, copying, distribution or taking action in relation of the contents of this information is strictly prohibited and may be unlawful.

This email has been scanned for viruses and malware, and may have been automatically archived by Mimecast, a leader in email security and cyber resilience. Mimecast integrates email defenses with brand protection, security awareness training, web security, compliance and other essential capabilities. Mimecast helps protect large and small organizations from malicious activity, human error and technology failure; and to lead the movement toward building a more resilient world. To find out more, visit our website.

----------

De: kyc-support@ftx.com <kyc-support@ftx.com>

Date: qua., 13 de dez. de 2023 às 10:43

To: vitorvieiramkt@gmail.com <vitorvieiramkt@gmail.com>

----------

De: kyc-support@ftx.com <kyc-support@ftx.com>

Date: seg., 26 de fev. de 2024 às 15:54

To: vitorvieiramkt@gmail.com <vitorvieiramkt@gmail.com>

----------

De: Vitor Vieira <vitorvieiramkt@gmail.com>

Date: qua., 6 de mar. de 2024 às 00:36

To: <kyc-support@ftx.com>

Hello, follow the updated income tax

Confirm if everything is ok!

<https://www.avast.com/sig-email?utm_medium=email&utm_source=link&utm_campaign=sig-email&utm_content=webmail>

Não

contém vírus.www.avast.com

<https://www.avast.com/sig-email?utm_medium=email&utm_source=link&utm_campaign=sig-email&utm_content=webmail>

<#m_5907868347041243682_m_430879210418185075_m_1009281439891822126_DAB4FAD8-2DD7-40BB-A1B8-4E2AA1F9FDF2>

----------

De: kyc-support@ftx.com <kyc-support@ftx.com>

Date: qua., 6 de mar. de 2024 às 13:44

To: Vitor Vieira <vitorvieiramkt@gmail.com>

Dear Customer,

Thank you for providing the details.

Do you have a transaction history (bank statement) that supports your FTX claim balance?

Best,
KYC Support
[image: Sent from Front]

----------

De: Vitor Vieira <vitorvieiramkt@gmail.com>
Date: qui., 7 de mar. de 2024 às 13:59
To: <kyc-support@ftx.com>

yes I have Would the transfer that was made from Binance to FTX be this?

----------

De: kyc-support@ftx.com <kyc-support@ftx.com>
Date: qui., 7 de mar. de 2024 às 15:22
To: Vitor Vieira <vitorvieiramkt@gmail.com>

Dear Customer,

Any bank statements from the past 3-4 years the support any transactions made that was deposited into Binance (or any other investments) , and the transactions from Binance to FTX also. We need to see how you were initially able to invest as your tax document and bank statements are not sufficient enough *alone*, we require multiple documents to support your balance.

Best,
KYC Support.
[image: Sent from Front]

----------

De: Vitor Vieira <vitorvieiramkt@gmail.com>
Date: ter., 12 de mar. de 2024 às 10:17
To: <kyc-support@ftx.com>

Hello, good afternoon, but why didn't they ask for these documents at the time of deposit? I am sending attached the print of the Binance wallet to which the cryptos were transferred I've been a crypto holder for many years since it wasn't worth much and I have a statement for it for many years now There is nothing illegal in my cryptos, I even sent you my updated income tax with them declared

----------

De: kyc-support@ftx.com <kyc-support@ftx.com>
Date: ter., 12 de mar. de 2024 às 11:37
To: Vitor Vieira <vitorvieiramkt@gmail.com>

Dear Customer,

Thank you for providing that information,
Your KYC is being processed, and no further information is needed from you.

To check the status of your claim, please navigate to the claims portal.

Should you have any other issues or difficulties, please contact

support@ftx.com. <support@ftx.com>

Best,

KYC Support

[image: Sent from Front]

----------

De: Vitor Vieira <vitorvieiramkt@gmail.com>

Date: qui., 1 de mai. de 2025 às 15:22

To: <kyc-support@ftx.com>

Hello, I have already sent you all the information you asked me to verify KYC. You said it was forwarded and has been processing for 2 months, but until now the status still shows as failed. I want to resolve it, I'm desperate!

[image: image.png]

<https://www.avast.com/sig-email?utm_medium=email&utm_source=link&utm_campaign=sig-email&utm_content=webmail>

Não

contém vírus.www.avast.com

<https://www.avast.com/sig-email?utm_medium=email&utm_source=link&utm_campaign=sig-email&utm_content=webmail>

<#m_5907868347041243682_m_430879210418185075_m_7235094587056978159_DAB4FAD8-2DD7-40BB-A1B8-4E2AA1F9FDF2>

----------

De: Vitor Vieira <vitorvieiramkt@gmail.com>

Date: sex., 2 de mai. de 2025 às 17:39

To: <kyc-support@ftx.com>

I need an answer and a solution. I've been having this problem for months without help.

----------

De: Vitor Vieira <vitorvieiramkt@gmail.com>

Date: seg., 5 de mai. de 2025 às 15:53

To: <kyc-support@ftx.com>

---

## — Mensagem 15 de 18 —

**De:** vitorvieiramkt@gmail.com

**Para:** pcb@gaudencioadvogados.com

**Data:** 15/08/2025 14:32 UTC

**Assunto:** Fwd: Request for Additional Information/Documentation for KYC Application

**Anexos:** image.png, 16164406781-IRPF-2023-2022-origi-imagem-recibo.pdf, Saldo ftx.PNG, Ftx recebendo da binance.PNG, Binance pra ftx.PNG

---

Forwarded Conversation
Subject: Request for Additional Information/Documentation for KYC Application
------------------------

De: kyc-support@ftx.com <kyc-support@ftx.com>
Date: sex., 3 de nov. de 2023 às 14:57
To: vitorvieiramkt@gmail.com <vitorvieiramkt@gmail.com>

Dear Customer,

Thank you for submitting your KYC information. We appreciate your cooperation. Some additional information/documentation is required to process your KYC submission. Please provide your corresponding source of fund supporting document (with your name on it) from one of the following selections:

- - Investment/securities account statement for the past 3 months

- 3 salary or income slips issued within the past 6 months

- - Loan agreement

- - Other such as proof of sales of assets/property, inheritance etc

You can provide further documentation by replying to this secure encrypted email address. Please do not block out information. We appreciate your understanding and cooperation in fulfilling these requirements. If you have any questions or need assistance, please contact our customer support team. We are here to help.

Thank you for your cooperation in resolving this matter promptly.

Best regards,
KYC Support
[image: Sent from Front]

*Disclaimer*

The information contained in this communication from the sender is confidential. It is intended solely for use by the recipient and others authorized to receive it. If you are not the recipient, you are hereby notified that any disclosure, copying, distribution or taking action in relation of the contents of this information is strictly prohibited and may be unlawful.

This email has been scanned for viruses and malware, and may have been automatically archived by Mimecast, a leader in email security and cyber resilience. Mimecast integrates email defenses with brand protection,

security awareness training, web security, compliance and other essential capabilities. Mimecast helps protect large and small organizations from malicious activity, human error and technology failure; and to lead the movement toward building a more resilient world. To find out more, visit our website.

----------

De: kyc-support@ftx.com <kyc-support@ftx.com>
Date: qua., 13 de dez. de 2023 às 10:43
To: vitorvieiramkt@gmail.com <vitorvieiramkt@gmail.com>

----------

De: kyc-support@ftx.com <kyc-support@ftx.com>
Date: seg., 26 de fev. de 2024 às 15:54
To: vitorvieiramkt@gmail.com <vitorvieiramkt@gmail.com>

Dear Customer,

Unfortunately we are not able to proceed with reviewing your KYC submission until the following is provided:

Thank you for submitting your KYC information. We appreciate your cooperation. Unfortunately the provided documents do not support your claim balance. Some additional information/documentation is required to process your KYC submission that will support your claim balance (equal to or greater than the claim balance). We kindly request that you provide one or more the following documentation:

- Last filed income tax statement
- Investment/securities account statement for the past 3 months
- Loan agreement
- Other such as proof of sales of assets/property, inheritance etc.
- Bank statements issued for the past 3 months
- 3 salary or income slips issued within the past 6 months

Please ensure that your full name and current date are visible.
You can provide further documentation by replying to this secure email address.
We appreciate your understanding and cooperation in fulfilling these requirements. If you have any questions or need assistance, please contact our customer support team. We are here to help.

Thank you for your cooperation in resolving this matter promptly.

Best regards,
KYC Support
[image: Sent from Front]

On December 13, 2023 at 7:43 AM CST kyc-support@ftx.com wrote:

Dear Customer,

Thank you for submitting your KYC information. We appreciate your cooperation. Some additional information/documentation is required to process your KYC submission. Please provide your corresponding source of fund supporting document (with your name on it) from one of the following selections:

- - Investment/securities account statement for the past 3 months

- 3 salary or income slips issued within the past 6 months

- - Loan agreement

- - Other such as proof of sales of assets/property, inheritance etc

You can provide further documentation by replying to this secure encrypted email address. Please do not block out information. We appreciate your understanding and cooperation in fulfilling these requirements. If you have any questions or need assistance, please contact our customer support team. We are here to help.

Thank you for your cooperation in resolving this matter promptly.

Best regards,
KYC Support

----------

De: Vitor Vieira <vitorvieiramkt@gmail.com>
Date: qua., 6 de mar. de 2024 às 00:36
To: <kyc-support@ftx.com>

Hello, follow the updated income tax
Confirm if everything is ok!

<https://www.avast.com/sig-email?utm_medium=email&utm_source=link&utm_campaign=sig-email&utm_content=webmail>
Não
contém vírus.www.avast.com
<https://www.avast.com/sig-email?utm_medium=email&utm_source=link&utm_campaign=sig-email&utm_content=webmail>
<#m_6986542573044442163_DAB4FAD8-2DD7-40BB-A1B8-4E2AA1F9FDF2>

----------

De: kyc-support@ftx.com <kyc-support@ftx.com>
Date: qua., 6 de mar. de 2024 às 13:44
To: Vitor Vieira <vitorvieiramkt@gmail.com>

Dear Customer,

Thank you for providing the details.
Do you have a transaction history (bank statement) that supports your FTX claim balance?

Best,
KYC Support
[image: Sent from Front]

----------

De: Vitor Vieira <vitorvieiramkt@gmail.com>
Date: qui., 7 de mar. de 2024 às 13:59
To: <kyc-support@ftx.com>

yes I have Would the transfer that was made from Binance to FTX be this?

----------

De: kyc-support@ftx.com <kyc-support@ftx.com>
Date: qui., 7 de mar. de 2024 às 15:22
To: Vitor Vieira <vitorvieiramkt@gmail.com>

Dear Customer,

Any bank statements from the past 3-4 years the support any transactions made that was deposited into Binance (or any other investments) , and the transactions from Binance to FTX also. We need to see how you were initially able to invest as your tax document and bank statements are not sufficient enough *alone*, we require multiple documents to support your balance.

Best,
KYC Support.
[image: Sent from Front]

----------

De: Vitor Vieira <vitorvieiramkt@gmail.com>
Date: ter., 12 de mar. de 2024 às 10:17
To: <kyc-support@ftx.com>

Hello, good afternoon, but why didn't they ask for these documents at the time of deposit? I am sending attached the print of the Binance wallet to which the cryptos were transferred I've been a crypto holder for many years since it wasn't worth much and I have a statement for it for many years now There is nothing illegal in my cryptos, I even sent you my updated income tax with them declared

----------

De: kyc-support@ftx.com <kyc-support@ftx.com>
Date: ter., 12 de mar. de 2024 às 11:37
To: Vitor Vieira <vitorvieiramkt@gmail.com>

Dear Customer,

Thank you for providing that information,
Your KYC is being processed, and no further information is needed from you.

To check the status of your claim, please navigate to the claims portal.
Should you have any other issues or difficulties, please contact
support@ftx.com. <support@ftx.com>

Best,
KYC Support
[image: Sent from Front]

----------

De: Vitor Vieira <vitorvieiramkt@gmail.com>
Date: qui., 1 de mai. de 2025 às 15:22
To: <kyc-support@ftx.com>

Hello, I have already sent you all the information you asked me to verify
KYC. You said it was forwarded and has been processing for 2 months, but
until now the status still shows as failed. I want to resolve it, I'm
desperate!

[image: image.png]

<https://www.avast.com/sig-email?utm_medium=email&utm_source=link&utm_campaign=sig-email&utm_content=webmail>
Não
contém vírus.www.avast.com
<https://www.avast.com/sig-email?utm_medium=email&utm_source=link&utm_campaign=sig-email&utm_content=webmail>
<#m_3398610703120877440_DAB4FAD8-2DD7-40BB-A1B8-4E2AA1F9FDF2>

----------

De: Vitor Vieira <vitorvieiramkt@gmail.com>
Date: sex., 2 de mai. de 2025 às 17:39
To: <kyc-support@ftx.com>

I need an answer and a solution. I've been having this problem for months
without help.

----------

De: Vitor Vieira <vitorvieiramkt@gmail.com>
Date: seg., 5 de mai. de 2025 às 15:53
To: <kyc-support@ftx.com>

Hello, good afternoon
Can you give me an opinion on my problem?

I've been trying to resolve it with you for months without success
I need to receive my money

----------

De: Vitor Vieira <vitorvieiramkt@gmail.com>
Date: sex., 11 de jul. de 2025 às 17:35
To: <artemiopneto@gmail.com>

Forwarded Conversation
Subject: Request for Additional Information/Documentation for KYC Application
------------------------

De: kyc-support@ftx.com <kyc-support@ftx.com>
Date: sex., 3 de nov. de 2023 às 14:57
To: vitorvieiramkt@gmail.com <vitorvieiramkt@gmail.com>

Dear Customer,

Thank you for submitting your KYC information. We appreciate your cooperation. Some additional information/documentation is required to process your KYC submission. Please provide your corresponding source of fund supporting document (with your name on it) from one of the following selections:

- - Investment/securities account statement for the past 3 months

- 3 salary or income slips issued within the past 6 months

- - Loan agreement

- - Other such as proof of sales of assets/property, inheritance etc

You can provide further documentation by replying to this secure encrypted email address. Please do not block out information. We appreciate your understanding and cooperation in fulfilling these requirements. If you have any questions or need assistance, please contact our customer support team. We are here to help.

Thank you for your cooperation in resolving this matter promptly.

Best regards,
KYC Support
[image: Sent from Front]

*Disclaimer*

The information contained in this communication from the sender is confidential. It is intended solely for use by the recipient and others authorized to receive it. If you are not the recipient, you are hereby notified that any disclosure, copying, distribution or taking action in relation of the contents of this information is strictly prohibited and may be unlawful.

This email has been scanned for viruses and malware, and may have been automatically archived by Mimecast, a leader in email security and cyber resilience. Mimecast integrates email defenses with brand protection, security awareness training, web security, compliance and other essential capabilities. Mimecast helps protect large and small organizations from

malicious activity, human error and technology failure; and to lead the movement toward building a more resilient world. To find out more, visit our website.

----------

De: kyc-support@ftx.com <kyc-support@ftx.com>

Date: qua., 13 de dez. de 2023 às 10:43

To: vitorvieiramkt@gmail.com <vitorvieiramkt@gmail.com>

----------

De: kyc-support@ftx.com <kyc-support@ftx.com>

Date: seg., 26 de fev. de 2024 às 15:54

To: vitorvieiramkt@gmail.com <vitorvieiramkt@gmail.com>

----------

De: Vitor Vieira <vitorvieiramkt@gmail.com>

Date: qua., 6 de mar. de 2024 às 00:36

To: <kyc-support@ftx.com>

Hello, follow the updated income tax

Confirm if everything is ok!

<https://www.avast.com/sig-email?utm_medium=email&utm_source=link&utm_campaign=sig-email&utm_content=webmail>

Não

contém vírus.www.avast.com

<https://www.avast.com/sig-email?utm_medium=email&utm_source=link&utm_campaign=sig-email&utm_content=webmail>

<#m_-7285450640364359346_m_1009281439891822126_DAB4FAD8-2DD7-40BB-A1B8-4E2AA1F9FDF2>

----------

De: kyc-support@ftx.com <kyc-support@ftx.com>

Date: qua., 6 de mar. de 2024 às 13:44

To: Vitor Vieira <vitorvieiramkt@gmail.com>

Dear Customer,

Thank you for providing the details.

Do you have a transaction history (bank statement) that supports your FTX claim balance?

Best,

KYC Support

[image: Sent from Front]

----------

De: Vitor Vieira <vitorvieiramkt@gmail.com>

Date: qui., 7 de mar. de 2024 às 13:59

To: <kyc-support@ftx.com>

yes I have Would the transfer that was made from Binance to FTX be this?

----------

De: kyc-support@ftx.com <kyc-support@ftx.com>

Date: qui., 7 de mar. de 2024 às 15:22

To: Vitor Vieira <vitorvieiramkt@gmail.com>

Dear Customer,

Any bank statements from the past 3-4 years the support any transactions made that was deposited into Binance (or any other investments) , and the transactions from Binance to FTX also. We need to see how you were initially able to invest as your tax document and bank statements are not sufficient enough *alone*, we require multiple documents to support your balance.

Best,
KYC Support.
[image: Sent from Front]

----------

De: Vitor Vieira <vitorvieiramkt@gmail.com>

Date: ter., 12 de mar. de 2024 às 10:17

To: <kyc-support@ftx.com>

Hello, good afternoon, but why didn't they ask for these documents at the time of deposit? I am sending attached the print of the Binance wallet to which the cryptos were transferred I've been a crypto holder for many years since it wasn't worth much and I have a statement for it for many years now There is nothing illegal in my cryptos, I even sent you my updated income tax with them declared

----------

De: kyc-support@ftx.com <kyc-support@ftx.com>

Date: ter., 12 de mar. de 2024 às 11:37

To: Vitor Vieira <vitorvieiramkt@gmail.com>

Dear Customer,

Thank you for providing that information,
Your KYC is being processed, and no further information is needed from you.
To check the status of your claim, please navigate to the claims portal.
Should you have any other issues or difficulties, please contact support@ftx.com. <support@ftx.com>

Best,
KYC Support
[image: Sent from Front]

----------

De: Vitor Vieira <vitorvieiramkt@gmail.com>

Date: qui., 1 de mai. de 2025 às 15:22

To: <kyc-support@ftx.com>

Hello, I have already sent you all the information you asked me to verify KYC. You said it was forwarded and has been processing for 2 months, but until now the status still shows as failed. I want to resolve it, I'm desperate!

[image: image.png]

<https://www.avast.com/sig-email?utm_medium=email&utm_source=link&utm_campaign=sig-email&utm_content=webmail>

Não

contém vírus.www.avast.com

<https://www.avast.com/sig-email?utm_medium=email&utm_source=link&utm_campaign=sig-email&utm_content=webmail>

<#m_-7285450640364359346_m_7235094587056978159_DAB4FAD8-2DD7-40BB-A1B8-4E2AA1F9FDF2>

----------

De: Vitor Vieira <vitorvieiramkt@gmail.com>

Date: sex., 2 de mai. de 2025 às 17:39

To: <kyc-support@ftx.com>

I need an answer and a solution. I've been having this problem for months without help.

----------

De: Vitor Vieira <vitorvieiramkt@gmail.com>

Date: seg., 5 de mai. de 2025 às 15:53

To: <kyc-support@ftx.com>

----------

De: Vitor Vieira <vitorvieiramkt@gmail.com>

Date: seg., 4 de ago. de 2025 às 17:53

To: carlosalexandrerodrigues1976@gmail.com <

carlosalexandrerodrigues19

[... mensagem truncada ...]

---

## — Mensagem 16 de 18 —

**De:** vitorvieiramkt@gmail.com

**Para:** mariana@echeroliveira.com.br

**Data:** 22/10/2025 00:59 UTC

**Assunto:** Fwd: Request for Additional Information/Documentation for KYC Application

**Anexos:** image.png, 16164406781-IRPF-2023-2022-origi-imagem-recibo.pdf, Saldo ftx.PNG, Ftx recebendo da binance.PNG, Binance pra ftx.PNG

---

---------- Forwarded message ---------

De: Vitor Vieira <vitorvieiramkt@gmail.com>
Date: sex., 15 de ago. de 2025 às 11:32
Subject: Fwd: Request for Additional Information/Documentation for KYC Application
To: Bittencourt Patrícia C. <pcb@gaudencioadvogados.com>

Forwarded Conversation
Subject: Request for Additional Information/Documentation for KYC Application
------------------------

De: kyc-support@ftx.com <kyc-support@ftx.com>
Date: sex., 3 de nov. de 2023 às 14:57
To: vitorvieiramkt@gmail.com <vitorvieiramkt@gmail.com>

Dear Customer,

Thank you for submitting your KYC information. We appreciate your cooperation. Some additional information/documentation is required to process your KYC submission. Please provide your corresponding source of fund supporting document (with your name on it) from one of the following selections:

- - Investment/securities account statement for the past 3 months

- 3 salary or income slips issued within the past 6 months

- - Loan agreement

- - Other such as proof of sales of assets/property, inheritance etc

You can provide further documentation by replying to this secure encrypted email address. Please do not block out information. We appreciate your understanding and cooperation in fulfilling these requirements. If you have any questions or need assistance, please contact our customer support team. We are here to help.

Thank you for your cooperation in resolving this matter promptly.

Best regards,
KYC Support
[image: Sent from Front]

*Disclaimer*

The information contained in this communication from the sender is confidential. It is intended solely for use by the recipient and others authorized to receive it. If you are not the recipient, you are hereby notified that any disclosure, copying, distribution or taking action in relation of the contents of this information is strictly prohibited and may be unlawful.

This email has been scanned for viruses and malware, and may have been automatically archived by Mimecast, a leader in email security and cyber resilience. Mimecast integrates email defenses with brand protection, security awareness training, web security, compliance and other essential capabilities. Mimecast helps protect large and small organizations from malicious activity, human error and technology failure; and to lead the movement toward building a more resilient world. To find out more, visit our website.

----------

De: kyc-support@ftx.com <kyc-support@ftx.com>
Date: qua., 13 de dez. de 2023 às 10:43
To: vitorvieiramkt@gmail.com <vitorvieiramkt@gmail.com>

----------

De: kyc-support@ftx.com <kyc-support@ftx.com>
Date: seg., 26 de fev. de 2024 às 15:54
To: vitorvieiramkt@gmail.com <vitorvieiramkt@gmail.com>

Dear Customer,

Unfortunately we are not able to proceed with reviewing your KYC submission until the following is provided:

Thank you for submitting your KYC information. We appreciate your cooperation. Unfortunately the provided documents do not support your claim balance. Some additional information/documentation is required to process your KYC submission that will support your claim balance (equal to or greater than the claim balance). We kindly request that you provide one or more the following documentation:

- Last filed income tax statement
- Investment/securities account statement for the past 3 months
- Loan agreement
- Other such as proof of sales of assets/property, inheritance etc.
- Bank statements issued for the past 3 months
- 3 salary or income slips issued within the past 6 months

Please ensure that your full name and current date are visible.
You can provide further documentation by replying to this secure email address.
We appreciate your understanding and cooperation in fulfilling these requirements. If you have any questions or need assistance, please contact our customer support team. We are here to help.

Thank you for your cooperation in resolving this matter promptly.

Best regards,
KYC Support

[image: Sent from Front]

On December 13, 2023 at 7:43 AM CST kyc-support@ftx.com wrote:

Dear Customer,

Thank you for submitting your KYC information. We appreciate your cooperation. Some additional information/documentation is required to process your KYC submission. Please provide your corresponding source of fund supporting document (with your name on it) from one of the following selections:

- - Investment/securities account statement for the past 3 months

- 3 salary or income slips issued within the past 6 months

- - Loan agreement

- - Other such as proof of sales of assets/property, inheritance etc

You can provide further documentation by replying to this secure encrypted email address. Please do not block out information. We appreciate your understanding and cooperation in fulfilling these requirements. If you have any questions or need assistance, please contact our customer support team. We are here to help.

Thank you for your cooperation in resolving this matter promptly.

Best regards,
KYC Support

----------

De: Vitor Vieira <vitorvieiramkt@gmail.com>

Date: qua., 6 de mar. de 2024 às 00:36

To: <kyc-support@ftx.com>

Hello, follow the updated income tax
Confirm if everything is ok!

<https://www.avast.com/sig-email?utm_medium=email&utm_source=link&utm_campaign=sig-email&utm_content=webmail>

Não

contém vírus.www.avast.com

<https://www.avast.com/sig-email?utm_medium=email&utm_source=link&utm_campaign=sig-email&utm_content=webmail>

<#m_8707682161006713006_m_6986542573044442163_DAB4FAD8-2DD7-40BB-A1B8-4E2AA1F9FDF2>

----------

De: kyc-support@ftx.com <kyc-support@ftx.com>

Date: qua., 6 de mar. de 2024 às 13:44

To: Vitor Vieira <vitorvieiramkt@gmail.com>

Dear Customer,

Thank you for providing the details.
Do you have a transaction history (bank statement) that supports your FTX claim balance?

Best,
KYC Support
[image: Sent from Front]

----------

De: Vitor Vieira <vitorvieiramkt@gmail.com>
Date: qui., 7 de mar. de 2024 às 13:59
To: <kyc-support@ftx.com>

yes I have Would the transfer that was made from Binance to FTX be this?

----------

De: kyc-support@ftx.com <kyc-support@ftx.com>
Date: qui., 7 de mar. de 2024 às 15:22
To: Vitor Vieira <vitorvieiramkt@gmail.com>

Dear Customer,

Any bank statements from the past 3-4 years the support any transactions made that was deposited into Binance (or any other investments) , and the transactions from Binance to FTX also. We need to see how you were initially able to invest as your tax document and bank statements are not sufficient enough *alone*, we require multiple documents to support your balance.

Best,
KYC Support.
[image: Sent from Front]

----------

De: Vitor Vieira <vitorvieiramkt@gmail.com>
Date: ter., 12 de mar. de 2024 às 10:17
To: <kyc-support@ftx.com>

Hello, good afternoon, but why didn't they ask for these documents at the time of deposit? I am sending attached the print of the Binance wallet to which the cryptos were transferred I've been a crypto holder for many years since it wasn't worth much and I have a statement for it for many years now There is nothing illegal in my cryptos, I even sent you my updated income tax with them declared

----------

De: kyc-support@ftx.com <kyc-support@ftx.com>
Date: ter., 12 de mar. de 2024 às 11:37
To: Vitor Vieira <vitorvieiramkt@gmail.com>

Dear Customer,

Thank you for providing that information,

Your KYC is being processed, and no further information is needed from you.

To check the status of your claim, please navigate to the claims portal.

Should you have any other issues or difficulties, please contact

support@ftx.com. <support@ftx.com>

Best,

KYC Support

[image: Sent from Front]

----------

De: Vitor Vieira <vitorvieiramkt@gmail.com>

Date: qui., 1 de mai. de 2025 às 15:22

To: <kyc-support@ftx.com>

Hello, I have already sent you all the information you asked me to verify

KYC. You said it was forwarded and has been processing for 2 months, but

until now the status still shows as failed. I want to resolve it, I'm

desperate!

[image: image.png]

<https://www.avast.com/sig-email?utm_medium=email&utm_source=link&utm_campaign=sig-email&utm_content=webmail>

Não

contém vírus.www.avast.com

<https://www.avast.com/sig-email?utm_medium=email&utm_source=link&utm_campaign=sig-email&utm_content=webmail>

<#m_8707682161006713006_m_3398610703120877440_DAB4FAD8-2DD7-40BB-A1B8-4E2AA1F9FDF2>

----------

De: Vitor Vieira <vitorvieiramkt@gmail.com>

Date: sex., 2 de mai. de 2025 às 17:39

To: <kyc-support@ftx.com>

I need an answer and a solution. I've been having this problem for months

without help.

----------

De: Vitor Vieira <vitorvieiramkt@gmail.com>

Date: seg., 5 de mai. de 2025 às 15:53

To: <kyc-support@ftx.com>

Hello, good afternoon

Can you give me an opinion on my problem?

I've been trying to resolve it with you for months without success

I need to receive my money

----------

De: Vitor Vieira <vitorvieiramkt@gmail.com>
Date: sex., 11 de jul. de 2025 às 17:35
To: <artemiopneto@gmail.com>

Forwarded Conversation
Subject: Request for Additional Information/Documentation for KYC Application

------------------------

De: kyc-support@ftx.com <kyc-support@ftx.com>
Date: sex., 3 de nov. de 2023 às 14:57
To: vitorvieiramkt@gmail.com <vitorvieiramkt@gmail.com>

Dear Customer,

Thank you for submitting your KYC information. We appreciate your cooperation. Some additional information/documentation is required to process your KYC submission. Please provide your corresponding source of fund supporting document (with your name on it) from one of the following selections:

- - Investment/securities account statement for the past 3 months

- 3 salary or income slips issued within the past 6 months

- - Loan agreement

- - Other such as proof of sales of assets/property, inheritance etc

You can provide further documentation by replying to this secure encrypted email address. Please do not block out information. We appreciate your understanding and cooperation in fulfilling these requirements. If you have any questions or need assistance, please contact our customer support team. We are here to help.

Thank you for your cooperation in resolving this matter promptly.

Best regards,
KYC Support
[image: Sent from Front]

*Disclaimer*

The information contained in this communication from the sender is confidential. It is intended solely for use by the recipient and others authorized to receive it. If you are not the recipient, you are hereby notified that any disclosure, copying, distribution or taking action in relation of the contents of this information is strictly prohibited and may be unlawful.

This email has been scanned for viruses and malware, and may have been

automatically archived by Mimecast, a leader in email security and cyber resilience. Mimecast integrates email defenses with brand protection, security awareness training, web security, compliance and other essential capabilities. Mimecast helps protect large and small organizations from malicious activity, human error and technology failure; and to lead the movement toward building a more resilient world. To find out more, visit our website.

----------

De: kyc-support@ftx.com <kyc-support@ftx.com>

Date: qua., 13 de dez. de 2023 às 10:43

To: vitorvieiramkt@gmail.com <vitorvieiramkt@gmail.com>

----------

De: kyc-support@ftx.com <kyc-support@ftx.com>

Date: seg., 26 de fev. de 2024 às 15:54

To: vitorvieiramkt@gmail.com <vitorvieiramkt@gmail.com>

----------

De: Vitor Vieira <vitorvieiramkt@gmail.com>

Date: qua., 6 de mar. de 2024 às 00:36

To: <kyc-support@ftx.com>

Hello, follow the updated income tax

Confirm if everything is ok!

<https://www.avast.com/sig-email?utm_medium=email&utm_source=link&utm_campaign=sig-email&utm_content=webmail>

Não

contém vírus.www.avast.com

<https://www.avast.com/sig-email?utm_medium=email&utm_source=link&utm_campaign=sig-email&utm_content=webmail>

<#m_8707682161006713006_m_-7285450640364359346_m_1009281439891822126_DAB4FAD8-2DD7-40BB-A1B8-4E2AA1F9FDF2>

----------

De: kyc-support@ftx.com <kyc-support@ftx.com>

Date: qua., 6 de mar. de 2024 às 13:44

To: Vitor Vieira <vitorvieiramkt@gmail.com>

Dear Customer,

Thank you for providing the details.

Do you have a transaction history (bank statement) that supports your FTX claim balance?

Best,

KYC Support

[image: Sent from Front]

----------

De: Vitor Vieira <vitorvieiramkt@gmail.com>

Date: qui., 7 de mar. de 2024 às 13:59

To: <kyc-support@ftx.com>

yes I have Would the transfer that was made from Binance to FTX be this?

----------

De: kyc-support@ftx.com <kyc-support@ftx.com>

Date: qui., 7 de mar. de 2024 às 15:22

To: Vitor Vieira <vitorvieiramkt@gmail.com>

Dear Customer,

Any bank statements from the past 3-4 years the support any transactions made that was deposited into Binance (or any other investments) , and the transactions from Binance to FTX also. We need to see how you were initially able to invest as your tax document and bank statements are not sufficient enough *alone*, we require multiple documents to support your balance.

Best,
KYC Support.
[image: Sent from Front]

----------

De: Vitor Vieira <vitorvieiramkt@gmail.com>

Date: ter., 12 de mar. de 2024 às 10:17

To: <kyc-support@ftx.com>

Hello, good afternoon, but why didn't they ask for these documents at the time of deposit? I am sending attached the print of the Binance wallet to which the cryptos were transferred I've been a crypto holder for many years since it wasn't worth much and I have a statement for it for many years now There is nothing illegal in my cryptos, I even sent you my updated income tax with them declared

----------

De: kyc-support@ftx.com <kyc-support@ftx.com>

Date: ter., 12 de mar. de 2024 às 11:37

To: Vitor Vieira <vitorvieiramkt@gmail.com>

Dear Customer,

Thank you for providing that information,
Your KYC is being processed, and no further information is needed from you.
To check the status of your claim, please navigate to the claims portal.
Should you have any other issues or difficulties, please contact
support@ftx.com. <support@ftx.com>

Best,

KYC Support

[image: Sent from Front]

----------

De: Vitor Vieira <vitorvieiramkt@gmail.com>

Date: qui., 1 de mai. de 2025 às 15:22

To: <kyc-support@ftx.com>

Hello, I have already sent you all the information you asked me to verify KYC. You said it was forwarded and has been processing for 2 months, but until now the status still shows as failed. I want to resolve it, I'm desperate!

[image: image.png]

<https://www.avast.com/sig-email?utm_medium=email&utm_source=link&utm_campaign=sig-email&utm_content=webmail>

Não

contém vírus.www.avast.com

<https://www.avast.com/sig-email?utm_medium=email&utm_source=link&utm_campaign=sig-email&utm_content=webmail>

<#m_8707682161006713006_m_-7285450640364359346_m_7235094587056978159_DAB4FAD8-2DD7-40BB-A1B8-4E2AA1F9FDF2>

----------

De: Vitor Vieira <vitorvieiramkt@gmail.com>

Date: sex., 2 de mai. de 2025 às 17:39

To: <kyc-support@ftx.com>

I need an answer and a

[... mensagem truncada ...]

---

## — Mensagem 17 de 18 —

**De:** mariana@echeroliveira.com.br

**Para:** vitorvieiramkt@gmail.com

**Data:** 22/10/2025 17:34 UTC

**Assunto:** Re: Request for Additional Information/Documentation for KYC Application

**Anexos:** image.png

---

Recebido.

Em ter., 21 de out. de 2025 às 22:00, Vitor Vieira <vitorvieiramkt@gmail.com> escreveu:

>

>

> ---------- Forwarded message ---------

> De: Vitor Vieira <vitorvieiramkt@gmail.com>
> Date: sex., 15 de ago. de 2025 às 11:32
> Subject: Fwd: Request for Additional Information/Documentation for KYC
> Application
> To: Bittencourt Patrícia C. <pcb@gaudencioadvogados.com>
>
>
>
> Forwarded Conversation
> Subject: Request for Additional Information/Documentation for KYC
> Application
> ------------------------
>
> De: kyc-support@ftx.com <kyc-support@ftx.com>
> Date: sex., 3 de nov. de 2023 às 14:57
> To: vitorvieiramkt@gmail.com <vitorvieiramkt@gmail.com>
>
>
> Dear Customer,
>
> Thank you for submitting your KYC information. We appreciate your
> cooperation. Some additional information/documentation is required to
> process your KYC submission. Please provide your corresponding source of
> fund supporting document (with your name on it) from one of the following
> selections:
>
>
> - - Investment/securities account statement for the past 3 months
>
> - 3 salary or income slips issued within the past 6 months
>
> - - Loan agreement
>
>
> - - Other such as proof of sales of assets/property, inheritance etc
>
>
> You can provide further documentation by replying to this secure
> encrypted email address. Please do not block out information. We
> appreciate your understanding and cooperation in fulfilling these
> requirements. If you have any questions or need assistance, please
> contact our customer support team. We are here to help.

>
> Thank you for your cooperation in resolving this matter promptly.
>
> Best regards,
> KYC Support
> [image: Sent from Front]
>
> *Disclaimer*
>
> The information contained in this communication from the sender is
> confidential. It is intended solely for use by the recipient and others
> authorized to receive it. If you are not the recipient, you are hereby
> notified that any disclosure, copying, distribution or taking action in
> relation of the contents of this information is strictly prohibited and may
> be unlawful.
>
> This email has been scanned for viruses and malware, and may have been
> automatically archived by Mimecast, a leader in email security and cyber
> resilience. Mimecast integrates email defenses with brand protection,
> security awareness training, web security, compliance and other essential
> capabilities. Mimecast helps protect large and small organizations from
> malicious activity, human error and technology failure; and to lead the
> movement toward building a more resilient world. To find out more, visit
> our website.
>
>
> ----------
> De: kyc-support@ftx.com <kyc-support@ftx.com>
> Date: qua., 13 de dez. de 2023 às 10:43
> To: vitorvieiramkt@gmail.com <vitorvieiramkt@gmail.com>
>
>
>
>
> ----------
> De: kyc-support@ftx.com <kyc-support@ftx.com>
> Date: seg., 26 de fev. de 2024 às 15:54
> To: vitorvieiramkt@gmail.com <vitorvieiramkt@gmail.com>
>
>
> Dear Customer,
>

> Unfortunately we are not able to proceed with reviewing your KYC
> submission until the following is provided:
>
> Thank you for submitting your KYC information. We appreciate your
> cooperation. Unfortunately the provided documents do not support your claim
> balance. Some additional information/documentation is required to process
> your KYC submission that will support your claim balance (equal to or
> greater than the claim balance). We kindly request that you provide one
> or more the following documentation:
>
> - Last filed income tax statement
> - Investment/securities account statement for the past 3 months
> - Loan agreement
> - Other such as proof of sales of assets/property, inheritance etc.
> - Bank statements issued for the past 3 months
> - 3 salary or income slips issued within the past 6 months
>
>
> Please ensure that your full name and current date are visible.
> You can provide further documentation by replying to this secure email
> address.
> We appreciate your understanding and cooperation in fulfilling these
> requirements. If you have any questions or need assistance, please
> contact our customer support team. We are here to help.
>
> Thank you for your cooperation in resolving this matter promptly.
>
> Best regards,
> KYC Support
> [image: Sent from Front]
>
> On December 13, 2023 at 7:43 AM CST kyc-support@ftx.com wrote:
>
> Dear Customer,
>
> Thank you for submitting your KYC information. We appreciate your
> cooperation. Some additional information/documentation is required to
> process your KYC submission. Please provide your corresponding source of
> fund supporting document (with your name on it) from one of the following
> selections:
>
>

> - - Investment/securities account statement for the past 3 months
>
> - 3 salary or income slips issued within the past 6 months
>
> - - Loan agreement
>
>
> - - Other such as proof of sales of assets/property, inheritance etc
>
>
> You can provide further documentation by replying to this secure
> encrypted email address. Please do not block out information. We
> appreciate your understanding and cooperation in fulfilling these
> requirements. If you have any questions or need assistance, please
> contact our customer support team. We are here to help.
>
> Thank you for your cooperation in resolving this matter promptly.
>
> Best regards,
> KYC Support
>
>
>
>
>
> ----------
> De: Vitor Vieira <vitorvieiramkt@gmail.com>
> Date: qua., 6 de mar. de 2024 às 00:36
> To: <kyc-support@ftx.com>
>
>
> Hello, follow the updated income tax
> Confirm if everything is ok!
>
>
> <https://www.avast.com/sig-email?utm_medium=email&utm_source=link&utm_campaign=sig-email&utm_content=webmail> Não
> contém vírus.www.avast.com
> <https://www.avast.com/sig-email?utm_medium=email&utm_source=link&utm_campaign=sig-email&utm_content=webmail>
> <#m_8879546843970210340_m_8707682161006713006_m_6986542573044442163_DAB4FAD8-2DD7-40BB-A1B8-4E2AA1F9FDF2>
>

>
> ----------
> De: kyc-support@ftx.com <kyc-support@ftx.com>
> Date: qua., 6 de mar. de 2024 às 13:44
> To: Vitor Vieira <vitorvieiramkt@gmail.com>
>
>
> Dear Customer,
>
> Thank you for providing the details.
> Do you have a transaction history (bank statement) that supports your FTX
> claim balance?
>
> Best,
> KYC Support
> [image: Sent from Front]
>
>
> ----------
> De: Vitor Vieira <vitorvieiramkt@gmail.com>
> Date: qui., 7 de mar. de 2024 às 13:59
> To: <kyc-support@ftx.com>
>
>
> yes I have Would the transfer that was made from Binance to FTX be this?
>
>
> ----------
> De: kyc-support@ftx.com <kyc-support@ftx.com>
> Date: qui., 7 de mar. de 2024 às 15:22
> To: Vitor Vieira <vitorvieiramkt@gmail.com>
>
>
> Dear Customer,
>
> Any bank statements from the past 3-4 years the support any transactions
> made that was deposited into Binance (or any other investments) , and the
> transactions from Binance to FTX also. We need to see how you were
> initially able to invest as your tax document and bank statements are not
> sufficient enough *alone*, we require multiple documents to support your
> balance.
>

> Best,
> KYC Support.
> [image: Sent from Front]
>
>
> ----------
> De: Vitor Vieira <vitorvieiramkt@gmail.com>
> Date: ter., 12 de mar. de 2024 às 10:17
> To: <kyc-support@ftx.com>
>
>
> Hello, good afternoon, but why didn't they ask for these documents at the
> time of deposit? I am sending attached the print of the Binance wallet to
> which the cryptos were transferred I've been a crypto holder for many years
> since it wasn't worth much and I have a statement for it for many years now
> There is nothing illegal in my cryptos, I even sent you my updated income
> tax with them declared
>
>
> ----------
> De: kyc-support@ftx.com <kyc-support@ftx.com>
> Date: ter., 12 de mar. de 2024 às 11:37
> To: Vitor Vieira <vitorvieiramkt@gmail.com>
>
>
> Dear Customer,
>
> Thank you for providing that information,
> Your KYC is being processed, and no further information is needed from you.
>
> To check the status of your claim, please navigate to the claims portal.
> Should you have any other issues or difficulties, please contact
> support@ftx.com. <support@ftx.com>
>
> Best,
> KYC Support
> [image: Sent from Front]
>
>
> ----------
> De: Vitor Vieira <vitorvieiramkt@gmail.com>
> Date: qui., 1 de mai. de 2025 às 15:22

> To: <kyc-support@ftx.com>
>
>
> Hello, I have already sent you all the information you asked me to verify
> KYC. You said it was forwarded and has been processing for 2 months, but
> until now the status still shows as failed. I want to resolve it, I'm
> desperate!
>
>
> [image: image.png]
>
>
> <https://www.avast.com/sig-email?utm_medium=email&utm_source=link&utm_campaign=sig-email&utm_content=webmail> Não
> contém vírus.www.avast.com
> <https://www.avast.com/sig-email?utm_medium=email&utm_source=link&utm_campaign=sig-email&utm_content=webmail>
> <#m_8879546843970210340_m_8707682161006713006_m_3398610703120877440_DAB4FAD8-2DD7-40BB-A1B8-4E2AA1F9FDF2>
>
>
> ----------
> De: Vitor Vieira <vitorvieiramkt@gmail.com>
> Date: sex., 2 de mai. de 2025 às 17:39
> To: <kyc-support@ftx.com>
>
>
> I need an answer and a solution. I've been having this problem for months
> without help.
>
>
> ----------
> De: Vitor Vieira <vitorvieiramkt@gmail.com>
> Date: seg., 5 de mai. de 2025 às 15:53
> To: <kyc-support@ftx.com>
>
>
> Hello, good afternoon
> Can you give me an opinion on my problem?
>
> I've been trying to resolve it with you for months without success
> I need to receive my money
>

>
> ----------
> De: Vitor Vieira <vitorvieiramkt@gmail.com>
> Date: sex., 11 de jul. de 2025 às 17:35
> To: <artemiopneto@gmail.com>
>
>
>
> Forwarded Conversation
> Subject: Request for Additional Information/Documentation for KYC
> Application
> ------------------------
>
> De: kyc-support@ftx.com <kyc-support@ftx.com>
> Date: sex., 3 de nov. de 2023 às 14:57
> To: vitorvieiramkt@gmail.com <vitorvieiramkt@gmail.com>
>
>
> Dear Customer,
>
> Thank you for submitting your KYC information. We appreciate your
> cooperation. Some additional information/documentation is required to
> process your KYC submission. Please provide your corresponding source of
> fund supporting document (with your name on it) from one of the following
> selections:
>
>
> - - Investment/securities account statement for the past 3 months
>
> - 3 salary or income slips issued within the past 6 months
>
> - - Loan agreement
>
>
> - - Other such as proof of sales of assets/property, inheritance etc
>
>
> You can provide further documentation by replying to this secure
> encrypted email address. Please do not block out information. We
> appreciate your understanding and cooperation in fulfilling these
> requirements. If you have any questions or need assistance, please
> contact our customer support team. We are here to help.

>
> Thank you for your cooperation in resolving this matter promptly.
>
> Best regards,
> KYC Support
> [image: Sent from Front]
>
> *Disclaimer*
>
> The information contained in this communication from the sender is
> confidential. It is intended solely for use by the recipient and others
> authorized to receive it. If you are not the recipient, you are hereby
> notified that any disclosure, copying, distribution or taking action in
> relation of the contents of this information is strictly prohibited and may
> be unlawful.
>
> This email has been scanned for viruses and malware, and may have been
> automatically archived by Mimecast, a leader in email security and cyber
> resilience. Mimecast integrates email defenses with brand protection,
> security awareness training, web security, compliance and other essential
> capabilities. Mimecast helps protect large and small organizations from
> malicious activity, human error and technology failure; and to lead the
> movement toward building a more resilient world. To find out more, visit
> our website.
>
>
> ----------
> De: kyc-support@ftx.com <kyc-support@ftx.com>
> Date: qua., 13 de dez. de 2023 às 10:43
> To: vitorvieiramkt@gmail.com <vitorvieiramkt@gmail.com>
>
>
>
>
> ----------
> De: kyc-support@ftx.com <kyc-support@ftx.com>
> Date: seg., 26 de fev. de 2024 às 15:54
> To: vitorvieiramkt@gmail.com <vitorvieiramkt@gmail.com>
> ----------
> De: Vitor Vieira <vitorvieiramkt@gmail.com>
> Date: qua., 6 de mar. de 2024 às 00:36
> To: <kyc-support@ftx.com>

>

>

> Hello, follow the updated income tax

> Confirm if everything is ok!

>

>

> <https://www.avast.com/sig-email?utm_medium=email&utm_source=link&utm_campaign=sig-email&utm_content=webmail> Não

> contém vírus.www.avast.com

> <https://www.avast.com/sig-email?utm_medium=email&utm_source=link&utm_campaign=sig-email&utm_content=webmail>

> <#m_8879546843970210340_m_8707682161006713006_m_-7285450640364359346_m_1009281439891822126_DAB4FAD8-2DD7-40BB-A1B8-4E2AA1F9FDF2>

>

>

> ----------

> De: kyc-support@ftx.com <kyc-support@ftx.com>

> Date: qua., 6 de mar. de 2024 às 13:44

> To: Vitor Vieira <vitorvieiramkt@gmail.com>

>

>

> Dear Customer,

>

> Thank you for providing the details.

> Do you have a transaction history (bank statement) that supports your FTX

> claim balance?

>

> Best,

> KYC Support

> [image: Sent from Front]

>

>

> ----------

> De: Vitor Vieira <vitorvieiramkt@gmail.com>

> Date: qui., 7 de mar. de 2024 às 13:59

> To: <kyc-support@ftx.com>

>

>

> yes I have Would the transfer that was made from Binance to FTX be this?

>

>

> ----------

> De: kyc-support@ftx.com <kyc-support@ftx.com>

> Date: qui., 7 de mar. de 2024 às 15:22
> To: Vitor Vieira <vitorvieiramkt@gmail.com>
>
>
> Dear Customer,
>
> Any bank statements from the past 3-4 years the support any transactions
> made that was deposited into Binance (or any other investments) , and the
> transactions from Binance to FTX also. We need to see how you were
> initially able to invest as your tax document and bank statements are not
> sufficient enough *alone*, we require multiple documents to support your
> balance.
>
> Best,
> KYC Support.
> [image: Sent from Front]
>
>
> ----------
> De: Vitor Vieira <vitorvieiramkt@gmail.com>
> Date: ter., 12 de mar. de 2024 às 10:17
> To: <kyc-support@ftx.com>
>
>
> Hello, good afternoon, but why didn't they ask for these documents at the
> time of deposit? I am sending attached the print of the Binance wallet to
> which the cryptos were transferred I've been a crypto holder for many years
> since it wasn't worth much and I have a statement for it for many years now
> There is nothing illegal in my cryptos, I even sent you my updated income
> tax with them declared
>
>
> ----------
> De: kyc-support@ftx.com <kyc-support@ftx.com>
> Date: ter., 12 de mar. de 2024 às 11:37
> To: Vitor Vieira <vitorvieiramkt@gmail.com>
>
>
> Dear Customer,
>
> Thank you for providing that information,
> Your KYC is being processed, and no further information is needed from you.

>

> To check the status of your claim, please navigate to the claims portal.

> Should you have any other issues or difficulties, please contact

> support@ftx.com. <support@ftx.c

[... mensagem truncada ...]

---

## — Mensagem 18 de 18 —

**De:** vitorvieiramkt@gmail.com

**Para:** Kevin-silva_@hotmail.com

**Data:** 18/08/2026 19:01 UTC

**Assunto:** Fwd: Request for Additional Information/Documentation for KYC Application

**Anexos:** image.png

---

---------- Forwarded message ---------

De: Mariana Oliveira <mariana@echeroliveira.com.br>

Date: qua., 22 de out. de 2025 às 14:34

Subject: Re: Request for Additional Information/Documentation for KYC

Application

To: Vitor Vieira <vitorvieiramkt@gmail.com>

Recebido.

Em ter., 21 de out. de 2025 às 22:00, Vitor Vieira <vitorvieiramkt@gmail.com>

escreveu:

>

>

> ---------- Forwarded message ---------

> De: Vitor Vieira <vitorvieiramkt@gmail.com>

> Date: sex., 15 de ago. de 2025 às 11:32

> Subject: Fwd: Request for Additional Information/Documentation for KYC

> Application

> To: Bittencourt Patrícia C. <pcb@gaudencioadvogados.com>

>

>

>

> Forwarded Conversation

> Subject: Request for Additional Information/Documentation for KYC

> Application

> ------------------------

>

> De: kyc-support@ftx.com <kyc-support@ftx.com>

> Date: sex., 3 de nov. de 2023 às 14:57

> To: vitorvieiramkt@gmail.com <vitorvieiramkt@gmail.com>
>
>
> Dear Customer,
>
> Thank you for submitting your KYC information. We appreciate your
> cooperation. Some additional information/documentation is required to
> process your KYC submission. Please provide your corresponding source of
> fund supporting document (with your name on it) from one of the following
> selections:
>
>
> - - Investment/securities account statement for the past 3 months
>
> - 3 salary or income slips issued within the past 6 months
>
> - - Loan agreement
>
>
> - - Other such as proof of sales of assets/property, inheritance etc
>
>
> You can provide further documentation by replying to this secure
> encrypted email address. Please do not block out information. We
> appreciate your understanding and cooperation in fulfilling these
> requirements. If you have any questions or need assistance, please
> contact our customer support team. We are here to help.
>
> Thank you for your cooperation in resolving this matter promptly.
>
> Best regards,
> KYC Support
> [image: Sent from Front]
>
> *Disclaimer*
>
> The information contained in this communication from the sender is
> confidential. It is intended solely for use by the recipient and others
> authorized to receive it. If you are not the recipient, you are hereby
> notified that any disclosure, copying, distribution or taking action in
> relation of the contents of this information is strictly prohibited and may
> be unlawful.

>
> This email has been scanned for viruses and malware, and may have been
> automatically archived by Mimecast, a leader in email security and cyber
> resilience. Mimecast integrates email defenses with brand protection,
> security awareness training, web security, compliance and other essential
> capabilities. Mimecast helps protect large and small organizations from
> malicious activity, human error and technology failure; and to lead the
> movement toward building a more resilient world. To find out more, visit
> our website.
>
>
> ----------
> De: kyc-support@ftx.com <kyc-support@ftx.com>
> Date: qua., 13 de dez. de 2023 às 10:43
> To: vitorvieiramkt@gmail.com <vitorvieiramkt@gmail.com>
>
>
>
>
> ----------
> De: kyc-support@ftx.com <kyc-support@ftx.com>
> Date: seg., 26 de fev. de 2024 às 15:54
> To: vitorvieiramkt@gmail.com <vitorvieiramkt@gmail.com>
>
>
> Dear Customer,
>
> Unfortunately we are not able to proceed with reviewing your KYC
> submission until the following is provided:
>
> Thank you for submitting your KYC information. We appreciate your
> cooperation. Unfortunately the provided documents do not support your claim
> balance. Some additional information/documentation is required to process
> your KYC submission that will support your claim balance (equal to or
> greater than the claim balance). We kindly request that you provide one
> or more the following documentation:
>
> - Last filed income tax statement
> - Investment/securities account statement for the past 3 months
> - Loan agreement
> - Other such as proof of sales of assets/property, inheritance etc.
> - Bank statements issued for the past 3 months

> - 3 salary or income slips issued within the past 6 months
>
>
> Please ensure that your full name and current date are visible.
> You can provide further documentation by replying to this secure email
> address.
> We appreciate your understanding and cooperation in fulfilling these
> requirements. If you have any questions or need assistance, please
> contact our customer support team. We are here to help.
>
> Thank you for your cooperation in resolving this matter promptly.
>
> Best regards,
> KYC Support
> [image: Sent from Front]
>
> On December 13, 2023 at 7:43 AM CST kyc-support@ftx.com wrote:
>
> Dear Customer,
>
> Thank you for submitting your KYC information. We appreciate your
> cooperation. Some additional information/documentation is required to
> process your KYC submission. Please provide your corresponding source of
> fund supporting document (with your name on it) from one of the following
> selections:
>
>
> - - Investment/securities account statement for the past 3 months
>
> - 3 salary or income slips issued within the past 6 months
>
> - - Loan agreement
>
>
> - - Other such as proof of sales of assets/property, inheritance etc
>
>
> You can provide further documentation by replying to this secure
> encrypted email address. Please do not block out information. We
> appreciate your understanding and cooperation in fulfilling these
> requirements. If you have any questions or need assistance, please
> contact our customer support team. We are here to help.

>
> Thank you for your cooperation in resolving this matter promptly.
>
> Best regards,
> KYC Support
>
>
>
>
>
> ----------
> De: Vitor Vieira <vitorvieiramkt@gmail.com>
> Date: qua., 6 de mar. de 2024 às 00:36
> To: <kyc-support@ftx.com>
>
>
> Hello, follow the updated income tax
> Confirm if everything is ok!
>
>
> <https://www.avast.com/sig-email?utm_medium=email&utm_source=link&utm_campaign=sig-email&utm_content=webmail> Não
> contém vírus.www.avast.com
> <https://www.avast.com/sig-email?utm_medium=email&utm_source=link&utm_campaign=sig-email&utm_content=webmail>
> <#m_-4078363170109422278_m_8879546843970210340_m_8707682161006713006_m_6986542573044442163_DAB4FAD8-2DD7-40BB-A1B8-4E2AA1F9FDF2>
>
>
> ----------
> De: kyc-support@ftx.com <kyc-support@ftx.com>
> Date: qua., 6 de mar. de 2024 às 13:44
> To: Vitor Vieira <vitorvieiramkt@gmail.com>
>
>
> Dear Customer,
>
> Thank you for providing the details.
> Do you have a transaction history (bank statement) that supports your FTX
> claim balance?
>
> Best,
> KYC Support

> [image: Sent from Front]
>
>
> ----------
> De: Vitor Vieira <vitorvieiramkt@gmail.com>
> Date: qui., 7 de mar. de 2024 às 13:59
> To: <kyc-support@ftx.com>
>
>
> yes I have Would the transfer that was made from Binance to FTX be this?
>
>
> ----------
> De: kyc-support@ftx.com <kyc-support@ftx.com>
> Date: qui., 7 de mar. de 2024 às 15:22
> To: Vitor Vieira <vitorvieiramkt@gmail.com>
>
>
> Dear Customer,
>
> Any bank statements from the past 3-4 years the support any transactions
> made that was deposited into Binance (or any other investments) , and the
> transactions from Binance to FTX also. We need to see how you were
> initially able to invest as your tax document and bank statements are not
> sufficient enough *alone*, we require multiple documents to support your
> balance.
>
> Best,
> KYC Support.
> [image: Sent from Front]
>
>
> ----------
> De: Vitor Vieira <vitorvieiramkt@gmail.com>
> Date: ter., 12 de mar. de 2024 às 10:17
> To: <kyc-support@ftx.com>
>
>
> Hello, good afternoon, but why didn't they ask for these documents at the
> time of deposit? I am sending attached the print of the Binance wallet to
> which the cryptos were transferred I've been a crypto holder for many years
> since it wasn't worth much and I have a statement for it for many years now

> There is nothing illegal in my cryptos, I even sent you my updated income
> tax with them declared
>
>
> ----------
> De: kyc-support@ftx.com <kyc-support@ftx.com>
> Date: ter., 12 de mar. de 2024 às 11:37
> To: Vitor Vieira <vitorvieiramkt@gmail.com>
>
>
> Dear Customer,
>
> Thank you for providing that information,
> Your KYC is being processed, and no further information is needed from you.
>
> To check the status of your claim, please navigate to the claims portal.
> Should you have any other issues or difficulties, please contact
> support@ftx.com. <support@ftx.com>
>
> Best,
> KYC Support
> [image: Sent from Front]
>
>
> ----------
> De: Vitor Vieira <vitorvieiramkt@gmail.com>
> Date: qui., 1 de mai. de 2025 às 15:22
> To: <kyc-support@ftx.com>
>
>
> Hello, I have already sent you all the information you asked me to verify
> KYC. You said it was forwarded and has been processing for 2 months, but
> until now the status still shows as failed. I want to resolve it, I'm
> desperate!
>
>
> [image: image.png]
>
>
> <https://www.avast.com/sig-email?utm_medium=email&utm_source=link&utm_campaign=sig-email&utm_content=webmail> Não
> contém vírus.www.avast.com

> <https://www.avast.com/sig-email?utm_medium=email&utm_source=link&utm_campaign=sig-email&utm_content=webmail>

> <#m_-407836317010942278_m_8879546843970210340_m_8707682161006713006_m_3398610703120877440_DAB4FAD8-2DD7-40BB-A1B8-4E2AA1F9FDF2>

>

>

> ----------

> De: Vitor Vieira <vitorvieiramkt@gmail.com>

> Date: sex., 2 de mai. de 2025 às 17:39

> To: <kyc-support@ftx.com>

>

>

> I need an answer and a solution. I've been having this problem for months

> without help.

>

>

> ----------

> De: Vitor Vieira <vitorvieiramkt@gmail.com>

> Date: seg., 5 de mai. de 2025 às 15:53

> To: <kyc-support@ftx.com>

>

>

> Hello, good afternoon

> Can you give me an opinion on my problem?

>

> I've been trying to resolve it with you for months without success

> I need to receive my money

>

>

> ----------

> De: Vitor Vieira <vitorvieiramkt@gmail.com>

> Date: sex., 11 de jul. de 2025 às 17:35

> To: <artemiopneto@gmail.com>

>

>

>

> Forwarded Conversation

> Subject: Request for Additional Information/Documentation for KYC

> Application

> ------------------------

>

> De: kyc-support@ftx.com <kyc-support@ftx.com>

> Date: sex., 3 de nov. de 2023 às 14:57
> To: vitorvieiramkt@gmail.com <vitorvieiramkt@gmail.com>
>
>
> Dear Customer,
>
> Thank you for submitting your KYC information. We appreciate your
> cooperation. Some additional information/documentation is required to
> process your KYC submission. Please provide your corresponding source of
> fund supporting document (with your name on it) from one of the following
> selections:
>
>
> - - Investment/securities account statement for the past 3 months
>
> - 3 salary or income slips issued within the past 6 months
>
> - - Loan agreement
>
>
> - - Other such as proof of sales of assets/property, inheritance etc
>
>
> You can provide further documentation by replying to this secure
> encrypted email address. Please do not block out information. We
> appreciate your understanding and cooperation in fulfilling these
> requirements. If you have any questions or need assistance, please
> contact our customer support team. We are here to help.
>
> Thank you for your cooperation in resolving this matter promptly.
>
> Best regards,
> KYC Support
> [image: Sent from Front]
>
> *Disclaimer*
>
> The information contained in this communication from the sender is
> confidential. It is intended solely for use by the recipient and others
> authorized to receive it. If you are not the recipient, you are hereby
> notified that any disclosure, copying, distribution or taking action in
> relation of the contents of this information is strictly prohibited and may

> be unlawful.
>
> This email has been scanned for viruses and malware, and may have been
> automatically archived by Mimecast, a leader in email security and cyber
> resilience. Mimecast integrates email defenses with brand protection,
> security awareness training, web security, compliance and other essential
> capabilities. Mimecast helps protect large and small organizations from
> malicious activity, human error and technology failure; and to lead the
> movement toward building a more resilient world. To find out more, visit
> our website.
>
>
> ----------
> De: kyc-support@ftx.com <kyc-support@ftx.com>
> Date: qua., 13 de dez. de 2023 às 10:43
> To: vitorvieiramkt@gmail.com <vitorvieiramkt@gmail.com>
>
>
>
>
> ----------
> De: kyc-support@ftx.com <kyc-support@ftx.com>
> Date: seg., 26 de fev. de 2024 às 15:54
> To: vitorvieiramkt@gmail.com <vitorvieiramkt@gmail.com>
> ----------
> De: Vitor Vieira <vitorvieiramkt@gmail.com>
> Date: qua., 6 de mar. de 2024 às 00:36
> To: <kyc-support@ftx.com>
>
>
> Hello, follow the updated income tax
> Confirm if everything is ok!
>
>
> <https://www.avast.com/sig-email?utm_medium=email&utm_source=link&utm_campaign=sig-email&utm_content=webmail> Não
> contém vírus.www.avast.com
> <https://www.avast.com/sig-email?utm_medium=email&utm_source=link&utm_campaign=sig-email&utm_content=webmail>
> <#m_-4078363170109422 78_m_8879546843970210340_m_8707682161006713006_m_-7285450640364359346_m_1009281439891822126_DAB4FAD8-2DD7-40BB-A1B8-4E2AA1F9FDF2>
>
>

> ----------
> De: kyc-support@ftx.com <kyc-support@ftx.com>
> Date: qua., 6 de mar. de 2024 às 13:44
> To: Vitor Vieira <vitorvieiramkt@gmail.com>
>
>
> Dear Customer,
>
> Thank you for providing the details.
> Do you have a transaction history (bank statement) that supports your FTX
> claim balance?
>
> Best,
> KYC Support
> [image: Sent from Front]
>
>
> ----------
> De: Vitor Vieira <vitorvieiramkt@gmail.com>
> Date: qui., 7 de mar. de 2024 às 13:59
> To: <kyc-support@ftx.com>
>
>
> yes I have Would the transfer that was made from Binance to FTX be this?
>
>
> ----------
> De: kyc-support@ftx.com <kyc-support@ftx.com>
> Date: qui., 7 de mar. de 2024 às 15:22
> To: Vitor Vieira <vitorvieiramkt@gmail.com>
>
>
> Dear Customer,
>
> Any bank statements from the past 3-4 years the support any transactions
> made that was deposited into Binance (or any other investments) , and the
> transactions from Binance to FTX also. We need to see how you were
> initially able to invest as your tax document and bank statements are not
> sufficient enough *alone*, we require multiple documents to support your
> balance.
>
> Best,

> KYC Support.
> [image: Sent from Front]
>
>
> ----------
> De: Vitor Vieira <vitorvieiramkt@gmail.com>
> Date: ter., 12 de mar. de 2024 às 10:17
> To: <kyc-support@ftx.com>
>
>
> Hello, good afternoon, but why didn't they ask for these documents at the
> time of deposit? I am sending attached the print of the Binance wallet to
> which the cryptos were transferred I've been a crypto holder for many years
> since it wasn't worth much and I have a statement for it for many years now
> There is nothing illegal in my cryptos, I even sent you my updated income
> tax with them declared
>
>
> ----------
> De: kyc-support@ftx.com <kyc-support@ftx.com>
> Date: ter., 12 de mar. de 2024 às 11:37
> To: Vitor Vieira <vitorvieiramkt@gmail.com

[... mensagem truncada ...]