# EXHIBIT 6

# [Kraken Support] Re: FTX Claims Connection Support form

Thread ID: 19627f4c09b3518f | Mensagens: 9

### — Mensagem 1 de 9 —

**De:** support@kraken.com

**Para:** vitorvieiramkt@gmail.com

**Data:** 12/04/2025 03:04 UTC

**Assunto:** [Kraken Support] Re: FTX Claims Connection Support form

Hi there,

I hope you're doing well!

This is Cassia from the Kraken Support Team.

I'm happy to confirm that your Kraken account has been successfully linked to your FTX claim.

If you have any questions or need help with anything in the meantime, feel free to reply.

Atenciosamente,

Cassia

Suporte da Kraken

Ticket #16360084

### — Mensagem 2 de 9 —

**De:** vitorvieiramkt@gmail.com

**Para:** support@kraken.com

**Data:** 24/06/2025 14:20 UTC

**Assunto:** Re: [Kraken Support] Re: FTX Claims Connection Support form

Good afternoon

In the ticket number #16360084

In the ticket and email above you had confirmed to me that my Kraken account had been successfully linked to your FTX claim.

However, I have not received anything and I cannot find anything in my Kraken account saying that I have received it, nor the confirmation from Kraken that it is receivable within FTX. Please help me. I need to receive it to pay child support for my 3-year-old son.

### — Mensagem 3 de 9 —

**De:** support@kraken.com

**Para:** vitorvieiramkt@gmail.com

**Data:** 24/06/2025 16:32 UTC

**Assunto:** [Kraken Support] Re: Re: FTX Claims Connection Support form

Hi Vitor,

Thank you for contacting us! My name is Masako and I am happy to assist you today.

For us to investigate, can you please let us know below?

- Are you a part of FTX EU Cohort?
- Are you a part of Bahamas process?
- Can you please share a screenshot of the claims status under either step 5 or step 9 from the claims portal?

Ticket #17049260

---

### — Mensagem 4 de 9 —

**De:** vitorvieiramkt@gmail.com

**Para:** support@kraken.com

**Data:** 24/06/2025 17:20 UTC

**Assunto:** Re: [Kraken Support] Re: Re: FTX Claims Connection Support form

**Anexos:** image.png

---

Ftx Eua

---

### — Mensagem 5 de 9 —

**De:** support@kraken.com

**Para:** vitorvieiramkt@gmail.com

**Data:** 24/06/2025 18:00 UTC

**Assunto:** [Kraken Support] Re: Re: FTX Claims Connection Support form

---

Hello Vitor,

I'm Noah, and I'll be taking over from my colleague to assist you.

Due to the timing of linking your Kraken and FTX accounts, your account wasn't included in the previous distribution on May 30th.

You will receive the funds in the next round, which has yet to be announced, if:

- You are NOT part of the Bahamas process,
- And NOT included in the FTX EU cohort,
- And your claim status remains marked as "Allowed",

We'll continue to monitor updates and will inform you as soon as further information becomes available.

Ticket #17049260

---

### — Mensagem 6 de 9 —

**De:** vitorvieiramkt@gmail.com

**Para:** support@kraken.com

**Data:** 24/06/2025 19:15 UTC

**Assunto:** Re: [Kraken Support] Re: Re: FTX Claims Connection Support form

So can you confirm that I am eligible to receive the next shipment? Do you have confirmation that there will be a next shipment even for those who are in the situation I am in without confirmed KYC?

---

### — Mensagem 7 de 9 —

**De:** support@kraken.com

**Para:** vitorvieiramkt@gmail.com

**Data:** 24/06/2025 19:57 UTC

**Assunto:** [Kraken Support] Re: Re: FTX Claims Connection Support form

Hi Vitor,

Thank you for your reply. This is Masako from Kraken Support again.

Your Kraken account is set up correctly, so as long as FTX confirms your eligibility, you should get the payment in the next round. Please note that Kraken is just a distributor of the funds, so if you have any questions about the eligibility or the payment timing, please contact FTX support at support@ftx.com.

Ticket #17049260

---

### — Mensagem 8 de 9 —

**De:** vitorvieiramkt@gmail.com

**Para:** artemiopneto@gmail.com

**Data:** 11/07/2025 20:54 UTC

**Assunto:** Fwd: [Kraken Support] Re: FTX Claims Connection Support form

**Anexos:** image.png

Forwarded Conversation

Subject: [Kraken Support] Re: FTX Claims Connection Support form

---

### — Mensagem 9 de 9 —

**De:** vitorvieiramkt@gmail.com

**Para:** Kevin-silva_@hotmail.com

**Data:** 18/08/2026 19:04 UTC

**Assunto:** Fwd: [Kraken Support] Re: FTX Claims Connection Support form

**Anexos:** image.png

Forwarded full Kraken/FTX claims connection support form conversation