# EXHIBIT 7

# FTX Customer Portal - Distribution Service Provider Selected

Thread ID: 1966d13aebf422a8 | Mensagens: 20

## — Mensagem 1 de 20 —

**De:** support@ftx.com

**Para:** vitorvieiramkt@gmail.com

**Data:** 25/04/2025 13:12 UTC

**Assunto:** FTX Customer Portal - Distribution Service Provider Selected

Confirm your Device - FTX = Please complete
onboarding with the Distribution Agent you selected =

Dear Customer,

You are receiving this email in connection with the Second Amended Joint Chapter 11 Plan of Reorganization of FTX Trading Ltd. and its Debtor Affiliates [D.I. 26029] (the "Plan"), and Distributions you may be entitled to receive under the Plan.

This is an automated communication to confirm your selection of a Distribution Service Provider on the FTX Customer Portal by the following user:

*Location:* BR, Rio de janeiro *IP Address:* 10.3.6.49
*Browser:* Other *Date and Time (EST):* April 25, 2025 at 09:12AM
Please complete your onboarding requirements with your selected Distribution Service Provider as soon as possible. Any delay in completing the onboarding process could jeopardize your ability to receive any Distribution in a timely manner, or at all. For more information, please visit FTX FAQs on General Information on Distribution Service Providers.

If you have already successfully onboarded, please disregard this email.

Thank you,
FTX Customer Support

Note: If you suspect unauthorized access to your account, immediately email support@ftx.com and change your password.

FTX Debtors will never ask you to connect your wallets. For all email communications, please validate the sender's domain is @ftx.com before responding. For a list of approved emails, visit emails.ftx.com
FTX Customer Portal: claims.ftx.com

**— Mensagem 2 de 20 —**

**De:** vitorvieiramkt@gmail.com

**Para:** support@ftx.com

**Data:** 25/04/2025 15:44 UTC

**Assunto:** Re: FTX Customer Portal - Distribution Service Provider Selected

---

My account has been having problems for a long time I have sent emails looking for a solution without success Please give me a solution for my account that is stuck at step 3

Em sex., 25 de abr. de 2025 às 10:12, FTX <support@ftx.com> escreveu:

> [image: a blue background with the words etx recovery trust on it]
> Please complete onboarding with the Distribution Agent you selected
>
> Dear Customer,
>
> You are receiving this email in connection with the Second Amended Joint
> Chapter 11 Plan of Reorganization of FTX Trading Ltd. and its Debtor
> Affiliates [D.I. 26029] (the "Plan"), and Distributions you may be entitled
> to receive under the Plan.
>
> This is an automated communication to confirm your selection of a
> Distribution Service Provider on the FTX Customer Portal by the following
> user:
> *Location:* BR, Rio de janeiro
> *IP Address:* 10.3.6.49
> *Browser:* Other
> *Date and Time (EST):* April 25, 2025 at 09:12AM
>
> Please complete your onboarding requirements with your selected
> Distribution Service Provider as soon as possible. Any delay in completing
> the onboarding process could jeopardize your ability to receive any
> Distribution in a timely manner, or at all. For more information, please
> visit FTX FAQs on General Information on Distribution Service Providers.
>
> If you have already successfully onboarded, please disregard this email.
>
> Thank you,
> FTX Customer Support
>
> Note: If you suspect unauthorized access to your account, immediately
> email support@ftx.com and change your password.
> FTX Debtors will never ask you to connect your wallets. For all email

> communications, please validate the sender's domain is @ftx.com before

> responding.

> For a list of approved emails, visit emails.ftx.com

> FTX Customer Portal: claims.ftx.com

>

---

## — Mensagem 3 de 20 —

**De:** support@ftx.com

**Para:** vitorvieiramkt@gmail.com

**Data:** 25/04/2025 16:29 UTC

**Assunto:** [Please use support.ftx.com] Re: Re: FTX Customer Portal - Distribution Service Provider Selected

---

##- Não escreva abaixo desta linha -##

Your request (312736) has been updated.

To add additional comments, reply to this email.

----------------------------------------------

Atualizado por: Felicia Buenrostro, 25 de abr. de 2025, 09:29 GMT-7

Hello Vitor,

I'm sorry to hear that you are having trouble completing your KYC application. Unfortunately, we are not able to make changes at this time.

Please refer to this page to get more details on your KYC status:
https://support.ftx.com/hc/en-us/articles/17964456562068-KYC-Statuses-Explained

Thank you,

FTX Customer Support

`![]() ![](https://support.ftx.com/attachments/token/soSne0ZKUnijhROymO2HTtGFU/?name=FTX_Anti-Phising+Notice+%283%29.png) ![]() ![]()`

----------------------------------------------

Atualizado por: Vitor Vieira, 25 de abr. de 2025, 08:44 GMT-7

My account has been having problems for a long time I have sent emails looking for a solution without success Please give me a solution for my account that is stuck at step 3

Em sex., 25 de abr. de 2025 às 10:12, FTX <support@ftx.com> escreveu:

> `![a blue background with the words etx recovery trust on it](https://claims.ftx.com/static/guide/ftx_header.png)`

>

> # Please complete onboarding with the Distribution Agent you selected

>

> Dear Customer,

>

> You are receiving this email in connection with the Second Amended Joint Chapter 11 Plan of Reorganization of FTX Trading Ltd. and its Debtor Affiliates [D.I. 26029] (the "Plan"), and Distributions you may be entitled to receive under the Plan.

>

> This is an automated communication to confirm your selection of a Distribution Service Provider on the FTX Customer Portal by the following user:

>

> **Location:** BR, Rio de janeiro

> **IP Address:** 10.3.6.49

> **Browser:** Other

> **Date and Time (EST):** April 25, 2025 at 09:12AM

>

> Please complete your onboarding requirements with your selected Distribution Service Provider as soon as possible. Any delay in completing the onboarding process could jeopardize your ability to receive any Distribution in a timely manner, or at all. For more information, please visit FTX FAQs on General Information on Distribution Service Providers.

>

> If you have already successfully onboarded, please disregard this email.

>

> Thank you,

> FTX Customer Support

>

> Note: If you suspect unauthorized access to your account, immediately email support@ftx.com and change your password.

>

> FTX Debtors will never ask you to connect your wallets. For all email communications, please validate the sender's domain is @ftx.com before responding.

> For a list of approved emails, visit emails.ftx.com

> FTX Customer Portal: claims.ftx.com

>

> `![](https://mandrillapp.com/track/open.php?u=31437806&id=ba914309d0674443b8700dffa1d8b2a4)`

--------------------------------

Este email é um serviço de Please use support.ftx.com.

[6J1W9W-JV7YD]

## — Mensagem 4 de 20 —

**De:** vitorvieiramkt@gmail.com

**Para:** support@ftx.com

**Data:** 25/04/2025 21:32 UTC

**Assunto:** Re: [Please use support.ftx.com] Re: Re: FTX Customer Portal - Distribution Service Provider Selected

---

It turned out that you confirmed to me that the process was correct even the way it is to complete my payment at this stage, I have a print here

Em sex., 25 de abr. de 2025 às 13:29, FTX Support <support@ftx.com> escreveu:

> ##- Não escreva abaixo desta linha -##
>
> Your request (312736) has been updated.
>
> To add additional comments, reply to this email.
>
> *Felicia Buenrostro* (Please use support.ftx.com)
>
> 25 de abr. de 2025, 09:29 GMT-7
> Hello Vitor,
>
> I'm sorry to hear that you are having trouble completing your KYC
> application. Unfortunately, we are not able to make changes at this time.
>
> Please refer to this page to get more details on your KYC status:
> https://support.ftx.com/hc/en-us/articles/17964456562068-KYC-Statuses-Explained
>
> Thank you,
>
> FTX Customer Support
>
>
> *Vitor Vieira*
>
> 25 de abr. de 2025, 08:44 GMT-7
> My account has been having problems for a long time I have sent emails
> looking for a solution without success Please give me a solution for my
> account that is stuck at step 3
>
>
> Em sex., 25 de abr. de 2025 às 10:12, FTX <support@ftx.com> escreveu:
>

> [image: a blue background with the words etx recovery trust on it]
> Please complete onboarding with the Distribution Agent you selected
>
> Dear Customer,
>
> You are receiving this email in connection with the Second Amended Joint
> Chapter 11 Plan of Reorganization of FTX Trading Ltd. and its Debtor
> Affiliates [D.I. 26029] (the "Plan"), and Distributions you may be entitled
> to receive under the Plan.
>
> This is an automated communication to confirm your selection of a
> Distribution Service Provider on the FTX Customer Portal by the following
> user:
> *Location:* BR, Rio de janeiro
> *IP Address:* 10.3.6.49
> *Browser:* Other
> *Date and Time (EST):* April 25, 2025 at 09:12AM
>
> Please complete your onboarding requirements with your selected
> Distribution Service Provider as soon as possible. Any delay in completing
> the onboarding process could jeopardize your ability to receive any
> Distribution in a timely manner, or at all. For more information, please
> visit FTX FAQs on General Information on Distribution Service Providers.
>
> If you have already successfully onboarded, please disregard this email.
>
> Thank you,
> FTX Customer Support
>
> Note: If you suspect unauthorized access to your account, immediately
> email support@ftx.com and change your password.
> FTX Debtors will never ask you to connect your wallets. For all email
> communications, please validate the sender's domain is @ftx.com
> <https://url.usb.m.mimecastprotect.com/s/4FHDCB1GLYCgNWETNi1c2aNhi?domain=ftx.com>
> before responding.
> For a list of approved emails, visit emails.ftx.com
> <https://url.usb.m.mimecastprotect.com/s/3JwUCDwK9VcRZYgUZsYcjJUjj?domain=emails.ftx.com>
> FTX Customer Portal: claims.ftx.com
> <https://url.usb.m.mimecastprotect.com/s/EFhpCEKL9VCQj4RTZt7c7dPTZ?domain=claims.ftx.com>
>
> Este email é um serviço de Please use support.ftx.com. Fornecido por
> Zendesk

> <https://www.zendesk.com.br/service/?utm_campaign=text&utm_content=Please+use+support.ftx.com&utm_medium=poweredbyzendesk&utm_source=email-notification>

> [6J1W9W-JV7YD]

>

---

## — Mensagem 5 de 20 —

**De:** support@ftx.com

**Para:** vitorvieiramkt@gmail.com

**Data:** 28/04/2025 00:51 UTC

**Assunto:** [Please use support.ftx.com] Re: Re: FTX Customer Portal - Distribution Service Provider Selected

##- Não escreva abaixo desta linha -##

Your request (312736) has been updated.

To add additional comments, reply to this email.

----------------------------------------------

Atualizado por: Felicia Buenrostro, 27 de abr. de 2025, 17:51 GMT-7

Hi Vitor,

Your KYC status is marked as Failed. Unfortunately, we are not able to make changes at this time. When your KYC is Failed:

• It means that we were not able to verify the documentation you provided to us or otherwise you have not passed our KYC / AML / Sanction screening process.

• Please note that holders of claims who submit the requested KYC Information which is unable to be verified or has otherwise not passed the KYC / AML / Sanction screening process, shall be deemed

“Failed”. With respect to all such Customer Claims that failed the KYC verification process, the Debtors may, either (i) allow such claims without the requested KYC Information, or (ii) object to the allowance of such Customer Claims’ proofs of claim and scheduled claims on an omnibus basis, on notice to all such holders, including, among other bases, of insufficient documentation, and request such holders submit the requested KYC Information. In the event of such objection, such holders of Customer Claims may have the opportunity to submit the requested KYC Information to the Debtors to resolve the objection on such claim relating to the requested KYC Information.

• Please also note that the Debtors may modify your KYC status if information becomes available that warrants such change.

Thank you,

FTX Customer Support

`![]()`

----------------------------------------------

Atualizado por: Vitor Vieira, 25 de abr. de 2025, 14:33 GMT-7

It turned out that you confirmed to me that the process was correct even the way it is to complete my payment at this stage, I have a print here

Em sex., 25 de abr. de 2025 às 13:29, FTX Support <support@ftx.com> escreveu:

----------------------------------------------

Atualizado por: Felicia Buenrostro, 25 de abr. de 2025, 09:29 GMT-7

Hello Vitor,

I'm sorry to hear that you are having trouble completing your KYC application. Unfortunately, we are not able to make changes at this time.

Please refer to this page to get more details on your KYC status:
https://support.ftx.com/hc/en-us/articles/17964456562068-KYC-Statuses-Explained

Thank you,

FTX Customer Support

`![]() ![](https://support.ftx.com/attachments/token/soSne0ZKUnijhROymO2HTtGFU/?name=FTX_Anti-Phising+Notice+%283%29.png) ![]() ![]()`

----------------------------------------------

Atualizado por: Vitor Vieira, 25 de abr. de 2025, 08:44 GMT-7

My account has been having problems for a long time I have sent emails looking for a solution without success Please give me a solution for my account that is stuck at step 3

Em sex., 25 de abr. de 2025 às 10:12, FTX <support@ftx.com> escreveu:

> `![a blue background with the words etx recovery trust on it](https://claims.ftx.com/static/guide/ftx_header.png)`

>

> # Please complete onboarding with the Distribution Agent you selected

>

> Dear Customer,

>

> You are receiving this email in connection with the Second Amended Joint Chapter 11 Plan of Reorganization of FTX Trading Ltd. and its Debtor Affiliates [D.I. 26029] (the "Plan"), and Distributions you may be entitled to receive under the Plan.

>

> This is an automated communication to confirm your selection of a Distribution Service Provider on the FTX Customer Portal by the following user:

>

> **Location:** BR, Rio de janeiro

> **IP Address:** 10.3.6.49

> **Browser:** Other

> **Date and Time (EST):** April 25, 2025 at 09:12AM

>

> Please complete your onboarding requirements with your selected Distribution Service Provider as soon as possible. Any delay in completing the onboarding process could jeopardize your ability to receive any Distribution in a timely manner, or at all. For more information, please visit FTX FAQs on General Information on Distribution Service Providers.

>

> If you have already successfully onboarded, please disregard this email.

>

> Thank you,

> FTX Customer Support

>

> Note: If you suspect unauthorized access to your account, immediately email support@ftx.com and change your password.

>

> FTX Debtors will never ask you to connect your wallets. For all email communications, please validate the sender's domain is @ftx.com before responding.

> For a list of approved emails, visit emails.ftx.com

> FTX Customer Portal: claims.ftx.com

>

> `![](https://mandrillapp.com/track/open.php?u=31437806&id=ba914309d0674443b8700dffa1d8b2a4)`

--------------------------------

Este email é um serviço de Please use support.ftx.com.

[6J1W9W-JV7YD]

---

## — Mensagem 6 de 20 —

**De:** vitorvieiramkt@gmail.com

**Para:** support@ftx.com

**Data:** 30/04/2025 20:12 UTC

**Assunto:** Re: [Please use support.ftx.com] Re: Re: FTX Customer Portal - Distribution Service Provider Selected

---

I didn't understand anything Before, they said that everything was ok in
another email for me to receive Now I don't understand anything When I
deposited, there was no such bureaucracy where they invent something every
time to pay me Are you going to pay me or not?

Em dom., 27 de abr. de 2025 às 21:51, FTX Support <support@ftx.com>
escreveu:

> ##- Não escreva abaixo desta linha -##

>

> Your request (312736) has been updated.

>

> To add additional comments, reply to this email.

>

> *Felicia Buenrostro* (Please use support.ftx.com)

>
> 27 de abr. de 2025, 17:51 GMT-7
> Hi Vitor,
>
> Your KYC status is marked as Failed. Unfortunately, we are not able to
> make changes at this time. When your KYC is Failed:
>
> • It means that we were not able to verify the documentation you provided
> to us or otherwise you have not passed our KYC / AML / Sanction screening
> process.
>
> • Please note that holders of claims who submit the requested KYC
> Information which is unable to be verified or has otherwise not passed the
> KYC / AML / Sanction screening process, shall be deemed
>
> "Failed". With respect to all such Customer Claims that failed the KYC
> verification process, the Debtors may, either (i) allow such claims without
> the requested KYC Information, or (ii) object to the allowance of such
> Customer Claims' proofs of claim and scheduled claims on an omnibus basis,
> on notice to all such holders, including, among other bases, of
> insufficient documentation, and request such holders submit the requested
> KYC Information. In the event of such objection, such holders of Customer
> Claims may have the opportunity to submit the requested KYC Information to
> the Debtors to resolve the objection on such claim relating to the
> requested KYC Information.
>
> • Please also note that the Debtors may modify your KYC status if
> information becomes available that warrants such change.
>
> Thank you,
>
> FTX Customer Support
>
>
> *Vitor Vieira*
>
> 25 de abr. de 2025, 14:33 GMT-7
> It turned out that you confirmed to me that the process was correct even
> the way it is to complete my payment at this stage, I have a print here
>
>
> Em sex., 25 de abr. de 2025 às 13:29, FTX Support <support@ftx.com>

> escreveu:
>
> *Felicia Buenrostro* (Please use support.ftx.com)
>
> 25 de abr. de 2025, 09:29 GMT-7
> Hello Vitor,
>
> I'm sorry to hear that you are having trouble completing your KYC
> application. Unfortunately, we are not able to make changes at this time.
>
> Please refer to this page to get more details on your KYC status:
> https://support.ftx.com/hc/en-us/articles/17964456562068-KYC-Statuses-Explained
>
> Thank you,
>
> FTX Customer Support
>
>
> *Vitor Vieira*
>
> 25 de abr. de 2025, 08:44 GMT-7
> My account has been having problems for a long time I have sent emails
> looking for a solution without success Please give me a solution for my
> account that is stuck at step 3
>
>
> Em sex., 25 de abr. de 2025 às 10:12, FTX <support@ftx.com> escreveu:
>
> [image: a blue background with the words etx recovery trust on it]
> Please complete onboarding with the Distribution Agent you selected
>
> Dear Customer,
>
> You are receiving this email in connection with the Second Amended Joint
> Chapter 11 Plan of Reorganization of FTX Trading Ltd. and its Debtor
> Affiliates [D.I. 26029] (the "Plan"), and Distributions you may be entitled
> to receive under the Plan.
>
> This is an automated communication to confirm your selection of a
> Distribution Service Provider on the FTX Customer Portal by the following
> user:
> *Location:* BR, Rio de janeiro

> *IP Address:* 10.3.6.49
> *Browser:* Other
> *Date and Time (EST):* April 25, 2025 at 09:12AM
>
> Please complete your onboarding requirements with your selected
> Distribution Service Provider as soon as possible. Any delay in completing
> the onboarding process could jeopardize your ability to receive any
> Distribution in a timely manner, or at all. For more information, please
> visit FTX FAQs on General Information on Distribution Service Providers.
>
> If you have already successfully onboarded, please disregard this email.
>
> Thank you,
> FTX Customer Support
>
> Note: If you suspect unauthorized access to your account, immediately
> email support@ftx.com and change your password.
> FTX Debtors will never ask you to connect your wallets. For all email
> communications, please validate the sender's domain is @ftx.com
> <https://url.usb.m.mimecastprotect.com/s/4FHDCB1GLYCgNWETNi1c2aNhi?domain=ftx.com>
> before responding.
> For a list of approved emails, visit emails.ftx.com
> <https://url.usb.m.mimecastprotect.com/s/3JwUCDwK9VcRZYgUZsYcjJUjj?domain=emails.ftx.com>
> FTX Customer Portal: claims.ftx.com
> <https://url.usb.m.mimecastprotect.com/s/EFhpCEKL9VCQj4RTZt7c7dPTZ?domain=claims.ftx.com>
>
> Este email é um serviço de Please use support.ftx.com. Fornecido por
> Zendesk
> <https://www.zendesk.com.br/service/?utm_campaign=text&utm_content=Please+use+support.ftx.com&utm_medium=poweredbyzendesk&utm_source=email-notification>
> [6J1W9W-JV7YD]
>

---

## — Mensagem 7 de 20 —

**De:** support@ftx.com
**Para:** vitorvieiramkt@gmail.com
**Data:** 01/05/2025 13:13 UTC
**Assunto:** [Please use support.ftx.com] Re: Re: FTX Customer Portal - Distribution Service Provider Selected

---

##- Não escreva abaixo desta linha -##

Your request (312736) has been updated.

To add additional comments, reply to this email.

----------------------------------------------

Atualizado por: Felicia Buenrostro, 1 de mai. de 2025, 06:13 GMT-7

Hi Vitor,

At this time, we don't have any updates regarding whether another opportunity to complete your KYC will be offered. All customers, including yourself, were given the chance to submit their KYC information. However, you were not verified, as your submission did not meet the necessary requirements.

Thank you,

FTX Customer Support

`![]() ![](https://support.ftx.com/attachments/token/IWXHIsmVToFxqvrJnXmS1oIlX/?name=FTX_Anti-Phising+Notice+%283%29.png)`

----------------------------------------------

Atualizado por: Vitor Vieira, 30 de abr. de 2025, 13:12 GMT-7

I didn't understand anything Before, they said that everything was ok in another email for me to receive Now I don't understand anything When I deposited, there was no such bureaucracy where they invent something every time to pay me Are you going to pay me or not?

Em dom., 27 de abr. de 2025 às 21:51, FTX Support <support@ftx.com> escreveu:

----------------------------------------------

Atualizado por: Felicia Buenrostro, 27 de abr. de 2025, 17:51 GMT-7

Hi Vitor,

Your KYC status is marked as Failed. Unfortunately, we are not able to make changes at this time. When your KYC is Failed:

• It means that we were not able to verify the documentation you provided to us or otherwise you have not passed our KYC / AML / Sanction screening process.

• Please note that holders of claims who submit the requested KYC Information which is unable to be verified or has otherwise not passed the KYC / AML / Sanction screening process, shall be deemed

“Failed”. With respect to all such Customer Claims that failed the KYC verification process, the Debtors may, either (i) allow such claims without the requested KYC Information, or (ii) object to the allowance of such Customer Claims’ proofs of claim and scheduled claims on an omnibus basis, on notice to all such holders, including, among other bases, of insufficient documentation, and request such holders submit the requested KYC Information. In the event of such objection, such holders of Customer Claims may have the opportunity to submit the requested KYC Information to the Debtors to resolve the objection on such claim relating to the requested KYC Information.

• Please also note that the Debtors may modify your KYC status if information becomes available that warrants such change.

Thank you,

FTX Customer Support

`![]()`

----------------------------------------------

Atualizado por: Vitor Vieira, 25 de abr. de 2025, 14:33 GMT-7

It turned out that you confirmed to me that the process was correct even the way it is to complete my payment at this stage, I have a print here

Em sex., 25 de abr. de 2025 às 13:29, FTX Support <support@ftx.com> escreveu:

----------------------------------------------

Atualizado por: Felicia Buenrostro, 25 de abr. de 2025, 09:29 GMT-7

Hello Vitor,

I'm sorry to hear that you are having trouble completing your KYC application. Unfortunately, we are not able to make changes at this time.

Please refer to this page to get more details on your KYC status:
https://support.ftx.com/hc/en-us/articles/17964456562068-KYC-Statuses-Explained

Thank you,

FTX Customer Support

`![]() ![](https://support.ftx.com/attachments/token/soSne0ZKUnijhROymO2HTtGFU/?name=FTX_Anti-Phising+Notice+%283%29.png) ![]() ![]()`

----------------------------------------------

Atualizado por: Vitor Vieira, 25 de abr. de 2025, 08:44 GMT-7

My account has been having problems for a long time I have sent emails looking for a solution without success
Please give me a solution for my account that is stuck at step 3

Em sex., 25 de abr. de 2025 às 10:12, FTX <support@ftx.com> escreveu:

> `![a blue background with the words etx recovery trust on it](https://claims.ftx.com/static/guide/ftx_header.png)`

>

> # Please complete onboarding with the Distribution Agent you selected

>

> Dear Customer,

>

> You are receiving this email in connection with the Second Amended Joint Chapter 11 Plan of Reorganization of FTX Trading Ltd. and its Debtor Affiliates [D.I. 26029] (the "Plan"), and Distributions you may be entitled to receive under the Plan.

>

> This is an automated communication to confirm your selection of a Distribution Service Provider on the FTX Customer Portal by the following user:

>

> **Location:** BR, Rio de janeiro

> **IP Address:** 10.3.6.49

> **Browser:** Other

> **Date and Time (EST):** April 25, 2025 at 09:12AM

>

> Please complete your onboarding requirements with your selected Distribution Service Provider as soon as possible. Any delay in completing the onboarding process could jeopardize your ability to receive any Distribution in a timely manner, or at all. For more information, please visit FTX FAQs on General Information on Distribution Service Providers.

>

> If you have already successfully onboarded, please disregard this email.

>

> Thank you,

> FTX Customer Support

>

> Note: If you suspect unauthorized access to your account, immediately email support@ftx.com and change your password.

>

> FTX Debtors will never ask you to connect your wallets. For all email communications, please validate the sender's domain is @ftx.com before responding.

> For a list of approved emails, visit emails.ftx.com

> FTX Customer Portal: claims.ftx.com

>

> `![](https://mandrillapp.com/track/open.php?u=31437806&id=ba914309d0674443b8700dffa1d8b2a4)`

--------------------------------

Este email é um serviço de Please use support.ftx.com.

[6J1W9W-JV7YD]

---

## — Mensagem 8 de 20 —

**De:** vitorvieiramkt@gmail.com

**Para:** support@ftx.com

**Data:** 01/05/2025 17:05 UTC

**Assunto:** Re: [Please use support.ftx.com] Re: Re: FTX Customer Portal - Distribution Service Provider Selected

But if it wasn't completed it was due to your incompetence because it's
been stuck for months with no option to resend it and I contacted you
several times and on one of the last occasions I received confirmation that
everything was okay and now you tell me that I won't receive it?

Em qui., 1 de mai. de 2025 às 10:13, FTX Support <support@ftx.com> escreveu:

> ##- Não escreva abaixo desta linha -##

>

> Your request (312736) has been updated.

>

> To add additional comments, reply to this email.
>
> *Felicia Buenrostro* (Please use support.ftx.com)
>
> 1 de mai. de 2025, 06:13 GMT-7
> Hi Vitor,
>
> At this time, we don't have any updates regarding whether another
> opportunity to complete your KYC will be offered. All customers, including
> yourself, were given the chance to submit their KYC information. However,
> you were not verified, as your submission did not meet the necessary
> requirements.
>
> Thank you,
>
> FTX Customer Support
>
>
> *Vitor Vieira*
>
> 30 de abr. de 2025, 13:12 GMT-7
> I didn't understand anything Before, they said that everything was ok in
> another email for me to receive Now I don't understand anything When I
> deposited, there was no such bureaucracy where they invent something every
> time to pay me Are you going to pay me or not?
>
>
>
> Em dom., 27 de abr. de 2025 às 21:51, FTX Support <support@ftx.com>
> escreveu:
>
> *Felicia Buenrostro* (Please use support.ftx.com)
>
> 27 de abr. de 2025, 17:51 GMT-7
> Hi Vitor,
>
> Your KYC status is marked as Failed. Unfortunately, we are not able to
> make changes at this time. When your KYC is Failed:
>
> • It means that we were not able to verify the documentation you provided
> to us or otherwise you have not passed our KYC / AML / Sanction screening
> process.

>
> • Please note that holders of claims who submit the requested KYC
> Information which is unable to be verified or has otherwise not passed the
> KYC / AML / Sanction screening process, shall be deemed
>
> “Failed”. With respect to all such Customer Claims that failed the KYC
> verification process, the Debtors may, either (i) allow such claims without
> the requested KYC Information, or (ii) object to the allowance of such
> Customer Claims’ proofs of claim and scheduled claims on an omnibus basis,
> on notice to all such holders, including, among other bases, of
> insufficient documentation, and request such holders submit the requested
> KYC Information. In the event of such objection, such holders of Customer
> Claims may have the opportunity to submit the requested KYC Information to
> the Debtors to resolve the objection on such claim relating to the
> requested KYC Information.
>
> • Please also note that the Debtors may modify your KYC status if
> information becomes available that warrants such change.
>
> Thank you,
>
> FTX Customer Support
>
>
> *Vitor Vieira*
>
> 25 de abr. de 2025, 14:33 GMT-7
> It turned out that you confirmed to me that the process was correct even
> the way it is to complete my payment at this stage, I have a print here
>
>
> Em sex., 25 de abr. de 2025 às 13:29, FTX Support <support@ftx.com>
> escreveu:
>
> *Felicia Buenrostro* (Please use support.ftx.com)
>
> 25 de abr. de 2025, 09:29 GMT-7
> Hello Vitor,
>
> I'm sorry to hear that you are having trouble completing your KYC
> application. Unfortunately, we are not able to make changes at this time.
>

> Please refer to this page to get more details on your KYC status:
> https://support.ftx.com/hc/en-us/articles/17964456562068-KYC-Statuses-Explained
>
> Thank you,
>
> FTX Customer Support
>
>
> *Vitor Vieira*
>
> 25 de abr. de 2025, 08:44 GMT-7
> My account has been having problems for a long time I have sent emails
> looking for a solution without success Please give me a solution for my
> account that is stuck at step 3
>
>
> Em sex., 25 de abr. de 2025 às 10:12, FTX <support@ftx.com> escreveu:
>
> [image: a blue background with the words etx recovery trust on it]
> Please complete onboarding with the Distribution Agent you selected
>
> Dear Customer,
>
> You are receiving this email in connection with the Second Amended Joint
> Chapter 11 Plan of Reorganization of FTX Trading Ltd. and its Debtor
> Affiliates [D.I. 26029] (the "Plan"), and Distributions you may be entitled
> to receive under the Plan.
>
> This is an automated communication to confirm your selection of a
> Distribution Service Provider on the FTX Customer Portal by the following
> user:
> *Location:* BR, Rio de janeiro
> *IP Address:* 10.3.6.49
> *Browser:* Other
> *Date and Time (EST):* April 25, 2025 at 09:12AM
>
> Please complete your onboarding requirements with your selected
> Distribution Service Provider as soon as possible. Any delay in completing
> the onboarding process could jeopardize your ability to receive any
> Distribution in a timely manner, or at all. For more information, please
> visit FTX FAQs on General Information on Distribution Service Providers.
>

> If you have already successfully onboarded, please disregard this email.

>

> Thank you,

> FTX Customer Support

>

> Note: If you suspect unauthorized access to your account, immediately

> email support@ftx.com and change your password.

> FTX Debtors will never ask you to connect your wallets. For all email

> communications, please validate the sender's domain is @ftx.com

> <https://url.usb.m.mimecastprotect.com/s/4FHDCB1GLYCgNWETNi1c2aNhi?domain=ftx.com>

> before responding.

> For a list of approved emails, visit emails.ftx.com

> <https://url.usb.m.mimecastprotect.com/s/3JwUCDwK9VcRZYgUZsYcjJUjj?domain=emails.ftx.com>

> FTX Customer Portal: claims.ftx.com

> <https://url.usb.m.mimecastprotect.com/s/EFhpCEKL9VCQj4RTZt7c7dPTZ?domain=claims.ftx.com>

>

> Este email é um serviço de Please use support.ftx.com. Fornecido por

> Zendesk

> <https://www.zendesk.com.br/service/?utm_campaign=text&utm_content=Please+use+support.ftx.com&utm_medium=poweredbyzendesk&utm_source=email-notification>

> [6J1W9W-JV7YD]

>

---

## — Mensagem 9 de 20 —

**De:** vitorvieiramkt@gmail.com

**Para:** support@ftx.com

**Data:** 01/05/2025 17:18 UTC

**Assunto:** Re: [Please use support.ftx.com] Re: Re: FTX Customer Portal - Distribution Service Provider Selected

**Anexos:** image.png

---

[image: image.png]

<https://www.avast.com/sig-email?utm_medium=email&utm_source=link&utm_campaign=sig-email&utm_content=webmail>

Não

contém vírus.www.avast.com

<https://www.avast.com/sig-email?utm_medium=email&utm_source=link&utm_campaign=sig-email&utm_content=webmail>

<#DAB4FAD8-2DD7-40BB-A1B8-4E2AA1F9FDF2>

Em qui., 1 de mai. de 2025 às 14:05, Vitor Vieira <vitorvieiramkt@gmail.com>

escreveu:

> But if it wasn't completed it was due to your incompetence because it's

> been stuck for months with no option to resend it and I contacted you
> several times and on one of the last occasions I received confirmation that
> everything was okay and now you tell me that I won't receive it?
>
>
> Em qui., 1 de mai. de 2025 às 10:13, FTX Support <support@ftx.com>
> escreveu:
>
>> ##- Não escreva abaixo desta linha -##
>>
>> Your request (312736) has been updated.
>>
>> To add additional comments, reply to this email.
>>
>> *Felicia Buenrostro* (Please use support.ftx.com)
>>
>> 1 de mai. de 2025, 06:13 GMT-7
>> Hi Vitor,
>>
>> At this time, we don't have any updates regarding whether another
>> opportunity to complete your KYC will be offered. All customers, including
>> yourself, were given the chance to submit their KYC information. However,
>> you were not verified, as your submission did not meet the necessary
>> requirements.
>>
>> Thank you,
>>
>> FTX Customer Support
>>
>>
>> *Vitor Vieira*
>>
>> 30 de abr. de 2025, 13:12 GMT-7
>> I didn't understand anything Before, they said that everything was ok in
>> another email for me to receive Now I don't understand anything When I
>> deposited, there was no such bureaucracy where they invent something every
>> time to pay me Are you going to pay me or not?
>>
>>
>>
>> Em dom., 27 de abr. de 2025 às 21:51, FTX Support <support@ftx.com>
>> escreveu:

>>
>> *Felicia Buenrostro* (Please use support.ftx.com)
>>
>> 27 de abr. de 2025, 17:51 GMT-7
>> Hi Vitor,
>>
>> Your KYC status is marked as Failed. Unfortunately, we are not able to
>> make changes at this time. When your KYC is Failed:
>>
>> • It means that we were not able to verify the documentation you provided
>> to us or otherwise you have not passed our KYC / AML / Sanction screening
>> process.
>>
>> • Please note that holders of claims who submit the requested KYC
>> Information which is unable to be verified or has otherwise not passed the
>> KYC / AML / Sanction screening process, shall be deemed
>>
>> “Failed”. With respect to all such Customer Claims that failed the KYC
>> verification process, the Debtors may, either (i) allow such claims without
>> the requested KYC Information, or (ii) object to the allowance of such
>> Customer Claims’ proofs of claim and scheduled claims on an omnibus basis,
>> on notice to all such holders, including, among other bases, of
>> insufficient documentation, and request such holders submit the requested
>> KYC Information. In the event of such objection, such holders of Customer
>> Claims may have the opportunity to submit the requested KYC Information to
>> the Debtors to resolve the objection on such claim relating to the
>> requested KYC Information.
>>
>> • Please also note that the Debtors may modify your KYC status if
>> information becomes available that warrants such change.
>>
>> Thank you,
>>
>> FTX Customer Support
>>
>>
>> *Vitor Vieira*
>>
>> 25 de abr. de 2025, 14:33 GMT-7
>> It turned out that you confirmed to me that the process was correct even
>> the way it is to complete my payment at this stage, I have a print here
>>

>>
>> Em sex., 25 de abr. de 2025 às 13:29, FTX Support <support@ftx.com>
>> escreveu:
>>
>> *Felicia Buenrostro* (Please use support.ftx.com)
>>
>> 25 de abr. de 2025, 09:29 GMT-7
>> Hello Vitor,
>>
>> I'm sorry to hear that you are having trouble completing your KYC
>> application. Unfortunately, we are not able to make changes at this time.
>>
>> Please refer to this page to get more details on your KYC status:
>> https://support.ftx.com/hc/en-us/articles/17964456562068-KYC-Statuses-Explained
>>
>> Thank you,
>>
>> FTX Customer Support
>>
>>
>> *Vitor Vieira*
>>
>> 25 de abr. de 2025, 08:44 GMT-7
>> My account has been having problems for a long time I have sent emails
>> looking for a solution without success Please give me a solution for my
>> account that is stuck at step 3
>>
>>
>> Em sex., 25 de abr. de 2025 às 10:12, FTX <support@ftx.com> escreveu:
>>
>> [image: a blue background with the words etx recovery trust on it]
>> Please complete onboarding with the Distribution Agent you selected
>>
>> Dear Customer,
>>
>> You are receiving this email in connection with the Second Amended Joint
>> Chapter 11 Plan of Reorganization of FTX Trading Ltd. and its Debtor
>> Affiliates [D.I. 26029] (the "Plan"), and Distributions you may be entitled
>> to receive under the Plan.
>>
>> This is an automated communication to confirm your selection of a
>> Distribution Service Provider on the FTX Customer Portal by the following

>> user:

>> *Location:* BR, Rio de janeiro

>> *IP Address:* 10.3.6.49

>> *Browser:* Other

>> *Date and Time (EST):* April 25, 2025 at 09:12AM

>>

>> Please complete your onboarding requirements with your selected

>> Distribution Service Provider as soon as possible. Any delay in completing

>> the onboarding process could jeopardize your ability to receive any

>> Distribution in a timely manner, or at all. For more information, please

>> visit FTX FAQs on General Information on Distribution Service Providers.

>>

>> If you have already successfully onboarded, please disregard this email.

>>

>> Thank you,

>> FTX Customer Support

>>

>> Note: If you suspect unauthorized access to your account, immediately

>> email support@ftx.com and change your password.

>> FTX Debtors will never ask you to connect your wallets. For all email

>> communications, please validate the sender's domain is @ftx.com

>> <https://url.usb.m.mimecastprotect.com/s/4FHDCB1GLYCgNWETNi1c2aNhi?domain=ftx.com>

>> before responding.

>> For a list of approved emails, visit emails.ftx.com

>> <https://url.usb.m.mimecastprotect.com/s/3JwUCDwK9VcRZYgUZsYcjJUjj?domain=emails.ftx.com>

>> FTX Customer Portal: claims.ftx.com

>> <https://url.usb.m.mimecastprotect.com/s/EFhpCEKL9VCQj4RTZt7c7dPTZ?domain=claims.ftx.com>

>>

>> Este email é um serviço de Please use support.ftx.com. Fornecido por

>> Zendesk

>> <https://www.zendesk.com.br/service/?utm_campaign=text&utm_content=Please+use+support.ftx.com&utm_medium=poweredbyzendesk&utm_source=email-notification>

>> [6J1W9W-JV7YD]

>>

>

---

## — Mensagem 10 de 20 —

**De:** support@ftx.com

**Para:** vitorvieiramkt@gmail.com

**Data:** 01/05/2025 20:28 UTC

**Assunto:** [Please use support.ftx.com] Re: Re: FTX Customer Portal - Distribution Service Provider Selected

---

##- Não escreva abaixo desta linha -##

Your request (312736) has been updated.

To add additional comments, reply to this email.

----------------------------------------------

Atualizado por: Felicia Buenrostro, 1 de mai. de 2025, 13:28 GMT-7

Hello Vitor,

I'm sorry to hear that you are having trouble completing your KYC application. Unfortunately, we are not able to make changes at this time.

Please refer to this page to get more details on your KYC status:
https://support.ftx.com/hc/en-us/articles/17964456562068-KYC-Statuses-Explained

Thank you,

FTX Customer Support

----------------------------------------------

Atualizado por: Vitor Vieira, 1 de mai. de 2025, 10:18 GMT-7

`![image.png](https://support.ftx.com/attachments/token/USlkNx5LWBCIBkqYaZQUETOIb/?name=image.png)`

`![](https://s-install.avcdn.net/ipm/preview/icons/icon-envelope-tick-round-orange-animated-no-repeat-v1.gif)` Não contém vírus.www.avast.com

Em qui., 1 de mai. de 2025 às 14:05, Vitor Vieira <vitorvieiramkt@gmail.com> escreveu:

> But if it wasn't completed it was due to your incompetence because it's been stuck for months with no option to resend it and I contacted you several times and on one of the last occasions I received confirmation that everything was okay and now you tell me that I won't receive it?

>

>

>

>

>

> Em qui., 1 de mai. de 2025 às 10:13, FTX Support <support@ftx.com> escreveu:

----------------------------------------------

Atualizado por: Vitor Vieira, 1 de mai. de 2025, 10:05 GMT-7

But if it wasn't completed it was due to your incompetence because it's been stuck for months with no option to resend it and I contacted you several times and on one of the last occasions I received confirmation that everything was okay and now you tell me that I won't receive it?

Em qui., 1 de mai. de 2025 às 10:13, FTX Support <support@ftx.com> escreveu:

----------------------------------------------

Atualizado por: Felicia Buenrostro, 1 de mai. de 2025, 06:13 GMT-7

Hi Vitor,

At this time, we don't have any updates regarding whether another opportunity to complete your KYC will be offered. All customers, including yourself, were given the chance to submit their KYC information. However, you were not verified, as your submission did not meet the necessary requirements.

Thank you,

FTX Customer Support

`![]() ![](https://support.ftx.com/attachments/token/IWXHIsmVToFxqvrJnXmS1oIlX/?name=FTX_Anti-Phising+Notice+%283%29.png)`

----------------------------------------------

Atualizado por: Vitor Vieira, 30 de abr. de 2025, 13:12 GMT-7

I didn't understand anything Before, they said that everything was ok in another email for me to receive Now I don't understand anything When I deposited, there was no such bureaucracy where they invent something every time to pay me Are you going to pay me or not?

Em dom., 27 de abr. de 2025 às 21:51, FTX Support <support@ftx.com> escreveu:

----------------------------------------------

Atualizado por: Felicia Buenrostro, 27 de abr. de 2025, 17:51 GMT-7

Hi Vitor,

Your KYC status is marked as Failed. Unfortunately, we are not able to make changes at this time. When your KYC is Failed:

• It means that we were not able to verify the documentation you provided to us or otherwise you have not passed our KYC / AML / Sanction screening process.

• Please note that holders of claims who submit the requested KYC Information which is unable to be verified or has otherwise not passed the KYC / AML / Sanction screening process, shall be deemed

“Failed”. With respect to all such Customer Claims that failed the KYC verification process, the Debtors may, either (i) allow such claims without the requested KYC Information, or (ii) object to the allowance of such Customer Claims’ proofs of claim and scheduled claims on an omnibus basis, on notice to all such holders, including, among other bases, of insufficient documentation, and request such holders submit the requested KYC Information. In the event of such objection, such holders of Customer Claims may have the opportunity to submit the requested KYC Information to the Debtors to resolve the objection on such claim relating to the requested KYC Information.

• Please also note that the Debtors may modify your KYC status if information becomes available that warrants such change.

Thank you,

FTX Customer Support

`![]()`

----------------------------------------------

Atualizado por: Vitor Vieira, 25 de abr. de 2025, 14:33 GMT-7

It turned out that you confirmed to me that the process was correct even the way it is to complete my payment at this stage, I have a print here

Em sex., 25 de abr. de 2025 às 13:29, FTX Support <support@ftx.com> escreveu:

----------------------------------------------

Atualizado por: Felicia Buenrostro, 25 de abr. de 2025, 09:29 GMT-7

Hello Vitor,

I'm sorry to hear that you are having trouble completing your KYC application. Unfortunately, we are not able to make changes at this time.

Please refer to this page to get more details on your KYC status:
https://support.ftx.com/hc/en-us/articles/17964456562068-KYC-Statuses-Explained

Thank you,

FTX Customer Support

`![]() ![](https://support.ftx.com/attachments/token/soSne0ZKUnijhROymO2HTtGFU/?name=FTX_Anti-Phising+Notice+%283%29.png) ![]() ![]()`

----------------------------------------------

Atualizado por: Vitor Vieira, 25 de abr. de 2025, 08:44 GMT-7

My account has been having problems for a long time I have sent emails looking for a solution without success
Please give me a solution for my account that is stuck at step 3

Em sex., 25 de abr. de 2025 às 10:12, FTX <support@ftx.com> escreveu:

> `![a blue background with the words etx recovery trust on it](https://claims.ftx.com/static/guide/ftx_header.png)`

>

> # Please complete onboarding with the Distribution Agent you selected

>

> Dear Customer,

>

> You are receiving this email in connection with the Second Amended Joint Chapter 11 Plan of Reorganization of FTX Trading Ltd. and its Debtor Affiliates [D.I. 26029] (the "Plan"), and Distributions you may be entitled to receive under the Plan.

>

> This is an automated communication to confirm your selection of a Distribution Service Provider on the FTX Customer Portal by the following user:

>

> **Location:** BR, Rio de janeiro

> **IP Address:** 10.3.6.49

> **Browser:** Other

> **Date and Time (EST):** April 25, 2025 at 09:12AM

>

> Please complete your onboarding requirements with your selected Distribution Service Provider as soon as possible. Any delay in completing the onboarding process could jeopardize your ability to receive any Distribution in a timely manner, or at all. For more information, please visit FTX FAQs on General Information on Distribution Service Providers.

>

> If you have already successfully onboarded, please disregard this email.

>

> Thank you,

> FTX Customer Support

>

> Note: If you suspect unauthorized access to your account, immediately email support@ftx.com and change your password.

>

> FTX Debtors will never ask you to connect your wallets. For all email communications, please validate the sender's domain is @ftx.com before responding.

> For a list of approved emails, visit emails.ftx.com

> FTX Customer Portal: claims.ftx.com

>

> `![](https://mandrillapp.com/track/open.php?u=31437806&id=ba914309d0674443b8700dffa1d8b2a4)`

--------------------------------

Este email é um serviço de Please use support.ftx.com.

[6J1W9W-JV7YD]

---

## — Mensagem 11 de 20 —

**De:** vitorvieiramkt@gmail.com

**Para:** support@ftx.com

**Data:** 02/05/2025 00:28 UTC

**Assunto:** Re: [Please use support.ftx.com] Re: Re: FTX Customer Portal - Distribution Service Provider Selected

---

This answer is empty for a problem that I have been trying to solve with
you for months

The deadline is June 1st but with this unwillingness to help it is difficult

Then they'll say they didn't pay because I didn't do the procedure, even
though I haven't had a solution for months.

<https://www.avast.com/sig-email?utm_medium=email&utm_source=link&utm_campaign=sig-email&utm_content=webmail>

Não

contém vírus.www.avast.com

<https://www.avast.com/sig-email?utm_medium=email&utm_source=link&utm_campaign=sig-email&utm_content=webmail>

<#DAB4FAD8-2DD7-40BB-A1B8-4E2AA1F9FDF2>

Em qui., 1 de mai. de 2025 às 17:28, FTX Support <support@ftx.com> escreveu:

> ##- Não escreva abaixo desta linha -##
>
> Your request (312736) has been updated.
>
> To add additional comments, reply to this email.
>
> *Felicia Buenrostro* (Please use support.ftx.com)
>
> 1 de mai. de 2025, 13:28 GMT-7
> Hello Vitor,
>
> I'm sorry to hear that you are having trouble completing your KYC
> application. Unfortunately, we are not able to make changes at this time.
>
> Please refer to this page to get more details on your KYC status:
> https://support.ftx.com/hc/en-us/articles/17964456562068-KYC-Statuses-Explained
>
> Thank you,
>
> FTX Customer Support
>
> *Vitor Vieira*
>
> 1 de mai. de 2025, 10:18 GMT-7
> [image: image.png]
>
>
> <https://url.usb.m.mimecastprotect.com/s/A-e1CQAr08h5qg2IPhxfGhdYn?domain=avast.com> Não
> contém vírus.www.avast.com
> <https://url.usb.m.mimecastprotect.com/s/A-e1CQAr08h5qg2IPhxfGhdYn?domain=avast.com>
> <https://support.ftx.com#DAB4FAD8-2DD7-40BB-A1B8-4E2AA1F9FDF2>
>
> Em qui., 1 de mai. de 2025 às 14:05, Vitor Vieira <
> vitorvieiramkt@gmail.com> escreveu:
>
> But if it wasn't completed it was due to your incompetence because it's
> been stuck for months with no option to resend it and I contacted you
> several times and on one of the last occasions I received confirmation that
> everything was okay and now you tell me that I won't receive it?
>
>
> Em qui., 1 de mai. de 2025 às 10:13, FTX Support <support@ftx.com>

> escreveu:
>
> *Vitor Vieira*
>
> 1 de mai. de 2025, 10:05 GMT-7
> But if it wasn't completed it was due to your incompetence because it's
> been stuck for months with no option to resend it and I contacted you
> several times and on one of the last occasions I received confirmation that
> everything was okay and now you tell me that I won't receive it?
>
>
> Em qui., 1 de mai. de 2025 às 10:13, FTX Support <support@ftx.com>
> escreveu:
>
> *Felicia Buenrostro* (Please use support.ftx.com)
>
> 1 de mai. de 2025, 06:13 GMT-7
> Hi Vitor,
>
> At this time, we don't have any updates regarding whether another
> opportunity to complete your KYC will be offered. All customers, including
> yourself, were given the chance to submit their KYC information. However,
> you were not verified, as your submission did not meet the necessary
> requirements.
>
> Thank you,
>
> FTX Customer Support
>
>
> *Vitor Vieira*
>
> 30 de abr. de 2025, 13:12 GMT-7
> I didn't understand anything Before, they said that everything was ok in
> another email for me to receive Now I don't understand anything When I
> deposited, there was no such bureaucracy where they invent something every
> time to pay me Are you going to pay me or not?
>
>
>
> Em dom., 27 de abr. de 2025 às 21:51, FTX Support <support@ftx.com>
> escreveu:

>
> *Felicia Buenrostro* (Please use support.ftx.com)
>
> 27 de abr. de 2025, 17:51 GMT-7
> Hi Vitor,
>
> Your KYC status is marked as Failed. Unfortunately, we are not able to
> make changes at this time. When your KYC is Failed:
>
> • It means that we were not able to verify the documentation you provided
> to us or otherwise you have not passed our KYC / AML / Sanction screening
> process.
>
> • Please note that holders of claims who submit the requested KYC
> Information which is unable to be verified or has otherwise not passed the
> KYC / AML / Sanction screening process, shall be deemed
>
> “Failed”. With respect to all such Customer Claims that failed the KYC
> verification process, the Debtors may, either (i) allow such claims without
> the requested KYC Information, or (ii) object to the allowance of such
> Customer Claims’ proofs of claim and scheduled claims on an omnibus basis,
> on notice to all such holders, including, among other bases, of
> insufficient documentation, and request such holders submit the requested
> KYC Information. In the event of such objection, such holders of Customer
> Claims may have the opportunity to submit the requested KYC Information to
> the Debtors to resolve the objection on such claim relating to the
> requested KYC Information.
>
> • Please also note that the Debtors may modify your KYC status if
> information becomes available that warrants such change.
>
> Thank you,
>
> FTX Customer Support
>
>
> *Vitor Vieira*
>
> 25 de abr. de 2025, 14:33 GMT-7
> It turned out that you confirmed to me that the process was correct even
> the way it is to complete my payment at this stage, I have a print here
>

>
> Em sex., 25 de abr. de 2025 às 13:29, FTX Support <support@ftx.com>
> escreveu:
>
> *Felicia Buenrostro* (Please use support.ftx.com)
>
> 25 de abr. de 2025, 09:29 GMT-7
> Hello Vitor,
>
> I'm sorry to hear that you are having trouble completing your KYC
> application. Unfortunately, we are not able to make changes at this time.
>
> Please refer to this page to get more details on your KYC status:
> https://support.ftx.com/hc/en-us/articles/17964456562068-KYC-Statuses-Explained
>
> Thank you,
>
> FTX Customer Support
>
>
> *Vitor Vieira*
>
> 25 de abr. de 2025, 08:44 GMT-7
> My account has been having problems for a long time I have sent emails
> looking for a solution without success Please give me a solution for my
> account that is stuck at step 3
>
>
> Em sex., 25 de abr. de 2025 às 10:12, FTX <support@ftx.com> escreveu:
>
> [image: a blue background with the words etx recovery trust on it]
> Please complete onboarding with the Distribution Agent you selected
>
> Dear Customer,
>
> You are receiving this email in connection with the Second Amended Joint
> Chapter 11 Plan of Reorganization of FTX Trading Ltd. and its Debtor
> Affiliates [D.I. 26029] (the "Plan"), and Distributions you may be entitled
> to receive under the Plan.
>
> This is an automated communication to confirm your selection of a
> Distribution Service Provider on the FTX Customer Portal by the following

> user:
> *Location:* BR, Rio de janeiro
> *IP Address:* 10.3.6.49
> *Browser:* Other
> *Date and Time (EST):* April 25, 2025 at 09:12AM
>
> Please complete your onboarding requirements with your selected
> Distribution Service Provider as soon as possible. Any delay in completing
> the onboarding process could jeopardize your ability to receive any
> Distribution in a timely manner, or at all. For more information, please
> visit FTX FAQs on General Information on Distribution Service Providers.
>
> If you have already successfully onboarded, please disregard this email.
>
> Thank you,
> FTX Customer Support
>
> Note: If you suspect unauthorized access to your account, immediately
> email support@ftx.com and change your password.
> FTX Debtors will never ask you to connect your wallets. For all email
> communications, please validate the sender's domain is @ftx.com
> <https://url.usb.m.mimecastprotect.com/s/4FHDCB1GLYCgNWETNi1c2aNhi?domain=ftx.com>
> before responding.
> For a list of approved emails, visit emails.ftx.com
> <https://url.usb.m.mimecastprotect.com/s/3JwUCDwK9VcRZYgUZsYcjJUjj?domain=emails.ftx.com>
> FTX Customer Portal: claims.ftx.com
> <https://url.usb.m.mimecastprotect.com/s/EFhpCEKL9VCQj4RTZt7c7dPTZ?domain=claims.ftx.com>
>
> Este email é um serviço de Please use support.ftx.com. Fornecido por
> Zendesk
> <https://www.zendesk.com.br/service/?utm_campaign=text&utm_content=Please+use+support.ftx.com&utm_medium=poweredbyzendesk&utm_source=email-notification>
> [6J1W9W-JV7YD]
>

---

## — Mensagem 12 de 20 —

**De:** support@ftx.com
**Para:** vitorvieiramkt@gmail.com
**Data:** 28/05/2025 22:47 UTC
**Assunto:** [Please use support.ftx.com] Re: Re: FTX Customer Portal - Distribution Service Provider Selected

---

##- Não escreva abaixo desta linha -##

Your request (312736) has been updated.

To add additional comments, reply to this email.

----------------------------------------------

Atualizado por: Maureen, 28 de mai. de 2025, 15:47 GMT-7

Hi Vitor,

Currently, KYC resubmission is no longer available. All customers, including yourself, were given the chance to submit their KYC information. However, your submission did not meet the necessary requirements so you were not verified.

Thank you,

FTX Customer Support

![]() ![](https://support.ftx.com/attachments/token/IWXHIsmVToFxqvrJnXmS1oIlX/?name=FTX_Anti-Phising+Notice+%283%29.png)

----------------------------------------------

Atualizado por: Vitor Vieira, 1 de mai. de 2025, 17:29 GMT-7

This answer is empty for a problem that I have been trying to solve with you for months

The deadline is June 1st but with this unwillingness to help it is difficult

Then they'll say they didn't pay because I didn't do the procedure, even though I haven't had a solution for months.

![](https://s-install.avcdn.net/ipm/preview/icons/icon-envelope-tick-round-orange-animated-no-repeat-v1.gif) Não contém vírus.www.avast.com

Em qui., 1 de mai. de 2025 às 17:28, FTX Support <support@ftx.com> escreveu:

----------------------------------------------

Atualizado por: Felicia Buenrostro, 1 de mai. de 2025, 13:28 GMT-7

Hello Vitor,

I'm sorry to hear that you are having trouble completing your KYC application. Unfortunately, we are not able to make changes at this time.

Please refer to this page to get more details on your KYC status: https://support.ftx.com/hc/en-us/articles/17964456562068-KYC-Statuses-Explained

Thank you,

FTX Customer Support

----------------------------------------------

Atualizado por: Vitor Vieira, 1 de mai. de 2025, 10:18 GMT-7

![image.png](https://support.ftx.com/attachments/token/USlkNx5LWBCIBkqYaZQUETOIb/?name=image.png)

![](https://s-install.avcdn.net/ipm/preview/icons/icon-envelope-tick-round-orange-animated-no-repeat-v1.gif) Não contém vírus.www.avast.com

Em qui., 1 de mai. de 2025 às 14:05, Vitor Vieira <vitorvieiramkt@gmail.com> escreveu:

> But if it wasn't completed it was due to your incompetence because it's been stuck for months with no option to resend it and I contacted you several times and on one of the last occasions I received confirmation that everything

was okay and now you tell me that I won't receive it?

>

>

>

>

>

> Em qui., 1 de mai. de 2025 às 10:13, FTX Support <support@ftx.com> escreveu:

----------------------------------------------

Atualizado por: Vitor Vieira, 1 de mai. de 2025, 10:05 GMT-7

But if it wasn't completed it was due to your incompetence because it's been stuck for months with no option to resend it and I contacted you several times and on one of the last occasions I received confirmation that everything was okay and now you tell me that I won't receive it?

Em qui., 1 de mai. de 2025 às 10:13, FTX Support <support@ftx.com> escreveu:

----------------------------------------------

Atualizado por: Felicia Buenrostro, 1 de mai. de 2025, 06:13 GMT-7

Hi Vitor,

At this time, we don't have any updates regarding whether another opportunity to complete your KYC will be offered. All customers, including yourself, were given the chance to submit their KYC information. However, you were not verified, as your submission did not meet the necessary requirements.

Thank you,

FTX Customer Support

```
![]() ![](https://support.ftx.com/attachments/token/IWXHIsmVToFxqvrJnXmS1oIlX/?name=FTX_Anti-Phising+Notice+%283%29.png)
```

----------------------------------------------

Atualizado por: Vitor Vieira, 30 de abr. de 2025, 13:12 GMT-7

I didn't understand anything Before, they said that everything was ok in another email for me to receive Now I don't understand anything When I deposited, there was no such bureaucracy where they invent something every time to pay me Are you going to pay me or not?

Em dom., 27 de abr. de 2025 às 21:51, FTX Support <support@ftx.com> escreveu:

----------------------------------------------

Atualizado por: Felicia Buenrostro, 27 de abr. de 2025, 17:51 GMT-7

Hi Vitor,

Your KYC status is marked as Failed. Unfortunately, we are not able to make changes at this time. When your KYC is Failed:

• It means that we were not able to verify the documentation you provided to us or otherwise you have not passed our KYC / AML / Sanction screening process.

• Please note that holders of claims who submit the requested KYC Information which is unable to be verified or has otherwise not passed the KYC / AML / Sanction screening process, shall be deemed

“Failed”. With respect to all such Customer Claims that failed the KYC verification process, the Debtors may, either (i) allow such claims without the requested KYC Information, or (ii) object to the allowance of such Customer Claims’ proofs of claim and scheduled claims on an omnibus basis, on notice to all such holders, including, among other bases, of insufficient documentation, and request such holders submit the requested KYC Information. In the event of such objection, such holders of Customer Claims may have the opportunity to submit the requested KYC Information to the Debtors to resolve the objection on such claim relating to the requested KYC Information.

• Please also note that the Debtors may modify your KYC status if information becomes available that warrants such change.

Thank you,

FTX Customer Support

`![]()`

----------------------------------------------

Atualizado por: Vitor Vieira, 25 de abr. de 2025, 14:33 GMT-7

It turned out that you confirmed to me that the process was correct even the way it is to complete my payment at this stage, I have a print here

Em sex., 25 de abr. de 2025 às 13:29, FTX Support <support@ftx.com> escreveu:

----------------------------------------------

Atualizado por: Felicia Buenrostro, 25 de abr. de 2025, 09:29 GMT-7

Hello Vitor,

I'm sorry to hear that you are having trouble completing your KYC application. Unfortunately, we are not able to make changes at this time.

Please refer to this page to get more details on your KYC status: https://support.ftx.com/hc/en-us/articles/17964456562068-KYC-Statuses-Explained

Thank you,

FTX Customer Support

`![]() ![](https://support.ftx.com/attachments/token/soSne0ZKUnijhROymO2HTtGFU/?name=FTX_Anti-Phising+Notice+%283%29.png) ![]() ![]()`

----------------------------------------------

Atualizado por: Vitor Vieira, 25 de abr. de 2025, 08:44 GMT-7

My account has been having problems for a long time I have sent emails looking for a solution without success Please give me a solution for my account that is stuck at step 3

Em sex., 25 de abr. de 2025 às 10:12, FTX <support@ftx.com> escreveu:

`> ![a blue background with the words etx recovery trust on it](https://claims.ftx.com/static/guide/ftx_header.png)`

>

> # Please complete onboarding with the Distribution Agent you selected

>

> Dear Customer,

>

> You are receiving this email in connection with the Second Amended Joint Chapter 11 Plan of Reorganization of FTX Trading Ltd. and its Debtor Affiliates [D.I. 26029] (the "Plan"), and Distributions you may be entitled to receive under the Plan.

>

> This is an automated communication to confirm your selection of a Distribution Service Provider on the FTX Customer Portal by the following user:

>

> **Location:** BR, Rio de janeiro

> **IP Address:** 10.3.6.49

> **Browser:** Other

> **Date and Time (EST):** April 25, 2025 at 09:12AM

>

> Please complete your onboarding requirements with your selected Distribution Service Provider as soon as possible. Any delay in completing the onboarding process could jeopardize your ability to receive any Distribution in a timely manner, or at all. For more information, please visit FTX FAQs on General Information on Distribution Service Providers.

>

> If you have already successfully onboarded, please disregard this email.

>

> Thank you,

> FTX Customer Support

>

> Note: If you suspect unauthorized access to your account, immediately email support@ftx.com and change your password.

>

> FTX Debtors will never ask you to connect your wallets. For all email communications, please validate the sender's domain is @ftx.com before responding.

> For a list of approved emails, visit emails.ftx.com

> FTX Customer Portal: claims.ftx.com

>

> `![](https://mandrillapp.com/track/open.php?u=31437806&id=ba914309d0674443b8700dffa1d8b2a4)`

--------------------------------

Este email é um serviço de Please use support.ftx.com.

[6J1W9W-JV7YD]

**— Mensagem 13 de 20 —**

**De:** vitorvieiramkt@gmail.com
**Para:** support@ftx.com
**Data:** 24/06/2025 12:03 UTC
**Assunto:** Re: [Please use support.ftx.com] Re: Re: FTX Customer Portal - Distribution Service Provider Selected

---

Hello, to this day I have not received anything from ftx because my kyc,
which was confirmed, was canceled and after that I was unable to change it
even after contacting you numerous times, you did not give me a solution,
now I will not receive my funds?

Em qua., 28 de mai. de 2025 às 19:47, FTX Support <support@ftx.com>
escreveu:

> ##- Não escreva abaixo desta linha -##
>
> Your request (312736) has been updated.
>
> To add additional comments, reply to this email.
>
> *Maureen* (Please use support.ftx.com)
>
> 28 de mai. de 2025, 15:47 GMT-7
> Hi Vitor,
>
> Currently, KYC resubmission is no longer available. All customers,
> including yourself, were given the chance to submit their KYC information.
> However, your submission did not meet the necessary requirements so you
> were not verified.
>
>
> Thank you,
>
> FTX Customer Support
>
>
> *Vitor Vieira*
>
> 1 de mai. de 2025, 17:29 GMT-7
> This answer is empty for a problem that I have been trying to solve with
> you for months
>
> The deadline is June 1st but with this unwillingness to help it is

> difficult
>
> Then they'll say they didn't pay because I didn't do the procedure, even
> though I haven't had a solution for months.
>
>
> <https://url.usb.m.mimecastprotect.com/s/_oz6CWWA79tAY30cxhVfoZRt-?domain=avast.com> Não
> contém vírus.www.avast.com
> <https://url.usb.m.mimecastprotect.com/s/_oz6CWWA79tAY30cxhVfoZRt-?domain=avast.com>
> <https://support.ftx.com#DAB4FAD8-2DD7-40BB-A1B8-4E2AA1F9FDF2>
>
> Em qui., 1 de mai. de 2025 às 17:28, FTX Support <support@ftx.com>
> escreveu:
>
> *Felicia Buenrostro* (Please use support.ftx.com)
>
> 1 de mai. de 2025, 13:28 GMT-7
> Hello Vitor,
>
> I'm sorry to hear that you are having trouble completing your KYC
> application. Unfortunately, we are not able to make changes at this time.
>
> Please refer to this page to get more details on your KYC status:
> https://support.ftx.com/hc/en-us/articles/17964456562068-KYC-Statuses-Explained
>
> Thank you,
>
> FTX Customer Support
>
> *Vitor Vieira*
>
> 1 de mai. de 2025, 10:18 GMT-7
> [image: image.png]
>
>
> <https://url.usb.m.mimecastprotect.com/s/A-e1CQAr08h5qg2IPhxfGhdYn?domain=avast.com> Não
> contém vírus.www.avast.com
> <https://url.usb.m.mimecastprotect.com/s/A-e1CQAr08h5qg2IPhxfGhdYn?domain=avast.com>
> <https://support.ftx.com#DAB4FAD8-2DD7-40BB-A1B8-4E2AA1F9FDF2>
>
> Em qui., 1 de mai. de 2025 às 14:05, Vitor Vieira <
> vitorvieiramkt@gmail.com> escreveu:

>
> But if it wasn't completed it was due to your incompetence because it's
> been stuck for months with no option to resend it and I contacted you
> several times and on one of the last occasions I received confirmation that
> everything was okay and now you tell me that I won't receive it?
>
>
> Em qui., 1 de mai. de 2025 às 10:13, FTX Support <support@ftx.com>
> escreveu:
>
> *Vitor Vieira*
>
> 1 de mai. de 2025, 10:05 GMT-7
> But if it wasn't completed it was due to your incompetence because it's
> been stuck for months with no option to resend it and I contacted you
> several times and on one of the last occasions I received confirmation that
> everything was okay and now you tell me that I won't receive it?
>
>
> Em qui., 1 de mai. de 2025 às 10:13, FTX Support <support@ftx.com>
> escreveu:
>
> *Felicia Buenrostro* (Please use support.ftx.com)
>
> 1 de mai. de 2025, 06:13 GMT-7
> Hi Vitor,
>
> At this time, we don't have any updates regarding whether another
> opportunity to complete your KYC will be offered. All customers, including
> yourself, were given the chance to submit their KYC information. However,
> you were not verified, as your submission did not meet the necessary
> requirements.
>
> Thank you,
>
> FTX Customer Support
>
>
> *Vitor Vieira*
>
> 30 de abr. de 2025, 13:12 GMT-7
> I didn't understand anything Before, they said that everything was ok in

> another email for me to receive Now I don't understand anything When I
> deposited, there was no such bureaucracy where they invent something every
> time to pay me Are you going to pay me or not?
>
>
>
> Em dom., 27 de abr. de 2025 às 21:51, FTX Support <support@ftx.com>
> escreveu:
>
> *Felicia Buenrostro* (Please use support.ftx.com)
>
> 27 de abr. de 2025, 17:51 GMT-7
> Hi Vitor,
>
> Your KYC status is marked as Failed. Unfortunately, we are not able to
> make changes at this time. When your KYC is Failed:
>
> • It means that we were not able to verify the documentation you provided
> to us or otherwise you have not passed our KYC / AML / Sanction screening
> process.
>
> • Please note that holders of claims who submit the requested KYC
> Information which is unable to be verified or has otherwise not passed the
> KYC / AML / Sanction screening process, shall be deemed
>
> “Failed”. With respect to all such Customer Claims that failed the KYC
> verification process, the Debtors may, either (i) allow such claims without
> the requested KYC Information, or (ii) object to the allowance of such
> Customer Claims’ proofs of claim and scheduled claims on an omnibus basis,
> on notice to all such holders, including, among other bases, of
> insufficient documentation, and request such holders submit the requested
> KYC Information. In the event of such objection, such holders of Customer
> Claims may have the opportunity to submit the requested KYC Information to
> the Debtors to resolve the objection on such claim relating to the
> requested KYC Information.
>
> • Please also note that the Debtors may modify your KYC status if
> information becomes available that warrants such change.
>
> Thank you,
>
> FTX Customer Support

>
>
> *Vitor Vieira*
>
> 25 de abr. de 2025, 14:33 GMT-7
> It turned out that you confirmed to me that the process was correct even
> the way it is to complete my payment at this stage, I have a print here
>
>
> Em sex., 25 de abr. de 2025 às 13:29, FTX Support <support@ftx.com>
> escreveu:
>
> *Felicia Buenrostro* (Please use support.ftx.com)
>
> 25 de abr. de 2025, 09:29 GMT-7
> Hello Vitor,
>
> I'm sorry to hear that you are having trouble completing your KYC
> application. Unfortunately, we are not able to make changes at this time.
>
> Please refer to this page to get more details on your KYC status:
> https://support.ftx.com/hc/en-us/articles/17964456562068-KYC-Statuses-Explained
>
> Thank you,
>
> FTX Customer Support
>
>
> *Vitor Vieira*
>
> 25 de abr. de 2025, 08:44 GMT-7
> My account has been having problems for a long time I have sent emails
> looking for a solution without success Please give me a solution for my
> account that is stuck at step 3
>
>
> Em sex., 25 de abr. de 2025 às 10:12, FTX <support@ftx.com> escreveu:
>
> [image: a blue background with the words etx recovery trust on it]
> Please complete onboarding with the Distribution Agent you selected
>
> Dear Customer,

>
> You are receiving this email in connection with the Second Amended Joint
> Chapter 11 Plan of Reorganization of FTX Trading Ltd. and its Debtor
> Affiliates [D.I. 26029] (the "Plan"), and Distributions you may be entitled
> to receive under the Plan.
>
> This is an automated communication to confirm your selection of a
> Distribution Service Provider on the FTX Customer Portal by the following
> user:
> *Location:* BR, Rio de janeiro
> *IP Address:* 10.3.6.49
> *Browser:* Other
> *Date and Time (EST):* April 25, 2025 at 09:12AM
>
> Please complete your onboarding requirements with your selected
> Distribution Service Provider as soon as possible. Any delay in completing
> the onboarding process could jeopardize your ability to receive any
> Distribution in a timely manner, or at all. For more information, please
> visit FTX FAQs on General Information on Distribution Service Providers.
>
> If you have already successfully onboarded, please disregard this email.
>
> Thank you,
> FTX Customer Support
>
> Note: If you suspect unauthorized access to your account, immediately
> email support@ftx.com and change your password.
> FTX Debtors will never ask you to connect your wallets. For all email
> communications, please validate the sender's domain is @ftx.com
> <https://url.usb.m.mimecastprotect.com/s/4FHDCB1GLYCgNWETNi1c2aNhi?domain=ftx.com>
> before responding.
> For a list of approved emails, visit emails.ftx.com
> <https://url.usb.m.mimecastprotect.com/s/3JwUCDwK9VcRZYgUZsYcjJUjj?domain=emails.ftx.com>
> FTX Customer Portal: claims.ftx.com
> <https://url.usb.m.mimecastprotect.com/s/EFhpCEKL9VCQj4RTZt7c7dPTZ?domain=claims.ftx.com>
>
> Este email é um serviço de Please use support.ftx.com. Fornecido por
> Zendesk
> <https://www.zendesk.com.br/service/?utm_campaign=text&utm_content=Please+use+support.ftx.com&utm_medium=poweredbyzendesk&utm_source=email-notification>
> [6J1W9W-JV7YD]
>

## — Mensagem 14 de 20 —

**De:** vitorvieiramkt@gmail.com

**Para:** support@ftx.com

**Data:** 24/06/2025 13:34 UTC

**Assunto:** Re: [Please use support.ftx.com] Re: Re: FTX Customer Portal - Distribution Service Provider Selected

Hello, my ftx recovery process is stuck because kyc has already been confirmed but disabled.

Please give me a solution.

or will I not receive my money?

Em ter., 24 de jun. de 2025 às 09:03, Vitor Vieira <vitorvieiramkt@gmail.com> escreveu:

> Hello, to this day I have not received anything from ftx because my kyc,
> which was confirmed, was canceled and after that I was unable to change it
> even after contacting you numerous times, you did not give me a solution,
> now I will not receive my funds?
>
> Em qua., 28 de mai. de 2025 às 19:47, FTX Support <support@ftx.com>
> escreveu:
>
>> ##- Não escreva abaixo desta linha -##
>>
>> Your request (312736) has been updated.
>>
>> To add additional comments, reply to this email.
>>
>> *Maureen* (Please use support.ftx.com)
>>
>> 28 de mai. de 2025, 15:47 GMT-7
>> Hi Vitor,
>>
>> Currently, KYC resubmission is no longer available. All customers,
>> including yourself, were given the chance to submit their KYC information.
>> However, your submission did not meet the necessary requirements so you
>> were not verified.
>>
>>
>> Thank you,
>>

>> FTX Customer Support
>>
>>
>> *Vitor Vieira*
>>
>> 1 de mai. de 2025, 17:29 GMT-7
>> This answer is empty for a problem that I have been trying to solve with
>> you for months
>>
>> The deadline is June 1st but with this unwillingness to help it is
>> difficult
>>
>> Then they'll say they didn't pay because I didn't do the procedure, even
>> though I haven't had a solution for months.
>>
>>
>> <https://url.usb.m.mimecastprotect.com/s/_oz6CWWA79tAY30cxhVfoZRt-?domain=avast.com> Não
>> contém vírus.www.avast.com
>> <https://url.usb.m.mimecastprotect.com/s/_oz6CWWA79tAY30cxhVfoZRt-?domain=avast.com>
>> <https://support.ftx.com#DAB4FAD8-2DD7-40BB-A1B8-4E2AA1F9FDF2>
>>
>> Em qui., 1 de mai. de 2025 às 17:28, FTX Support <support@ftx.com>
>> escreveu:
>>
>> *Felicia Buenrostro* (Please use support.ftx.com)
>>
>> 1 de mai. de 2025, 13:28 GMT-7
>> Hello Vitor,
>>
>> I'm sorry to hear that you are having trouble completing your KYC
>> application. Unfortunately, we are not able to make changes at this time.
>>
>> Please refer to this page to get more details on your KYC status:
>> https://support.ftx.com/hc/en-us/articles/17964456562068-KYC-Statuses-Explained
>>
>> Thank you,
>>
>> FTX Customer Support
>>
>> *Vitor Vieira*
>>
>> 1 de mai. de 2025, 10:18 GMT-7

>> [image: image.png]
>>
>>
>> <https://url.usb.m.mimecastprotect.com/s/A-e1CQAr08h5qg2IPhxfGhdYn?domain=avast.com> Não
>> contém vírus.www.avast.com
>> <https://url.usb.m.mimecastprotect.com/s/A-e1CQAr08h5qg2IPhxfGhdYn?domain=avast.com>
>> <https://support.ftx.com#DAB4FAD8-2DD7-40BB-A1B8-4E2AA1F9FDF2>
>>
>> Em qui., 1 de mai. de 2025 às 14:05, Vitor Vieira <
>> vitorvieiramkt@gmail.com> escreveu:
>>
>> But if it wasn't completed it was due to your incompetence because it's
>> been stuck for months with no option to resend it and I contacted you
>> several times and on one of the last occasions I received confirmation that
>> everything was okay and now you tell me that I won't receive it?
>>
>>
>> Em qui., 1 de mai. de 2025 às 10:13, FTX Support <support@ftx.com>
>> escreveu:
>>
>> *Vitor Vieira*
>>
>> 1 de mai. de 2025, 10:05 GMT-7
>> But if it wasn't completed it was due to your incompetence because it's
>> been stuck for months with no option to resend it and I contacted you
>> several times and on one of the last occasions I received confirmation that
>> everything was okay and now you tell me that I won't receive it?
>>
>>
>> Em qui., 1 de mai. de 2025 às 10:13, FTX Support <support@ftx.com>
>> escreveu:
>>
>> *Felicia Buenrostro* (Please use support.ftx.com)
>>
>> 1 de mai. de 2025, 06:13 GMT-7
>> Hi Vitor,
>>
>> At this time, we don't have any updates regarding whether another
>> opportunity to complete your KYC will be offered. All customers, including
>> yourself, were given the chance to submit their KYC information. However,
>> you were not verified, as your submission did not meet the necessary
>> requirements.

>>
>> Thank you,
>>
>> FTX Customer Support
>>
>>
>> *Vitor Vieira*
>>
>> 30 de abr. de 2025, 13:12 GMT-7
>> I didn't understand anything Before, they said that everything was ok in
>> another email for me to receive Now I don't understand anything When I
>> deposited, there was no such bureaucracy where they invent something every
>> time to pay me Are you going to pay me or not?
>>
>>
>>
>> Em dom., 27 de abr. de 2025 às 21:51, FTX Support <support@ftx.com>
>> escreveu:
>>
>> *Felicia Buenrostro* (Please use support.ftx.com)
>>
>> 27 de abr. de 2025, 17:51 GMT-7
>> Hi Vitor,
>>
>> Your KYC status is marked as Failed. Unfortunately, we are not able to
>> make changes at this time. When your KYC is Failed:
>>
>> • It means that we were not able to verify the documentation you provided
>> to us or otherwise you have not passed our KYC / AML / Sanction screening
>> process.
>>
>> • Please note that holders of claims who submit the requested KYC
>> Information which is unable to be verified or has otherwise not passed the
>> KYC / AML / Sanction screening process, shall be deemed
>>
>> “Failed”. With respect to all such Customer Claims that failed the KYC
>> verification process, the Debtors may, either (i) allow such claims without
>> the requested KYC Information, or (ii) object to the allowance of such
>> Customer Claims’ proofs of claim and scheduled claims on an omnibus basis,
>> on notice to all such holders, including, among other bases, of
>> insufficient documentation, and request such holders submit the requested
>> KYC Information. In the event of such objection, such holders of Customer

>> Claims may have the opportunity to submit the requested KYC Information to
>> the Debtors to resolve the objection on such claim relating to the
>> requested KYC Information.
>>
>> • Please also note that the Debtors may modify your KYC status if
>> information becomes available that warrants such change.
>>
>> Thank you,
>>
>> FTX Customer Support
>>
>>
>> *Vitor Vieira*
>>
>> 25 de abr. de 2025, 14:33 GMT-7
>> It turned out that you confirmed to me that the process was correct even
>> the way it is to complete my payment at this stage, I have a print here
>>
>>
>> Em sex., 25 de abr. de 2025 às 13:29, FTX Support <support@ftx.com>
>> escreveu:
>>
>> *Felicia Buenrostro* (Please use support.ftx.com)
>>
>> 25 de abr. de 2025, 09:29 GMT-7
>> Hello Vitor,
>>
>> I'm sorry to hear that you are having trouble completing your KYC
>> application. Unfortunately, we are not able to make changes at this time.
>>
>> Please refer to this page to get more details on your KYC status:
>> https://support.ftx.com/hc/en-us/articles/17964456562068-KYC-Statuses-Explained
>>
>> Thank you,
>>
>> FTX Customer Support
>>
>>
>> *Vitor Vieira*
>>
>> 25 de abr. de 2025, 08:44 GMT-7
>> My account has been having problems for a long time I have sent emails

>> looking for a solution without success Please give me a solution for my
>> account that is stuck at step 3
>>
>>
>> Em sex., 25 de abr. de 2025 às 10:12, FTX <support@ftx.com> escreveu:
>>
>> [image: a blue background with the words etx recovery trust on it]
>> Please complete onboarding with the Distribution Agent you selected
>>
>> Dear Customer,
>>
>> You are receiving this email in connection with the Second Amended Joint
>> Chapter 11 Plan of Reorganization of FTX Trading Ltd. and its Debtor
>> Affiliates [D.I. 26029] (the "Plan"), and Distributions you may be entitled
>> to receive under the Plan.
>>
>> This is an automated communication to confirm your selection of a
>> Distribution Service Provider on the FTX Customer Portal by the following
>> user:
>> *Location:* BR, Rio de janeiro
>> *IP Address:* 10.3.6.49
>> *Browser:* Other
>> *Date and Time (EST):* April 25, 2025 at 09:12AM
>>
>> Please complete your onboarding requirements with your selected
>> Distribution Service Provider as soon as possible. Any delay in completing
>> the onboarding process could jeopardize your ability to receive any
>> Distribution in a timely manner, or at all. For more information, please
>> visit FTX FAQs on General Information on Distribution Service Providers.
>>
>> If you have already successfully onboarded, please disregard this email.
>>
>> Thank you,
>> FTX Customer Support
>>
>> Note: If you suspect unauthorized access to your account, immediately
>> email support@ftx.com and change your password.
>> FTX Debtors will never ask you to connect your wallets. For all email
>> communications, please validate the sender's domain is @ftx.com
>> <https://url.usb.m.mimecastprotect.com/s/4FHDCB1GLYCgNWETNi1c2aNhi?domain=ftx.com>
>> before responding.
>> For a list of approved emails, visit emails.ftx.com

>> <https://url.usb.m.mimecastprotect.com/s/3JwUCDwK9VcRZYgUZsYcjJUjj?domain=emails.ftx.com>

>> FTX Customer Portal: claims.ftx.com

>> <https://url.usb.m.mimecastprotect.com/s/EFhpCEKL9VCQj4RTZt7c7dPTZ?domain=claims.ftx.com>

>>

>> Este email é um serviço de Please use support.ftx.com. Fornecido por

>> Zendesk

>> <https://www.zendesk.com.br/service/?utm_campaign=text&utm_content=Please+use+support.ftx.com&utm_medium=poweredbyzendesk&utm_source=email-notification>

>> [6J1W9W-JV7YD]

>>

>

---

## — Mensagem 15 de 20 —

**De:** vitorvieiramkt@gmail.com

**Para:** support@ftx.com

**Data:** 24/06/2025 13:35 UTC

**Assunto:** Re: [Please use support.ftx.com] Re: Re: FTX Customer Portal - Distribution Service Provider Selected

---

Hello, my ftx recovery process is stuck because kyc has already been

confirmed but disabled.

Please give me a solution.

or will I not receive my money?

Em ter., 24 de jun. de 2025 às 10:34, Vitor Vieira <vitorvieiramkt@gmail.com>

escreveu:

> Hello, my ftx recovery process is stuck because kyc has already been

> confirmed but disabled.

>

> Please give me a solution.

>

> or will I not receive my money?

>

>

> Em ter., 24 de jun. de 2025 às 09:03, Vitor Vieira <

> vitorvieiramkt@gmail.com> escreveu:

>

>> Hello, to this day I have not received anything from ftx because my kyc,

>> which was confirmed, was canceled and after that I was unable to change it

>> even after contacting you numerous times, you did not give me a solution,

>> now I will not receive my funds?

>>

>> Em qua., 28 de mai. de 2025 às 19:47, FTX Support <support@ftx.com>

>> escreveu:
>>
>>> ##- Não escreva abaixo desta linha -##
>>>
>>> Your request (312736) has been updated.
>>>
>>> To add additional comments, reply to this email.
>>>
>>> *Maureen* (Please use support.ftx.com)
>>>
>>> 28 de mai. de 2025, 15:47 GMT-7
>>> Hi Vitor,
>>>
>>> Currently, KYC resubmission is no longer available. All customers,
>>> including yourself, were given the chance to submit their KYC information.
>>> However, your submission did not meet the necessary requirements so you
>>> were not verified.
>>>
>>>
>>> Thank you,
>>>
>>> FTX Customer Support
>>>
>>>
>>> *Vitor Vieira*
>>>
>>> 1 de mai. de 2025, 17:29 GMT-7
>>> This answer is empty for a problem that I have been trying to solve with
>>> you for months
>>>
>>> The deadline is June 1st but with this unwillingness to help it is
>>> difficult
>>>
>>> Then they'll say they didn't pay because I didn't do the procedure, even
>>> though I haven't had a solution for months.
>>>
>>>
>>> <https://url.usb.m.mimecastprotect.com/s/_oz6CWWA79tAY30cxhVfoZRt-?domain=avast.com> Não
>>> contém vírus.www.avast.com
>>> <https://url.usb.m.mimecastprotect.com/s/_oz6CWWA79tAY30cxhVfoZRt-?domain=avast.com>
>>> <https://support.ftx.com#DAB4FAD8-2DD7-40BB-A1B8-4E2AA1F9FDF2>
>>>

>>> Em qui., 1 de mai. de 2025 às 17:28, FTX Support <support@ftx.com>
>>> escreveu:
>>>
>>> *Felicia Buenrostro* (Please use support.ftx.com)
>>>
>>> 1 de mai. de 2025, 13:28 GMT-7
>>> Hello Vitor,
>>>
>>> I'm sorry to hear that you are having trouble completing your KYC
>>> application. Unfortunately, we are not able to make changes at this time.
>>>
>>> Please refer to this page to get more details on your KYC status:
>>> https://support.ftx.com/hc/en-us/articles/17964456562068-KYC-Statuses-Explained
>>>
>>> Thank you,
>>>
>>> FTX Customer Support
>>>
>>> *Vitor Vieira*
>>>
>>> 1 de mai. de 2025, 10:18 GMT-7
>>> [image: image.png]
>>>
>>>
>>> <https://url.usb.m.mimecastprotect.com/s/A-e1CQAr08h5qg2IPhxfGhdYn?domain=avast.com> Não
>>> contém vírus.www.avast.com
>>> <https://url.usb.m.mimecastprotect.com/s/A-e1CQAr08h5qg2IPhxfGhdYn?domain=avast.com>
>>> <https://support.ftx.com#DAB4FAD8-2DD7-40BB-A1B8-4E2AA1F9FDF2>
>>>
>>> Em qui., 1 de mai. de 2025 às 14:05, Vitor Vieira <
>>> vitorvieiramkt@gmail.com> escreveu:
>>>
>>> But if it wasn't completed it was due to your incompetence because it's
>>> been stuck for months with no option to resend it and I contacted you
>>> several times and on one of the last occasions I received confirmation that
>>> everything was okay and now you tell me that I won't receive it?
>>>
>>>
>>> Em qui., 1 de mai. de 2025 às 10:13, FTX Support <support@ftx.com>
>>> escreveu:
>>>
>>> *Vitor Vieira*

>>>
>>> 1 de mai. de 2025, 10:05 GMT-7
>>> But if it wasn't completed it was due to your incompetence because it's
>>> been stuck for months with no option to resend it and I contacted you
>>> several times and on one of the last occasions I received confirmation that
>>> everything was okay and now you tell me that I won't receive it?
>>>
>>>
>>> Em qui., 1 de mai. de 2025 às 10:13, FTX Support <support@ftx.com>
>>> escreveu:
>>>
>>> *Felicia Buenrostro* (Please use support.ftx.com)
>>>
>>> 1 de mai. de 2025, 06:13 GMT-7
>>> Hi Vitor,
>>>
>>> At this time, we don't have any updates regarding whether another
>>> opportunity to complete your KYC will be offered. All customers, including
>>> yourself, were given the chance to submit their KYC information. However,
>>> you were not verified, as your submission did not meet the necessary
>>> requirements.
>>>
>>> Thank you,
>>>
>>> FTX Customer Support
>>>
>>>
>>> *Vitor Vieira*
>>>
>>> 30 de abr. de 2025, 13:12 GMT-7
>>> I didn't understand anything Before, they said that everything was ok in
>>> another email for me to receive Now I don't understand anything When I
>>> deposited, there was no such bureaucracy where they invent something every
>>> time to pay me Are you going to pay me or not?
>>>
>>>
>>>
>>> Em dom., 27 de abr. de 2025 às 21:51, FTX Support <support@ftx.com>
>>> escreveu:
>>>
>>> *Felicia Buenrostro* (Please use support.ftx.com)
>>>

>>> 27 de abr. de 2025, 17:51 GMT-7
>>> Hi Vitor,
>>>
>>> Your KYC status is marked as Failed. Unfortunately, we are not able to
>>> make changes at this time. When your KYC is Failed:
>>>
>>> • It means that we were not able to verify the documentation you
>>> provided to us or otherwise you have not passed our KYC / AML / Sanction
>>> screening process.
>>>
>>> • Please note that holders of claims who submit the requested KYC
>>> Information which is unable to be verified or has otherwise not passed the
>>> KYC / AML / Sanction screening process, shall be deemed
>>>
>>> “Failed”. With respect to all such Customer Claims that failed the KYC
>>> verification process, the Debtors may, either (i) allow such claims without
>>> the requested KYC Information, or (ii) object to the allowance of such
>>> Customer Claims’ proofs of claim and scheduled claims on an omnibus basis,
>>> on notice to all such holders, including, among other bases, of
>>> insufficient documentation, and request such holders submit the requested
>>> KYC Information. In the event of such objection, such holders of Customer
>>> Claims may have the opportunity to submit the requested KYC Information to
>>> the Debtors to resolve the objection on such claim relating to the
>>> requested KYC Information.
>>>
>>> • Please also note that the Debtors may modify your KYC status if
>>> information becomes available that warrants such change.
>>>
>>> Thank you,
>>>
>>> FTX Customer Support
>>>
>>>
>>> *Vitor Vieira*
>>>
>>> 25 de abr. de 2025, 14:33 GMT-7
>>> It turned out that you confirmed to me that the process was correct even
>>> the way it is to complete my payment at this stage, I have a print here
>>>
>>>
>>> Em sex., 25 de abr. de 2025 às 13:29, FTX Support <support@ftx.com>
>>> escreveu:

>>>
>>> *Felicia Buenrostro* (Please use support.ftx.com)
>>>
>>> 25 de abr. de 2025, 09:29 GMT-7
>>> Hello Vitor,
>>>
>>> I'm sorry to hear that you are having trouble completing your KYC
>>> application. Unfortunately, we are not able to make changes at this time.
>>>
>>> Please refer to this page to get more details on your KYC status:
>>> https://support.ftx.com/hc/en-us/articles/17964456562068-KYC-Statuses-Explained
>>>
>>> Thank you,
>>>
>>> FTX Customer Support
>>>
>>>
>>> *Vitor Vieira*
>>>
>>> 25 de abr. de 2025, 08:44 GMT-7
>>> My account has been having problems for a long time I have sent emails
>>> looking for a solution without success Please give me a solution for my
>>> account that is stuck at step 3
>>>
>>>
>>> Em sex., 25 de abr. de 2025 às 10:12, FTX <support@ftx.com> escreveu:
>>>
>>> [image: a blue background with the words etx recovery trust on it]
>>> Please complete onboarding with the Distribution Agent you selected
>>>
>>> Dear Customer,
>>>
>>> You are receiving this email in connection with the Second Amended Joint
>>> Chapter 11 Plan of Reorganization of FTX Trading Ltd. and its Debtor
>>> Affiliates [D.I. 26029] (the "Plan"), and Distributions you may be entitled
>>> to receive under the Plan.
>>>
>>> This is an automated communication to confirm your selection of a
>>> Distribution Service Provider on the FTX Customer Portal by the following
>>> user:
>>> *Location:* BR, Rio de janeiro
>>> *IP Address:* 10.3.6.49

>>> *Browser:* Other

>>> *Date and Time (EST):* April 25, 2025 at 09:12AM

>>>

>>> Please complete your onboarding requirements with your selected

>>> Distribution Service Provider as soon as possible. Any delay in completing

>>> the onboarding process could jeopardize your ability to receive any

>>> Distribution in a timely manner, or at all. For more information, please

>>> visit FTX FAQs on General Information on Distribution Service Providers.

>>>

>>> If you have already successfully onboarded, please disregard this email.

>>>

>>> Thank you,

>>> FTX Customer Support

>>>

>>> Note: If you suspect unauthorized access to your account, immediately

>>> email support@ftx.com and change your password.

>>> FTX Debtors will never ask you to connect your wallets. For all email

>>> communications, please validate the sender's domain is @ftx.com

>>> <https://url.usb.m.mimecastprotect.com/s/4FHDCB1GLYCgNWETNi1c2aNhi?domain=ftx.com>

>>> before responding.

>>> For a list of approved emails, visit emails.ftx.com

>>> <https://url.usb.m.mimecastprotect.com/s/3JwUCDwK9VcRZYgUZsYcjJUjj?domain=emails.ftx.com>

>>> FTX Customer Portal: claims.ftx.com

>>> <https://url.usb.m.mimecastprotect.com/s/EFhpCEKL9VCQj4RTZt7c7dPTZ?domain=claims.ftx.com>

>>>

>>> Este email é um serviço de Please use support.ftx.com. Fornecido por

>>> Zendesk

>>> <https://www.zendesk.com.br/service/?utm_campaign=text&utm_content=Please+use+support.ftx.com&utm_medium=poweredbyzendesk&utm_source=email-notification>

>>> [6J1W9W-JV7YD]

>>>

>>

---

## — Mensagem 16 de 20 —

**De:** support@ftx.com

**Para:** vitorvieiramkt@gmail.com

**Data:** 24/06/2025 20:46 UTC

**Assunto:** [Please use support.ftx.com] Re: Re: FTX Customer Portal - Distribution Service Provider Selected

---

##- Não escreva abaixo desta linha -##

Your request (312736) has been updated.

To add additional comments, reply to this email.

----------------------------------------------

Atualizado por: Maureen, 24 de jun. de 2025, 13:46 GMT-7

Hi Vitor,

Distributions will only be made to “Allowed” claims that have satisfied pre-distribution requirements by the cut-off dates. These include satisfying the KYC verification requirements (step 3), submitting a completed valid tax form (step 7), and successfully onboarding with a distribution service provider (step 8) before the cut-off dates. However, you were not verified, as your submission did not meet the necessary requirements.

Thank you,

FTX Customer Support

----------------------------------------------

Atualizado por: Vitor Vieira, 24 de jun. de 2025, 06:35 GMT-7

Hello, my ftx recovery process is stuck because kyc has already been confirmed but disabled.

Please give me a solution.

or will I not receive my money?

Em ter., 24 de jun. de 2025 às 10:34, Vitor Vieira <vitorvieiramkt@gmail.com> escreveu:

> Hello, my ftx recovery process is stuck because kyc has already been confirmed but disabled.

>

> Please give me a solution.

>

>

> or will I not receive my money?

>

>

>

>

>

> Em ter., 24 de jun. de 2025 às 09:03, Vitor Vieira <vitorvieiramkt@gmail.com> escreveu:

>

> > Hello, to this day I have not received anything from ftx because my kyc, which was confirmed, was canceled and after that I was unable to change it even after contacting you numerous times, you did not give me a solution, now I will not receive my funds?

> >

> >

> > Em qua., 28 de mai. de 2025 às 19:47, FTX Support <support@ftx.com> escreveu:

----------------------------------------------

Atualizado por: Vitor Vieira, 24 de jun. de 2025, 06:35 GMT-7

Hello, my ftx recovery process is stuck because kyc has already been confirmed but disabled.

Please give me a solution.

or will I not receive my money?

Em ter., 24 de jun. de 2025 às 09:03, Vitor Vieira <vitorvieiramkt@gmail.com> escreveu:

> Hello, to this day I have not received anything from ftx because my kyc, which was confirmed, was canceled and after that I was unable to change it even after contacting you numerous times, you did not give me a solution, now I will not receive my funds?

>

>

> Em qua., 28 de mai. de 2025 às 19:47, FTX Support <support@ftx.com> escreveu:

----------------------------------------------

Atualizado por: Vitor Vieira, 24 de jun. de 2025, 05:03 GMT-7

Hello, to this day I have not received anything from ftx because my kyc, which was confirmed, was canceled and after that I was unable to change it even after contacting you numerous times, you did not give me a solution, now I will not receive my funds?

Em qua., 28 de mai. de 2025 às 19:47, FTX Support <support@ftx.com> escreveu:

----------------------------------------------

Atualizado por: Maureen, 28 de mai. de 2025, 15:47 GMT-7

Hi Vitor,

Currently, KYC resubmission is no longer available. All customers, including yourself, were given the chance to submit their KYC information. However, your submission did not meet the necessary requirements so you were not verified.

Thank you,

FTX Customer Support

`![]() ![](https://support.ftx.com/attachments/token/IWXHIsmVToFxqvrJnXmS1oIlX/?name=FTX_Anti-Phising+Notice+%283%29.png)`

----------------------------------------------

Atualizado por: Vitor Vieira, 1 de mai. de 2025, 17:29 GMT-7

This answer is empty for a problem that I have been trying to solve with you for months

The deadline is June 1st but with this unwillingness to help it is difficult

Then they'll say they didn't pay because I didn't do the procedure, even though I haven't had a solution for months.

`![](https://s-install.avcdn.net/ipm/preview/icons/icon-envelope-tick-round-orange-animated-no-repeat-v1.gif)` Não contém vírus.www.avast.com

Em qui., 1 de mai. de 2025 às 17:28, FTX Support <support@ftx.com> escreveu:

----------------------------------------------

Atualizado por: Felicia Buenrostro, 1 de mai. de 2025, 13:28 GMT-7

Hello Vitor,

I'm sorry to hear that you are having trouble completing your KYC application. Unfortunately, we are not able to make changes at this time.

Please refer to this page to get more details on your KYC status:
https://support.ftx.com/hc/en-us/articles/17964456562068-KYC-Statuses-Explained

Thank you,

FTX Customer Support

----------------------------------------------

Atualizado por: Vitor Vieira, 1 de mai. de 2025, 10:18 GMT-7

`![image.png](https://support.ftx.com/attachments/token/USlkNx5LWBCIBkqYaZQUETOIb/?name=image.png)`

`![](https://s-install.avcdn.net/ipm/preview/icons/icon-envelope-tick-round-orange-animated-no-repeat-v1.gif)` Não contém vírus.www.avast.com

Em qui., 1 de mai. de 2025 às 14:05, Vitor Vieira <vitorvieiramkt@gmail.com> escreveu:

> But if it wasn't completed it was due to your incompetence because it's been stuck for months with no option to resend it and I contacted you several times and on one of the last occasions I received confirmation that everything was okay and now you tell me that I won't receive it?

>

>

>

>

>

> Em qui., 1 de mai. de 2025 às 10:13, FTX Support <support@ftx.com> escreveu:

----------------------------------------------

Atualizado por: Vitor Vieira, 1 de mai. de 2025, 10:05 GMT-7

But if it wasn't completed it was due to your incompetence because it's been stuck for months with no option to resend it and I contacted you several times and on one of the last occasions I received confirmation that everything was okay and now you tell me that I won't receive it?

Em qui., 1 de mai. de 2025 às 10:13, FTX Support <support@ftx.com> escreveu:

----------------------------------------------

Atualizado por: Felicia Buenrostro, 1 de mai. de 2025, 06:13 GMT-7

Hi Vitor,

At this time, we don't have any updates regarding whether another opportunity to complete your KYC will be offered. All customers, including yourself, were given the chance to submit their KYC information. However, you were not verified, as your submission did not meet the necessary requirements.

Thank you,

FTX Customer Support

!▯() !▯(https://support.ftx.com/attachments/token/IWXHIsmVToFxqvrJnXmS1oIlX/?name=FTX_Anti-Phising+Notice+%283%29.png)

---------------------------------------------

Atualizado por: Vitor Vieira, 30 de abr. de 2025, 13:12 GMT-7

I didn't understand anything Before, they said that everything was ok in another email for me to receive Now I don't understand anything When I deposited, there was no such bureaucracy where they invent something every time to pay me Are you going to pay me or not?

Em dom., 27 de abr. de 2025 às 21:51, FTX Support <support@ftx.com> escreveu:

---------------------------------------------

Atualizado por: Felicia Buenrostro, 27 de abr. de 2025, 17:51 GMT-7

Hi Vitor,

Your KYC status is marked as Failed. Unfortunately, we are not able to make changes at this time. When your KYC is Failed:

• It means that we were not able to verify the documentation you provided to us or otherwise you have not passed our KYC / AML / Sanction screening process.

• Please note that holders of claims who submit the requested KYC Information which is unable to be verified or has otherwise not passed the KYC / AML / Sanction screening process, shall be deemed

“Failed”. With respect to all such Customer Claims that failed the KYC verification process, the Debtors may, either (i) allow such claims without the requested KYC Information, or (ii) object to the allowance of such Customer Claims’ proofs of claim and scheduled claims on an omnibus basis, on notice to all such holders, including, among other bases, of insufficient documentation, and request such holders submit the requested KYC Information. In the event of such objection, such holders of Customer Claims may have the opportunity to submit the requested KYC Information to the Debtors to resolve the objection on such claim relating to the requested KYC Information.

• Please also note that the Debtors may modify your KYC status if information becomes available that warrants such change.

Thank you,

FTX Customer Support

!▯()

---------------------------------------------

Atualizado por: Vitor Vieira, 25 de abr. de 2025, 14:33 GMT-7

It turned out that you confirmed to me that the process was correct even the way it is to complete my payment at this stage, I have a print here

Em sex., 25 de abr. de 2025 às 13:29, FTX Support <support@ftx.com> escreveu:

---------------------------------------------

Atualizado por: Felicia Buenrostro, 25 de abr. de 2025, 09:29 GMT-7

Hello Vitor,

I'm sorry to hear that you are having trouble completing your KYC application. Unfortunately, we are not able to make changes at this time.

Please refer to this page to get more details on your KYC status:
https://support.ftx.com/hc/en-us/articles/17964456562068-KYC-Statuses-Explained

Thank you,

FTX Customer Support

`![]() ![](https://support.ftx.com/attachments/token/soSne0ZKUnijhROymO2HTtGFU/?name=FTX_Anti-Phising+Notice+%283%29.png) ![]() ![]()`

----------------------------------------------

Atualizado por: Vitor Vieira, 25 de abr. de 2025, 08:44 GMT-7

My account has been having problems for a long time I have sent emails looking for a solution without success Please give me a solution for my account that is stuck at step 3

Em sex., 25 de abr. de 2025 às 10:12, FTX <support@ftx.com> escreveu:

> `![a blue background with the words etx recovery trust on it](https://claims.ftx.com/static/guide/ftx_header.png)`

>

> # Please complete onboarding with the Distribution Agent you selected

>

> Dear Customer,

>

> You are receiving this email in connection with the Second Amended Joint Chapter 11 Plan of Reorganization of FTX Trading Ltd. and its Debtor Affiliates [D.I. 26029] (the "Plan"), and Distributions you may be entitled to receive under the Plan.

>

> This is an automated communication to confirm your selection of a Distribution Service Provider on the FTX Customer Portal by the following user:

>

> **Location:** BR, Rio de janeiro

> **IP Address:** 10.3.6.49

> **Browser:** Other

> **Date and Time (EST):** April 25, 2025 at 09:12AM

>

> Please complete your onboarding requirements with your selected Distribution Service Provider as soon as possible. Any delay in completing the onboarding process could jeopardize your ability to receive any Distribution in a timely manner, or at all. For more information, please visit FTX FAQs on General Information on Distribution Service Providers.

>

> If you have already successfully onboarded, please disregard this email.

>

> Thank you,

> FTX Customer Support

>

> Note: If you suspect unauthorized access to your account, immediately email support@ftx.com and change your password.

>

> FTX Debtors will never ask you to connect your wallets. For all email communications, please validate the sender's domain is @ftx.com before responding.

> For a list of approved emails, visit emails.ftx.com

> FTX Customer Portal: claims.ftx.com

>

> `![](https://mandrillapp.com/track/open.php?u=31437806&id=ba914309d0674443b8700dffa1d8b2a4)`

--------------------------------

Este email é um serviço de Please use support.ftx.com.

[6J1W9W-JV7YD]

---

## — Mensagem 17 de 20 —

**De:** vitorvieiramkt@gmail.com

**Para:** support@ftx.com

**Data:** 24/06/2025 20:59 UTC

**Assunto:** Re: [Please use support.ftx.com] Re: Re: FTX Customer Portal - Distribution Service Provider Selected

Please help me I contacted me several times looking for a solution and they

didn't give me one and on the Kroll website it was confirmed I need the

money

Em ter., 24 de jun. de 2025 às 17:46, FTX Support <support@ftx.com>

escreveu:

> ##- Não escreva abaixo desta linha -##

>

> Your request (312736) has been updated.

>

> To add additional comments, reply to this email.

>

> *Maureen* (Please use support.ftx.com)

>

> 24 de jun. de 2025, 13:46 GMT-7

> Hi Vitor,

>

> Distributions will only be made to “Allowed” claims that have satisfied

> pre-distribution requirements by the cut-off dates. These include

> satisfying the KYC verification requirements (step 3), submitting a
> completed valid tax form (step 7), and successfully onboarding with a
> distribution service provider (step 8) before the cut-off dates. However,
> you were not verified, as your submission did not meet the necessary
> requirements.
>
>
> Thank you,
>
> FTX Customer Support
>
> *Vitor Vieira*
>
> 24 de jun. de 2025, 06:35 GMT-7
> Hello, my ftx recovery process is stuck because kyc has already been
> confirmed but disabled.
>
> Please give me a solution.
>
> or will I not receive my money?
>
> Em ter., 24 de jun. de 2025 às 10:34, Vitor Vieira <
> vitorvieiramkt@gmail.com> escreveu:
>
> Hello, my ftx recovery process is stuck because kyc has already been
> confirmed but disabled.
>
> Please give me a solution.
>
> or will I not receive my money?
>
>
> Em ter., 24 de jun. de 2025 às 09:03, Vitor Vieira <
> vitorvieiramkt@gmail.com> escreveu:
>
> Hello, to this day I have not received anything from ftx because my kyc,
> which was confirmed, was canceled and after that I was unable to change it
> even after contacting you numerous times, you did not give me a solution,
> now I will not receive my funds?
>
> Em qua., 28 de mai. de 2025 às 19:47, FTX Support <support@ftx.com>
> escreveu:

>
> *Vitor Vieira*
>
> 24 de jun. de 2025, 06:35 GMT-7
> Hello, my ftx recovery process is stuck because kyc has already been
> confirmed but disabled.
>
> Please give me a solution.
>
> or will I not receive my money?
>
>
> Em ter., 24 de jun. de 2025 às 09:03, Vitor Vieira <
> vitorvieiramkt@gmail.com> escreveu:
>
> Hello, to this day I have not received anything from ftx because my kyc,
> which was confirmed, was canceled and after that I was unable to change it
> even after contacting you numerous times, you did not give me a solution,
> now I will not receive my funds?
>
> Em qua., 28 de mai. de 2025 às 19:47, FTX Support <support@ftx.com>
> escreveu:
>
> *Vitor Vieira*
>
> 24 de jun. de 2025, 05:03 GMT-7
> Hello, to this day I have not received anything from ftx because my kyc,
> which was confirmed, was canceled and after that I was unable to change it
> even after contacting you numerous times, you did not give me a solution,
> now I will not receive my funds?
>
> Em qua., 28 de mai. de 2025 às 19:47, FTX Support <support@ftx.com>
> escreveu:
>
> *Maureen* (Please use support.ftx.com)
>
> 28 de mai. de 2025, 15:47 GMT-7
> Hi Vitor,
>
> Currently, KYC resubmission is no longer available. All customers,
> including yourself, were given the chance to submit their KYC information.
> However, your submission did not meet the necessary requirements so you

> were not verified.
>
>
> Thank you,
>
> FTX Customer Support
>
>
> *Vitor Vieira*
>
> 1 de mai. de 2025, 17:29 GMT-7
> This answer is empty for a problem that I have been trying to solve with
> you for months
>
> The deadline is June 1st but with this unwillingness to help it is
> difficult
>
> Then they'll say they didn't pay because I didn't do the procedure, even
> though I haven't had a solution for months.
>
>
> <https://url.usb.m.mimecastprotect.com/s/_oz6CWWA79tAY30cxhVfoZRt-?domain=avast.com> Não
> contém vírus.www.avast.com
> <https://url.usb.m.mimecastprotect.com/s/_oz6CWWA79tAY30cxhVfoZRt-?domain=avast.com>
> <https://support.ftx.com#DAB4FAD8-2DD7-40BB-A1B8-4E2AA1F9FDF2>
>
> Em qui., 1 de mai. de 2025 às 17:28, FTX Support <support@ftx.com>
> escreveu:
>
> *Felicia Buenrostro* (Please use support.ftx.com)
>
> 1 de mai. de 2025, 13:28 GMT-7
> Hello Vitor,
>
> I'm sorry to hear that you are having trouble completing your KYC
> application. Unfortunately, we are not able to make changes at this time.
>
> Please refer to this page to get more details on your KYC status:
> https://support.ftx.com/hc/en-us/articles/17964456562068-KYC-Statuses-Explained
>
> Thank you,
>

> FTX Customer Support
>
> *Vitor Vieira*
>
> 1 de mai. de 2025, 10:18 GMT-7
> [image: image.png]
>
>
> <https://url.usb.m.mimecastprotect.com/s/A-e1CQAr08h5qg2IPhxfGhdYn?domain=avast.com> Não
> contém vírus.www.avast.com
> <https://url.usb.m.mimecastprotect.com/s/A-e1CQAr08h5qg2IPhxfGhdYn?domain=avast.com>
> <https://support.ftx.com#DAB4FAD8-2DD7-40BB-A1B8-4E2AA1F9FDF2>
>
> Em qui., 1 de mai. de 2025 às 14:05, Vitor Vieira <
> vitorvieiramkt@gmail.com> escreveu:
>
> But if it wasn't completed it was due to your incompetence because it's
> been stuck for months with no option to resend it and I contacted you
> several times and on one of the last occasions I received confirmation that
> everything was okay and now you tell me that I won't receive it?
>
>
> Em qui., 1 de mai. de 2025 às 10:13, FTX Support <support@ftx.com>
> escreveu:
>
> *Vitor Vieira*
>
> 1 de mai. de 2025, 10:05 GMT-7
> But if it wasn't completed it was due to your incompetence because it's
> been stuck for months with no option to resend it and I contacted you
> several times and on one of the last occasions I received confirmation that
> everything was okay and now you tell me that I won't receive it?
>
>
> Em qui., 1 de mai. de 2025 às 10:13, FTX Support <support@ftx.com>
> escreveu:
>
> *Felicia Buenrostro* (Please use support.ftx.com)
>
> 1 de mai. de 2025, 06:13 GMT-7
> Hi Vitor,
>

> At this time, we don't have any updates regarding whether another
> opportunity to complete your KYC will be offered. All customers, including
> yourself, were given the chance to submit their KYC information. However,
> you were not verified, as your submission did not meet the necessary
> requirements.
>
> Thank you,
>
> FTX Customer Support
>
>
> *Vitor Vieira*
>
> 30 de abr. de 2025, 13:12 GMT-7
> I didn't understand anything Before, they said that everything was ok in
> another email for me to receive Now I don't understand anything When I
> deposited, there was no such bureaucracy where they invent something every
> time to pay me Are you going to pay me or not?
>
>
>
> Em dom., 27 de abr. de 2025 às 21:51, FTX Support <support@ftx.com>
> escreveu:
>
> *Felicia Buenrostro* (Please use support.ftx.com)
>
> 27 de abr. de 2025, 17:51 GMT-7
> Hi Vitor,
>
> Your KYC status is marked as Failed. Unfortunately, we are not able to
> make changes at this time. When your KYC is Failed:
>
> • It means that we were not able to verify the documentation you provided
> to us or otherwise you have not passed our KYC / AML / Sanction screening
> process.
>
> • Please note that holders of claims who submit the requested KYC
> Information which is unable to be verified or has otherwise not passed the
> KYC / AML / Sanction screening process, shall be deemed
>
> “Failed”. With respect to all such Customer Claims that failed the KYC
> verification process, the Debtors may, either (i) allow such claims without

> the requested KYC Information, or (ii) object to the allowance of such
> Customer Claims' proofs of claim and scheduled claims on an omnibus basis,
> on notice to all such holders, including, among other bases, of
> insufficient documentation, and request such holders submit the requested
> KYC Information. In the event of such objection, such holders of Customer
> Claims may have the opportunity to submit the requested KYC Information to
> the Debtors to resolve the objection on such claim relating to the
> requested KYC Information.
>
> • Please also note that the Debtors may modify your KYC status if
> information becomes available that warrants such change.
>
> Thank you,
>
> FTX Customer Support
>
>
> *Vitor Vieira*
>
> 25 de abr. de 2025, 14:33 GMT-7
> It turned out that you confirmed to me that the process was correct even
> the way it is to complete my payment at this stage, I have a print here
>
>
> Em sex., 25 de abr. de 2025 às 13:29, FTX Support <support@ftx.com>
> escreveu:
>
> *Felicia Buenrostro* (Please use support.ftx.com)
>
> 25 de abr. de 2025, 09:29 GMT-7
> Hello Vitor,
>
> I'm sorry to hear that you are having trouble completing your KYC
> application. Unfortunately, we are not able to make changes at this time.
>
> Please refer to this page to get more details on your KYC status:
> https://support.ftx.com/hc/en-us/articles/17964456562068-KYC-Statuses-Explained
>
> Thank you,
>
> FTX Customer Support
>

>
> *Vitor Vieira*
>
> 25 de abr. de 2025, 08:44 GMT-7
> My account has been having problems for a long time I have sent emails
> looking for a solution without success Please give me a solution for my
> account that is stuck at step 3
>
>
> Em sex., 25 de abr. de 2025 às 10:12, FTX <support@ftx.com> escreveu:
>
> [image: a blue background with the words etx recovery trust on it]
> Please complete onboarding with the Distribution Agent you selected
>
> Dear Customer,
>
> You are receiving this email in connection with the Second Amended Joint
> Chapter 11 Plan of Reorganization of FTX Trading Ltd. and its Debtor
> Affiliates [D.I. 26029] (the "Plan"), and Distributions you may be entitled
> to receive under the Plan.
>
> This is an automated communication to confirm your selection of a
> Distribution Service Provider on the FTX Customer Portal by the following
> user:
> *Location:* BR, Rio de janeiro
> *IP Address:* 10.3.6.49
> *Browser:* Other
> *Date and Time (EST):* April 25, 2025 at 09:12AM
>
> Please complete your onboarding requirements with your selected
> Distribution Service Provider as soon as possible. Any delay in completing
> the onboarding process could jeopardize your ability to receive any
> Distribution in a timely manner, or at all. For more information, please
> visit FTX FAQs on General Information on Distribution Service Providers.
>
> If you have already successfully onboarded, please disregard this email.
>
> Thank you,
> FTX Customer Support
>
> Note: If you suspect unauthorized access to your account, immediately
> email support@ftx.com and change your password.

> FTX Debtors will never ask you to connect your wallets. For all email
> communications, please validate the sender's domain is @ftx.com
> <https://url.usb.m.mimecastprotect.com/s/4FHDCB1GLYCgNWETNi1c2aNhi?domain=ftx.com>
> before responding.
> For a list of approved emails, visit emails.ftx.com
> <https://url.usb.m.mimecastprotect.com/s/3JwUCDwK9VcRZYgUZsYcjJUjj?domain=emails.ftx.com>
> FTX Customer Portal: claims.ftx.com
> <https://url.usb.m.mimecastprotect.com/s/EFhpCEKL9VCQj4RTZt7c7dPTZ?domain=claims.ftx.com>
>
> Este email é um serviço de Please use support.ftx.com. Fornecido por
> Zendesk
> <https://www.zendesk.com.br/service/?utm_campaign=text&utm_content=Please+use+support.ftx.com&utm_medium=poweredbyzendesk&utm_source=email-notification>
> [6J1W9W-JV7YD]
>

---

## — Mensagem 18 de 20 —

**De:** support@ftx.com

**Para:** vitorvieiramkt@gmail.com

**Data:** 24/06/2025 21:12 UTC

**Assunto:** [Please use support.ftx.com] Re: Re: FTX Customer Portal - Distribution Service Provider Selected

---

##- Não escreva abaixo desta linha -##

Your request (312736) has been updated.

To add additional comments, reply to this email.

----------------------------------------------

Atualizado por: Maureen, 24 de jun. de 2025, 14:12 GMT-7

Hello Vitor,

For assistance regarding Kroll inquiries, please contact ftxinfo@ra.kroll.com. Kroll is the court appointed Claims Administrator and Noticing Agent.

Thank you,

FTX Customer Support

`![]()`

----------------------------------------------

Atualizado por: Vitor Vieira, 24 de jun. de 2025, 13:59 GMT-7

Please help me I contacted me several times looking for a solution and they didn't give me one and on the Kroll website it was confirmed I need the money

Em ter., 24 de jun. de 2025 às 17:46, FTX Support <support@ftx.com> escreveu:

----------------------------------------------

Atualizado por: Maureen, 24 de jun. de 2025, 13:46 GMT-7

Hi Vitor,

Distributions will only be made to “Allowed” claims that have satisfied pre-distribution requirements by the cut-off dates. These include satisfying the KYC verification requirements (step 3), submitting a completed valid tax form (step 7), and successfully onboarding with a distribution service provider (step 8) before the cut-off dates. However, you were not verified, as your submission did not meet the necessary requirements.

Thank you,

FTX Customer Support

----------------------------------------------

Atualizado por: Vitor Vieira, 24 de jun. de 2025, 06:35 GMT-7

Hello, my ftx recovery process is stuck because kyc has already been confirmed but disabled.

Please give me a solution.

or will I not receive my money?

Em ter., 24 de jun. de 2025 às 10:34, Vitor Vieira <vitorvieiramkt@gmail.com> escreveu:

> Hello, my ftx recovery process is stuck because kyc has already been confirmed but disabled.

>

> Please give me a solution.

>

>

> or will I not receive my money?

>

>

>

>

>

> Em ter., 24 de jun. de 2025 às 09:03, Vitor Vieira <vitorvieiramkt@gmail.com> escreveu:

>

> > Hello, to this day I have not received anything from ftx because my kyc, which was confirmed, was canceled and after that I was unable to change it even after contacting you numerous times, you did not give me a solution, now I will not receive my funds?

> >

> >

> > Em qua., 28 de mai. de 2025 às 19:47, FTX Support <support@ftx.com> escreveu:

----------------------------------------------

Atualizado por: Vitor Vieira, 24 de jun. de 2025, 06:35 GMT-7

Hello, my ftx recovery process is stuck because kyc has already been confirmed but disabled.

Please give me a solution.

or will I not receive my money?

Em ter., 24 de jun. de 2025 às 09:03, Vitor Vieira <vitorvieiramkt@gmail.com> escreveu:

> Hello, to this day I have not received anything from ftx because my kyc, which was confirmed, was canceled and after that I was unable to change it even after contacting you numerous times, you did not give me a solution, now I will not receive my funds?

>

>

> Em qua., 28 de mai. de 2025 às 19:47, FTX Support <support@ftx.com> escreveu:

----------------------------------------------

Atualizado por: Vitor Vieira, 24 de jun. de 2025, 05:03 GMT-7

Hello, to this day I have not received anything from ftx because my kyc, which was confirmed, was canceled and after that I was unable to change it even after contacting you numerous times, you did not give me a solution, now I will not receive my funds?

Em qua., 28 de mai. de 2025 às 19:47, FTX Support <support@ftx.com> escreveu:

----------------------------------------------

Atualizado por: Maureen, 28 de mai. de 2025, 15:47 GMT-7

Hi Vitor,

Currently, KYC resubmission is no longer available. All customers, including yourself, were given the chance to submit their KYC information. However, your submission did not meet the necessary requirements so you were not verified.

Thank you,

FTX Customer Support

`![]() ![](https://support.ftx.com/attachments/token/IWXHIsmVToFxqvrJnXmS1oIlX/?name=FTX_Anti-Phising+Notice+%283%29.png)`

----------------------------------------------

Atualizado por: Vitor Vieira, 1 de mai. de 2025, 17:29 GMT-7

This answer is empty for a problem that I have been trying to solve with you for months

The deadline is June 1st but with this unwillingness to help it is difficult

Then they'll say they didn't pay because I didn't do the procedure, even though I haven't had a solution for months.

`![](https://s-install.avcdn.net/ipm/preview/icons/icon-envelope-tick-round-orange-animated-no-repeat-v1.gif)` Não contém vírus.www.avast.com

Em qui., 1 de mai. de 2025 às 17:28, FTX Support <support@ftx.com> escreveu:

----------------------------------------------

Atualizado por: Felicia Buenrostro, 1 de mai. de 2025, 13:28 GMT-7

Hello Vitor,

I'm sorry to hear that you are having trouble completing your KYC application. Unfortunately, we are not able to make changes at this time.

Please refer to this page to get more details on your KYC status: https://support.ftx.com/hc/en-us/articles/17964456562068-KYC-Statuses-Explained

Thank you,

FTX Customer Support

----------------------------------------------

Atualizado por: Vitor Vieira, 1 de mai. de 2025, 10:18 GMT-7

`![image.png](https://support.ftx.com/attachments/token/USlkNx5LWBCIBkqYaZQUETOIb/?name=image.png)`

`![](https://s-install.avcdn.net/ipm/preview/icons/icon-envelope-tick-round-orange-animated-no-repeat-v1.gif)` Não contém vírus.www.avast.com

Em qui., 1 de mai. de 2025 às 14:05, Vitor Vieira <vitorvieiramkt@gmail.com> escreveu:

> But if it wasn't completed it was due to your incompetence because it's been stuck for months with no option to resend it and I contacted you several times and on one of the last occasions I received confirmation that everything was okay and now you tell me that I won't receive it?

>

>

>

>

>

> Em qui., 1 de mai. de 2025 às 10:13, FTX Support <support@ftx.com> escreveu:

----------------------------------------------

Atualizado por: Vitor Vieira, 1 de mai. de 2025, 10:05 GMT-7

But if it wasn't completed it was due to your incompetence because it's been stuck for months with no option to resend it and I contacted you several times and on one of the last occasions I received confirmation that everything was okay and now you tell me that I won't receive it?

Em qui., 1 de mai. de 2025 às 10:13, FTX Support <support@ftx.com> escreveu:

----------------------------------------------

Atualizado por: Felicia Buenrostro, 1 de mai. de 2025, 06:13 GMT-7

Hi Vitor,

At this time, we don't have any updates regarding whether another opportunity to complete your KYC will be offered. All customers, including yourself, were given the chance to submit their KYC information. However, you were not verified, as your submission did not meet the necessary requirements.

Thank you,

FTX Customer Support

`![]() ![](https://support.ftx.com/attachments/token/IWXHIsmVToFxqvrJnXmS1oIlX/?name=FTX_Anti-Phising+Notice+%283%29.png)`

----------------------------------------------

Atualizado por: Vitor Vieira, 30 de abr. de 2025, 13:12 GMT-7

I didn't understand anything Before, they said that everything was ok in another email for me to receive Now I don't understand anything When I deposited, there was no such bureaucracy where they invent something every time to pay me Are you going to pay me or not?

Em dom., 27 de abr. de 2025 às 21:51, FTX Support <support@ftx.com> escreveu:

----------------------------------------------

Atualizado por: Felicia Buenrostro, 27 de abr. de 2025, 17:51 GMT-7

Hi Vitor,

Your KYC status is marked as Failed. Unfortunately, we are not able to make changes at this time. When your KYC is Failed:

• It means that we were not able to verify the documentation you provided to us or otherwise you have not passed our KYC / AML / Sanction screening process.

• Please note that holders of claims who submit the requested KYC Information which is unable to be verified or has otherwise not passed the KYC / AML / Sanction screening process, shall be deemed

“Failed”. With respect to all such Customer Claims that failed the KYC verification process, the Debtors may, either (i) allow such claims without the requested KYC Information, or (ii) object to the allowance of such Customer Claims’ proofs of claim and scheduled claims on an omnibus basis, on notice to all such holders, including, among other bases, of insufficient documentation, and request such holders submit the requested KYC Information. In the event of such objection, such holders of Customer Claims may have the opportunity to submit the requested KYC Information to the Debtors to resolve the objection on such claim relating to the requested KYC Information.

• Please also note that the Debtors may modify your KYC status if information becomes available that warrants such change.

Thank you,

FTX Customer Support

`![]()`

----------------------------------------------

Atualizado por: Vitor Vieira, 25 de abr. de 2025, 14:33 GMT-7

It turned out that you confirmed to me that the process was correct even the way it is to complete my payment at this stage, I have a print here

Em sex., 25 de abr. de 2025 às 13:29, FTX Support <support@ftx.com> escreveu:

----------------------------------------------

Atualizado por: Felicia Buenrostro, 25 de abr. de 2025, 09:29 GMT-7

Hello Vitor,

I'm sorry to hear that you are having trouble completing your KYC application. Unfortunately, we are not able to make changes at this time.

Please refer to this page to get more details on your KYC status:
https://support.ftx.com/hc/en-us/articles/17964456562068-KYC-Statuses-Explained

Thank you,

FTX Customer Support

`![]() ![](https://support.ftx.com/attachments/token/soSne0ZKUnijhROymO2HTtGFU/?name=FTX_Anti-Phising+Notice+%283%29.png) ![]() ![]()`

----------------------------------------------

Atualizado por: Vitor Vieira, 25 de abr. de 2025, 08:44 GMT-7

My account has been having problems for a long time I have sent emails looking for a solution without success Please give me a solution for my account that is stuck at step 3

Em sex., 25 de abr. de 2025 às 10:12, FTX <support@ftx.com> escreveu:

> `![a blue background with the words etx recovery trust on it](https://claims.ftx.com/static/guide/ftx_header.png)`

>

> # Please complete onboarding with the Distribution Agent you selected

>

> Dear Customer,

>

> You are receiving this email in connection with the Second Amended Joint Chapter 11 Plan of Reorganization of FTX Trading Ltd. and its Debtor Affiliates [D.I. 26029] (the "Plan"), and Distributions you may be entitled to receive under the Plan.

>

> This is an automated communication to confirm your selection of a Distribution Service Provider on the FTX Customer Portal by the following user:

>

> **Location:** BR, Rio de janeiro

> **IP Address:** 10.3.6.49

> **Browser:** Other

> **Date and Time (EST):** April 25, 2025 at 09:12AM

>

> Please complete your onboarding requirements with your selected Distribution Service Provider as soon as possible. Any delay in completing the onboarding process could jeopardize your ability to receive any Distribution in a timely manner, or at all. For more information, please visit FTX FAQs on General Information on Distribution Service Providers.

>

> If you have already successfully onboarded, please disregard this email.

>

> Thank you,

> FTX Customer Support

>

> Note: If you suspect unauthorized access to your account, immediately email support@ftx.com and change your password.

>

> FTX Debtors will never ask you to connect your wallets. For all email communications, please validate the sender's domain is @ftx.com before responding.

> For a list of approved emails, visit emails.ftx.com

> FTX Customer Portal: claims.ftx.com

>

> `![](https://mandrillapp.com/track/open.php?u=31437806&id=ba914309d0674443b8700dffa1d8b2a4)`

--------------------------------

Este email é um serviço de Please use support.ftx.com.

[6J1W9W-JV7YD]

---

## — Mensagem 19 de 20 —

**De:** vitorvieiramkt@gmail.com

**Para:** artemiopneto@gmail.com

**Data:** 11/07/2025 20:55 UTC

**Assunto:** Fwd: FTX Customer Portal - Distribution Service Provider Selected

**Anexos:** image.png

---

Forwarded Conversation

Subject: FTX Customer Portal - Distribution Service Provider Selected

------------------------

De: FTX <support@ftx.com>

Date: sex., 25 de abr. de 2025 às 10:12

To: <vitorvieiramkt@gmail.com>

[image: a blue background with the words etx recovery trust on it]

Please complete onboarding with the Distribution Agent you selected

Dear Customer,

You are receiving this email in connection with the Second Amended Joint Chapter 11 Plan of Reorganization of FTX Trading Ltd. and its Debtor Affiliates [D.I. 26029] (the "Plan"), and Distributions you may be entitled to receive under the Plan.

This is an automated communication to confirm your selection of a Distribution Service Provider on the FTX Customer Portal by the following user:

*Location:* BR, Rio de janeiro

*IP Address:* 10.3.6.49

*Browser:* Other
*Date and Time (EST):* April 25, 2025 at 09:12AM

Please complete your onboarding requirements with your selected Distribution Service Provider as soon as possible. Any delay in completing the onboarding process could jeopardize your ability to receive any Distribution in a timely manner, or at all. For more information, please visit FTX FAQs on General Information on Distribution Service Providers.

If you have already successfully onboarded, please disregard this email.

Thank you,
FTX Customer Support

Note: If you suspect unauthorized access to your account, immediately email support@ftx.com and change your password.
FTX Debtors will never ask you to connect your wallets. For all email communications, please validate the sender's domain is @ftx.com before responding.
For a list of approved emails, visit emails.ftx.com
FTX Customer Portal: claims.ftx.com

----------
De: Vitor Vieira <vitorvieiramkt@gmail.com>
Date: sex., 25 de abr. de 2025 às 12:44
To: FTX <support@ftx.com>

My account has been having problems for a long time I have sent emails looking for a solution without success Please give me a solution for my account that is stuck at step 3

----------
De: FTX Support <support@ftx.com>
Date: sex., 25 de abr. de 2025 às 13:29
To: Vitor Vieira <vitorvieiramkt@gmail.com>

##- Não escreva abaixo desta linha -##

Your request (312736) has been updated.

To add additional comments, reply to this email.

*Felicia Buenrostro* (Please use support.ftx.com)

25 de abr. de 2025, 09:29 GMT-7
Hello Vitor,

I'm sorry to hear that you are having trouble completing your KYC application. Unfortunately, we are not able to make changes at this time.

Please refer to this page to get more details on your KYC status:
https://support.ftx.com/hc/en-us/articles/17964456562068-KYC-Statuses-Explained

Thank you,

FTX Customer Support

*Vitor Vieira*

25 de abr. de 2025, 08:44 GMT-7
My account has been having problems for a long time I have sent emails looking for a solution without success Please give me a solution for my account that is stuck at step 3

Em sex., 25 de abr. de 2025 às 10:12, FTX <support@ftx.com> escreveu:

[image: a blue background with the words etx recovery trust on it]
Please complete onboarding with the Distribution Agent you selected

Dear Customer,

You are receiving this email in connection with the Second Amended Joint Chapter 11 Plan of Reorganization of FTX Trading Ltd. and its Debtor Affiliates [D.I. 26029] (the "Plan"), and Distributions you may be entitled to receive under the Plan.

This is an automated communication to confirm your selection of a Distribution Service Provider on the FTX Customer Portal by the following user:
*Location:* BR, Rio de janeiro
*IP Address:* 10.3.6.49
*Browser:* Other
*Date and Time (EST):* April 25, 2025 at 09:12AM

Please complete your onboarding requirements with your selected Distribution Service Provider as soon as possible. Any delay in completing the onboarding process could jeopardize your ability to receive any Distribution in a timely manner, or at all. For more information, please visit FTX FAQs on General Information on Distribution Service Providers.

If you have already successfully onboarded, please disregard this email.

Thank you,
FTX Customer Support

Note: If you suspect unauthorized access to your account, immediately email support@ftx.com and change your password.
FTX Debtors will never ask you to connect your wallets. For all email communications, please validate the sender's domain is @ftx.com
<https://url.usb.m.mimecastprotect.com/s/4FHDCB1GLYCgNWETNi1c2aNhi?domain=ftx.com>
before responding.
For a list of approved emails, visit emails.ftx.com
<https://url.usb.m.mimecastprotect.com/s/3JwUCDwK9VcRZYgUZsYcjJUjj?domain=emails.ftx.com>
FTX Customer Portal: claims.ftx.com

<https://url.usb.m.mimecastprotect.com/s/EFhpCEKL9VCQj4RTZt7c7dPTZ?domain=claims.ftx.com>

Este email é um serviço de Please use support.ftx.com. Fornecido por Zendesk

<https://www.zendesk.com.br/service/?utm_campaign=text&utm_content=Please+use+support.ftx.com&utm_medium=poweredbyzendesk&utm_source=email-notification>

[6J1W9W-JV7YD]

----------

De: Vitor Vieira <vitorvieiramkt@gmail.com>

Date: sex., 25 de abr. de 2025 às 18:32

To: FTX Support <support@ftx.com>

It turned out that you confirmed to me that the process was correct even the way it is to complete my payment at this stage, I have a print here

----------

De: FTX Support <support@ftx.com>

Date: dom., 27 de abr. de 2025 às 21:51

To: Vitor Vieira <vitorvieiramkt@gmail.com>

##- Não escreva abaixo desta linha -##

Your request (312736) has been updated.

To add additional comments, reply to this email.

*Felicia Buenrostro* (Please use support.ftx.com)

27 de abr. de 2025, 17:51 GMT-7

Hi Vitor,

Your KYC status is marked as Failed. Unfortunately, we are not able to make changes at this time. When your KYC is Failed:

• It means that we were not able to verify the documentation you provided to us or otherwise you have not passed our KYC / AML / Sanction screening process.

• Please note that holders of claims who submit the requested KYC Information which is unable to be verified or has otherwise not passed the KYC / AML / Sanction screening process, shall be deemed

“Failed”. With respect to all such Customer Claims that failed the KYC verification process, the Debtors may, either (i) allow such claims without the requested KYC Information, or (ii) object to the allowance of such Customer Claims’ proofs of claim and scheduled claims on an omnibus basis, on notice to all such holders, including, among other bases, of insufficient documentation, and request such holders submit the requested KYC Information. In the event of such objection, such holders of Customer Claims may have the opportunity to submit the requested KYC Information to the Debtors to resolve the objection on such claim relating to the requested KYC Information.

• Please also note that the Debtors may modify your KYC status if information becomes available that warrants such change.

Thank you,

FTX Customer Support

*Vitor Vieira*

25 de abr. de 2025, 14:33 GMT-7
It turned out that you confirmed to me that the process was correct even the way it is to complete my payment at this stage, I have a print here

Em sex., 25 de abr. de 2025 às 13:29, FTX Support <support@ftx.com> escreveu:

----------
De: Vitor Vieira <vitorvieiramkt@gmail.com>
Date: qua., 30 de abr. de 2025 às 17:12
To: FTX Support <support@ftx.com>

I didn't understand anything Before, they said that everything was ok in another email for me to receive Now I don't understand anything When I deposited, there was no such bureaucracy where they invent something every time to pay me Are you going to pay me or not?

----------
De: FTX Support <support@ftx.com>
Date: qui., 1 de mai. de 2025 às 10:13
To: Vitor Vieira <vitorvieiramkt@gmail.com>

##- Não escreva abaixo desta linha -##

Your request (312736) has been updated.

To add additional comments, reply to this email.

*Felicia Buenrostro* (Please use support.ftx.com)

1 de mai. de 2025, 06:13 GMT-7
Hi Vitor,

At this time, we don't have any updates regarding whether another opportunity to complete your KYC will be offered. All customers, including yourself, were given the chance to submit their KYC information. However, you were not verified, as your submission did not meet the necessary requirements.

Thank you,

FTX Customer Support

*Vitor Vieira*

30 de abr. de 2025, 13:12 GMT-7

I didn't understand anything Before, they said that everything was ok in another email for me to receive Now I don't understand anything When I deposited, there was no such bureaucracy where they invent something every time to pay me Are you going to pay me or not?

----------

De: Vitor Vieira <vitorvieiramkt@gmail.com>
Date: qui., 1 de mai. de 2025 às 14:05
To: FTX Support <support@ftx.com>

But if it wasn't completed it was due to your incompetence because it's been stuck for months with no option to resend it and I contacted you several times and on one of the last occasions I received confirmation that everything was okay and now you tell me that I won't receive it?

----------

De: Vitor Vieira <vitorvieiramkt@gmail.com>
Date: qui., 1 de mai. de 2025 às 14:18
To: FTX Support <support@ftx.com>

[image: image.png]

<https://www.avast.com/sig-email?utm_medium=email&utm_source=link&utm_campaign=sig-email&utm_content=webmail>
Não
contém vírus.www.avast.com
<https://www.avast.com/sig-email?utm_medium=email&utm_source=link&utm_campaign=sig-email&utm_content=webmail>
<#m_1330671176411978096_DAB4FAD8-2DD7-40BB-A1B8-4E2AA1F9FDF2>

----------

De: FTX Support <support@ftx.com>
Date: qui., 1 de mai. de 2025 às 17:28
To: Vitor Vieira <vitorvieiramkt@gmail.com>

##- Não escreva abaixo desta linha -##

Your request (312736) has been updated.

To add additional comments, reply to this email.

*Felicia Buenrostro* (Please use support.ftx.com)

1 de mai. de 2025, 13:28 GMT-7
Hello Vitor,

I'm sorry to hear that you are having trouble completing your KYC application. Unfortunately, we are not able to make changes at this time.

Please refer to this page to get more details on your KYC status:
https://support.ftx.com/hc/en-us/articles/17964456562068-KYC-Statuses-Explained

Thank you,

FTX Customer Support

*Vitor Vieira*

1 de mai. de 2025, 10:18 GMT-7

[image: image.png]

<https://url.usb.m.mimecastprotect.com/s/A-e1CQAr08h5qg2IPhxfGhdYn?domain=avast.com>

Não

contém vírus.www.avast.com

<https://url.usb.m.mimecastprotect.com/s/A-e1CQAr08h5qg2IPhxfGhdYn?domain=avast.com>

<https://support.ftx.com#DAB4FAD8-2DD7-40BB-A1B8-4E2AA1F9FDF2>

Em qui., 1 de mai. de 2025 às 14:05, Vitor Vieira <vitorvieiramkt@gmail.com>
escreveu:

But if it wasn't completed it was due to your incompetence because it's been stuck for months with no option to resend it and I contacted you several times and on one of the last occasions I received confirmation that everything was okay and now you tell me that I won't receive it?

Em qui., 1 de mai. de 2025 às 10:13, FTX Support <support@ftx.com> escreveu:

*Vitor Vieira*

1 de mai. de 2025, 10:05 GMT-7

But if it wasn't completed it was due to your incompetence because it's been stuck for months with no option to resend it and I contacted you several times and on one of the last occasions I received confirmation that everything was okay and now you tell me that I won't receive it?

----------

De: Vitor Vieira <vitorvieiramkt@gmail.com>

Date: qui., 1 de mai. de 2025 às 21:28

To: FTX Support <support@ftx.com>

This answer is empty for a problem that I have been trying to solve with you for months

The deadline is June 1st but with this unwillingness to help it is difficult

Then they'll say they didn't pay because I didn't do the procedure, even though I haven't had a solution for months.

<https://www.avast.com/sig-email?utm_medium=email&utm_source=link&utm_campaign=sig-email&utm_content=webmail>

Não

contém vírus.www.avast.com

<https://www.avast.com/sig-email?utm_medium=email&utm_source=link&utm_campaign=sig-email&utm_content=webmail>

<#m_5230642475089407918_DAB4FAD8-2DD7-40BB-A1B8-4E2AA1F9FDF2>

----------

De: FTX Support <support@ftx.com>
Date: qua., 28 de mai. de 2025 às 19:47
To: Vitor Vieira <vitorvieiramkt@gmail.com>

##- Não escreva abaixo desta linha -##

Your request (312736) has been updated.

To add additional comments, reply to this email.

*Maureen* (Please use support.ftx.com)

28 de mai. de 2025, 15:47 GMT-7
Hi Vitor,

Currently, KYC resubmission is no longer available. All customers, including yourself, were given the chance to submit their KYC information. However, your submission did not meet the necessary requirements so you were not verified.

Thank you,

FTX Customer Support

*Vitor Vieira*

1 de mai. de 2025, 17:29 GMT-7
This answer is empty for a problem that I have been trying to solve with you for months

The deadline is June 1st but with this unwillingness to help it is difficult

Then they'll say they didn't pay because I didn't do the procedure, even though I haven't had a solution for months.

<https://url.usb.m.mimecastprotect.com/s/_oz6CWWA79tAY30cxhVfoZRt-?domain=avast.com>
Não
contém vírus.www.avast.com
<https://url.usb.m.mimecastprotect.com/s/_oz6CWWA79tAY30cxhVfoZRt-?domain=avast.com>
<https://support.ftx.com#DAB4FAD8-2DD7-40BB-A1B8-4E2AA1F9FDF2>

----------
De: Vitor Vieira <vitorvieiramkt@gmail.com>
Date: ter., 24 de jun. de 2025 às 09:03
To: FTX Support <support@ftx.com>

Hello, to this day I have not received anything from ftx because my kyc, which was confirmed, was canceled and after that I was unable to change it even after contacting you numerous times, you did not give me a solution, now I will not receive my funds?

----------
De: Vitor Vieira <vitorvieiramkt@gmail.com>
Date: ter., 24 de jun. de 2025 às 10:34

To: FTX Support <support@ftx.com>

Hello, my ftx recovery process is stuck because kyc has already been confirmed but disabled.

Please give me a solution.

or will I not receive my money?

----------

De: Vitor Vieira <vitorvieiramkt@gmail.com>
Date: ter., 24 de jun. de 2025 às 10:35
To: FTX Support <support@ftx.com>

Hello, my ftx recovery process is stuck because kyc has already been confirmed but disabled.

Please give me a solution.

or will I not receive my money?

----------

De: FTX Support <support@ftx.com>
Date: ter., 24 de jun. de 2025 às 17:46
To: Vitor Vieira <vitorvieiramkt@gmail.com>

##- Não escreva abaixo desta linha -##

Your request (312736) has been updated.

To add additional comments, reply to this email.

*Maureen* (Please use support.ftx.com)

24 de jun. de 2025, 13:46 GMT-7
Hi Vitor,

Distributions will only be made to “Allowed” claims that have satisfied pre-distribution requirements by the cut-off dates. These include satisfying the KYC verification requirements (step 3), submitting a completed valid tax form (step 7), and successfully onboarding with a distribution service provider (step 8) before the cut-off dates. However, you were not verified, as your submission did not meet the necessary requirements.

Thank you,

FTX Customer Support

*Vitor Vieira*

24 de jun. de 2025, 06:3

[... mensagem truncada ...]

## — Mensagem 20 de 20 —

**De:** vitorvieiramkt@gmail.com

**Para:** pcb@gaudencioadvogados.com

**Data:** 15/08/2025 14:34 UTC

**Assunto:** Fwd: FTX Customer Portal - Distribution Service Provider Selected

**Anexos:** image.png

---

Forwarded Conversation

Subject: FTX Customer Portal - Distribution Service Provider Selected

------------------------

De: FTX <support@ftx.com>

Date: sex., 25 de abr. de 2025 às 10:12

To: <vitorvieiramkt@gmail.com>

[image: a blue background with the words etx recovery trust on it]

Please complete onboarding with the Distribution Agent you selected

Dear Customer,

You are receiving this email in connection with the Second Amended Joint Chapter 11 Plan of Reorganization of FTX Trading Ltd. and its Debtor Affiliates [D.I. 26029] (the "Plan"), and Distributions you may be entitled to receive under the Plan.

This is an automated communication to confirm your selection of a Distribution Service Provider on the FTX Customer Portal by the following user:

*Location:* BR, Rio de janeiro

*IP Address:* 10.3.6.49

*Browser:* Other

*Date and Time (EST):* April 25, 2025 at 09:12AM

Please complete your onboarding requirements with your selected Distribution Service Provider as soon as possible. Any delay in completing the onboarding process could jeopardize your ability to receive any Distribution in a timely manner, or at all. For more information, please visit FTX FAQs on General Information on Distribution Service Providers.

If you have already successfully onboarded, please disregard this email.

Thank you,

FTX Customer Support

Note: If you suspect unauthorized access to your account, immediately email support@ftx.com and change your password.

FTX Debtors will never ask you to connect your wallets. For all email communications, please validate the sender's domain is @ftx.com before responding.

For a list of approved emails, visit emails.ftx.com

FTX Customer Portal: claims.ftx.com

----------

De: Vitor Vieira <vitorvieiramkt@gmail.com>

Date: sex., 25 de abr. de 2025 às 12:44

To: FTX <support@ftx.com>

My account has been having problems for a long time I have sent emails looking for a solution without success Please give me a solution for my account that is stuck at step 3

----------

De: FTX Support <support@ftx.com>

Date: sex., 25 de abr. de 2025 às 13:29

To: Vitor Vieira <vitorvieiramkt@gmail.com>

##- Não escreva abaixo desta linha -##

Your request (312736) has been updated.

To add additional comments, reply to this email.

*Felicia Buenrostro* (Please use support.ftx.com)

25 de abr. de 2025, 09:29 GMT-7

Hello Vitor,

I'm sorry to hear that you are having trouble completing your KYC application. Unfortunately, we are not able to make changes at this time.

Please refer to this page to get more details on your KYC status:
https://support.ftx.com/hc/en-us/articles/17964456562068-KYC-Statuses-Explained

Thank you,

FTX Customer Support

*Vitor Vieira*

25 de abr. de 2025, 08:44 GMT-7

My account has been having problems for a long time I have sent emails looking for a solution without success Please give me a solution for my account that is stuck at step 3

Em sex., 25 de abr. de 2025 às 10:12, FTX <support@ftx.com> escreveu:

[image: a blue background with the words etx recovery trust on it]

Please complete onboarding with the Distribution Agent you selected

Dear Customer,

You are receiving this email in connection with the Second Amended Joint Chapter 11 Plan of Reorganization of FTX Trading Ltd. and its Debtor Affiliates [D.I. 26029] (the "Plan"), and Distributions you may be entitled

to receive under the Plan.

This is an automated communication to confirm your selection of a Distribution Service Provider on the FTX Customer Portal by the following user:
*Location:* BR, Rio de janeiro
*IP Address:* 10.3.6.49
*Browser:* Other
*Date and Time (EST):* April 25, 2025 at 09:12AM

Please complete your onboarding requirements with your selected Distribution Service Provider as soon as possible. Any delay in completing the onboarding process could jeopardize your ability to receive any Distribution in a timely manner, or at all. For more information, please visit FTX FAQs on General Information on Distribution Service Providers.

If you have already successfully onboarded, please disregard this email.

Thank you,
FTX Customer Support

Note: If you suspect unauthorized access to your account, immediately email support@ftx.com and change your password.
FTX Debtors will never ask you to connect your wallets. For all email communications, please validate the sender's domain is @ftx.com
<https://url.usb.m.mimecastprotect.com/s/4FHDCB1GLYCgNWETNi1c2aNhi?domain=ftx.com>
before responding.
For a list of approved emails, visit emails.ftx.com
<https://url.usb.m.mimecastprotect.com/s/3JwUCDwK9VcRZYgUZsYcjJUjj?domain=emails.ftx.com>
FTX Customer Portal: claims.ftx.com
<https://url.usb.m.mimecastprotect.com/s/EFhpCEKL9VCQj4RTZt7c7dPTZ?domain=claims.ftx.com>

Este email é um serviço de Please use support.ftx.com. Fornecido por Zendesk
<https://www.zendesk.com.br/service/?utm_campaign=text&utm_content=Please+use+support.ftx.com&utm_medium=poweredbyzendesk&utm_source=email-notification>
[6J1W9W-JV7YD]

----------

De: Vitor Vieira <vitorvieiramkt@gmail.com>
Date: sex., 25 de abr. de 2025 às 18:32
To: FTX Support <support@ftx.com>

It turned out that you confirmed to me that the process was correct even the way it is to complete my payment at this stage, I have a print here

----------

De: FTX Support <support@ftx.com>
Date: dom., 27 de abr. de 2025 às 21:51
To: Vitor Vieira <vitorvieiramkt@gmail.com>

##- Não escreva abaixo desta linha -##

Your request (312736) has been updated.

To add additional comments, reply to this email.

*Felicia Buenrostro* (Please use support.ftx.com)

27 de abr. de 2025, 17:51 GMT-7
Hi Vitor,

Your KYC status is marked as Failed. Unfortunately, we are not able to make changes at this time. When your KYC is Failed:

• It means that we were not able to verify the documentation you provided to us or otherwise you have not passed our KYC / AML / Sanction screening process.

• Please note that holders of claims who submit the requested KYC Information which is unable to be verified or has otherwise not passed the KYC / AML / Sanction screening process, shall be deemed

“Failed”. With respect to all such Customer Claims that failed the KYC verification process, the Debtors may, either (i) allow such claims without the requested KYC Information, or (ii) object to the allowance of such Customer Claims’ proofs of claim and scheduled claims on an omnibus basis, on notice to all such holders, including, among other bases, of insufficient documentation, and request such holders submit the requested KYC Information. In the event of such objection, such holders of Customer Claims may have the opportunity to submit the requested KYC Information to the Debtors to resolve the objection on such claim relating to the requested KYC Information.

• Please also note that the Debtors may modify your KYC status if information becomes available that warrants such change.

Thank you,

FTX Customer Support

*Vitor Vieira*

25 de abr. de 2025, 14:33 GMT-7
It turned out that you confirmed to me that the process was correct even the way it is to complete my payment at this stage, I have a print here

Em sex., 25 de abr. de 2025 às 13:29, FTX Support <support@ftx.com> escreveu:

----------

De: Vitor Vieira <vitorvieiramkt@gmail.com>

Date: qua., 30 de abr. de 2025 às 17:12

To: FTX Support <support@ftx.com>

I didn't understand anything Before, they said that everything was ok in another email for me to receive Now I don't understand anything When I deposited, there was no such bureaucracy where they invent something every time to pay me Are you going to pay me or not?

----------

De: FTX Support <support@ftx.com>
Date: qui., 1 de mai. de 2025 às 10:13
To: Vitor Vieira <vitorvieiramkt@gmail.com>

##- Não escreva abaixo desta linha -##

Your request (312736) has been updated.

To add additional comments, reply to this email.

*Felicia Buenrostro* (Please use support.ftx.com)

1 de mai. de 2025, 06:13 GMT-7
Hi Vitor,

At this time, we don't have any updates regarding whether another opportunity to complete your KYC will be offered. All customers, including yourself, were given the chance to submit their KYC information. However, you were not verified, as your submission did not meet the necessary requirements.

Thank you,

FTX Customer Support

*Vitor Vieira*

30 de abr. de 2025, 13:12 GMT-7
I didn't understand anything Before, they said that everything was ok in another email for me to receive Now I don't understand anything When I deposited, there was no such bureaucracy where they invent something every time to pay me Are you going to pay me or not?

----------

De: Vitor Vieira <vitorvieiramkt@gmail.com>
Date: qui., 1 de mai. de 2025 às 14:05
To: FTX Support <support@ftx.com>

But if it wasn't completed it was due to your incompetence because it's been stuck for months with no option to resend it and I contacted you several times and on one of the last occasions I received confirmation that everything was okay and now you tell me that I won't receive it?

----------

De: Vitor Vieira <vitorvieiramkt@gmail.com>
Date: qui., 1 de mai. de 2025 às 14:18

To: FTX Support <support@ftx.com>

[image: image.png]

<https://www.avast.com/sig-email?utm_medium=email&utm_source=link&utm_campaign=sig-email&utm_content=webmail>

Não

contém vírus.www.avast.com

<https://www.avast.com/sig-email?utm_medium=email&utm_source=link&utm_campaign=sig-email&utm_content=webmail>

<#m_1526635145329575100_DAB4FAD8-2DD7-40BB-A1B8-4E2AA1F9FDF2>

----------

De: FTX Support <support@ftx.com>

Date: qui., 1 de mai. de 2025 às 17:28

To: Vitor Vieira <vitorvieiramkt@gmail.com>

##- Não escreva abaixo desta linha -##

Your request (312736) has been updated.

To add additional comments, reply to this email.

*Felicia Buenrostro* (Please use support.ftx.com)

1 de mai. de 2025, 13:28 GMT-7

Hello Vitor,

I'm sorry to hear that you are having trouble completing your KYC

application. Unfortunately, we are not able to make changes at this time.

Please refer to this page to get more details on your KYC status:

https://support.ftx.com/hc/en-us/articles/17964456562068-KYC-Statuses-Explained

Thank you,

FTX Customer Support

*Vitor Vieira*

1 de mai. de 2025, 10:18 GMT-7

[image: image.png]

<https://url.usb.m.mimecastprotect.com/s/A-e1CQAr08h5qg2IPhxfGhdYn?domain=avast.com>

Não

contém vírus.www.avast.com

<https://url.usb.m.mimecastprotect.com/s/A-e1CQAr08h5qg2IPhxfGhdYn?domain=avast.com>

<https://support.ftx.com#DAB4FAD8-2DD7-40BB-A1B8-4E2AA1F9FDF2>

Em qui., 1 de mai. de 2025 às 14:05, Vitor Vieira <vitorvieiramkt@gmail.com>

escreveu:

But if it wasn't completed it was due to your incompetence because it's

been stuck for months with no option to resend it and I contacted you

several times and on one of the last occasions I received confirmation that

everything was okay and now you tell me that I won't receive it?

Em qui., 1 de mai. de 2025 às 10:13, FTX Support <support@ftx.com> escreveu:

*Vitor Vieira*

1 de mai. de 2025, 10:05 GMT-7
But if it wasn't completed it was due to your incompetence because it's been stuck for months with no option to resend it and I contacted you several times and on one of the last occasions I received confirmation that everything was okay and now you tell me that I won't receive it?

----------
De: Vitor Vieira <vitorvieiramkt@gmail.com>
Date: qui., 1 de mai. de 2025 às 21:28
To: FTX Support <support@ftx.com>

This answer is empty for a problem that I have been trying to solve with you for months

The deadline is June 1st but with this unwillingness to help it is difficult

Then they'll say they didn't pay because I didn't do the procedure, even though I haven't had a solution for months.

<https://www.avast.com/sig-email?utm_medium=email&utm_source=link&utm_campaign=sig-email&utm_content=webmail>
Não
contém vírus.www.avast.com
<https://www.avast.com/sig-email?utm_medium=email&utm_source=link&utm_campaign=sig-email&utm_content=webmail>
<#m_-1528068216915934299_DAB4FAD8-2DD7-40BB-A1B8-4E2AA1F9FDF2>

----------
De: FTX Support <support@ftx.com>
Date: qua., 28 de mai. de 2025 às 19:47
To: Vitor Vieira <vitorvieiramkt@gmail.com>

##- Não escreva abaixo desta linha -##

Your request (312736) has been updated.

To add additional comments, reply to this email.

*Maureen* (Please use support.ftx.com)

28 de mai. de 2025, 15:47 GMT-7
Hi Vitor,

Currently, KYC resubmission is no longer available. All customers, including yourself, were given the chance to submit their KYC information. However, your submission did not meet the necessary requirements so you were not verified.

Thank you,

FTX Customer Support

*Vitor Vieira*

1 de mai. de 2025, 17:29 GMT-7
This answer is empty for a problem that I have been trying to solve with
you for months

The deadline is June 1st but with this unwillingness to help it is difficult

Then they'll say they didn't pay because I didn't do the procedure, even
though I haven't had a solution for months.

<https://url.usb.m.mimecastprotect.com/s/_oz6CWWA79tAY30cxhVfoZRt-?domain=avast.com>
Não
contém vírus.www.avast.com
<https://url.usb.m.mimecastprotect.com/s/_oz6CWWA79tAY30cxhVfoZRt-?domain=avast.com>
<https://support.ftx.com#DAB4FAD8-2DD7-40BB-A1B8-4E2AA1F9FDF2>

----------
De: Vitor Vieira <vitorvieiramkt@gmail.com>
Date: ter., 24 de jun. de 2025 às 09:03
To: FTX Support <support@ftx.com>

Hello, to this day I have not received anything from ftx because my kyc,
which was confirmed, was canceled and after that I was unable to change it
even after contacting you numerous times, you did not give me a solution,
now I will not receive my funds?

----------
De: Vitor Vieira <vitorvieiramkt@gmail.com>
Date: ter., 24 de jun. de 2025 às 10:34
To: FTX Support <support@ftx.com>

Hello, my ftx recovery process is stuck because kyc has already been
confirmed but disabled.

Please give me a solution.

or will I not receive my money?

----------
De: Vitor Vieira <vitorvieiramkt@gmail.com>
Date: ter., 24 de jun. de 2025 às 10:35
To: FTX Support <support@ftx.com>

Hello, my ftx recovery process is stuck because kyc has already been
confirmed but disabled.

Please give me a solution.

or will I not receive my money?

----------

De: FTX Support <support@ftx.com>

Date: ter., 24 de jun. de 2025 às 17:46

To: Vitor Vieira <vitorvieiramkt@gmail.com>

##- Não escreva abaixo desta linha -##

Your request (312736) has been updated.

To add additional comments, reply to this email.

*Maureen* (Please use support.ftx.com)

24 de jun. de 2025, 13:46 GMT-7

Hi Vitor,

Distributions will only be made to “Allowed” claims that have satisfied pre-distribution requirements by the cut-off dates. These include satisfying the KYC verification requirements (step 3), submitting a completed valid tax form (step 7), and successfully onboarding with a distribution service provider (step 8) before the cut-off dates. However, you were not verified, as your submission did not meet the necessary requirements.

Thank you,

FTX Customer Support

*Vitor Vieira*

24 de jun. de 2025, 06:

[... mensagem truncada ...]