# EXHIBIT 8

# problem not resolved by support

Thread ID: 196a1c8ef2307e54 | Mensagens: 11

## — Mensagem 1 de 11 —

**De:** vitorvieiramkt@gmail.com

**Para:** support@ftx.com

**Data:** 05/05/2025 18:52 UTC

**Assunto:** problem not resolved by support

Hello, my name is Vitor. I have been trying to resolve my account verification problem with you for months without success. The deadline is June 1st, but you have not given me a solution, so you probably won't pay me.

I am waiting for a solution for my account because KYC has not confirmed it for months and does not even give me the option to resend it.

## — Mensagem 2 de 11 —

**De:** support@ftx.com

**Para:** vitorvieiramkt@gmail.com

**Data:** 05/05/2025 19:02 UTC

**Assunto:** [Please use support.ftx.com] Re: problem not resolved by support

##- Não escreva abaixo desta linha -##

Your request (314293) has been updated.

To add additional comments, reply to this email.

----------------------------------------------

Atualizado por: John, 5 de mai. de 2025, 12:02 GMT-7

Hello,

Thank you for reaching out.

Unfortunately, you have not passed our KYC / AML / Sanction Screening Process.

Please note that holders of claims who submit the requested KYC Information which is unable to be verified or has otherwise not passed the KYC / AML / Sanction screening process, shall be deemed “Failed”. With respect to all such Customer Claims that failed the KYC verification process, the Debtors may, either (i) allow such claims without the requested KYC Information or (ii) object to the allowance of such Customer Claims’ proofs of claim and scheduled claims on an omnibus basis, on notice to all such holders, including, among other bases, of insufficient documentation, and request such holders submit the requested KYC Information. In the event of such objection, such holders of Customer Claims may have the opportunity to submit the requested KYC Information to the Debtors to resolve the objection on such claim relating to the requested KYC Information.

Please also note that the Debtors may modify your KYC status if information becomes available that warrants such change.

Thank you,

FTX Customer Support

`![]()`

----------------------------------------------

Atualizado por: Vitor Vieira, 5 de mai. de 2025, 11:52 GMT-7

Hello, my name is Vitor. I have been trying to resolve my account verification problem with you for months without success. The deadline is June 1st, but you have not given me a solution, so you probably won't pay me.

I am waiting for a solution for my account because KYC has not confirmed it for months and does not even give me the option to resend it.

--------------------------------

Este email é um serviço de Please use support.ftx.com.

[N49X37-RGXMN]

---

## — Mensagem 3 de 11 —

**De:** vitorvieiramkt@gmail.com

**Para:** support@ftx.com

**Data:** 05/05/2025 19:04 UTC

**Assunto:** Re: [Please use support.ftx.com] Re: problem not resolved by support

---

And how do I submit it to be approved?

Em seg., 5 de mai. de 2025 às 16:02, FTX Support <support@ftx.com> escreveu:

> ##- Não escreva abaixo desta linha -##
>
> Your request (314293) has been updated.
>
> To add additional comments, reply to this email.
>
> *John* (Please use support.ftx.com)
>
> 5 de mai. de 2025, 12:02 GMT-7
> Hello,
>
> Thank you for reaching out.
>
> Unfortunately, you have not passed our KYC / AML / Sanction Screening
> Process.
>
> Please note that holders of claims who submit the requested KYC
> Information which is unable to be verified or has otherwise not passed the

> KYC / AML / Sanction screening process, shall be deemed “Failed”. With
> respect to all such Customer Claims that failed the KYC verification
> process, the Debtors may, either (i) allow such claims without the
> requested KYC Information or (ii) object to the allowance of such Customer
> Claims’ proofs of claim and scheduled claims on an omnibus basis, on notice
> to all such holders, including, among other bases, of insufficient
> documentation, and request such holders submit the requested KYC
> Information. In the event of such objection, such holders of Customer
> Claims may have the opportunity to submit the requested KYC Information to
> the Debtors to resolve the objection on such claim relating to the
> requested KYC Information.
>
> Please also note that the Debtors may modify your KYC status if
> information becomes available that warrants such change.
>
> Thank you,
>
> FTX Customer Support
>
>
> *Vitor Vieira*
>
> 5 de mai. de 2025, 11:52 GMT-7
> Hello, my name is Vitor. I have been trying to resolve my account
> verification problem with you for months without success. The deadline is
> June 1st, but you have not given me a solution, so you probably won't pay
> me.
>
> I am waiting for a solution for my account because KYC has not confirmed
> it for months and does not even give me the option to resend it.
>
> Este email é um serviço de Please use support.ftx.com. Fornecido por
> Zendesk
> <https://www.zendesk.com.br/service/?utm_campaign=text&utm_content=Please+use+support.ftx.com&utm_medium=poweredbyzendesk&utm_source=email-notification>
> [N49X37-RGXMN]
>

---

**— Mensagem 4 de 11 —**

**De:** support@ftx.com

**Para:** vitorvieiramkt@gmail.com

**Data:** 05/05/2025 19:22 UTC

**Assunto:** [Please use support.ftx.com] Re: problem not resolved by support

---

##- Não escreva abaixo desta linha -##

Your request (314293) has been updated.

To add additional comments, reply to this email.

----------------------------------------------

Atualizado por: John, 5 de mai. de 2025, 12:22 GMT-7

Hello,

At this time, we don't have any updates regarding whether another opportunity to complete your KYC will be offered. All customers have been given the chance to submit their KYC information. However, you were not verified, as your submission did not meet the necessary requirements.

Thank you,

FTX Customer Support

----------------------------------------------

Atualizado por: Vitor Vieira, 5 de mai. de 2025, 12:05 GMT-7

And how do I submit it to be approved?

Em seg., 5 de mai. de 2025 às 16:02, FTX Support <support@ftx.com> escreveu:

----------------------------------------------

Atualizado por: John, 5 de mai. de 2025, 12:02 GMT-7

Hello,

Thank you for reaching out.

Unfortunately, you have not passed our KYC / AML / Sanction Screening Process.

Please note that holders of claims who submit the requested KYC Information which is unable to be verified or has otherwise not passed the KYC / AML / Sanction screening process, shall be deemed “Failed”. With respect to all such Customer Claims that failed the KYC verification process, the Debtors may, either (i) allow such claims without the requested KYC Information or (ii) object to the allowance of such Customer Claims’ proofs of claim and scheduled claims on an omnibus basis, on notice to all such holders, including, among other bases, of insufficient documentation, and request such holders submit the requested KYC Information. In the event of such objection, such holders of Customer Claims may have the opportunity to submit the requested KYC Information to the Debtors to resolve the objection on such claim relating to the requested KYC Information.

Please also note that the Debtors may modify your KYC status if information becomes available that warrants such change.

Thank you,

FTX Customer Support

`![]()`

----------------------------------------------

Atualizado por: Vitor Vieira, 5 de mai. de 2025, 11:52 GMT-7

Hello, my name is Vitor. I have been trying to resolve my account verification problem with you for months without success. The deadline is June 1st, but you have not given me a solution, so you probably won't pay me.

I am waiting for a solution for my account because KYC has not confirmed it for months and does not even give me the option to resend it.

--------------------------------

Este email é um serviço de Please use support.ftx.com.

[N49X37-RGXMN]

---

## — Mensagem 5 de 11 —

**De:** vitorvieiramkt@gmail.com

**Para:** support@ftx.com

**Data:** 05/05/2025 21:52 UTC

**Assunto:** Re: [Please use support.ftx.com] Re: problem not resolved by support

---

But you don't approve it and don't give me the option to send another one?

You don't even tell me why you didn't approve it? So I'm not going to get

paid because of that?

Em seg., 5 de mai. de 2025 às 16:22, FTX Support <support@ftx.com> escreveu:

> ##- Não escreva abaixo desta linha -##
>
> Your request (314293) has been updated.
>
> To add additional comments, reply to this email.
>
> *John* (Please use support.ftx.com)
>
> 5 de mai. de 2025, 12:22 GMT-7
> Hello,
>
> At this time, we don't have any updates regarding whether another
> opportunity to complete your KYC will be offered. All customers have been
> given the chance to submit their KYC information. However, you were not
> verified, as your submission did not meet the necessary requirements.
>
> Thank you,
>
> FTX Customer Support
>
>
>

> *Vitor Vieira*
>
> 5 de mai. de 2025, 12:05 GMT-7
> And how do I submit it to be approved?
>
> Em seg., 5 de mai. de 2025 às 16:02, FTX Support <support@ftx.com>
> escreveu:
>
> *John* (Please use support.ftx.com)
>
> 5 de mai. de 2025, 12:02 GMT-7
> Hello,
>
> Thank you for reaching out.
>
> Unfortunately, you have not passed our KYC / AML / Sanction Screening
> Process.
>
> Please note that holders of claims who submit the requested KYC
> Information which is unable to be verified or has otherwise not passed the
> KYC / AML / Sanction screening process, shall be deemed “Failed”. With
> respect to all such Customer Claims that failed the KYC verification
> process, the Debtors may, either (i) allow such claims without the
> requested KYC Information or (ii) object to the allowance of such Customer
> Claims’ proofs of claim and scheduled claims on an omnibus basis, on notice
> to all such holders, including, among other bases, of insufficient
> documentation, and request such holders submit the requested KYC
> Information. In the event of such objection, such holders of Customer
> Claims may have the opportunity to submit the requested KYC Information to
> the Debtors to resolve the objection on such claim relating to the
> requested KYC Information.
>
> Please also note that the Debtors may modify your KYC status if
> information becomes available that warrants such change.
>
> Thank you,
>
> FTX Customer Support
>
>
> *Vitor Vieira*
>

> 5 de mai. de 2025, 11:52 GMT-7

> Hello, my name is Vitor. I have been trying to resolve my account

> verification problem with you for months without success. The deadline is

> June 1st, but you have not given me a solution, so you probably won't pay

> me.

>

> I am waiting for a solution for my account because KYC has not confirmed

> it for months and does not even give me the option to resend it.

>

> Este email é um serviço de Please use support.ftx.com. Fornecido por

> Zendesk

> <https://www.zendesk.com.br/service/?utm_campaign=text&utm_content=Please+use+support.ftx.com&utm_medium=poweredbyzendesk&utm_source=email-notification>

> [N49X37-RGXMN]

>

---

## — Mensagem 6 de 11 —

**De:** support@ftx.com

**Para:** vitorvieiramkt@gmail.com

**Data:** 06/05/2025 12:58 UTC

**Assunto:** [Please use support.ftx.com] Re: problem not resolved by support

---

##- Não escreva abaixo desta linha -##

Your request (314293) has been updated.

To add additional comments, reply to this email.

----------------------------------------------

Atualizado por: John, 6 de mai. de 2025, 05:58 GMT-7

Hi,

I'm sorry to hear that you are having trouble completing KYC . For security reasons, we are not able to discuss specifics of your application.

Unfortunately, we are not able to make changes at this time.

Please refer to this page to get more details on your KYC status:
https://support.ftx.com/hc/en-us/articles/17964456562068-KYC-Statuses-Explained

Thank you,

FTX Customer Support

`![▯]() ![▯]() ![▯]()`

----------------------------------------------

Atualizado por: Vitor Vieira, 5 de mai. de 2025, 14:52 GMT-7

But you don't approve it and don't give me the option to send another one? You don't even tell me why you didn't approve it? So I'm not going to get paid because of that?

Em seg., 5 de mai. de 2025 às 16:22, FTX Support <support@ftx.com> escreveu:

----------------------------------------------

Atualizado por: John, 5 de mai. de 2025, 12:22 GMT-7

Hello,

At this time, we don't have any updates regarding whether another opportunity to complete your KYC will be offered. All customers have been given the chance to submit their KYC information. However, you were not verified, as your submission did not meet the necessary requirements.

Thank you,

FTX Customer Support

----------------------------------------------

Atualizado por: Vitor Vieira, 5 de mai. de 2025, 12:05 GMT-7

And how do I submit it to be approved?

Em seg., 5 de mai. de 2025 às 16:02, FTX Support <support@ftx.com> escreveu:

----------------------------------------------

Atualizado por: John, 5 de mai. de 2025, 12:02 GMT-7

Hello,

Thank you for reaching out.

Unfortunately, you have not passed our KYC / AML / Sanction Screening Process.

Please note that holders of claims who submit the requested KYC Information which is unable to be verified or has otherwise not passed the KYC / AML / Sanction screening process, shall be deemed “Failed”. With respect to all such Customer Claims that failed the KYC verification process, the Debtors may, either (i) allow such claims without the requested KYC Information or (ii) object to the allowance of such Customer Claims’ proofs of claim and scheduled claims on an omnibus basis, on notice to all such holders, including, among other bases, of insufficient documentation, and request such holders submit the requested KYC Information. In the event of such objection, such holders of Customer Claims may have the opportunity to submit the requested KYC Information to the Debtors to resolve the objection on such claim relating to the requested KYC Information.

Please also note that the Debtors may modify your KYC status if information becomes available that warrants such change.

Thank you,

FTX Customer Support

`![]()`

----------------------------------------------

Atualizado por: Vitor Vieira, 5 de mai. de 2025, 11:52 GMT-7

Hello, my name is Vitor. I have been trying to resolve my account verification problem with you for months without success. The deadline is June 1st, but you have not given me a solution, so you probably won't pay me.

I am waiting for a solution for my account because KYC has not confirmed it for months and does not even give me the option to resend it.

--------------------------------

Este email é um serviço de Please use support.ftx.com.

[N49X37-RGXMN]

---

## — Mensagem 7 de 11 —

**De:** vitorvieiramkt@gmail.com

**Para:** support@ftx.com

**Data:** 06/05/2025 21:56 UTC

**Assunto:** Re: [Please use support.ftx.com] Re: problem not resolved by support

---

So how do you give the deadline until the 1st of next month if you don't
want to solve the problem? And you still haven't told me if I'll be able to
receive it

Em ter., 6 de mai. de 2025 às 09:58, FTX Support <support@ftx.com> escreveu:

> ##- Não escreva abaixo desta linha -##
>
> Your request (314293) has been updated.
>
> To add additional comments, reply to this email.
>
> *John* (Please use support.ftx.com)
>
> 6 de mai. de 2025, 05:58 GMT-7
> Hi,
>
> I'm sorry to hear that you are having trouble completing KYC . For
> security reasons, we are not able to discuss specifics of your application.
> Unfortunately, we are not able to make changes at this time.
> Please refer to this page to get more details on your KYC status:
> https://support.ftx.com/hc/en-us/articles/17964456562068-KYC-Statuses-Explained
>
> Thank you,
> FTX Customer Support
>
>
> *Vitor Vieira*
>
> 5 de mai. de 2025, 14:52 GMT-7
> But you don't approve it and don't give me the option to send another one?
> You don't even tell me why you didn't approve it? So I'm not going to get

> paid because of that?
>
>
> Em seg., 5 de mai. de 2025 às 16:22, FTX Support <support@ftx.com>
> escreveu:
>
> *John* (Please use support.ftx.com)
>
> 5 de mai. de 2025, 12:22 GMT-7
> Hello,
>
> At this time, we don't have any updates regarding whether another
> opportunity to complete your KYC will be offered. All customers have been
> given the chance to submit their KYC information. However, you were not
> verified, as your submission did not meet the necessary requirements.
>
> Thank you,
>
> FTX Customer Support
>
>
>
> *Vitor Vieira*
>
> 5 de mai. de 2025, 12:05 GMT-7
> And how do I submit it to be approved?
>
> Em seg., 5 de mai. de 2025 às 16:02, FTX Support <support@ftx.com>
> escreveu:
>
> *John* (Please use support.ftx.com)
>
> 5 de mai. de 2025, 12:02 GMT-7
> Hello,
>
> Thank you for reaching out.
>
> Unfortunately, you have not passed our KYC / AML / Sanction Screening
> Process.
>
> Please note that holders of claims who submit the requested KYC
> Information which is unable to be verified or has otherwise not passed the

> KYC / AML / Sanction screening process, shall be deemed “Failed”. With
> respect to all such Customer Claims that failed the KYC verification
> process, the Debtors may, either (i) allow such claims without the
> requested KYC Information or (ii) object to the allowance of such Customer
> Claims’ proofs of claim and scheduled claims on an omnibus basis, on notice
> to all such holders, including, among other bases, of insufficient
> documentation, and request such holders submit the requested KYC
> Information. In the event of such objection, such holders of Customer
> Claims may have the opportunity to submit the requested KYC Information to
> the Debtors to resolve the objection on such claim relating to the
> requested KYC Information.
>
> Please also note that the Debtors may modify your KYC status if
> information becomes available that warrants such change.
>
> Thank you,
>
> FTX Customer Support
>
>
> *Vitor Vieira*
>
> 5 de mai. de 2025, 11:52 GMT-7
> Hello, my name is Vitor. I have been trying to resolve my account
> verification problem with you for months without success. The deadline is
> June 1st, but you have not given me a solution, so you probably won't pay
> me.
>
> I am waiting for a solution for my account because KYC has not confirmed
> it for months and does not even give me the option to resend it.
>
> Este email é um serviço de Please use support.ftx.com. Fornecido por
> Zendesk
> <https://www.zendesk.com.br/service/?utm_campaign=text&utm_content=Please+use+support.ftx.com&utm_medium=poweredbyzendesk&utm_source=email-notification>
> [N49X37-RGXMN]
>

---

**— Mensagem 8 de 11 —**

**De:** support@ftx.com

**Para:** vitorvieiramkt@gmail.com

**Data:** 06/05/2025 22:03 UTC

**Assunto:** [Please use support.ftx.com] Re: problem not resolved by support

##- Não escreva abaixo desta linha -##

Your request (314293) has been updated.

To add additional comments, reply to this email.

----------------------------------------------

Atualizado por: John, 6 de mai. de 2025, 15:03 GMT-7

Hi,

Your KYC status is marked as Failed. Unfortunately, we are not able to make changes at this time.

Please refer to this page to get more details on your KYC status:
https://support.ftx.com/hc/en-us/articles/17964456562068-KYC-Statuses-Explained

Please note that holders of claims who submit the requested KYC Information which is unable to be verified or has otherwise not passed the KYC / AML / Sanction screening process, shall be deemed “Failed”. With respect to all such Customer Claims that failed the KYC verification process, the Debtors may, either (i) allow such claims without the requested KYC Information or (ii) object to the allowance of such Customer Claims’ proofs of claim and scheduled claims on an omnibus basis, on notice to all such holders, including, among other bases, of insufficient documentation, and request such holders submit the requested KYC Information. In the event of such objection, such holders of Customer Claims may have the opportunity to submit the requested KYC Information to the Debtors to resolve the objection on such claim relating to the requested KYC Information

Thank you,

FTX Customer Support

----------------------------------------------

Atualizado por: Vitor Vieira, 6 de mai. de 2025, 14:56 GMT-7

So how do you give the deadline until the 1st of next month if you don't want to solve the problem? And you still haven't told me if I'll be able to receive it

Em ter., 6 de mai. de 2025 às 09:58, FTX Support <support@ftx.com> escreveu:

----------------------------------------------

Atualizado por: John, 6 de mai. de 2025, 05:58 GMT-7

Hi,

I'm sorry to hear that you are having trouble completing KYC . For security reasons, we are not able to discuss specifics of your application.

Unfortunately, we are not able to make changes at this time.

Please refer to this page to get more details on your KYC status:
https://support.ftx.com/hc/en-us/articles/17964456562068-KYC-Statuses-Explained

Thank you,

FTX Customer Support

!▯() !▯() !▯()

----------------------------------------------

Atualizado por: Vitor Vieira, 5 de mai. de 2025, 14:52 GMT-7

But you don't approve it and don't give me the option to send another one? You don't even tell me why you didn't approve it? So I'm not going to get paid because of that?

Em seg., 5 de mai. de 2025 às 16:22, FTX Support <support@ftx.com> escreveu:

----------------------------------------------

Atualizado por: John, 5 de mai. de 2025, 12:22 GMT-7

Hello,

At this time, we don't have any updates regarding whether another opportunity to complete your KYC will be offered. All customers have been given the chance to submit their KYC information. However, you were not verified, as your submission did not meet the necessary requirements.

Thank you,

FTX Customer Support

----------------------------------------------

Atualizado por: Vitor Vieira, 5 de mai. de 2025, 12:05 GMT-7

And how do I submit it to be approved?

Em seg., 5 de mai. de 2025 às 16:02, FTX Support <support@ftx.com> escreveu:

----------------------------------------------

Atualizado por: John, 5 de mai. de 2025, 12:02 GMT-7

Hello,

Thank you for reaching out.

Unfortunately, you have not passed our KYC / AML / Sanction Screening Process.

Please note that holders of claims who submit the requested KYC Information which is unable to be verified or has otherwise not passed the KYC / AML / Sanction screening process, shall be deemed “Failed”. With respect to all such Customer Claims that failed the KYC verification process, the Debtors may, either (i) allow such claims without the requested KYC Information or (ii) object to the allowance of such Customer Claims’ proofs of claim and scheduled claims on an omnibus basis, on notice to all such holders, including, among other bases, of insufficient documentation, and request such holders submit the requested KYC Information. In the event of such objection, such holders of Customer Claims may have the opportunity to submit the requested KYC Information to the Debtors to resolve the objection on such claim relating to the requested KYC Information.

Please also note that the Debtors may modify your KYC status if information becomes available that warrants such change.

Thank you,

FTX Customer Support

![]()

----------------------------------------------

Atualizado por: Vitor Vieira, 5 de mai. de 2025, 11:52 GMT-7

Hello, my name is Vitor. I have been trying to resolve my account verification problem with you for months without success. The deadline is June 1st, but you have not given me a solution, so you probably won't pay me.

I am waiting for a solution for my account because KYC has not confirmed it for months and does not even give me the option to resend it.

--------------------------------

Este email é um serviço de Please use support.ftx.com.

[N49X37-RGXMN]

---

## — Mensagem 9 de 11 —

**De:** vitorvieiramkt@gmail.com

**Para:** artemiopneto@gmail.com

**Data:** 11/07/2025 20:48 UTC

**Assunto:** Fwd: problem not resolved by support

Forwarded Conversation

Subject: problem not resolved by support

------------------------

De: Vitor Vieira <vitorvieiramkt@gmail.com>

Date: seg., 5 de mai. de 2025 às 15:52

To: <support@ftx.com>

Hello, my name is Vitor. I have been trying to resolve my account verification problem with you for months without success. The deadline is June 1st, but you have not given me a solution, so you probably won't pay me.

I am waiting for a solution for my account because KYC has not confirmed it for months and does not even give me the option to resend it.

----------

De: FTX Support <support@ftx.com>

Date: seg., 5 de mai. de 2025 às 16:02

To: Vitor Vieira <vitorvieiramkt@gmail.com>

##- Não escreva abaixo desta linha -##

Your request (314293) has been updated.

To add additional comments, reply to this email.

*John* (Please use support.ftx.com)

5 de mai. de 2025, 12:02 GMT-7

Hello,

Thank you for reaching out.

Unfortunately, you have not passed our KYC / AML / Sanction Screening Process.

Please note that holders of claims who submit the requested KYC Information

which is unable to be verified or has otherwise not passed the KYC / AML / Sanction screening process, shall be deemed “Failed”. With respect to all such Customer Claims that failed the KYC verification process, the Debtors may, either (i) allow such claims without the requested KYC Information or (ii) object to the allowance of such Customer Claims’ proofs of claim and scheduled claims on an omnibus basis, on notice to all such holders, including, among other bases, of insufficient documentation, and request such holders submit the requested KYC Information. In the event of such objection, such holders of Customer Claims may have the opportunity to submit the requested KYC Information to the Debtors to resolve the objection on such claim relating to the requested KYC Information.

Please also note that the Debtors may modify your KYC status if information becomes available that warrants such change.

Thank you,

FTX Customer Support

*Vitor Vieira*

5 de mai. de 2025, 11:52 GMT-7

Hello, my name is Vitor. I have been trying to resolve my account verification problem with you for months without success. The deadline is June 1st, but you have not given me a solution, so you probably won't pay me.

I am waiting for a solution for my account because KYC has not confirmed it for months and does not even give me the option to resend it.

Este email é um serviço de Please use support.ftx.com. Fornecido por Zendesk

<https://www.zendesk.com.br/service/?utm_campaign=text&utm_content=Please+use+support.ftx.com&utm_medium=poweredbyzendesk&utm_source=email-notification>

[N49X37-RGXMN]

----------

De: Vitor Vieira <vitorvieiramkt@gmail.com>

Date: seg., 5 de mai. de 2025 às 16:04

To: FTX Support <support@ftx.com>

And how do I submit it to be approved?

----------

De: FTX Support <support@ftx.com>

Date: seg., 5 de mai. de 2025 às 16:22

To: Vitor Vieira <vitorvieiramkt@gmail.com>

##- Não escreva abaixo desta linha -##

Your request (314293) has been updated.

To add additional comments, reply to this email.

*John* (Please use support.ftx.com)

5 de mai. de 2025, 12:22 GMT-7

Hello,

At this time, we don't have any updates regarding whether another opportunity to complete your KYC will be offered. All customers have been given the chance to submit their KYC information. However, you were not verified, as your submission did not meet the necessary requirements.

Thank you,

FTX Customer Support

*Vitor Vieira*

5 de mai. de 2025, 12:05 GMT-7

And how do I submit it to be approved?

Em seg., 5 de mai. de 2025 às 16:02, FTX Support <support@ftx.com> escreveu:

*John* (Please use support.ftx.com)

5 de mai. de 2025, 12:02 GMT-7

Hello,

Thank you for reaching out.

Unfortunately, you have not passed our KYC / AML / Sanction Screening Process.

Please note that holders of claims who submit the requested KYC Information which is unable to be verified or has otherwise not passed the KYC / AML / Sanction screening process, shall be deemed “Failed”. With respect to all such Customer Claims that failed the KYC verification process, the Debtors may, either (i) allow such claims without the requested KYC Information or (ii) object to the allowance of such Customer Claims’ proofs of claim and scheduled claims on an omnibus basis, on notice to all such holders, including, among other bases, of insufficient documentation, and request such holders submit the requested KYC Information. In the event of such objection, such holders of Customer Claims may have the opportunity to submit the requested KYC Information to the Debtors to resolve the objection on such claim relating to the requested KYC Information.

Please also note that the Debtors may modify your KYC status if information becomes available that warrants such change.

Thank you,

FTX Customer Support

*Vitor Vieira*

5 de mai. de 2025, 11:52 GMT-7

Hello, my name is Vitor. I have been trying to resolve my account verification problem with you for months without success. The deadline is June 1st, but you have not given me a solution, so you probably won't pay me.

I am waiting for a solution for my account because KYC has not confirmed it for months and does not even give me the option to resend it.

----------

De: Vitor Vieira <vitorvieiramkt@gmail.com>
Date: seg., 5 de mai. de 2025 às 18:52
To: FTX Support <support@ftx.com>

But you don't approve it and don't give me the option to send another one? You don't even tell me why you didn't approve it? So I'm not going to get paid because of that?

----------

De: FTX Support <support@ftx.com>
Date: ter., 6 de mai. de 2025 às 09:58
To: Vitor Vieira <vitorvieiramkt@gmail.com>

##- Não escreva abaixo desta linha -##

Your request (314293) has been updated.

To add additional comments, reply to this email.

*John* (Please use support.ftx.com)

6 de mai. de 2025, 05:58 GMT-7
Hi,

I'm sorry to hear that you are having trouble completing KYC . For security reasons, we are not able to discuss specifics of your application.
Unfortunately, we are not able to make changes at this time.
Please refer to this page to get more details on your KYC status:
https://support.ftx.com/hc/en-us/articles/17964456562068-KYC-Statuses-Explained

Thank you,
FTX Customer Support

*Vitor Vieira*

5 de mai. de 2025, 14:52 GMT-7
But you don't approve it and don't give me the option to send another one?
You don't even tell me why you didn't approve it? So I'm not going to get paid because of that?

----------

De: Vitor Vieira <vitorvieiramkt@gmail.com>
Date: ter., 6 de mai. de 2025 às 18:56

To: FTX Support <support@ftx.com>

So how do you give the deadline until the 1st of next month if you don't want to solve the problem? And you still haven't told me if I'll be able to receive it

----------

De: FTX Support <support@ftx.com>
Date: ter., 6 de mai. de 2025 às 19:03
To: Vitor Vieira <vitorvieiramkt@gmail.com>

##- Não escreva abaixo desta linha -##

Your request (314293) has been updated.

To add additional comments, reply to this email.

*John* (Please use support.ftx.com)

6 de mai. de 2025, 15:03 GMT-7
Hi,

Your KYC status is marked as Failed. Unfortunately, we are not able to make changes at this time.
Please refer to this page to get more details on your KYC status:
https://support.ftx.com/hc/en-us/articles/17964456562068-KYC-Statuses-Explained

Please note that holders of claims who submit the requested KYC Information which is unable to be verified or has otherwise not passed the KYC / AML / Sanction screening process, shall be deemed “Failed”. With respect to all such Customer Claims that failed the KYC verification process, the Debtors may, either (i) allow such claims without the requested KYC Information or (ii) object to the allowance of such Customer Claims’ proofs of claim and scheduled claims on an omnibus basis, on notice to all such holders, including, among other bases, of insufficient documentation, and request such holders submit the requested KYC Information. In the event of such objection, such holders of Customer Claims may have the opportunity to submit the requested KYC Information to the Debtors to resolve the objection on such claim relating to the requested KYC Information

Thank you,
FTX Customer Support

*Vitor Vieira*

6 de mai. de 2025, 14:56 GMT-7
So how do you give the deadline until the 1st of next month if you don't want to solve the problem? And you still haven't told me if I'll be able to receive it

**— Mensagem 10 de 11 —**

**De:** vitorvieiramkt@gmail.com

**Para:** pcb@gaudencioadvogados.com

**Data:** 15/08/2025 14:13 UTC

**Assunto:** Fwd: problem not resolved by support

---

Forwarded Conversation

Subject: problem not resolved by support

------------------------

De: Vitor Vieira <vitorvieiramkt@gmail.com>

Date: seg., 5 de mai. de 2025 às 15:52

To: <support@ftx.com>

Hello, my name is Vitor. I have been trying to resolve my account verification problem with you for months without success. The deadline is June 1st, but you have not given me a solution, so you probably won't pay me.

I am waiting for a solution for my account because KYC has not confirmed it for months and does not even give me the option to resend it.

----------

De: FTX Support <support@ftx.com>

Date: seg., 5 de mai. de 2025 às 16:02

To: Vitor Vieira <vitorvieiramkt@gmail.com>

##- Não escreva abaixo desta linha -##

Your request (314293) has been updated.

To add additional comments, reply to this email.

*John* (Please use support.ftx.com)

5 de mai. de 2025, 12:02 GMT-7

Hello,

Thank you for reaching out.

Unfortunately, you have not passed our KYC / AML / Sanction Screening Process.

Please note that holders of claims who submit the requested KYC Information which is unable to be verified or has otherwise not passed the KYC / AML / Sanction screening process, shall be deemed “Failed”. With respect to all such Customer Claims that failed the KYC verification process, the Debtors may, either (i) allow such claims without the requested KYC Information or (ii) object to the allowance of such Customer Claims’ proofs of claim and scheduled claims on an omnibus basis, on notice to all such holders, including, among other bases, of insufficient documentation, and request

such holders submit the requested KYC Information. In the event of such objection, such holders of Customer Claims may have the opportunity to submit the requested KYC Information to the Debtors to resolve the objection on such claim relating to the requested KYC Information.

Please also note that the Debtors may modify your KYC status if information becomes available that warrants such change.

Thank you,

FTX Customer Support

*Vitor Vieira*

5 de mai. de 2025, 11:52 GMT-7
Hello, my name is Vitor. I have been trying to resolve my account verification problem with you for months without success. The deadline is June 1st, but you have not given me a solution, so you probably won't pay me.

I am waiting for a solution for my account because KYC has not confirmed it for months and does not even give me the option to resend it.

Este email é um serviço de Please use support.ftx.com. Fornecido por Zendesk
<https://www.zendesk.com.br/service/?utm_campaign=text&utm_content=Please+use+support.ftx.com&utm_medium=poweredbyzendesk&utm_source=email-notification>
[N49X37-RGXMN]

----------

De: Vitor Vieira <vitorvieiramkt@gmail.com>

Date: seg., 5 de mai. de 2025 às 16:04

To: FTX Support <support@ftx.com>

And how do I submit it to be approved?

----------

De: FTX Support <support@ftx.com>

Date: seg., 5 de mai. de 2025 às 16:22

To: Vitor Vieira <vitorvieiramkt@gmail.com>

##- Não escreva abaixo desta linha -##

Your request (314293) has been updated.

To add additional comments, reply to this email.

*John* (Please use support.ftx.com)

5 de mai. de 2025, 12:22 GMT-7
Hello,

At this time, we don't have any updates regarding whether another opportunity to complete your KYC will be offered. All customers have been given the chance to submit their KYC information. However, you were not

verified, as your submission did not meet the necessary requirements.

Thank you,

FTX Customer Support

*Vitor Vieira*

5 de mai. de 2025, 12:05 GMT-7
And how do I submit it to be approved?

Em seg., 5 de mai. de 2025 às 16:02, FTX Support <support@ftx.com> escreveu:

*John* (Please use support.ftx.com)

5 de mai. de 2025, 12:02 GMT-7
Hello,

Thank you for reaching out.

Unfortunately, you have not passed our KYC / AML / Sanction Screening Process.

Please note that holders of claims who submit the requested KYC Information which is unable to be verified or has otherwise not passed the KYC / AML / Sanction screening process, shall be deemed “Failed”. With respect to all such Customer Claims that failed the KYC verification process, the Debtors may, either (i) allow such claims without the requested KYC Information or (ii) object to the allowance of such Customer Claims’ proofs of claim and scheduled claims on an omnibus basis, on notice to all such holders, including, among other bases, of insufficient documentation, and request such holders submit the requested KYC Information. In the event of such objection, such holders of Customer Claims may have the opportunity to submit the requested KYC Information to the Debtors to resolve the objection on such claim relating to the requested KYC Information.

Please also note that the Debtors may modify your KYC status if information becomes available that warrants such change.

Thank you,

FTX Customer Support

*Vitor Vieira*

5 de mai. de 2025, 11:52 GMT-7
Hello, my name is Vitor. I have been trying to resolve my account verification problem with you for months without success. The deadline is June 1st, but you have not given me a solution, so you probably won't pay me.

I am waiting for a solution for my account because KYC has not confirmed it for months and does not even give me the option to resend it.

----------

De: Vitor Vieira <vitorvieiramkt@gmail.com>

Date: seg., 5 de mai. de 2025 às 18:52

To: FTX Support <support@ftx.com>

But you don't approve it and don't give me the option to send another one? You don't even tell me why you didn't approve it? So I'm not going to get paid because of that?

----------

De: FTX Support <support@ftx.com>

Date: ter., 6 de mai. de 2025 às 09:58

To: Vitor Vieira <vitorvieiramkt@gmail.com>

##- Não escreva abaixo desta linha -##

Your request (314293) has been updated.

To add additional comments, reply to this email.

*John* (Please use support.ftx.com)

6 de mai. de 2025, 05:58 GMT-7

Hi,

I'm sorry to hear that you are having trouble completing KYC . For security reasons, we are not able to discuss specifics of your application.

Unfortunately, we are not able to make changes at this time.

Please refer to this page to get more details on your KYC status:

https://support.ftx.com/hc/en-us/articles/17964456562068-KYC-Statuses-Explained

Thank you,

FTX Customer Support

*Vitor Vieira*

5 de mai. de 2025, 14:52 GMT-7

But you don't approve it and don't give me the option to send another one? You don't even tell me why you didn't approve it? So I'm not going to get paid because of that?

----------

De: Vitor Vieira <vitorvieiramkt@gmail.com>

Date: ter., 6 de mai. de 2025 às 18:56

To: FTX Support <support@ftx.com>

So how do you give the deadline until the 1st of next month if you don't want to solve the problem? And you still haven't told me if I'll be able to receive it

----------

De: FTX Support <support@ftx.com>

Date: ter., 6 de mai. de 2025 às 19:03

To: Vitor Vieira <vitorvieiramkt@gmail.com>

##- Não escreva abaixo desta linha -##

Your request (314293) has been updated.

To add additional comments, reply to this email.

*John* (Please use support.ftx.com)

6 de mai. de 2025, 15:03 GMT-7
Hi,

Your KYC status is marked as Failed. Unfortunately, we are not able to make changes at this time.
Please refer to this page to get more details on your KYC status:
https://support.ftx.com/hc/en-us/articles/17964456562068-KYC-Statuses-Explained

Please note that holders of claims who submit the requested KYC Information which is unable to be verified or has otherwise not passed the KYC / AML / Sanction screening process, shall be deemed “Failed”. With respect to all such Customer Claims that failed the KYC verification process, the Debtors may, either (i) allow such claims without the requested KYC Information or (ii) object to the allowance of such Customer Claims’ proofs of claim and scheduled claims on an omnibus basis, on notice to all such holders, including, among other bases, of insufficient documentation, and request such holders submit the requested KYC Information. In the event of such objection, such holders of Customer Claims may have the opportunity to submit the requested KYC Information to the Debtors to resolve the objection on such claim relating to the requested KYC Information

Thank you,
FTX Customer Support

*Vitor Vieira*

6 de mai. de 2025, 14:56 GMT-7
So how do you give the deadline until the 1st of next month if you don't want to solve the problem? And you still haven't told me if I'll be able to receive it

----------
De: Vitor Vieira <vitorvieiramkt@gmail.com>
Date: sex., 11 de jul. de 2025 às 17:48
To: <artemiopneto@gmail.com>

Forwarded Conversation
Subject: problem not resolved by support
------------------------

De: Vitor Vieira <vitorvieiramkt@gmail.com>
Date: seg., 5 de mai. de 2025 às 15:52

To: <support@ftx.com>

Hello, my name is Vitor. I have been trying to resolve my account verification problem with you for months without success. The deadline is June 1st, but you have not given me a solution, so you probably won't pay me.

I am waiting for a solution for my account because KYC has not confirmed it for months and does not even give me the option to resend it.

----------

De: FTX Support <support@ftx.com>
Date: seg., 5 de mai. de 2025 às 16:02
To: Vitor Vieira <vitorvieiramkt@gmail.com>

##- Não escreva abaixo desta linha -##

Your request (314293) has been updated.

To add additional comments, reply to this email.

*John* (Please use support.ftx.com)

5 de mai. de 2025, 12:02 GMT-7
Hello,

Thank you for reaching out.

Unfortunately, you have not passed our KYC / AML / Sanction Screening Process.

Please note that holders of claims who submit the requested KYC Information which is unable to be verified or has otherwise not passed the KYC / AML / Sanction screening process, shall be deemed “Failed”. With respect to all such Customer Claims that failed the KYC verification process, the Debtors may, either (i) allow such claims without the requested KYC Information or (ii) object to the allowance of such Customer Claims’ proofs of claim and scheduled claims on an omnibus basis, on notice to all such holders, including, among other bases, of insufficient documentation, and request such holders submit the requested KYC Information. In the event of such objection, such holders of Customer Claims may have the opportunity to submit the requested KYC Information to the Debtors to resolve the objection on such claim relating to the requested KYC Information.

Please also note that the Debtors may modify your KYC status if information becomes available that warrants such change.

Thank you,

FTX Customer Support

*Vitor Vieira*

5 de mai. de 2025, 11:52 GMT-7

Hello, my name is Vitor. I have been trying to resolve my account verification problem with you for months without success. The deadline is June 1st, but you have not given me a solution, so you probably won't pay me.

I am waiting for a solution for my account because KYC has not confirmed it for months and does not even give me the option to resend it.

Este email é um serviço de Please use support.ftx.com. Fornecido por Zendesk
<https://www.zendesk.com.br/service/?utm_campaign=text&utm_content=Please+use+support.ftx.com&utm_medium=poweredbyzendesk&utm_source=email-notification>

[N49X37-RGXMN]

----------

De: Vitor Vieira <vitorvieiramkt@gmail.com>

Date: seg., 5 de mai. de 2025 às 16:04

To: FTX Support <support@ftx.com>

And how do I submit it to be approved?

----------

De: FTX Support <support@ftx.com>

Date: seg., 5 de mai. de 2025 às 16:22

To: Vitor Vieira <vitorvieiramkt@gmail.com>

##- Não escreva abaixo desta linha -##

Your request (314293) has been updated.

To add additional comments, reply to this email.

*John* (Please use support.ftx.com)

5 de mai. de 2025, 12:22 GMT-7

----------

De: Vitor Vieira <vitorvieiramkt@gmail.com>

Date: seg., 5 de mai. de 2025 às 18:52

To: FTX Support <support@ftx.com>

But you don't approve it and don't give me the option to send another one? You don't even tell me why you didn't approve it? So I'm not going to get paid because of that?

----------

De: FTX Support <support@ftx.com>

Date: ter., 6 de mai. de 2025 às 09:58

To: Vitor Vieira <vitorvieiramkt@gmail.com>

##- Não escreva abaixo desta linha -##

Your request (314293) has been updated.

To add additional comments, reply to this email.

*John* (Please use support.ftx.com)

6 de mai. de 2025, 05:58 GMT-7

Hi,

I'm sorry to hear that you are having trouble completing KYC . For security reasons, we are not able to discuss specifics of your application. Unfortunately, we are not able to make changes at this time.
Please refer to this page to get more details on your KYC status:
https://support.ftx.com/hc/en-us/articles/17964456562068-KYC-Statuses-Explained

Thank you,
FTX Customer Support

*Vitor Vieira*

5 de mai. de 2025, 14:52 GMT-7

But you don't approve it and don't give me the option to send another one? You don't even tell me why you didn't approve it? So I'm not going to get paid because of that?

----------

De: Vitor Vieira <vitorvieiramkt@gmail.com>

Date: ter., 6 de mai. de 2025 às 18:56

To: FTX Support <support@ftx.com>

So how do you give the deadline until the 1st of next month if you don't want to solve the problem? And you still haven't told me if I'll be able to receive it

----------

De: FTX Support <support@ftx.com>

Date: ter., 6 de mai. de 2025 às 19:03

To: Vitor Vieira <vitorvieiramkt@gmail.com>

---

### — Mensagem 11 de 11 —

**De:** vitorvieiramkt@gmail.com

**Para:** pcb@gaudencioadvogados.com

**Data:** 15/08/2025 14:35 UTC

**Assunto:** Fwd: problem not resolved by support

---

Forwarded Conversation

Subject: problem not resolved by support

------------------------

De: Vitor Vieira <vitorvieiramkt@gmail.com>

Date: seg., 5 de mai. de 2025 às 15:52

To: <support@ftx.com>

Hello, my name is Vitor. I have been trying to resolve my account verification problem with you for months without success. The deadline is June 1st, but you have not given me a solution, so you probably won't pay me.

I am waiting for a solution for my account because KYC has not confirmed it for months and does not even give me the option to resend it.

----------

De: FTX Support <support@ftx.com>
Date: seg., 5 de mai. de 2025 às 16:02
To: Vitor Vieira <vitorvieiramkt@gmail.com>

##- Não escreva abaixo desta linha -##

Your request (314293) has been updated.

To add additional comments, reply to this email.

*John* (Please use support.ftx.com)

5 de mai. de 2025, 12:02 GMT-7
Hello,

Thank you for reaching out.

Unfortunately, you have not passed our KYC / AML / Sanction Screening Process.

Please note that holders of claims who submit the requested KYC Information which is unable to be verified or has otherwise not passed the KYC / AML / Sanction screening process, shall be deemed “Failed”. With respect to all such Customer Claims that failed the KYC verification process, the Debtors may, either (i) allow such claims without the requested KYC Information or (ii) object to the allowance of such Customer Claims’ proofs of claim and scheduled claims on an omnibus basis, on notice to all such holders, including, among other bases, of insufficient documentation, and request such holders submit the requested KYC Information. In the event of such objection, such holders of Customer Claims may have the opportunity to submit the requested KYC Information to the Debtors to resolve the objection on such claim relating to the requested KYC Information.

Please also note that the Debtors may modify your KYC status if information becomes available that warrants such change.

Thank you,

FTX Customer Support

*Vitor Vieira*

5 de mai. de 2025, 11:52 GMT-7
Hello, my name is Vitor. I have been trying to resolve my account

verification problem with you for months without success. The deadline is June 1st, but you have not given me a solution, so you probably won't pay me.

I am waiting for a solution for my account because KYC has not confirmed it for months and does not even give me the option to resend it.

Este email é um serviço de Please use support.ftx.com. Fornecido por Zendesk <https://www.zendesk.com.br/service/?utm_campaign=text&utm_content=Please+use+support.ftx.com&utm_medium=poweredbyzendesk&utm_source=email-notification>

[N49X37-RGXMN]

----------

De: Vitor Vieira <vitorvieiramkt@gmail.com>

Date: seg., 5 de mai. de 2025 às 16:04

To: FTX Support <support@ftx.com>

And how do I submit it to be approved?

----------

De: FTX Support <support@ftx.com>

Date: seg., 5 de mai. de 2025 às 16:22

To: Vitor Vieira <vitorvieiramkt@gmail.com>

##- Não escreva abaixo desta linha -##

Your request (314293) has been updated.

To add additional comments, reply to this email.

*John* (Please use support.ftx.com)

5 de mai. de 2025, 12:22 GMT-7

Hello,

At this time, we don't have any updates regarding whether another opportunity to complete your KYC will be offered. All customers have been given the chance to submit their KYC information. However, you were not verified, as your submission did not meet the necessary requirements.

Thank you,

FTX Customer Support

*Vitor Vieira*

5 de mai. de 2025, 12:05 GMT-7

And how do I submit it to be approved?

Em seg., 5 de mai. de 2025 às 16:02, FTX Support <support@ftx.com> escreveu:

*John* (Please use support.ftx.com)

5 de mai. de 2025, 12:02 GMT-7

Hello,

Thank you for reaching out.

Unfortunately, you have not passed our KYC / AML / Sanction Screening Process.

Please note that holders of claims who submit the requested KYC Information which is unable to be verified or has otherwise not passed the KYC / AML / Sanction screening process, shall be deemed "Failed". With respect to all such Customer Claims that failed the KYC verification process, the Debtors may, either (i) allow such claims without the requested KYC Information or (ii) object to the allowance of such Customer Claims' proofs of claim and scheduled claims on an omnibus basis, on notice to all such holders, including, among other bases, of insufficient documentation, and request such holders submit the requested KYC Information. In the event of such objection, such holders of Customer Claims may have the opportunity to submit the requested KYC Information to the Debtors to resolve the objection on such claim relating to the requested KYC Information.

Please also note that the Debtors may modify your KYC status if information becomes available that warrants such change.

Thank you,

FTX Customer Support

*Vitor Vieira*

5 de mai. de 2025, 11:52 GMT-7
Hello, my name is Vitor. I have been trying to resolve my account verification problem with you for months without success. The deadline is June 1st, but you have not given me a solution, so you probably won't pay me.

I am waiting for a solution for my account because KYC has not confirmed it for months and does not even give me the option to resend it.

----------

De: Vitor Vieira <vitorvieiramkt@gmail.com>

Date: seg., 5 de mai. de 2025 às 18:52

To: FTX Support <support@ftx.com>

But you don't approve it and don't give me the option to send another one? You don't even tell me why you didn't approve it? So I'm not going to get paid because of that?

----------

De: FTX Support <support@ftx.com>

Date: ter., 6 de mai. de 2025 às 09:58

To: Vitor Vieira <vitorvieiramkt@gmail.com>

##- Não escreva abaixo desta linha -##

Your request (314293) has been updated.

To add additional comments, reply to this email.

*John* (Please use support.ftx.com)

6 de mai. de 2025, 05:58 GMT-7

Hi,

I'm sorry to hear that you are having trouble completing KYC . For security reasons, we are not able to discuss specifics of your application.

Unfortunately, we are not able to make changes at this time.

Please refer to this page to get more details on your KYC status:

https://support.ftx.com/hc/en-us/articles/17964456562068-KYC-Statuses-Explained

Thank you,

FTX Customer Support

*Vitor Vieira*

5 de mai. de 2025, 14:52 GMT-7

But you don't approve it and don't give me the option to send another one? You don't even tell me why you didn't approve it? So I'm not going to get paid because of that?

----------

De: Vitor Vieira <vitorvieiramkt@gmail.com>

Date: ter., 6 de mai. de 2025 às 18:56

To: FTX Support <support@ftx.com>

So how do you give the deadline until the 1st of next month if you don't want to solve the problem? And you still haven't told me if I'll be able to receive it

----------

De: FTX Support <support@ftx.com>

Date: ter., 6 de mai. de 2025 às 19:03

To: Vitor Vieira <vitorvieiramkt@gmail.com>

##- Não escreva abaixo desta linha -##

Your request (314293) has been updated.

To add additional comments, reply to this email.

*John* (Please use support.ftx.com)

6 de mai. de 2025, 15:03 GMT-7

Hi,

Your KYC status is marked as Failed. Unfortunately, we are not able to make changes at this time.

Please refer to this page to get more details on your KYC status:

https://support.ftx.com/hc/en-us/articles/17964456562068-KYC-Statuses-Explained

Please note that holders of claims who submit the requested KYC Information which is unable to be verified or has otherwise not passed the KYC / AML / Sanction screening process, shall be deemed “Failed”. With respect to all such Customer Claims that failed the KYC verification process, the Debtors may, either (i) allow such claims without the requested KYC Information or (ii) object to the allowance of such Customer Claims’ proofs of claim and scheduled claims on an omnibus basis, on notice to all such holders, including, among other bases, of insufficient documentation, and request such holders submit the requested KYC Information. In the event of such objection, such holders of Customer Claims may have the opportunity to submit the requested KYC Information to the Debtors to resolve the objection on such claim relating to the requested KYC Information

Thank you,
FTX Customer Support

*Vitor Vieira*

6 de mai. de 2025, 14:56 GMT-7
So how do you give the deadline until the 1st of next month if you don't want to solve the problem? And you still haven't told me if I'll be able to receive it

----------

De: Vitor Vieira <vitorvieiramkt@gmail.com>
Date: sex., 11 de jul. de 2025 às 17:48
To: <artemiopneto@gmail.com>

Forwarded Conversation
Subject: problem not resolved by support
------------------------

De: Vitor Vieira <vitorvieiramkt@gmail.com>
Date: seg., 5 de mai. de 2025 às 15:52
To: <support@ftx.com>

Hello, my name is Vitor. I have been trying to resolve my account verification problem with you for months without success. The deadline is June 1st, but you have not given me a solution, so you probably won't pay me.

I am waiting for a solution for my account because KYC has not confirmed it for months and does not even give me the option to resend it.

----------

De: FTX Support <support@ftx.com>
Date: seg., 5 de mai. de 2025 às 16:02
To: Vitor Vieira <vitorvieiramkt@gmail.com>

##- Não escreva abaixo desta linha -##

Your request (314293) has been updated.

To add additional comments, reply to this email.

*John* (Please use support.ftx.com)

5 de mai. de 2025, 12:02 GMT-7
Hello,

Thank you for reaching out.

Unfortunately, you have not passed our KYC / AML / Sanction Screening Process.

Please note that holders of claims who submit the requested KYC Information which is unable to be verified or has otherwise not passed the KYC / AML / Sanction screening process, shall be deemed “Failed”. With respect to all such Customer Claims that failed the KYC verification process, the Debtors may, either (i) allow such claims without the requested KYC Information or (ii) object to the allowance of such Customer Claims’ proofs of claim and scheduled claims on an omnibus basis, on notice to all such holders, including, among other bases, of insufficient documentation, and request such holders submit the requested KYC Information. In the event of such objection, such holders of Customer Claims may have the opportunity to submit the requested KYC Information to the Debtors to resolve the objection on such claim relating to the requested KYC Information.

Please also note that the Debtors may modify your KYC status if information becomes available that warrants such change.

Thank you,

FTX Customer Support

*Vitor Vieira*

5 de mai. de 2025, 11:52 GMT-7
Hello, my name is Vitor. I have been trying to resolve my account verification problem with you for months without success. The deadline is June 1st, but you have not given me a solution, so you probably won't pay me.

I am waiting for a solution for my account because KYC has not confirmed it for months and does not even give me the option to resend it.

Este email é um serviço de Please use support.ftx.com. Fornecido por Zendesk
<https://www.zendesk.com.br/service/?utm_campaign=text&utm_content=Please+use+support.ftx.com&utm_medium=poweredbyzendesk&utm_source=email-notification>

[N49X37-RGXMN]

----------

De: Vitor Vieira <vitorvieiramkt@gmail.com>

Date: seg., 5 de mai. de 2025 às 16:04

To: FTX Support <support@ftx.com>

And how do I submit it to be approved?

----------

De: FTX Support <support@ftx.com>

Date: seg., 5 de mai. de 2025 às 16:22

To: Vitor Vieira <vitorvieiramkt@gmail.com>

##- Não escreva abaixo desta linha -##

Your request (314293) has been updated.

To add additional comments, reply to this email.

*John* (Please use support.ftx.com)

5 de mai. de 2025, 12:22 GMT-7

----------

De: Vitor Vieira <vitorvieiramkt@gmail.com>

Date: seg., 5 de mai. de 2025 às 18:52

To: FTX Support <support@ftx.com>

But you don't approve it and don't give me the option to send another one? You don't even tell me why you didn't approve it? So I'm not going to get paid because of that?

----------

De: FTX Support <support@ftx.com>

Date: ter., 6 de mai. de 2025 às 09:58

To: Vitor Vieira <vitorvieiramkt@gmail.com>

##- Não escreva abaixo desta linha -##

Your request (314293) has been updated.

To add additional comments, reply to this email.

*John* (Please use support.ftx.com)

6 de mai. de 2025, 05:58 GMT-7

Hi,

I'm sorry to hear that you are having trouble completing KYC . For security reasons, we are not able to discuss specifics of your application.

Unfortunately, we are not able to make changes at this time.

Please refer to this page to get more details on your KYC status:

https://support.ftx.com/hc/en-us/articles/17964456562068-KYC-Statuses-Explained

Thank you,

FTX Customer Support

*Vitor Vieira*

5 de mai. de 2025, 14:52 GMT-7

But you don't approve it and don't give me the option to send another one? You don't even tell me why you didn't approve it? So I'm not going to get paid because of that?

----------

De: Vitor Vieira <vitorvieiramkt@gmail.com>

Date: ter., 6 de mai. de 2025 às 18:56

To: FTX Support <support@ftx.com>

So how do you give the deadline until the 1st of next month if you don't want to solve the problem? And you still haven't told me if I'll be able to receive it

----------

De: FTX Support <support@ftx.com>

Date: ter., 6 de mai. de 2025 às 19:03

To: Vitor Vieira <vitorvieiramkt@gmail.com>

----------

De: Vitor Vieira <vitorvieiramkt@gmail.com>

Date: sex., 15 de ago. de 2025 às 11:13

To: Bittencourt Patrícia C. <pcb@gaudencioadvogados.com>

Date: sex., 11 de jul. de 2025 às 17:48

To: <artemiopneto@gmail.com>