# EXHIBIT 9

# URGENT – KYC Verification Pending – $164,877 USD – Vitor Vieira Belarmino (Account ID 66619401)

Thread ID: 19d0be222ddef40a | Mensagens: 2

### — Mensagem 1 de 2 —

**De:** vitorvieiramkt@gmail.com

**Para:** FTX_KYC@alvarezandmarsal.com

**Data:** 20/03/2026 15:50 UTC

**Assunto:** URGENT – KYC Verification Pending – $164,877 USD – Vitor Vieira Belarmino (Account ID 66619401)

**Anexos:** declaracao_source_of_funds VITOR BELARMINO.pdf, passport_vitor_belarmino.pdf.pdf, selfie_with_id passaport Verification ftx.jpeg, address_proof_vitor_belarmino mayan.pdf, my Binance ID where the funds are sourced.jpeg, Binance's transfer to FTX in 2022.PNG, FTX account receiving money from my Binance account in 2022..PNG, Ftx Account Id 66619401 Unique Customer Code 2968219.JPG, Print balance from FTX $164.877,03 USD.JPG, kroll Creditor.JPG, 2022 Income Tax Return.pdf, KYC_Vitor_Vieira_Belarmino_FINAL.pdf

---

Dear Sir/Madam,

I am writing to formally follow up on my pending KYC verification, which remains unresolved despite the submission of all required documentation.

This matter involves a total claim value of approximately $164,877 USD. The delay in completing my verification is particularly concerning, as it is directly affecting my ability to receive distributions within the current payment cycle. To date, I have not received any payment.

For your review, I have attached all supporting documents, including:

- Signed Source of Funds Declaration
- Proof of Address (recent bank-issued document)
- Valid Passport and selfie verification
- Binance account records confirming the origin of funds
- Transaction history demonstrating transfers from Binance to FTX
- FTX account identification (Account ID: 66619401 / Unique Customer Code: 2968219)
- Proof of claim and account balances

I respectfully request that my verification be reviewed and completed as a matter of urgency, so that I may be included in this month's payment distribution.

Sincerely,

Vitor Vieira Belarmino

---

### — Mensagem 2 de 2 —

**De:** vitorvieiramkt@gmail.com

**Para:** FTX_KYC@alvarezandmarsal.com

**Data:** 25/03/2026 22:29 UTC

**Assunto:** Fwd: URGENT – KYC Verification Pending – $164,877 USD – Vitor Vieira Belarmino (Account ID 66619401)

**Anexos:** declaracao_source_of_funds VITOR BELARMINO.pdf, passport_vitor_belarmino.pdf.pdf, selfie_with_id passaport Verification ftx.jpeg, address_proof_vitor_belarmino mayan.pdf, my Binance ID where the funds are sourced.jpeg, Binance's transfer to FTX in 2022.PNG, FTX account receiving money from my Binance account in 2022..PNG, Ftx Account Id 66619401 Unique Customer Code 2968219.JPG, Print balance from FTX $164.877,03 USD.JPG, kroll Creditor.JPG, 2022 Income Tax Return.pdf, KYC_Vitor_Vieira_Belarmino_FINAL.pdf

---

Dear Alvarez & Marsal KYC Team,

I am contacting you regarding my pending KYC verification related to my FTX claim.

My claim amount is approximately USD 164,800, and my verification has been pending for an extended period despite my full cooperation.

I am submitting a complete verification package including government-issued identification, selfie, proof of address, claim/account evidence, and signed declaration of source of funds.

Given the significant value of my claim and the prolonged delay, I kindly request that my case be escalated to a senior compliance officer for immediate manual review.

Thank you for your attention to this matter.