# EXHIBIT 11

# KYC VERIFICATION PACKAGE

## Vitor Vieira Belarmino

FTX Account ID: 66619401
Unique Customer Code: 2968219

## 1. Source of Funds Declaration

Attached official signed declaration of source of funds.
See file: declaracao_source_of_funds VITOR BELARMINO.pdf

## 2. Proof of Address

Bank document confirming residence address.
See file: address_proof_vitor_belarmino mayan.pdf

## 3. Identity Verification



***Passport:***


Vitor Vieira Belarmino
Assinatura do titular / Signature du titulaire
Bearer's signature / Firma del titular
FX863315
Este passaporte deve ser assinado pelo titular, salvo em caso de incapacidade.
Ce passeport doit être signé par le titulaire, sauf en cas d'incapacité.
This passport must be signed, except where the bearer is unable to do so.
Este pasaporte debe ser firmado por el titular, salvo en caso de incapacidad.
REPÚBLICA FEDERATIVA DO BRASIL
PASSAPORTE
PASSPORT
P
BRA
FX863315
VIEIRA BELARMINO
VITOR
BRASILEIRO(A)
01 ABR/APR 1994
M
RIO DE JANEIRO/RJ
CELSO MATHIAS BELARMINO
MARIA DE FATIMA VIEIRA BELARMINO
09 JAN/JAN 2019
08 JAN/JAN 2029
SR/DPF/RJ
P<BRAVIEIRA<BELARMINO<<VITOR<<<<<<<<<<<<<<<<
FX863315<8BRA9404014M2901086<<<<<<<<<<<<<<02

## 4. Binance Source of Funds

10:09

Histórico de transações

Depósitos **Levantamentos** Comprar Vender C

**Endereço cripto** Conta Binance Numerário

| | |
|---|---|
| ETH<br>2022-06-22 23:01:34 | 99,9999<br>Completed |
| ETH<br>2022-06-22 22:56:28 | 0,0001<br>Completed |
| ETH<br>2022-06-22 15:55:39 | 0,0007<br>Completed |
| BTC<br>2022-06-22 15:27:55 | 1,9999947<br>Completed |
| BTC<br>2022-06-22 15:20:55 | 0,0999947<br>Completed |
| BTC<br>2022-06-22 14:59:54 | 0,0000057<br>Completed |
| USDT<br>2022-06-22 13:52:48 | 5.779<br>Completed |
| BTC<br>2022-06-01 13:46:06 | 0,0219949<br>Completed |
| USDT<br>2022-05-27 06:35:29 | 2.099<br>Completed |
| USDT<br>2022-05-16 19:06:21 | 199<br>Completed |

Toca ou puxa para cima para carregar mais

12:28

# Informações da conta

Regular

**User-6aa13**

ID da Binance (... 15102108

Informações do registo vitorvieiramkt@gmail.com

**Atualizar para VIP 1** Benefícios >

Transaciona mais para alcançares o próximo escalão

Verificações Verificado >

Segurança >

Twitter Dissociado >

Subcontas >

**5. FTX Proof**


19:15

OK claims.ftx.com AA

FTX Etapas de recuperação

Portfolio

Conta principal

Saldos Depósitos Saques Posições

Depósitos

| Tempo | Moeda | Quantidade |
|---|---|---|
| 22/06/2022 23:03:35 | ETH | 99,9999 ETH |
| 22/06/2022 22:58:36 | ETH | 0,0001 ETH |
| 22/06/2022 15:29:35 | BTC | 1,9999947 BTC |
| 22/06/2022 15:22:35 | BTC | 0,0999947 BTC |
| 22/06/2022 15:01:37 | BTC | 0,0000057 BTC |

Linhas por página: 10 1-5 / 5


Português Brasil
My Account
Account ID 66619401
Unique Customer Code 2968219
Email vitorvieiramkt@gmail.com
Platform FTX_COM
Configurações
Log Out

# 6. Kroll Claim

restructuring.ra.kroll.com/ftx/Home-ClaimInfo

KROLL

## Creditor Information - Schedule # 6529458

**Creditor**
Name on File
Address on File

**Debtor Name**
FTX Trading Ltd.
**Date Filed**
n/a

**Claim Number**
n/a
**Schedule Number**
6529458
**Confirmation ID**
3265-70-YOJHA-734924524

### Claim Amounts

| Claim Nature | Schedule Amount | C*U*D* | Asserted Claim Amount | C*U*F* | Current Claim Value | Claim Status |
|---|---|---|---|---|---|---|
| General Unsecured | | | | | | |
| Priority | | | | | | |
| Secured | | | | | | |
| 503(b)(9) Admin Priority | | | | | | |
| Admin Priority | | | | | | |
| **Total** | | | | | | |

*C=Contingent, U=Unliquidated, D=Disputed, F=Foreign

### Claim Additional Info

| Type | Name | Group | Original Quantity | Current Quantity |
|---|---|---|---|---|
| CRYPTO | BTC | ASSERTED | 2.14087824 | 2.14087824 |
| CRYPTO | ETH | ASSERTED | 101.94615731 | 101.94615731 |
| CRYPTO | ETHW | ASSERTED | 101.91856111 | 101.91856111 |

Kroll Restructuring Administration (formerly known as Prime Clerk) maintains this website for the public's convenience and for general informational purposes only. Anyone using this website is cautioned NOT to rely on any information contained on this Website, and any user of this website should not take or refrain from taking any action based upon anything included or not included on this website. We are not a law firm or a substitute for an attorney or law firm. Users of this website may want to seek legal counsel on the particular facts and circumstances at issue. All

Open in new window



claims.ftx.com/wallet

Privacidade

FTX will never ask you to connect to a wallet.

ETAPA 1
**Initiate Account Owner Authentication**

ETAPA 2
**Verify Identity of the Original FTX Account Owner**

ETAPA 3
**KYC**

ETAPA 4
**View Account Balances**

View your FTX account -- you can view your balances as of the Petition Date (unless otherwise noted), and historical activity.

ETAPA 5
**View Your Proof of Claim Status**

ETAPA 6
**Votação**

ETAPA 7
**Distributions - Tax Requirements**

ETAPA 8
**Distributions: Select Provider**

ETAPA 9
**Distribution Amounts - Summary**

**Portfólio**

Main Account

Total Customer Entitlement Claim **$ 164.877,03 USD [1]**

Saldos | Depósitos | Saques | Posições | Preenchimentos | P2P Transfers

**Saldos**

Show Quantities | Show USD

| Moeda | | All Subaccounts Balance | Subaccount Balance |
|---|---|---|---|
| Bitcoin | BTC | 2,14087824 | 2,14087824 |
| Ethereum | ETH | 101,94615731 | 101,94615731 |
| Ethereum (Proof of work) | ETHW | 101,91856111 | 101,91856111 |

Rows per page: 15 1–3 of 3

**Core Transactions**

Transactions will be downloaded for the user's main account or the currently selected subaccount. This download may not include additional balance adjustments. Please download these using the adjustments tab.

Baixar

[1] Scheduled amounts were converted to the equivalent U.S. Dollar value set forth in the Court's Order Granting Motion of Debtors to Estimate Claims Based on Digital Assets [Docket No. 7090]. Due to differences in rounding methodology, the FTX claims portal displayed account values may vary, at most, by $2.00 USD from