# EXHIBIT 12

Caixa de entrada (12 | Passo a passo para c | FTX Cryptocurrer | Google Tradutor | Buscar advogada de | Câmbio de criptomo | Caixa de entrada (12 | RE: Vitor Vieira Belar

claims.ftx.com/redo-kyc

Ação necessária

FTX will never ask you to connect to a wallet.

ETAPA 1
**Initiate Account Owner Authentication**

ETAPA 2
**Verify Identity of the Original FTX Account Owner**

ETAPA 3
**KYC**

Complete the Know Your Customer (KYC) process to verify the identity of the original FTX account owner. This step ensures that the account is compliant with regulations and helps to verify your identity.

ETAPA 4
**View Account Balances**

ETAPA 5
**View Your Proof of Claim Status**

ETAPA 6
**Votação**

ETAPA 7
**Distributions - Tax Requirements**

ETAPA 8
**Distributions: Select Provider**

ETAPA 9
**Distribution Amounts - Summary**

## KYC Process

Falhou

### KYC Status Explanations

For purposes of validating identities and ensuring compliance, users are requested to follow the Know Your Customer (KYC) procedure. Please note that this procedure will be conducted through our third party partner, Sumsub. (Sumsub for retail, BitGo for institutional)

Antes de iniciar seu KYC, é altamente recomendável que você leia as instruções abaixo, bem como os artigos de apoio em "**Verificação**".

Embora parte deste processo de KYC seja automatizado (ou seja, aprovação imediata), devido ao volume extremamente elevado de solicitações de clientes, qualquer KYC submetido à análise manual pode levar mais de **30 dias úteis**. Portanto, independentemente do status de KYC, prossiga para a Etapa 4 e a Etapa 5 para visualizar o saldo da conta e apresentar uma reclamação após a conclusão do upload dos documentos de KYC.

The Kroll Portal will remain accessible after the Bar Date to amend or file a claim. Absent order from the U.S. Bankruptcy Court for the District of Delaware, any claims filed after the Bar Date will be considered late filed and may be disputed. KYC will also remain open for customers to complete and upload the requested documentation

Begin KYC process

24°C
Pred. nublado

Pesquisar

15:01
18/10/2026