# EXHIBIT 13

Caixa de entrada (12 | Passo a passo para c | FTX Cryptocurre | Google Tradutor | Buscar advogada de | Câmbio de criptomo | Caixa de entrada (12 | RE: Vitor Vieira Belar

claims.ftx.com/distribution-amounts

Ação necessária

ETAPA 1
**Initiate Account Owner Authentication**

ETAPA 2
**Verify Identity of the Original FTX Account Owner**

ETAPA 3
**KYC**

ETAPA 4
**View Account Balances**

ETAPA 5
**View Your Proof of Claim Status**

ETAPA 6
**Votação**

ETAPA 7
**Distributions - Tax Requirements**

ETAPA 8
**Distributions: Select Provider**

ETAPA 9
**Distribution Amounts - Summary**

# Distributions Dashboard

Values in U.S. Dollars (USD)

## Distributions to Date - Non-Convenience Class Customers

| | |
|---|---|
| Distribution Method | **Kraken** |
| Status | **Disputed** |
| Claim Classification | **TBD** |
| Claim Status | **Disputed** |

### Distribution Calculation

| | |
|---|---|
| Claim Amount | **TBD** |
| Principal Recovery % | **TBD** |
| **Total Principal Recovery** | **TBD** |

| | |
|---|---|
| Post-Petition Interest Distribution | **TBD** |

24°C
Pred. nublado
Pesquisar
14:52
18/10/2026

Caixa de entrada (12 | Passo a passo para c | FTX Cryptocurre | Google Tradutor | Buscar advogada de | Câmbio de criptom | Caixa de entrada (12 | RE: Vitor Vieira Belan

claims.ftx.com/distribution-amounts

Ação necessária

Distributions: Select Provider

ETAPA 9
**Distribution Amounts - Summary**

ETAPA 10
**NFT Destinations**

| | |
|---|---|
| Post-Petition Interest Distribution | **TBD** |
| (Tax Withholding) | **TBD** |
| (Forfeited Distribution) | **TBD** |
| **Total Distribution** | **TBD** |
| Recovery % (Prior to Tax Withholding) | TBD |

**Active Distribution**

## Jul 31, 2026 Distribution - Non-Convenience Class Customers

| | |
|---|---|
| Distribution Method | **Kraken** |
| Est. Distribution Date | **TBD** |
| Claim Classification | **TBD** |
| Claim Status | **Disputed** |

24°C
Pred. nublado
Pesquisar
99+
14:53
18/10/2026

Caixa de entrada (12 | Passo a passo para c | FTX Cryptocurre | Google Tradutor | Buscar advogada de | Câmbio de criptom | Caixa de entrada (12 | RE: Vitor Vieira Belan

claims.ftx.com/distribution-amounts

Ação necessária

## Distribution Calculation

| | |
|---|---|
| Claim Amount | TBD |
| Principal Recovery % | TBD |
| **Total Principal Recovery** | **TBD** |
| Post-Petition Interest Distribution | TBD |
| (Tax Withholding) | TBD |
| (Forfeited Distribution) | TBD |
| **Total Current Round Distribution** | **TBD** |
| Recovery % (Prior to Tax Withholding) | TBD |

The data above is static and pertains solely to the Próximo Distribution on July 31, 2026. Any subsequent changes or updates (e.g., tax or distribution service provider) will be reflected in the Distributions Dashboard (Step 9) for the next distribution.

## Mar 31, 2026 Distribution - Non-Convenience Class

24°C
Pred. nublado
Pesquisar
99+
14:53
18/10/2026

Caixa de entrada (12 | Passo a passo para c | FTX Cryptocurre | Google Tradutor | Buscar advogada de | Câmbio de criptomo | Caixa de entrada (12 | RE: Vitor Vieira Belar
claims.ftx.com/distribution-amounts
Ação necessária

## Mar 31, 2026 Distribution - Non-Convenience Class Customers

| | |
|---|---|
| Distribution Method | **Kraken** |
| Est. Distribution Date | **TBD** |
| Claim Classification | **TBD** |
| Claim Status | **Disputed** |

### Distribution Calculation

| | |
|---|---|
| Claim Amount | **TBD** |
| Principal Recovery % | **TBD** |
| **Total Principal Recovery** | **TBD** |

| | |
|---|---|
| Post-Petition Interest Distribution | **TBD** |
| (Tax Withholding) | **TBD** |
| (Forfeited Distribution) | **TBD** |

24°C
Pred. nublado
Pesquisar
99+
14:55
18/10/2026

Caixa de entrada (12 | Passo a passo para c | FTX Cryptocurre | Google Tradutor | Buscar advogada de | Câmbio de criptomo | Caixa de entrada (12 | RE: Vitor Vieira Belar

claims.ftx.com/distribution-amounts

Ação necessária

| | |
|---|---|
| Post-Petition Interest Distribution | TBD |
| (Tax Withholding) | TBD |
| (Forfeited Distribution) | TBD |
| **Total Current Round Distribution** | **TBD** |
| Recovery % (Prior to Tax Withholding) | TBD |

The data above is static and pertains solely to the Próximo Distribution on March 31, 2026. Any subsequent changes or updates (e.g., tax or distribution service provider) will be reflected in the Distributions Dashboard (Step 9) for the next distribution.

## Sep 30, 2025 Distribution - Non-Convenience Class Customers

## May 30, 2025 Distribution - Non-Convenience Class Customers

24°C
Pred. nublado
Pesquisar
99+
14:55
18/10/2026

Caixa de entrada (12 | Passo a passo para | FTX Cryptocurre | Google Tradutor | Buscar advogada de | Câmbio de criptom | Caixa de entrada (12 | RE: Vitor Vieira Belan

claims.ftx.com/distribution-amounts

Ação necessária

ETAPA 1
Initiate Account Owner Authentication

ETAPA 2
Verify Identity of the Original FTX Account Owner

ETAPA 3
KYC

ETAPA 4
View Account Balances

ETAPA 5
View Your Proof of Claim Status

ETAPA 6
Votação

ETAPA 7
Distributions - Tax Requirements

ETAPA 8
Distributions: Select Provider

ETAPA 9
Distribution Amounts - Summary

ETAPA 10
NFT Destinations

# Distributions Dashboard

Values in U.S. Dollars (USD)

## Distributions to Date - Non-Convenience Class Customers

| | |
|---|---|
| Distribution Method | Kraken |
| Status | Disputed |
| Claim Classification | TBD |
| Claim Status | Disputed |

### Distribution Calculation

| | |
|---|---|
| Claim Amount | TBD |
| Principal Recovery % | TBD |
| **Total Principal Recovery** | **TBD** |
| Post-Petition Interest Distribution | TBD |
| (Tax Withholding) | TBD |
| (Forfeited Distribution) | TBD |
| **Total Distribution** | **TBD** |

24°C
Pred. nublado

Pesquisar

15:02
18/10/2026

Caixa de entrada (12 | Passo a passo para c | FTX Cryptocurre | Google Tradutor | Buscar advogada de | Câmbio de criptom | Caixa de entrada (12 | RE: Vitor Vieira Belan

claims.ftx.com/distribution-amounts

Ação necessária

| | |
|---|---|
| **Total Distribution** | **TBD** |
| Recovery % (Prior to Tax Withholding) | TBD |

• **Active Distribution**

## Jul 31, 2026 Distribution - Non-Convenience Class Customers

| | |
|---|---|
| Distribution Method | **Kraken** |
| Est. Distribution Date | **TBD** |
| Claim Classification | **TBD** |
| Claim Status | **Disputed** |

### Distribution Calculation

| | |
|---|---|
| Claim Amount | **TBD** |
| Principal Recovery % | **TBD** |
| **Total Principal Recovery** | **TBD** |

| | |
|---|---|
| Post-Petition Interest Distribution | **TBD** |
| (Tax Withholding) | **TBD** |
| (Forfeited Distribution) | **TBD** |

24°C
Pred. nublado

Pesquisar

99+

15:03
18/10/2026

Caixa de entrada | Passo a passo para c | FTX Cryptocurrer | Google Tradutor | Buscar advogada de | Câmbio de criptom | Caixa de entrada (12 | RE: Vitor Vieira Belan
claims.ftx.com/distribution-amounts
Ação necessária

| | |
|---|---|
| Claim Amount | TBD |
| Principal Recovery % | TBD |
| **Total Principal Recovery** | **TBD** |

| | |
|---|---|
| Post-Petition Interest Distribution | TBD |
| (Tax Withholding) | TBD |
| (Forfeited Distribution) | TBD |

| | |
|---|---|
| **Total Current Round Distribution** | **TBD** |
| Recovery % (Prior to Tax Withholding) | TBD |

The data above is static and pertains solely to the Próximo Distribution on July 31, 2026. Any subsequent changes or updates (e.g., tax or distribution service provider) will be reflected in the Distributions Dashboard (Step 9) for the next distribution.

## Mar 31, 2026 Distribution - Non-Convenience Class Customers

| | |
|---|---|
| Distribution Method | Kraken |
| Est. Distribution Date | TBD |
| Claim Classification | TBD |
| Claim Status | Disputed |

### Distribution Calculation

24°C
Pred. nublado
Pesquisar
99+
15:04
18/10/2026

Caixa de entrada | Passo a passo para c | FTX Cryptocurren | Google Tradutor | Buscar advogada de | Câmbio de criptomo | Caixa de entrada (12 | RE: Vitor Vieira Belan
claims.ftx.com/distribution-amounts
Ação necessária

### Distribution Calculation

| | |
|---|---|
| Claim Amount | TBD |
| Principal Recovery % | TBD |
| **Total Principal Recovery** | **TBD** |
| Post-Petition Interest Distribution | TBD |
| (Tax Withholding) | TBD |
| (Forfeited Distribution) | TBD |
| **Total Current Round Distribution** | **TBD** |
| Recovery % (Prior to Tax Withholding) | TBD |

The data above is static and pertains solely to the Próximo Distribution on March 31, 2026. Any subsequent changes or updates (e.g., tax or distribution service provider) will be reflected in the Distributions Dashboard (Step 9) for the next distribution.

## Sep 30, 2025 Distribution - Non-Convenience Class Customers

| | |
|---|---|
| Distribution Method | |
| Est. Distribution Date | TBD |
| Claim Classification | TBD |

24°C Pred. nublado
Pesquisar
15:05 18/10/2026

Caixa de entrada | Passo a passo para c | FTX Cryptocurre | Google Tradutor | Buscar advogada de | Câmbio de criptomo | Caixa de entrada (12 | RE: Vitor Vieira Belan
claims.ftx.com/distribution-amounts
Ação necessária

| | |
|---|---|
| Principal Recovery % | TBD |
| **Total Principal Recovery** | **TBD** |
| Post-Petition Interest Distribution | **TBD** |
| (Tax Withholding) | **TBD** |
| (Forfeited Distribution) | **TBD** |
| **Total Current Round Distribution** | **TBD** |
| Recovery % (Prior to Tax Withholding) | TBD |

The data above is static and pertains solely to the Próximo Distribution on September 30, 2025. Any subsequent changes or updates (e.g., tax or distribution service provider) will be reflected in the Distributions Dashboard (Step 9) for the next distribution.

## May 30, 2025 Distribution - Non-Convenience Class Customers

| | |
|---|---|
| Distribution Method | |
| Est. Distribution Date | **TBD** |
| Claim Classification | **TBD** |
| Claim Status | **Disputed** |

### Distribution Calculation

| | |
|---|---|
| Claim Amount | **TBD** |

24°C
Pred. nublado
Pesquisar
15:06
18/10/2026

claims.ftx.com/distribution-amounts

## Customers

| | |
|---|---|
| Distribution Method | |
| Est. Distribution Date | TBD |
| Claim Classification | TBD |
| Claim Status | Disputed |

### Distribution Calculation

| | |
|---|---|
| Claim Amount | TBD |
| Principal Recovery % | TBD |
| **Total Principal Recovery** | **TBD** |
| Post-Petition Interest Distribution | TBD |
| (Tax Withholding) | TBD |
| (Forfeited Distribution) | TBD |
| **Total Current Round Distribution** | **TBD** |
| Recovery % (Prior to Tax Withholding) | TBD |

The data above is static and pertains solely to the Próximo Distribution on May 30, 2025. Any subsequent changes or updates (e.g., tax or distribution service provider) will be reflected in the Distributions Dashboard (Step 9) for the next distribution.

24°C Pred. nublado

15:06 18/10/2026