# EXHIBIT 14

# FTX Claim $164,800 – KYC Verification Blocked / Manual Review Requested

Thread ID: 19cf92e6a6105eea | Mensagens: 6

---

### — Mensagem 1 de 6 —

**De:** vitorvieiramkt@gmail.com

**Para:** ftxinfo@ra.kroll.com

**Data:** 17/03/2026 00:44 UTC

**Assunto:** FTX Claim $164,800 – KYC Verification Blocked / Manual Review Requested

**Anexos:** passport_vitor_belarmino.pdf.pdf, selfie_passport_vitor_belarmino.jpg.jpeg, address_proof_vitor_belarmino.pdf

---

My KYC verification has been pending for several years and is currently preventing participation in creditor distributions.

Please escalate my case for manual compliance review and reconcile my submitted identity with my original FTX account records.

attached documents

---

### — Mensagem 2 de 6 —

**De:** mailer-daemon@googlemail.com

**Para:** vitorvieiramkt@gmail.com

**Data:** 17/03/2026 00:45 UTC

**Assunto:** Delivery Status Notification (Failure)

---

Endereço não encontrado - ftxinfo@ro.kroll.com - domínio não encontrado

---

### — Mensagem 3 de 6 —

**De:** mailer-daemon@googlemail.com

**Para:** vitorvieiramkt@gmail.com

**Data:** 18/03/2026 03:57 UTC

**Assunto:** Delivery Status Notification (Delay)

---

Entrega incompleta - ftx@noticing.ra.kroll.com - 451 Open relay not allowed

---

### — Mensagem 4 de 6 —

**De:** ftxinfo@ra.kroll.com

**Para:** vitorvieiramkt@gmail.com

**Data:** 18/03/2026 16:22 UTC

**Assunto:** RE: FTX Claim $164,800 – KYC Verification Blocked

---

Vitor,

Thank you for your inquiry.

Kroll, as the claims and noticing agent for these proceedings, does not have access to personal FTX account information.

For concerns regarding the FTX customer claims portal, please visit support.ftx.com.

For KYC concerns, please contact FTX_KYC@alvarezandmarsal.com.

---

### — Mensagem 5 de 6 —

**De:** mailer-daemon@googlemail.com

**Para:** vitorvieiramkt@gmail.com

**Data:** 19/03/2026 05:36 UTC

**Assunto:** Delivery Status Notification (Delay)

---

Entrega incompleta - ftx@noticing.ra.kroll.com

---

### — Mensagem 6 de 6 —

**De:** mailer-daemon@googlemail.com

**Para:** vitorvieiramkt@gmail.com

**Data:** 20/03/2026 05:57 UTC

**Assunto:** Delivery Status Notification (Failure)

---

Mensagem não entregue - ftx@noticing.ra.kroll.com - 451 Open relay not allowed