**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>FTX Trading Ltd., *et al*.,<br><br>Debtors. | Chapter 11<br><br>Case No. 22-11068 (KBO)<br><br>(Jointly Administered)<br><br>**Re: Docket No. 36919** |

## CERTIFICATE OF SERVICE

JENNY R. KASEN, of full age, hereby certifies as follows:

On November 13, 2026, I caused copies of the following documents to be served upon the parties listed and in the manner set forth on the service list below:

*Limited Objection of Vitor Vieira Belarmino to the Motion of the FTX Recovery Trust for Entry of an Order Further Extending the Claims Objection Deadline and the Administrative Claims Objection Deadline*

*Declaration of Vitor Vieira Belarmino in Support of His Limited Objection*.

I hereby certify that the foregoing statements made by me are true. I am aware that if any of said statements are willfully false, I am subject to punishment.

Respectfully submitted,

Dated: November 13, 2026

KASEN LAW GROUP, P.C.

*/s/ Jenny R. Kasen*

Jenny R. Kasen, Esq. (DE Bar No. 5849)
1213 N. King Street, Suite 2
Wilmington, DE 19801
Telephone: (302) 652-3300
E-Mail: jkasen@kasenlawgroup.com

*Counsel to Vitor Vieira Belarmino*

**Service List**

Via CM/ECF and Electronic Mail
Counsel to the FTX Recovery Trust
Landis Rath & Cobb LLP
Attn: Adam G. Landis, Esq., Kimberly A. Brown, Esq., and Matthew R. Pierce, Esq.
919 Market Street, Suite 1800
Wilmington, Delaware 19801
E-Mail: landis@lrclaw.com; brown@lrclaw.com; pierce@lrclaw.com

Counsel to the FTX Recovery Trust
Sullivan & Cromwell LLP
Attn: Andrew G. Dietderich, Esq., James L. Bromley, Esq., Brian D. Glueckstein, Esq., and Alexa J. Kranzley, Esq.
125 Broad Street
New York, New York 10004
E-Mail: dietdericha@sullcrom.com; bromleyj@sullcrom.com; gluecksteinb@sullcrom.com; kranzleya@sullcrom.com

Office of the United States Trustee
Attn: Benjamin A. Hackman, Esq., David Gerardi, Esq., and Jon Lipshie, Esq.
844 King Street, Room 2207, Lockbox #35
Wilmington, Delaware 19899-0035
E-Mail: benjamin.a.hackman@usdoj.gov; david.gerardi@usdoj.gov; jon.lipshie@usdoj.gov