# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br>FTX Trading Ltd. (d/b/a "FTX")<br>Debtors | Chapter 11<br>22-11068<br>(Jointly Administered) |

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2) of the Federal Rules of Bankruptcy Procedure of the transfer, other than for security, of the claim referenced in this evidence and notice

Name of Transferor:

[redacted]

Name of Transferee:

**FTX BIDCO, LLC**

Name and Address where notices and payments to transferee should be sent:

Address:

FTX Bidco, LLC
Attn: Irvin Schlussel, Managing Partner
90 Argyle Avenue
New Rochelle, NY 10804, United States
Tel: +1 (914) 714-0531
Irv@advantagecapm.com

| Claim No./Schedule | Creditor Name | Amount | Debtor |
|---|---|---|---|
| Kroll Schedule No.: 6819934 | [redacted] | Unliquidated (stated in crypto) | FTX Trading Ltd. (d/b/a "FTX") (Case No. 22-11068) |
| Debtor Schedule F No.: 01482480 | [redacted] | Described on Schedule F | FTX Trading Ltd. (d/b/a "FTX") (Case No. 22-11068) |
| Claim No.: 59205 | [redacted] | Unliquidated (stated in crypto) | FTX Trading Ltd. (d/b/a "FTX") (Case No. 22-11068) |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

DocuSigned by:
By: Irvin Schlussel
CA1433AC23844B7...
Transferee / Transferee's Agent
Irving Schlussel, Managing Partner - FTX Bidco, LLC

Date: 11/11/2026

# Schedule F

| | | | | | |
|---|---|---|---|---|---|
| 01482480 | | 1INCH[40057.29901529], ADA-PERP[0], ALICE[6172.914791], BTC[0], BTC-PERP[0], COIN[ -0.41819082], DOGE-PERP[0], DYDX[7575.76381], ETH[0.00046167], ETH-PERP[0], ETHW[176.00096167], FTT[1001.04667650], FTT-PERP[0], GMT-PERP[0], GRT[243407.33878], GRT-PERP[0], HT-PERP[0], KSHIB-PERP[0], LEO-PERP[0], LUNA2[0.00000001], LUNA2_LOCKED[0.00000003], LUNC[.0036697], LUNC-PERP[ -0.00000011], MANA-PERP[0], OP-PERP[0], SAND-PERP[0], SHIB-PERP[0], SOL[50.5], SOL-PERP[0], SRM[8706.91760879], SRM_LOCKED[375.44601749], TONCOIN[.05755], TRX[.00147], USD[125099.78], USDT[100000], USTC-PERP[0], XRP-PERP[0], ZIL-PERP[0] | | |

# Identity of Transferor

Transferee has in its possession an Evidence of Transfer signed by the Transferor.

To protect the identity of the Transferor, Transferee has not disclosed the Transferor's name or address, and has not attached the signed Evidence of Transfer to this Notice of Transfer of Claim.

Upon written request, Transferee is prepared to provide a copy of the signed Evidence of Transfer to the Bankruptcy Court, the Debtors, and appropriate professionals.