**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>FTX TRADING LTD., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 22-11068 (KBO)<br><br>(Jointly Administered) |
| FTX RECOVERY TRUST,<br>Plaintiff,<br><br>- against -<br><br>FORIS DAX MT LTD., FORIS DAX ASIA PTE. LTD., FORIS DAX, INC., and IRON BLOCK CAPITAL,<br><br>Defendants. | Adv. Pro. No. 24-50188 (KBO) |
| FTX RECOVERY TRUST,<br><br>Plaintiff,<br><br>- against -<br><br>MANIFOLD MARKETS, INC., MANIFOLD FOR CHARITY, INC., ROSS RHEINGANS-YOO, and FTX PHILANTHROPY, INC.,<br><br>Defendants. | Adv. Pro. No. 24-50214 (KBO) |

**NOTICE OF AGENDA FOR HEARING SCHEDULED FOR NOVEMBER 19, 2026 AT 1:00 P.M. (ET), BEFORE THE HONORABLE KAREN B. OWENS, CHIEF JUDGE AT THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, LOCATED AT 824 NORTH MARKET STREET, 6TH FLOOR, COURTROOM NO. 3, WILMINGTON, DELAWARE 19801**

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification numbers are 3288 and 4063 respectively. Due to the large number of debtor entities in these Chapter 11 cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX.

**This proceeding will be conducted in-person. All counsel and witnesses are expected to attend in person unless permitted to appear remotely via Zoom.**

**Please refer to Judge Owens's Chambers Procedures (https://www.deb.uscourts.gov/content/judge-karen-b-owens) and the Court's website (https://www.deb.uscourts.gov/ecourt-appearances) for information on who may participate remotely, the method of allowed participation (video or audio), Judge Owens's expectations of remote participants, and the advance registration requirements.**

**Registration is required by 4:00 p.m. (ET) the business day before the hearing, unless otherwise noticed, using the *eCourtAppearances* tool available on the Court's website.**

**After registering your appearance, you will receive a confirmation email containing information about joining the hearing.**

**WITHDRAWN MATTERS:**

1. Motion for the Entry of an Order (I) Authorizing and Directing the Debtors to Return Certain Postpetition Cryptocurrency Deposits to D1 Ventures and (II) Granting Related Relief [D.I. 1584, filed on June 8, 2023]

   Status: On October 29, 2026, counsel for D1 Ventures Ltd. filed a notice of withdrawal [D.I. 36831] withdrawing this matter.

2. Motion of Creditor Iduino Santoni to Compel Distribution of Allowed Class 7A Claim and for Relief from Onboarding Deadline Pursuant to Fed. R. Bankr. P. 9006(b)(1) and 11 U.S.C. § 105(a) [D.I. 36323, filed on September 22, 2026]

   Status: On November 5, 2026, Iduino Santoni filed a notice of withdrawal [D.I. 36831] withdrawing this matter.

**ADJOURNED MATTERS – MAIN CASE AND ADVERSARY PROCEEDING:**

3. Summons and Notice of Pretrial Conference in an Adversary Proceeding [*FTX Recovery Trust v. Manifold Markets, Inc. et al.*, Adv. No. 24-50214 – Adv. D.I. 39, filed on July 29, 2025]

   Status: This matter is adjourned to a date to be determined.

4. FTX Recovery Trust's Two Hundred Fourth (Substantive) Omnibus Objection to Proofs of Claim Filed by Skybridge Capital II, LLC, Skybridge GP Holdings, LLC, and Salt Venture Group, LLC (Non-Customer Claims) [D.I. 36304, filed on September 18, 2026]

   Status: This matter is adjourned to a date to be determined.

5. Motion of Shraman Vuppu and Protocol Labs Pte Ltd. to Reinstate and Compel Distribution of Allowed Customer Claim [D.I. 36920, filed on November 5, 2026]

Status: This matter is adjourned to the December 17, 2026 omnibus hearing.

**RESOLVED MATTERS – MAIN CASE AND ADVERSARY PROCEEDING:**

6. Summons and Notice of Pretrial Conference in an Adversary Proceeding [*FTX Recovery Trust v. Foris DAX MT Ltd. et al.*, Adv. No. 24-50188 – Adv. D.I. 3 & 4, filed on December 13, 2024]

Status: On November 4, 2026, a notice of voluntary dismissal with prejudice was filed. Accordingly, a hearing regarding this matter is not required.

7. FTX Recovery Trust's Two Hundred Third (Substantive) Omnibus Objection to Certain Proofs of Claim with Rejected KYC (Customer Claims) [D.I. 36197, filed on September 1, 2026]

Status: The parties have consensually resolved this matter with respect to claim numbers 15629, 70813, 70313 and 74417 that were adjourned from the October 20, 2026 hearing. Accordingly, a hearing regarding this matter is not required.

8. Motion of the Holder of Claim No. 70813 for Leave to Respond After the Deadline, a Limited Opportunity to Cure, and Participation at the October 20 Hearing [D.I. 36490, filed on October 6, 2026]

Status: The parties have consensually resolved this matter. Accordingly, a hearing regarding this matter is not required.

9. Eleventh Consolidated Monthly and Eleventh Interim Application of the Fee Examiner and Godfrey & Kahn, S.C., Counsel to the Fee Examiner, for Allowance of Compensation for Services Rendered and Reimbursement of Expenses for the Period from November 1, 2025, Through August 21, 2026 [D.I. 36792, filed on October 27, 2026]

Status: A certification of counsel will be filed and an order uploaded for entry. Accordingly, a hearing regarding this matter is not required.

**MATTERS GOING FORWARD:**

10. Motion of the FTX Recovery Trust for Entry of an Order Further Extending the Claims Objection Deadline and the Administrative Claims Objection Deadline [D.I. 36919, filed on November 5, 2026]

Response Deadline: November 12, 2026 at 4:00 p.m. (ET)

Responses Received:

A. Limited Objection of Yong Cao to the FTX Recovery Trust's Motion for Entry of an Order Further Extending the Claims Objection Deadline and the Administrative Claims Objection Deadline (D.I. 36919) [D.I. 36953, filed on November 10, 2026]

B. Limited Objection to the Deadline-Extension Motion [D.I. 36919] – Customer Creditor, UCC 2478826 filed by Kangliang Li [D.I. 36954, filed on November 10, 2026]

C. Limited Objection to FTX Recovery Trust's Motion to Extend Claims Objection Deadlines (D.I. 36919) filed by Qi Chen [D.I. 36955, filed on November 10, 2026]

D. Limited Objection of Daochi Cai to Motion of the FTX Recovery Trust for Entry of an Order Further Extending the Claims Objection Deadline and the Administrative Claims Objection Deadline [D.I. 36919] [D.I. 36956, filed on November 10, 2026]

E. Limited Objection of Xiaodong Wang to the Motion of the FTX Recovery Trust for Entry of an Order Further Extending the Claims Objection Deadline and the Administrative Claims Objection Deadline [D.I. 36919] [D.I. 36957, filed on November 10, 2026]

F. Limited Objection to the FTX Deadline Extension Motion (D.I. 36919) filed by Jianhua Jin [D.I. 36958, filed on November 10, 2026]

G. Limited Objection of Customer Creditor (FTX.com Unique Customer Code 1224366) to FTX Recovery Trust's Motion to Extend Claims Objection Deadlines filed by Peiyi Li (D.I. 36919) [D.I. 36959, filed on November 10, 2026]

H. Limited Objection of Ji Shengkun, an Individual Creditor Appearing Pro Se, to the FTX Recovery Trust's Motion to Further Extend the Claims Objection Deadline and Request for Procedural Safeguards [D.I. 36960, filed on November 10, 2026]

I. Limited Objection of Xuzhou Yin to the Motion of the FTX Recovery Trust for Entry of an Order Further Extending the Claims Objection Deadline and the Administrative Claims Objection Deadline (D.I. 36919) [D.I. 36961, filed on November 10, 2026]

J. Limited Objection of Xiao Haidong to FTX Recovery Trust's Motion for Entry of an Order Further Extending the Claims Objection Deadline and the Administrative Claims Objection Deadline (D.I. 36919) [D.I. 36966, filed on November 12, 2026]

K. Limited Objection of Nathaniel Parke to the FTX Recovery Trust's Motion for Entry of an Order Further Extending the Claims Objection Deadline and the Administrative Claims Objection Deadline [D.I. 36967, filed on November 12, 2026]

L. Limited Objection of Vitor Vieira Belarmino to the Motion of the FTX Recovery Trust for Entry of an Order Further Extending the Claims Objection Deadline and the Administrative Claims Objection Deadline [D.I. 36919] [D.I. 36974, filed on November 13, 2026]

M. Informal Response from Holder of Claim No. 132474 [Received via email on November 11, 2026]

Related Documents:

A. Notice of Withdrawal of Limited Objection of Xiao Haidong to FTX Recovery Trust's Motion for Entry of an Order Further Extending the Claims Objection Deadline and the Administrative Claims Objection Deadline (D.I. 36919) [D.I. 36973, filed on November 13, 2026]

B. Declaration of Vitor Vieira Belarmino in Support of His Limited Objection to the Motion of the FTX Recovery Trust for Entry of an Order Further Extending the Claims Objection Deadline and the Administrative Claims Objection Deadline [D.I. 36919] [D.I. 36975, filed on November 13, 2026]

C. FTX Recovery Trust's Omnibus Reply in Support of Motion for Entry of an Order Further Extending the Claims Objection Deadline and the Administrative Claims Objection Deadline [D.I. 36995, filed on November 16, 2026]

Status: This matter is going forward.

Dated: November 16, 2026
Wilmington, Delaware

**LANDIS RATH & COBB LLP**

*/s/ Matthew R. Pierce*
Adam G. Landis (No. 3407)
Matthew B. McGuire (No. 4366)
Kimberly A. Brown (No. 5138)
Matthew R. Pierce (No. 5946)
919 Market Street, Suite 1800
Wilmington, Delaware 19801
Telephone: (302) 467-4400
Facsimile: (302) 467-4450
E-mail: landis@lrclaw.com
mcguire@lrclaw.com
brown@lrclaw.com
pierce@lrclaw.com

-and-

**SULLIVAN & CROMWELL LLP**
Andrew G. Dietderich (admitted *pro hac vice*)
James L. Bromley (admitted *pro hac vice*)
Brian D. Glueckstein (admitted *pro hac vice*)
Alexa J. Kranzley (admitted *pro hac vice*)
125 Broad Street
New York, NY 10004
Telephone: (212) 558-4000
Facsimile: (212) 558-3588
E-mail: dietdericha@sullcrom.com
bromleyj@sullcrom.com
gluecksteinb@sullcrom.com
kranzleya@sullcrom.com

*Counsel for the FTX Recovery Trust*