**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

In Re: Chapter 11

Case No. 22-11068 (KBO)

Debtor: FTX TRADING LTD., et al.

**MOTION AND ORDER FOR ADMISSION PRO HAC VICE**

Pursuant to Local Rule 9010-1 and the attached certification, counsel moves the admission pro hac vice of Matts Batryn of Stradley Ronon Stevens & Young, LLP to represent Nathaniel Parke in this action.

/s/ Daniel M. Pereira, Esq.

Firm Name: Stradley Ronon Stevens & Young, LLP
Address: 1000 N. West St., Suite 1200
Wilmington, DE 19801
Phone: (302)295-3805
Email: Dpereira@stradley.com

**CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE**

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of Pennsylvania and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund revised 12/21/23. I further certify that the fee of $50.00 has been paid to the Clerk of Court for District Court.

/s/ Matts Batryn, Esq. (PA Bar ID: 334232)

Firm Name: Stradley Ronon Stevens & Young, LLP
Address: 2005 Market St., Suite 2600
Philadelphia, PA 19103
Phone: (215)564-8132
Email: Mbatryn@stradley.com

**ORDER GRANTING MOTION**

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.

**Dated: November 18th, 2026**
**Wilmington, Delaware**

**KAREN B. OWENS**
**CHIEF JUDGE**