**CASE NAME:** ***FTX Trading Ltd., et al.,***
**CASE NO: 22-11068 (KBO)**

**SIGN-IN SHEET**

**COURTROOM LOCATION: 6th Floor #3**
**DATE: November 19, 2026 at 1:00 pm (ET)**

| **Name** | **Law Firm** | **Client Representing** |
|---|---|---|
| Brian Glueckstein | Sullivan & Cromwell LLP | FTX Trading Ltd. *et al.* |
| Alexa Kranzley | Sullivan & Cromwell LLP | FTX Trading Ltd. *et al.* |
| Kimberly A. Brown | Landis Rath & Cobb LLP | FTX Trading Ltd. *et al.* |
| Elizabeth A. Rogers | Landis Rath & Cobb LLP | FTX Trading Ltd. *et al.* |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

#25005813v1

| First Name | Middle Name | Last Name | Email Address | Firm | Address 1 | Address 2 | City | State | Zip | Phone | Rep | Case Number | Short Title | Via | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Alex | | Bisogno | abisogno@willkie.com | | 787 Seventh Ave | | New York | NY | 10019 | 212-728-3049 | | 24-50188-KBO | FTX Recovery Trust v. Foris DAX MT Ltd. et al | Video and Audio | |
| William | | Collins | wcollins@willkie.com | | 787 7th Avenue | | New York | NY | 10019 | 212-728-3115 | | 24-50188-KBO | FTX Recovery Trust v. Foris DAX MT Ltd. et al | Video and Audio | |
| Allie | | Hough | ahough@willkie.com | | 787 Seventh Ave | | New York | NY | 10019 | 212-728-5567 | | 24-50188-KBO | FTX Recovery Trust v. Foris DAX MT Ltd. et al | Video and Audio | |
| Nicholas | | Baker | nbaker@stblaw.com | Simpson Thacher & Bartlett LLP | 425 Lexington Avenue | | New York | NY | 10017 | 2.12E+09 | SkyBridge Defendants | 22-11068-KBO | FTX Trading Ltd. | Video and Audio | |
| Matts | | Batryn | mbatryn@stradley.com | Stradley Ronon Stevens & Young | 2005 Market Street | Suite 2600 | Philadelphia | PA | 19103 | 2.16E+09 | Nathaniel Parke - Claimant | 22-11068-KBO | FTX Trading Ltd. | Video and Audio | |
| Vitor | Vieira | Belarmino | vitorvieiramkt@gmail.com | | Av Abelardo Bueno 2510 | bloco 3 apto 1210 | Barra da tijuca | Rio de | | 0 | 3.03E+09 | | 22-11068-KBO | FTX Trading Ltd. | Audio Only |
| Aziza | | Benasker | aziza@benasker.com | | 47 RUE CLER | | PARIS | | 75007 | 6.62E+08 | Creditor | 22-11068-KBO | FTX Trading Ltd. | Video and Audio | |
| Landon | | Bissett | goldrubberducky7@gmail.com | | 111 S Gaffey St | | San Pedro | CA | 90731 | 5.62E+09 | Self | 22-11068-KBO | FTX Trading Ltd. | Video and Audio | |
| Daochi | | Cai | iam.ro00@gmail.com | | 2000 Hunan Road | Pudong New Area | Shanghai | OU | 201204 | +86 18589036252 | Daochi Cai, creditor, appearing pro se | 22-11068-KBO | FTX Trading Ltd. | Video and Audio | |
| Qi | | Chen | chneqi1@gmail.com | | No. 65, Lane 537, Sandazhi Road, Pujiang | Room A427 | Shanghai | OU | 201112 | +86 8615502120095 | | 22-11068-KBO | FTX Trading Ltd. | Video and Audio | |
| Jordan | M | Cohen | cohenjm@sullcrom.com | SULLIVAN & CROMWELL LLP | 125 Broad Street | | New York | NY | 10004-2498 | 2.13E+09 | FTX Recovery Trust | 22-11068-KBO | FTX Trading Ltd. | Video and Audio | |
| Clara | | Geoghegan | clara.geoghegan@law360.com | Law360 | 111 West 19th Street 5th Floor | | New York | NY | 10011 | 3.04E+09 | | 22-11068-KBO | FTX Trading Ltd. | Audio Only | |
| Uday | | Gorrepati | uday.gorrepati@gmail.com | | 2725 Turtle Ridge Drive | | Bloomfield Township | MI | 48302 | 313-284-7244 | N/A (ABI Project) | 22-11068-KBO | FTX Trading Ltd. | Audio Only | |
| Mark | W. | Hancock | mhancock@gklaw.com | Godfrey & Kahn, S.C. | 1 E. Main Street | Ste. 500 | Madison | WI | 53703 | 608-284-2251 | Fee Examiner | 22-11068-KBO | FTX Trading Ltd. | Video and Audio | |
| Russell | | Heller | rheller@kasenlawgroup.com | Kasen Law Group | 1236 Brace Road | Suite B | Cherry Hill | NJ | 8034 | 917-375-7431 | Vitor Vieira Belarmino | 22-11068-KBO | FTX Trading Ltd. | Video and Audio | |
| Batoul | | Husain | batoul.husain@stblaw.com | Simpson Thacher & Bartlett LLP | 900 G Street, N.W. | | Washington | DC | 10017 | 2.13E+09 | SkyBridge Defendants | 22-11068-KBO | FTX Trading Ltd. | Video and Audio | |

| | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Justin | | Kane | justin.kane@stblaw.com | Simpson Thacher & Bartlett LLP | 425 Lexington Avenue | | New York | DC | 10017 | 2.12E+09 | SkyBridge Defendants | 22-11068-KBO | FTX Trading Ltd. | Video and Audio |
| Jenny | | Kasen | jkasen@kasenlawgroup.com | Kasen Law Group, P.C. | 1236 Brace Road | Suite B | Cherry Hill | NJ | 8034 | 302-652-3300 | Vitor Vieira Belarmino | 22-11068-KBO | FTX Trading Ltd. | Video and Audio |
| Landis Rath & Cobb LLP | | Landis Rath & Cobb LLP | ford@lrclaw.com | Landis Rath & Cobb LLP | 919 Market Street | Suite 1800 | Wilmington | DE | 19899 | 3.02E+09 | FTX Recovery Trust | 22-11068-KBO | FTX Trading Ltd. | Video and Audio |
| Mike | | Legge | legalteam@reorg.com | | 295 5th Ave | | New York | NY | 10016 | 3.47E+09 | | 22-11068-KBO | FTX Trading Ltd. | Audio Only |
| Peiyi | | Li | abc1550030776@gmail.com | | Wujiawei | | Foshan | | 528000 | 8.62E+12 | | 22-11068-KBO | FTX Trading Ltd. | Video and Audio |
| Alex | J | Meehan | meehana@sullcrom.com | SULLIVAN & CROMWELL LLP | 125 Broad Street | | New York | NY | 10004-2498 | 2.13E+09 | FTX Recovery Trust | 22-11068-KBO | FTX Trading Ltd. | Video and Audio |
| Theresa | | Mistretta | tmistretta@potteranderson.com | Potter Anderson & Corroon | 1313 N Market Street | 6th Floor | Wilmington | DE | 19801 | 302-984-6061 | | 22-11068-KBO | FTX Trading Ltd. | Video and Audio |
| Dennis | C | O'Donnel | dennis.odonnell@dlapiper.com | DLA Piper LLP | 1251 Avenue of the Amiercas | | New York | NY | 10020 | 2.13E+09 | xiao haidong | 22-11068-KBO | FTX Trading Ltd. | Video and Audio |
| Daniel | Michael | Pereira | dpereira@stradley.com | Stradley Ronon Stevens & Young, LLP | 1000 N. West Street | Suite 1200 | Wilmington | DE | 19801 | 302-295-3805 | Nathaniel Parke | 22-11068-KBO | FTX Trading Ltd. | Video and Audio |
| Emily | | Potter | pottere@sullcrom.com | | 125 Broad St | | New York | NY | 10004 | 212-558-3792 | | 22-11068-KBO | FTX Trading Ltd. | Video and Audio |
| Mr. | | Purple | mr.purple.dj@gmail.com | | 1060 West Addison | | Chicago | IL | 12345 | 8.01E+09 | Creditors | 22-11068-KBO | FTX Trading Ltd. | Video and Audio |
| James | R. | Risener | jrisener@potteranderson.com | Potter Anderson & Corroon LLP | 1313 N. Market Street, 6th Floor | | Wilmington | DE | 19801 | 302-984-6000 | SkyBridge Defendants | 22-11068-KBO | FTX Trading Ltd. | Video and Audio |
| Elizabeth | A. | Rogers | erogers@lrclaw.com | Landis Rath & Cobb LLP | 919 N. Market Street | Suite #1800 | Wilmington | DE | 19801 | 302-467-4435 | FTX Recovery Trust | 22-11068-KBO | FTX Trading Ltd. | Video and Audio |
| Melissa | L | Romano | mromano@potteranderson.com | | 1313 N. Market Street | 6th Floor | Wilmington | DE | 19801 | 302-984-6000 | | 22-11068-KBO | FTX Trading Ltd. | Video and Audio |
| Jeremy | W. | Ryan | jryan@potteranderson.com | Potter Anderson & Corroon | 1313 N. Market Street, 6th Floor | | Wilmington | DE | 19801 | 302-984-6108 | SkyBridge Defendants | 22-11068-KBO | FTX Trading Ltd. | Video and Audio |
| Brendan | Joseph | Schlauch | schlauch@rlf.com | Richards, Layton & Finger, P.A. | One Rodney Square | 920 North King Street | Wilmington | DE | 19801 | 302-651-7700 x7749 | Foreign Representatives of FTX Digital Markets Ltd | 22-11068-KBO | FTX Trading Ltd. | Video and Audio |
| Nicholas | | Shook | nick@neonlaw.com | Neon Law | 5150 Mae Anne Ave Ste 405-9002 | | Reno | NV | 89523 | 510-800-2080 | Jack Zhuang, Claim No. 70813 | 22-11068-KBO | FTX Trading Ltd. | Video and Audio |

| | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Alexander | R. | Steiger | steiger@rlf.com | Richards, Layton & Finger, P.A. | One Rodney Square | 920 North King Street | Wilmington | DE | 19801 | 302-651-7700 | Foreign Representatives of FTX Digital Markets Ltd | 22-11068-KBO | FTX Trading Ltd. | Video and Audio |
| Vince | | Sullivan | vince.sullivan@law360.com | Law360 | 111 W. 19th Street | | New York | NY | 10011 | 3.02E+09 | | 22-11068-KBO | FTX Trading Ltd. | Audio Only |
| Cathy | | Ta | legalteam@octus.com | Octus | 295 5th Avenue | | New York | NY | 10016 | 646-780-0302 | | 22-11068-KBO | FTX Trading Ltd. | Audio Only |
| Kate | | Thomas | legalteam@reorg.com | | 295 5th Ave | | New York | NY | 10016 | 3.47E+09 | | 22-11068-KBO | FTX Trading Ltd. | Audio Only |
| Kana | | Turley | turleyk@sullcrom.com | | 125 Broad St | | New York | NY | 10004 | 212-558-3615 | | 22-11068-KBO | FTX Trading Ltd. | Video and Audio |
| Soumya | Parvathi | Venkateswaran | venkateswaran@lrclaw.com | Landis Rath & Cobb LLP | 919 North Market Street | Suite 1800 | Wilmington | DE | 19801 | 302-467-4445 | FTX Recovery Trust | 22-11068-KBO | FTX Trading Ltd. | Video and Audio |
| Xiaodong | | Wang | go4ld4@gmail.com | | Yard 6, Jiuxianqiao Road, Chaoyang Dist | | Beijing | OU | 100000 | +86 13146194244 | | 22-11068-KBO | FTX Trading Ltd. | Video and Audio |
| Jonathan | | Youngwood | jyoungwood@stblaw.com | Simpson Thacher & Bartlett LLP | 425 Lexington Avenue | | New York | DC | 10017 | 2.12E+09 | SkyBridge Defendants | 22-11068-KBO | FTX Trading Ltd. | Video and Audio |
| xuzhou | | yin | williamyinxuzhou@gmail.com | | New Building 14, Beijing CBD | New Building 14, Beijing CBD | beijing | OU | 100020 | 1.31E+10 | | 22-11068-KBO | FTX Trading Ltd. | Video and Audio |