**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| FTX TRADING LTD., *et al.*,[1] | Case No. 22-11068 (KBO) |
| Debtors. | (Jointly Administered) |
| | **Ref. Nos. 34476, 35717, 36049, 36300 & 37023** |

**ORDER APPROVING STIPULATION**

Upon the Certification of Counsel and the *Stipulation Governing FTX Recovery Trust's Objection to Proofs of Claim Filed by Seth Melamed* (the "Stipulation") entered into between the FTX Recovery Trust and Seth Melamed, a copy of which is attached hereto as **Exhibit 1**; and the Court having jurisdiction to consider approval of the Stipulation; and it appearing that sufficient notice of the Stipulation has been given; and after due deliberation; and good sufficient cause appearing therefor;

**IT IS HEREBY ORDERED THAT:**

1. The Stipulation is hereby **APPROVED**.

2. The terms and provisions of the Stipulation shall immediately be effective and enforceable upon entry of this Order.

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification number are 3288 and 4063 respectively. Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX.

3. This Court shall retain jurisdiction with respect to all matters arising from or related to the implementation or interpretation of this Order.

**Dated: November 19th, 2026**
**Wilmington, Delaware**

**KAREN B. OWENS**
**CHIEF JUDGE**