**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>FTX Trading Ltd., et al.,<br><br>Debtors. | Chapter 11<br><br>Case No. 22-11068 (KBO)<br><br>(Jointly Administered) |

**NOTICE OF WITHDRAWAL OF APPEARANCE**

PLEASE TAKE NOTICE that Kasen Law Group, P.C. hereby withdraws its appearance as counsel for creditor Vitor Vieira Belarmino ("Creditor"), in these jointly administered chapter 11 cases, and requests that Kasen Law Group, P.C. be removed from any applicable service lists herein on behalf of Creditor, including the Court's CM/ECF electronic notification list.

Creditor has no controversy currently pending before the Court, and the undersigned certifies that Creditor consents to this withdrawal of appearance.

PLEASE TAKE FURTHER NOTICE that all future notices, papers, and pleadings related to Creditor should be sent to Creditor, as follows:

Vitor Vieira Belarmino
Av. Abelardo Bueno 2510, Bloco 3, Apto. 1210
Barra da Tijuca, Rio de Janeiro
Brazil
E-Mail: vitorvieiramkt@gmail.com

Dated: November 23, 2026

KASEN LAW GROUP, P.C.

*/s/ Jenny R. Kasen*
Jenny R. Kasen, Esquire (DE Bar No. 5849)
1213 N. King Street, Suite 2
Wilmington, DE 19801
Telephone: (302) 652-3300
E-Mail: jkasen@kasenlawgroup.com

*Withdrawing Counsel to Creditor*