**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re | Chapter 11 |
| FTX TRADING LTD., *et al.*,[1] | Case No. 22-11068 (KBO) |
| Debtors. | (Jointly Administered) |
| | **Obj. Deadline: December 14, 2026 at 4:00 p.m. ET**<br>**Hearing Date: December 17, 2026 at 1:00 p.m. ET** |

# FINAL FEE APPLICATION OF THE FEE EXAMINER AND GODFREY & KAHN, S.C., COUNSEL TO THE FEE EXAMINER, FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD FROM FEBRUARY 17, 2023, THROUGH AUGUST 21, 2026

## SUMMARY (LOCAL FORM 101)[2]

| | |
|---|---|
| Name of applicant: | Katherine Stadler, Fee Examiner, and Godfrey & Kahn, S.C., Counsel to the Fee Examiner (“the **Applicants**”) |
| Authorized to provide professional services to: | Fee Examiner |
| Petition Dates: | November 11 and November 14, 2022 |
| Fee Examiner’s Appointment Date: | March 8, 2023 |
| Godfrey & Kahn Retention Date: | April 12, 2023, retroactive to February 17, 2023 |
| Final Period for which compensation and reimbursement is sought: | February 17, 2023 – August 21, 2026 (the “**Final Compensation Period**”) |
| Amount of Final Compensation sought as actual, reasonable, and necessary: | $4,726,374.75 |

[1] The last four digits of FTX Trading Ltd.’s and Alameda Research LLC’s tax identification number are 3288 and 4063 respectively. Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification number is not provided herein. A complete list of such information may be obtained on the website of the Debtors’ claims and noticing agent at https://cases.ra.kroll.com/FTX. The principal place of business of Debtor Emergent Fidelity Technologies Ltd is Unit 3B, Bryson’s Commercial Complex, Friars Hill Road, St. John’s, Antigua and Barbuda.

[2] This summary page combines the requirements of the Interim Compensation Order, Local Rule 2016-2(c)(i) (Local Form 101), and ¶ C.2.1 and Exhibit E to the Appendix B Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed Under United States Code by Attorneys in Large Chapter 11 Cases (the “**U.S. Trustee Guidelines**”).

| | |
|---|---|
| Amount of Final Expense Reimbursement sought as actual, reasonable, and necessary: | $49,388.83 |
| Total compensation approved by interim order to date: | $4,710,497.25 |
| Total expenses approved by interim order to date: | $49,388.83 |
| Total allowed compensation paid to date: | $4,697,733.25 |
| Total allowed expenses paid to date: | $49,288.83 |
| Blended rate in this application for all attorneys, including the Fee Examiner: | $592.42 |
| Blended rate in this application for all timekeepers: | $606.68 |

This is a *final* application

Prior Interim Fee Applications:

*First Consolidated Monthly and First Interim Application of the Fee Examiner and Godfrey & Kahn, S.C., Counsel to the Fee Examiner, for Allowance of Compensation for Services Rendered and Reimbursement of Expenses for the Period from February 17, 2023 Through April 30, 2023* [D.I. 2518] Approved by order entered on December 12, 2023 [D.I. 4622]

*Second Consolidated Monthly and Second Interim Application of the Fee Examiner and Godfrey & Kahn, S.C., Counsel to the Fee Examiner, for Allowance of Compensation for Services Rendered and Reimbursement of Expenses for the Period from May 1, 2023 Through July 31, 2023* [D.I. 2521]
Approved by order entered on December 12, 2023 [D.I. 4622]

*Third Interim Application of the Fee Examiner and Godfrey & Kahn, S.C., Counsel to the Fee Examiner, for Allowance of Compensation for Services Rendered and Reimbursement of Expenses for the Period from August 1, 2023 Through October 31, 2023* [D.I. 4718]
Approved by order entered on March 19, 2024 [D.I. 9706]

*Fourth Consolidated Monthly and Fourth Interim Application of the Fee Examiner and Godfrey & Kahn, S.C., Counsel to the Fee Examiner, for Allowance of Compensation for Services Rendered and Reimbursement of Expenses for the Period from November 1, 2023 Through January 31, 2024* [D.I. 9427] Approved by order entered on June 17, 2024 [D.I. 17787]

*Fifth Consolidated Monthly and Fifth Interim Application of the Fee Examiner and Godfrey & Kahn, S.C., Counsel to the Fee Examiner, for Allowance of Compensation for Services Rendered and Reimbursement of Expenses for the Period from February 1, 2024 Through April 30, 2024* [D.I. 21159] Approved by order entered on September 11, 2024 [D.I. 24510]

*Sixth Consolidated Monthly and Sixth Interim Application of the Fee Examiner and Godfrey & Kahn, S.C., Counsel to the Fee Examiner, for Allowance of Compensation for Services Rendered and Reimbursement of Expenses for the Period from May 1, 2024 Through July 31, 2024* [D.I. 24882] Approved by order entered on December 12, 2024 [D.I. 28742]

*Seventh Interim Application of the Fee Examiner and Godfrey & Kahn, S.C., Counsel to the Fee Examiner, for Allowance of Compensation for Services Rendered and Reimbursement of Expenses for the Period from August 1, 2024 Through October 31, 2024* [D.I. 29191] Approved by order entered on March 13, 2025 [D.I. 29916]

*Eighth Consolidated Monthly and Eighth Interim Application of the Fee Examiner and Godfrey & Kahn, S.C., Counsel to the Fee Examiner, for Allowance of Compensation for Services Rendered and Reimbursement of Expenses for the Period from November 1, 2024 Through January 31, 2025* [D.I. 31140] Approved by order entered on August 11, 2025 [D.I. 32288]

*Ninth Consolidated Monthly and Ninth Interim Application of the Fee Examiner and Godfrey & Kahn, S.C., Counsel to the Fee Examiner, for Allowance of Compensation for Services Rendered and Reimbursement of Expenses for the Period from February 1, 2025 Through April 30, 2025* [D.I. 31141] Approved by order entered on August 11, 2025 [D.I. 32288]

*Tenth Consolidated Monthly and Tenth Interim Application of the Fee Examiner and Godfrey & Kahn, S.C., Counsel to the Fee Examiner, for Allowance of Compensation for Services Rendered and Reimbursement of Expenses for the Period from May 1, 2025 Through October 31, 2025* [D.I. 33738] Approved by order entered on December 15, 2025 [D.I. 34115]

*Eleventh Consolidated Monthly and Eleventh Interim Application of the Fee Examiner and Godfrey & Kahn, S.C., Counsel to the Fee Examiner, for Allowance of Compensation for Services Rendered and Reimbursement of Expenses for the Period from November 1, 2025 Through August 21, 2026* [D.I. 36792] (the "**Eleventh Application**")

| | |
|---|---|
| Prior Interim or Monthly Fee Payments to Date: | $4,646,677.25 |
| Compensation sought in this application already paid pursuant to the Interim Compensation Order but not yet allowed: | $0.00 |
| Expenses sought in this application already paid pursuant to the Interim Compensation Order but not yet approved as interim expense reimbursement: | $0.00 |
| Number of professionals included in this application: | 15 |
| If applicable, number of professionals in this application not included in staffing plan approved by client: | 0 |
| If applicable, difference between fees budgeted and compensation sought for the Final Compensation Period: | $868,837.75 less than $5,595,212.50 budgeted |
| Are any rates higher than those approved or disclosed at retention: | Yes |
| Number of professionals billing fewer than 15 hours to the case during the Final Compensation Period: | 3 |

*This Application includes 23.7 hours and $15,877.50 in fees incurred after the Final Compensation Period in connection with the preparation of both the Eleventh and Final applications on behalf of the Applicants. These fees are incorporated into the attached summary exhibits and included in the total compensation sought in this final application.*

## SUMMARY OF PRIOR APPLICATIONS

| Date Filed (Period Covered) | Order Entered | Requested | | Allowed | | Paid | | Approved Remaining Unpaid | |
|---|---|---|---|---|---|---|---|---|---|
| | | Fees | Expenses | Fees | Expenses | Fees | Expenses | Fees | Exp. |
| 9/15/23 **[D.I. 2518]** (2/17/23 – 4/30/23) | 12/12/23 [D.I. 4622] | $455,708.00 | $5,842.90 | $455,708.00 | $5,842.90 | $455,708.00 | $5,842.90 | $0.00 | $0.00 |
| 9/15/23 **[D.I. 2521]** (5/1/23 – 7/31/23) | 12/12/23 [D.I. 4622] | $622,486.75 | $7,460.21 | $622,486.75 | $7,460.21 | $622,486.75 | $7,460.21 | $0.00 | $0.00 |
| 12/15/23 **[D.I. 4718]**[3] (8/1/23 – 10/31/23) | 3/19/24 [D.I. 9706] | $600,731.25 | $9,742.35 | $600,731.25 | $9,742.35 | $600,731.25 | $9,742.35 | $0.00 | $0.00 |
| 3/15/24 **[D.I. 9427]** (11/1/23 – 1/31/24) | 6/17/24 [D.I. 17787] | $546,066.50 | $5,874.75 | $546,066.50 | $5,874.75 | $546,066.50 | $5,874.75 | $0.00 | $0.00 |
| 7/23/24 **[D.I. 21159]** (2/1/24 – 4/30/24) | 9/11/24 [D.I. 24510] | $607,366.50 | $3,195.31 | $607,366.50 | $3,195.31 | $607,366.50 | $3,195.31 | $0.00 | $0.00 |
| 9/16/24 **[D.I. 24882]** (5/1/24 – 7/31/24) | 12/12/24 [D.I. 28742] | $462,092.00 | $0.00 | $462,092.00 | $0.00 | $462,092.00 | $0.00 | $0.00 | $0.00 |
| 01/10/25 **[D.I. 29191]**[4] (8/1/24 – 10/31/24) | 3/13/25 [D.I. 29916] | $458,994.50 | $6,937.85 | $458,994.50 | $6,937.85 | $458,994.50 | $6,937.85 | $0.00 | $0.00 |
| 07/02/25 **[D.I. 31140]** (11/1/24 – 1/31/25) | 8/11/25 [D.I. 32288] | $405,220.50 | $5,610.52 | $405,220.50 | $5,610.52 | $405,220.50 | $5,610.52 | $0.00 | $0.00 |
| 07/02/25 **[D.I. 31141]** (2/1/25 – 4/30/25) | 8/11/25 [D.I. 32288] | $212,728.25 | $3,429.89 | $212,728.25 | $3,429.89 | $212,728.25 | $3,429.89 | $0.00 | $0.00 |
| 11/20/25 **[D.I. 33738]** (5/1/25 – 10/31/25) | 12/15/25 [D.I. 34115] | $275,283.00 | $1,195.05 | $275,283.00 | $1,195.05 | $275,283.00 | $1,195.05 | $0.00 | $0.00 |
| 10/27/26 **[D.I. 36792]** (11/1/25 – 8/21/26) | 11/20/26 [D.I. 37034] | $63,820.00 | $100.00 | $63,820.00 | $100.00 | $0.00 | $00.00 | $63,820.00 | $100.00 |
| | **Totals:** | **$4,710,497.25** | **$49,388.83** | **$4,710,497.25** | **$49,388.83** | **$4,646,677.25** | **$49,288.83** | **$63,820.00** | **$100.00** |

[3] The fee and expense amounts requested in the third interim application [D.I. 4718] match those requested in the *Third Consolidated Monthly Statement of The Fee Examiner and Godfrey & Kahn, S.C., Counsel to the Fee Examiner for Compensation for Services Rendered and Reimbursement of Expenses for the Period from August 1, 2023 Through October 31, 2023* [D.I. 4162].

[4] The fee and expense amounts requested in the seventh interim application [D.I. 29191] match those requested in the Seventh Consolidated Monthly Statement of The Fee Examiner and Godfrey & Kahn, S.C., Counsel to the Fee Examiner for Compensation for Services Rendered and Reimbursement of Expenses for the Period from August 1, 2024 Through October 31, 2024 [D.I. 28297].

**SUMMARY OF FINAL COMPENSATION BY PROFESSIONAL**

| Name of Godfrey & Kahn Professional | Practice Group, Year of Obtaining License to Practice | | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|---|
| **Shareholders** | | | | | |
| Katherine Stadler | Litigation/Bankruptcy | 1997 WI 2012 NY | $695 | 346.6 | $240,817.50 |
| | | | $780 | 213.0 | $166,140.00 |
| | | | $840 | 76.8 | $64,512.00 |
| Mark Hancock | Litigation | 2007 IL 2015 WI | $640 | 569.5 | $364,416.00 |
| | | | $695 | 388.1 | $269,729.50 |
| | | | $745 | 148.4 | $110,558.00 |
| **Special Counsel** | | | | | |
| Carla Andres | Bankruptcy | 1989 OH 1993 WI | $680 | 185.7 | $126,276.00 |
| | | | $735 | 201.1 | $147,808.50 |
| Leah Viola | Fee Review | 2011 WI | $550 | 412.2 | $226,710.00 |
| | | | $610 | 585.8 | $357,338.00 |
| | | | $665 | 430.3 | $286,149.50 |
| **Associates** | | | | | |
| Crystal Abbey | Bankruptcy | 2017 WI 2017 DC | $535 | 456.1 | $244,013.50 |
| | | | $595 | 379.5 | $225,802.50 |
| | | | $635 | 86.1 | $54,673.50 |
| Julia Karajeh | Corporate | 2022 WI | $425 | 337.5 | $143,437.50 |
| | | | $490 | 323.4 | $158,466.00 |
| | | | $550 | 35.5 | $19,525.00 |
| Ryan Larson | Bankruptcy | 2021 WI | $425 | 279.2 | $118,660.00 |
| | | | $490 | 273.7 | $134,113.00 |
| | | | $550 | 48.5 | $26,675.00 |
| Debbie Machalow | Litigation | 2016 NY 2019 WI | $535 | 66.5 | $35,577.50 |
| Aashay Patel | Corporate | 2022 WI | $425 | 199.2 | $84,660.00 |
| **Other Timekeepers** | | | | | |
| Andy Dalton | Data Analyst | 1996 GA 2003 IL | $695 | 407.0 | $282,865.00 |
| | | | $780 | 672.6 | $524,628.00 |
| | | | $840 | 177.8 | $149,352.00 |
| Adam Cares | E-Discovery Manager | | $355 | 2.9 | $1,029.50 |
| Kathleen Boucher | Bankruptcy Paralegal | | $375 | 121.2 | $45,450.00 |
| | | | $395 | 131.6 | $51,982.00 |
| | | | $400 | 64.3 | $25,720.00 |
| Jamie Kroening | Research Assistant | | $285 | 3.7 | $1,054.50 |
| Erin Lewerenz | Bankruptcy Paralegal | | $325 | 10.0 | $3,250.00 |
| Angela Peterson | Litigation Paralegal | | $375 | 51.1 | $19,162.50 |
| | | | $395 | 47.8 | $18,881.00 |
| | | | $400 | 57.9 | $23,160.00 |
| | | | Totals | 7,790.6 | $4,752,593.00 |

| Name of Godfrey & Kahn Professional | Practice Group, Year of Obtaining License to Practice | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| | | Less 50% for non-working travel | | -$26,218.25 |
| | | **Total Requested Fees** | | **$4,726,374.75** |

**SUMMARY OF FINAL COMPENSATION BY PROJECT CATEGORY**

| Matter Number | Project Category | Total Hours Billed | Fees Billed |
|---|---|---|---|
| 0002 | Retention applications and disclosures | 32.3 | $19,861.50 |
| 0003 | Godfrey & Kahn Fee Applications | 213.7 | $138,565.00 |
| 0004 | Communications with the Fee Examiner | 74.3 | $51,639.50 |
| 0005 | Communications with U.S. Trustee | 24.2 | $16,759.00 |
| 0006 | Communications with retained professionals | 27.2 | $17,938.50 |
| 0007 | Developing fee protocol and standards | 10.1 | $6,500.50 |
| 0009 | Team meetings | 85.3 | $47,733.00 |
| 0010 | Database maintenance | 118.3 | $88,579.50 |
| 0011 | Docket monitoring | 165.8 | $64,508.00 |
| 0013 | Reviewing filed documents and factual research | 103.2 | $66,086.50 |
| 0014 | Prepare for and attend hearings | 64.0 | $46,569.00 |
| 0015 | Drafting documents to be filed with court | 290.2 | $188,353.00 |
| 0017 | Non-working travel including delays | 76.4 | $26,218.25 |
| 0018 | Fee Examiner Appointment and Disclosures | 72.3 | $47,898.00 |
| 006A | Alvarez & Marsal | 841.4 | $453,149.00 |
| 006B | AlixPartners | 401.7 | $228,286.00 |
| 006C | Ernst & Young | 726.2 | $462,059.50 |
| 006D | FTI | 521.3 | $317,393.00 |
| 006E | Jefferies LLC | 24.0 | $16,696.00 |
| 006F | Kroll | 53.7 | $37,240.00 |
| 006G | Landis Rath | 448.4 | $245,823.00 |
| 006I | Paul Hastings | 1,065.0 | $665,049.00 |
| 006J | Perella Weinberg | 61.4 | $41,782.50 |
| 006K | Quinn Emanuel | 666.3 | $365,649.00 |
| 006M | Sullivan & Cromwell | 776.7 | $522,006.50 |
| 006N | Young Conaway | 377.2 | $231,244.00 |
| 006O | Morgan Lewis Bockius | 2.3 | $1,560.00 |
| 006P | OCUC Members | 3.0 | $2,009.00 |
| 006Q | Eversheds Sutherland (US) LLP | 244.8 | $159,306.50 |
| 006R | Morris Nichols Arsht Tunnell LLP | 140.8 | $92,924.00 |
| 006S | Ashby Geddes | 11.6 | $8,525.00 |
| 006T | Patterson, Belknap | 40.8 | $30,303.00 |
| 006U | Rothschild & Co US | 26.7 | $18,160.50 |
| | **Total** | **7,790.6** | **$4,726,374.75** |

## SUMMARY OF ACTUAL AND NECESSARY FINAL EXPENSES

| Expense Category | Amount |
|---|---|
| Airfare | $9,290.52 |
| Courier | $138.30 |
| Database Vendor | $7,965.18 |
| Lodging | $4,075.00 |
| Meals | $920.72 |
| PACER | $106.20 |
| Parking | $100.00 |
| Photocopies | $21.80 |
| Postage | $114.66 |
| Pro Hac Vice Fee | $300.00 |
| Process Server | $23,465.53 |
| Taxi/Uber | $1,469.48 |
| Train Fare | $343.00 |
| Transcripts | $94.80 |
| Westlaw | $983.64 |
| **Total** | **$49,388.83** |

## CUSTOMARY AND COMPARABLE COMPENSATION DISCLOSURES FOR THE FINAL COMPENSATION PERIOD

| | Blended Hourly Rate | |
|---|---|---|
| **Category of Timekeeper** | **Billed for 2023, Excluding Bankruptcy** | **Billed February 17, 2023 through November 20, 2026** |
| Shareholder | $601.82 | $697.99 |
| Special Counsel | $562.83 | $630.42 |
| Analyst | n/a[5] | $760.97 |
| Associate | $435.55 | $501.21 |
| Paralegal | $288.65 | $387.69 |
| **All Timekeepers Aggregated** | **$566.06** | **$610.04** |

[5] The role of Data Analyst was unique to fee review.

## ATTACHMENTS TO FEE APPLICATION[6]

### EXHIBIT A: LIST OF PROFESSIONALS

Attached to this Application as **Exhibit A**, in compliance with Local Rule 2016-2(c)(ii) and ¶ C.2.k of the U.S. Trustee Guidelines, is a chart identifying each of the Godfrey & Kahn professionals who provided services, their practice areas and years of experience, their hourly billing rate, total billed hours, total compensation sought, and rate increases imposed during the Final Compensation Period.

### EXHIBIT B: COMPENSATION BY PROJECT CATEGORY

Attached to this Application as **Exhibit B**, in compliance with Local Rule 2016-2(c)(ii) and ¶ C.8.a and b of the U.S. Trustee Guidelines, is a summary of compensation requested by project category.

### EXHIBIT C: LIST OF PROFESSIONALS BY MATTER

Attached to this Application as **Exhibit D**, in compliance with ¶ C.8.c of the U.S. Trustee Guidelines, is a chart identifying each Godfrey & Kahn professional who provided services, organized by project category.

### EXHIBIT D: DETAILED TIME RECORDS

Attached to this Application as **Exhibit D**, in compliance with Local Rule 2016-2(d) and ¶ C.9 of the U.S. Trustee Guidelines, are detailed records of the services provided by Godfrey & Kahn, organized by project category.

### EXHIBIT E: "CUSTOMARY AND COMPARABLE" DISCLOSURES

The "Customary and Comparable Compensation Disclosures with Fee Applications," as required by ¶ C.3 of the U.S. Trustee Guidelines, are attached to this Application as **Exhibit E**.

[6] **Exhibits A-F** to the Final Application reflect fees not previously requested in the Applicants' interim fee applications, incurred after the Final Compensation Period in connection with the preparation of both the Eleventh and Final applications on behalf of the Applicants.

## EXHIBIT F: BUDGET & STAFFING PLAN

The budget and staffing plan, as required by ¶ E of the U.S. Trustee Guidelines, is attached to this Application as **Exhibit F**.

## FEE APPLICATION

The Fee Examiner, Katherine Stadler ("**Fee Examiner**"), and Godfrey & Kahn, S.C. ("**Godfrey & Kahn**"), counsel to the Fee Examiner appointed in these cases (together, the "**Applicants**") submit this *Final Fee Application of the Fee Examiner and Godfrey & Kahn., S.C., Counsel to the Fee Examiner, for Allowance of Compensation for Services Rendered and Reimbursement of Expenses for the Period from February 17, 2023, Through August 21, 2026* (the "**Fee Application**" or "**Application**") under 11 U.S.C. §§ 330 and 331, Fed. R. Bankr. P. 2016, Local Rule 2016-2, and the U.S. Trustee Guidelines. Pursuant to the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals* [D.I. 435] (the "**Interim Compensation Order**"), this Application requests final allowance of compensation for professional services and reimbursement of actual and necessary expenses incurred from February 17, 2023 through August 21, 2026 (the "**Final Compensation Period**") and final allowance of compensation for professional services incurred after the Final Compensation Period in connection with the preparation of both the Eleventh and Final applications on behalf of the Applicants.

The Applicants request final Court approval of a total of $4,726,374.75 in fees and $49,388.83 in expenses. This total would, if expressed in terms of an hourly rate, reflect a blended hourly rate of $592.42 for attorneys (including the Fee Examiner) and $606.68 for all timekeepers. The Fee Examiner Order provided for the hourly rate of the Fee Examiner, as set forth in the *Disinterestedness Declaration of Katherine Stadler in Conjunction with her Appointment as Fee Examiner* [D.I. 829]. The *Order Authorizing the Employment and Retention of Godfrey & Kahn, S.C. as Counsel to the Fee Examiner* [D.I. 1268] (the "**Godfrey & Kahn Retention Order**"), incorporating the engagement letter attached as Appendix C to the *Declaration of Mark W. Hancock in Conjunction with Godfrey & Kahn, S.C.'s Application for Appointment as Counsel to the Fee Examiner* [D.I. 1121], set forth the hourly rate schedule to be

applied by Godfrey & Kahn for its representation of the Fee Examiner. Those disclosed rates—increased without objection effective January 1, 2024, as set forth in the *Notice of Annual Rate Increase of the Fee Examiner and Godfrey & Kahn, S.C. as Counsel to the Fee Examiner* [D.I. 4936] and increased, again without objection, effective January 1, 2025, as set forth in the *Notice of Annual Rate Increase of the Fee Examiner and Godfrey & Kahn, S.C. as Counsel to the Fee Examiner* [D.I. 28701]—are consistent with the rates disclosed in this Application.[7]

**BACKGROUND**

1. On November 11 and November 14, 2023, each of the Debtors filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code. The Debtors have continued to operate their businesses and manage their affairs as debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.

2. On January 9, 2023, this Court entered the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals* [D.I. 435] (the "**Interim Compensation Order**").

3. The Court entered the *Order (I) Appointing Fee Examiner and (II) Establishing Procedures for Consideration of Requested Fee Compensation and Reimbursement of Expenses* [D.I. 834] (the "**Fee Examiner Order**") on March 8, 2023, appointing Katherine Stadler to execute the duties set forth in the Fee Examiner Order. Her duties include, among other things, reviewing, monitoring, and reporting on the fees and expenses incurred by Retained

[7] *See* pp.7-8 and **Exhibit A**.

Professionals.[8] The Fee Examiner Order also authorized the Fee Examiner—with Court approval—to employ counsel to assist her in the course of her work.

4. On April 12, 2023, the Court entered the Godfrey & Kahn Retention Order—effective as of February 17, 2023—to assist the Fee Examiner in fulfilling duties set forth in the Fee Examiner Order, including appearing for her and with her in proceedings before this Court.

5. On October 8, 2024, the Court entered the *Findings of Fact, Conclusions of Law and Order Confirming the Second Amended Joint Chapter 11 Plan of Reorganization of FTX Trading Ltd. and its Debtor Affiliates* [D.I. 26404] (the "**Confirmation Order**") confirming the *Second Amended Joint Chapter 11 Plan of Reorganization of FTX Trading Ltd. and its Debtor Affiliates* [D.I. 26029] (the "**Plan**").

6. On December 17, 2024, the Court entered the *Supplemental Order Expanding the Scope of the Fee Examiner's Duties with Respect to Certain Professionals* [D.I. 28868] (the "**Supplemental Fee Examiner Order**")—modifying the Fee Examiner's duties set forth in the Fee Examiner Order to include reviewing the final reimbursement requests of three investment bankers.

7. On January 3, 2025, the Effective Date of the Plan occurred. *See* D.I. 29127.

8. On or around January 10, 2025, most professionals filed their final applications subject to Fee Examiner review. The Fee Examiner reviewed, reported on, and consensually resolved them, recommending approval of the vast majority in the *Fee Examiner's Summary Report on Final Fee Applications* [D.I. 30064], filed on April 3, 2025 (the "**April 2025 Report**"). The Court entered orders approving and resolving those applications consistent with

[8] Capitalized terms used but not otherwise defined herein shall have the meaning ascribed to such terms in the Fee Examiner Order and, as applicable, the other pleadings referenced herein

the Fee Examiner's recommendations on April 15 and April 17, 2025. *See* D.I. 30149 and D.I. 30163.

9. Pursuant to the Supplemental Fee Examiner Order, the Fee Examiner also reviewed, reported on, consensually resolved, and recommended approval of the final reimbursement requests of three investment bankers.[9] The Court entered orders approving and resolving those applications on April 15, 2025, and September 4, 2025. *See* D.I. 30149 and D.I. 32637.

10. On August 6, 2026, Godfrey & Kahn filed the *Fee Examiner's Summary Report on Interim and Final Fee Applications* [D.I. 36084], outlining observations about one Retained Professional's Third through Eighth Fee Period and Final Applications. On August 21, 2026, the Court entered the order approving and resolving those applications—the last remaining applications filed pursuant to sections 330 and 331 of the Bankruptcy Code by professionals subject to review by the Fee Examiner. *See* D.I. 36172.

11. Pursuant to the Plan, Section 13.10, upon resolution of all applications filed pursuant to sections 330 and 331 of the Bankruptcy Code by professionals subject to review by the Fee Examiner, the Fee Examiner's appointment shall terminate, and the Fee Examiner shall be released and discharged from all rights and duties arising from, or related to, the Chapter 11 Cases. Accordingly, upon entry of the Court's order resolving all such applications remaining on August 21, 2026, the Fee Examiner's appointment terminated.

12. By this Application, the Applicants now request final allowance of $4,726,374.75 in compensation for professional services and $49,388.83 for reimbursement of actual and

[9] *See* April 2025 Report and *Fee Examiner's Summary Report on Interim and Final Fee Applications* [D.I. 30870], filed June 17, 2025.

necessary expenses incurred over the course of these Chapter 11 cases, and payment as an administrative expense under section 503(b)(2) of the Bankruptcy Code.

**THE APPLICANTS**

13. Godfrey & Kahn, S.C. is an 180-lawyer Wisconsin-based law firm. The work on this case has been primarily performed by the Fee Examiner, Mark Hancock, Andy Dalton, Carla Andres, Leah Viola, Crystal Abbey, Ryan Larson, Julia Karajeh, Kathleen Boucher, and Angela Peterson.

14. The professional background and qualifications of the Fee Examiner and her counsel were set forth in detail in the *First Consolidated Monthly and First Interim Application of the Fee Examiner and Godfrey & Kahn, S.C., Counsel to the Fee Examiner, for Allowance of Compensation for Services Rendered and Reimbursement of Expenses for the Period from February 17, 2023 Through April 30, 2023* [D.I. 2518] (the "**First Interim Application**") at ¶¶ 7-19 and are incorporated herein by reference.

**DESCRIPTION OF SERVICES PROVIDED**

15. For the Final Compensation Period, the professionals of Godfrey & Kahn rendered a total of 7,790.6 hours of professional services and with this Application request an allowance of Final Compensation of $4,726,374.75. The blended hourly rate for the hours included in this Application is equal to $606.68. Godfrey & Kahn maintains computerized time records in which timekeepers record, on a contemporaneous basis, the time for services rendered in this case.

16. Throughout the case, the fee review process followed the same procedures articulated in the Fee Examiner's First Report (D.I. 1663), incorporated by reference here. The Fee Examiner also provided general background and summarized the fee review and final reconciliation process in her April 2025 Report. *See* D.I. 30064.

17. The services for which Godfrey & Kahn requests compensation have been provided in fifteen categories, summarized here.

18. Matters 006A-006U: Retained Professionals—Application Review and Reporting: $3,899,165.50 (6,433.3 hours). Services provided in this category include review and analysis of Retained Professionals' interim and final applications and final reimbursement requests, consultation with the Fee Examiner about those analyses, drafting reports and exhibits addressing them, and negotiating consensual resolutions with Retained Professionals.

19. Matter 0002: Retention Applications and Disclosures: $19,861.50 (32.3 hours). Services provided in this category included the preparation and filing of Godfrey & Kahn's retention materials, supplemental disclosures, and rate increase notices. This matter includes time spent evaluating and reporting potential connections for purposes of Rule 2014 disclosures; it does not include any time spent conducting routine conflicts checks.

20. Matter 0003: Godfrey & Kahn Fee Applications: $138,565.00 (213.7 hours). Services provided in this category included preparation and filing of the Applicants' consolidated monthly fee statements, interim applications, and final application, including supporting exhibits.

21. Matter 0004: Contact/Communications with the Fee Examiner: $51,639.50 (74.3 hours). Services provided in this category include communications between the Fee Examiner and counsel on retention and disclosure matters, reporting protocol, procedural matters, confidential letter reports, or other topics not limited to a single Retained Professional.

22. Matter 0005: Contact/Communications with the U.S. Trustee: $16,759.00 (24.2 hours). Professionals recorded time under this matter for communicating with the U.S. Trustee on the Fee Examiner's appointment and disclosures, the Applicant's retention application and disclosures, various Retained Professionals' fee applications, and general matters related to the fee review and reporting process.

23. Matter 0006: Contact/Communications with Retained Professionals: $17,938.50 (27.2 hours). Professionals providing services in this category discussed and communicated Fee Examiner policies or standards with Retained Professionals as a group, including drafting and issuing memoranda outlining the Fee Examiner's standards, procedures, and timelines for submitting and processing fee applications. This task category also includes development of template letter reports specific to this engagement, communicating with the Debtors on fee issues related to the Kroll security breach, and communicating with MDL plaintiffs' counsel on fees related to the MDL plaintiffs' limited fee objections.

24. Matter 0007: Developing Fee Protocol and Standards: $6,500.50 (10.1 hours). Services provided in this category include discussion and development of policies and timelines to help guide the fee review process, culminating in issuance of the memoranda to Retained Professionals referenced in Matter 0006.

25. Matter 0009: Team Meetings: $47,733.00 (85.3 hours). This task category includes communications between and among the Applicant's review team members, discussing issues arising in the fee review process not limited to a single Retained Professional and comparing analyses and approaches to ensure consistent treatment.

26. Matter 0010: Database Maintenance: $88,579.50 (118.3 hours). This task category encompasses Mr. Dalton's time to develop and maintain Godfrey & Kahn's fee analysis database and to develop analytical and reporting tools for use by reviewing attorneys.

27. Matter 0011: Docket Monitoring, Task Tracking, Distribution of Pertinent Filings: $64,508.00 (165.8 hours). This task category includes time spent monitoring the docket, identifying filings pertinent to the fee review process, and making those documents easily accessible to all team members. Only paralegals recorded time to this task category.

28. Matter 0013: Reviewing Filed Documents and Factual Research: $66,086.50 (103.2 hours). Professionals recorded time in this category to review substantive pleadings, transcripts, and other case materials and background information pertinent to the fee analysis process or the Fee Examiner's work.

29. Matter 0014: Prepare for and Attend Hearings: $46,569.00 (64.0 hours). Time spent preparing for and attending hearings appears in this task category. This category also includes any time spent preparing for court appearances and attending, by video, omnibus hearings and other proceedings on matters pertinent to the reasonableness of fees.

30. Matter 0015: Drafting Documents to be filed with the Court: $188,353.00 (290.2 hours). This category includes any time spent preparing and filing the Fee Examiner's summary reports with recommendations for the Retained Professionals' interim and final applications and final reimbursement requests.

31. Matter 0017: Non-Working Travel Including Delays: $26,218.25 (76.4 hours). This category includes the Applicants' time traveling to and from hearings and in-person meetings with various Retained Professionals.

32. Matter 0018: Fee Examiner Appointment and Disclosures: $47,898.00 (72.3 hours). This task category includes the Applicants' time for preparation of the Fee Examiner's declaration of disinterestedness and negotiating the terms of the Fee Examiner Order with the Debtors, the Official Committee of Unsecured Creditors, and the U.S. Trustee. This matter includes time spent evaluating and reporting potential connections for purposes of Rule 2014 disclosures; it does not include any time spent conducting routing conflicts checks.

## REQUEST FOR APPROVAL OF COMPENSATION

33. Compensation for professionals is governed by 11 U.S.C. §§ 330 and 331. The Court is authorized to grant "reasonable compensation for actual, necessary services rendered by the [professional person] and reimbursement for actual, necessary expenses."

34. The Applicants request that the Court approve this Fee Application, incorporating services and expenses incurred for the Final Compensation Period, because it has completed its assignments in a timely, efficient, and effective manner.

A. The services of the Applicants have provided direct benefit to the estate, both tangible and intangible, by saving amounts sought for professional services—whether inadvertently, improvidently, or inappropriately billed to the estates.

B. The services of the Applicants have assisted the Fee Examiner, the Court, and the U.S. Trustee in fulfilling their own responsibilities, and those same services have helped encourage the Retained Professionals to submit applications for compensation and reimbursement that meet the requirements of the Bankruptcy Code, the U.S. Trustee Guidelines and the local rules of the United States Bankruptcy Court for the District of Delaware.

C. All of the Fee Examiner's standards and guidelines applied to other Retained Professionals have also been applied to the Applicants.

35. The detailed time records accompanying each of the Applicants' interim applications, generally as **Exhibit E**, reflect the Applicants' initial voluntary reductions including matters that, in the Applicants' judgment, may not be appropriate for billing to the estate. This includes time spent staffing, planning and establishing workflow, software and systems, developing internal billing categories and protocols, and reviewing third party or other case materials for general knowledge about this case but not necessarily related to a fee analysis task.

36. The fees and expenses recorded are in accordance with Godfrey & Kahn's existing billing practices and are consistent with the fee arrangement approved in the Godfrey & Kahn Retention Order. There is no agreement or understanding between the Applicants and any

other entity, other than the shareholders of Godfrey & Kahn, for the sharing of compensation to be received for the services rendered.

37. The Applicants respectfully maintain that the services provided were actual and necessary to the administration of the fee examination process in this case.

38. In reviewing whether a compensation request should be granted, under 11 U.S.C. § 330, the Court should be guided by the following factors:

> [T]he nature, the extent, and the value of such services, taking into account all relevant factors, including—
>
> (A) the time spent on such services;
>
> (B) the rates charged for such services;
>
> (C) whether the services were necessary to the administration of, or beneficial at the time at which the service was rendered toward the completion of, a case under this title;
>
> (D) whether the services were performed within a reasonable amount of time commensurate with the complexity, importance, and nature of the problem, issue or task addressed;
>
> (E) with respect to a professional person, whether the person is board certified or otherwise has demonstrated skill and experience in the bankruptcy field; and
>
> (F) whether the compensation is reasonable based on the customary compensation charged by comparably skilled practitioners in cases other than cases under this title.

39. The requested compensation and reimbursement meet the statutory requirements for allowance. The Applicants have completed their work in a manner commensurate with the complexity, importance, and nature of the issues involved. The projects were staffed by professionals and paraprofessionals with demonstrated skill in the bankruptcy and fee review context, and all work has been assigned consistently with the need to prevent unnecessary duplication and to ensure that work is performed by the least senior person competent to handle the matter efficiently. Moreover, the requested compensation is reasonable because it is

consistent with the customary compensation charged by comparably skilled professionals in the Applicants' market and paid by the Applicants' non-bankruptcy clients.

40. Accordingly, approval of the requested compensation is warranted.

**REQUEST FOR REIMBURSEMENT OF ACTUAL AND NECESSARY EXPENSES INCURRED DURING THE FINAL COMPENSATION PERIOD**

41. The Applicants incurred total expenses from February 17, 2023, through August 21, 2026, in the amount of $49,388.83. *See* p.10. For each of the Applicants' interim applications requesting expense reimbursement, **Exhibits C** and **F** accompanying those applications contain the expense categories for which the Applicants seek reimbursement and the detailed expense records.

42. The expenses for which the Applicants seek reimbursement include only some of those routinely charged to the firm's clients. The Applicants are not making a profit on any expense incurred as a result of services provided by a third party and have made a reasonable estimate of the actual cost for expenses incurred for any services provided in-house.

43. The expenses are actual, reasonable and necessary in light of the scope of the Applicants' retention to aid in the administration of these cases.

**UST GUIDELINES QUESTIONNAIRE**

44. The following is provided in compliance with ¶ C.5 of the U.S. Trustee Guidelines:

**Question:** Did you agree to any variations from, or alternatives to, your standard or customary billing rates, fees or terms for services pertaining to this engagement that were provided during the application period? If so, please explain.

**Response:** No.

**Question:** If the fees sought in this fee application as compared to the fees budgeted for the time period covered by this fee application are higher by 10% or more, did you discuss the reasons for the variation with the client?

**Response:** Not applicable. Final Compensation sought is $868,837.75 less than fees budgeted.

**Question:** Have any of the professionals included in this fee application varied their hourly rate based on the geographic location of the bankruptcy case?

**Response:** No.

**Question:** Does the fee application include time or fees related to reviewing or revising time records or preparing, reviewing, or revising invoices? (This is limited to work involved in preparing and editing billing records that would not be compensable outside of bankruptcy and does not include reasonable fees for preparing a fee application.). If so, please quantify by hours and fees.

**Response:** No.

**Question:** Does this fee application include time or fees for reviewing time records to redact any privileged or other confidential information? If so, please quantify by hours and fees.

**Response:** No.

**Question:** If the fee application includes any rate increases since retention: (i) Did your client review and approve those rate increases in advance? (ii) Did your client agree when retaining the law firm to accept all future rate increases? If not, did you inform your client that they need not agree to modified rates or terms in order to have you continue the representation, consistent with ABA Formal Ethics Opinion 11–458?

**Response:** (i) Yes, the Fee Examiner reviewed and approved the *Notice of Annual Rate Increase of the Fee Examiner and Godfrey & Kahn, S.C. as Counsel to the Fee Examiner* [D.I. 4936] and the *Notice of Annual Rate Increase of the Fee Examiner and Godfrey & Kahn, S.C. as Counsel to the Fee Examiner* [D.I. 28701] prior to their filing. (ii) No; yes.

## NOTICE AND NO PRIOR APPLICATION

45. Notice of this Application has been provided to the Notice Parties specified in the Interim Compensation Order and to parties of interest requesting notice pursuant to Fed. R. Bankr. P. 2002. The Applicants submit that such notice is sufficient and that no other or further notice be provided.

46. No previous request for the relief sought has been made by the Applicants to this or any other court.

**CONCLUSION**

The Applicants respectfully request that the Court enter an order authorizing final allowance of compensation for professional services rendered in the amount of $4,726,374.75 in fees and $49,388.83 in actual and necessary expenses incurred for the Final Compensation Period and directing prompt payment of these amounts.

Dated: November 24, 2026

GODFREY & KAHN, S.C.

*/s/ Mark W. Hancock*
Mark W. Hancock, *Admitted Pro Hac Vice*

GODFREY & KAHN, S.C.
One East Main Street, Suite 500
Madison, WI 53703
Telephone: (608) 257-3911
Facsimile: (608) 257-0609
E-mail: mhancock@gklaw.com

*Counsel to the Fee Examiner*

**CERTIFICATION**

I have reviewed the requirements of Local Rule 2016-2 and certify to the best of my information, knowledge, and belief that this Fee Application complies with Local Rule 2016-2.

GODFREY & KAHN, S.C

*/s/ Mark W. Hancock*
Mark W. Hancock, *Admitted Pro Hac Vice*

GODFREY & KAHN, S.C.
One East Main Street, Suite 500Ce
Madison, WI 53703
Telephone: (608) 257-3911
Facsimile: (608) 257-0609
E-mails: mhancock@gklaw.com

*Counsel to the Fee Examiner*

# EXHIBIT A

# EXHIBIT A

Godfrey & Kahn, S.C.

List of Professionals

September 29, 2026 through November 20, 2026

| Name of Godfrey & Kahn Professional | Practice Group, Year of Obtaining License to Practice | | Hourly Billing Rate | Number of Rate Increases Since Case Inception | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|---|
| **Shareholders** | | | | | | |
| Mark Hancock | Litigation | 2007 IL<br>2015 WI | $745 | 2 | 1.0 | $745.00 |
| **Special Counsel** | | | | | | |
| Leah Viola | Fee Review | 2011 WI | $665 | 2 | 15.7 | $10,440.50 |
| **Other Timekeepers** | | | | | | |
| Andy Dalton | Data Analyst | 1996 GA<br>2003 IL | $840 | 2 | 4.3 | $3,612.00 |
| Kathleen Boucher | Bankruptcy Paralegal | | $400 | 2 | 2.7 | $1,080.00 |
| | | | | Total | 23.7 | $15,877.50 |
| | | | Less 50% for non-working travel | | | $0.00 |
| | | | **Fees Requested in this Application** | | | **$15,877.50** |

# EXHIBIT B

# EXHIBIT B

Godfrey & Kahn, S.C.

Compensation by Project Category

September 29, 2026 through November 20, 2026

| Matter Number | Project Category | Hours Billed | Fees Billed |
|---|---|---|---|
| 0003 | Godfrey & Kahn Fee Applications | 23.7 | $15,877.50 |
| **Totals** | | **23.7** | **$15,877.50** |

# EXHIBIT C

# EXHIBIT C

Godfrey & Kahn, S.C.

List of Professionals by Matter

September 29, 2026 through November 20, 2026

| | | Boucher, Kathleen | | Dalton, Andy | | Hancock, Mark | | Viola, Leah | | Total Hours | Total Fees |
|---|---|---|---|---|---|---|---|---|---|---|---|
| # | Matter Name | Hours | Fees | Hours | Fees | Hours | Fees | Hours | Fees | | |
| 0003 | Godfrey & Kahn Fee Applications | 2.7 | $1,080.00 | 4.3 | $3,612.00 | 1.0 | $745.00 | 15.7 | $10,440.50 | 23.7 | $15,877.50 |
| | | **2.7** | **$1,080.00** | **4.3** | **$3,612.00** | **1.0** | **$745.00** | **15.7** | **$10,440.50** | **23.7** | **$15,877.50** |

# EXHIBIT D

**EXHIBIT D**

Godfrey & Kahn, S.C.

Detailed Time Records

September 29, 2026 through November 20, 2026

| Matter Number | Matter Name | Date | Timekeeper | Rate | Hours | Fees | Description |
|---|---|---|---|---|---|---|---|
| 0003 | Godfrey & Kahn Fee Applications | 9/29/2026 | Viola, Leah | $665 | 1.0 | $665.00 | Review protocol for final fee application preparation and case-specific details. |
| 0003 | Godfrey & Kahn Fee Applications | 10/2/2026 | Hancock, Mark | $745 | 0.2 | $149.00 | Correspond with Ms. Viola regarding drafting interim and final fee applications. |
| 0003 | Godfrey & Kahn Fee Applications | 10/18/2026 | Viola, Leah | $665 | 1.8 | $1,197.00 | Draft eleventh interim application. |
| 0003 | Godfrey & Kahn Fee Applications | 10/19/2026 | Viola, Leah | $665 | 0.5 | $332.50 | Continue drafting eleventh interim application. |
| 0003 | Godfrey & Kahn Fee Applications | 10/22/2026 | Viola, Leah | $665 | 0.7 | $465.50 | Begin drafting final application. |
| 0003 | Godfrey & Kahn Fee Applications | 10/23/2026 | Viola, Leah | $665 | 2.3 | $1,529.50 | Continue drafting final application. |
| 0003 | Godfrey & Kahn Fee Applications | 10/23/2026 | Viola, Leah | $665 | 0.4 | $266.00 | Correspondence with Mr. Hancock and Mr. Dalton on substance and timeline for eleventh interim and final applications. |
| 0003 | Godfrey & Kahn Fee Applications | 10/26/2026 | Viola, Leah | $665 | 1.0 | $665.00 | Continue drafting eleventh interim application. |
| 0003 | Godfrey & Kahn Fee Applications | 10/26/2026 | Boucher, Kathleen | $400 | 0.4 | $160.00 | Review and edits to eleventh consolidate monthly and interim fee application. |
| 0003 | Godfrey & Kahn Fee Applications | 10/26/2026 | Viola, Leah | $665 | 0.1 | $66.50 | Review revisions to eleventh interim application and correspondence with Mr. Hancock and Ms. Boucher on same. |
| 0003 | Godfrey & Kahn Fee Applications | 10/26/2026 | Dalton, Andy | $840 | 4.1 | $3,444.00 | Verify G&K fee data from November 20025 through August 21, 2026 and create fee and expense exhibits supporting the eleventh and last interim fee application. |
| 0003 | Godfrey & Kahn Fee Applications | 10/26/2026 | Dalton, Andy | $840 | 0.2 | $168.00 | Review and revise G&K eleventh interim fee application. |
| 0003 | Godfrey & Kahn Fee Applications | 10/27/2026 | Viola, Leah | $665 | 0.1 | $66.50 | Review near-final eleventh interim application. |
| 0003 | Godfrey & Kahn Fee Applications | 10/27/2026 | Hancock, Mark | $745 | 0.4 | $298.00 | Review and revise draft 11th interim fee application. |
| 0003 | Godfrey & Kahn Fee Applications | 10/27/2026 | Boucher, Kathleen | $400 | 0.3 | $120.00 | Electronically file and serve eleventh consolidated monthly and eleventh interim fee application for the fee examiner and counsel. |
| 0003 | Godfrey & Kahn Fee Applications | 10/30/2026 | Viola, Leah | $665 | 0.5 | $332.50 | Continue drafting final application and correspondence with Mr. Hancock and Ms. Boucher on timeline. |
| 0003 | Godfrey & Kahn Fee Applications | 11/4/2026 | Viola, Leah | $665 | 1.4 | $931.00 | Continue drafting final fee application. |
| 0003 | Godfrey & Kahn Fee Applications | 11/12/2026 | Viola, Leah | $665 | 0.5 | $332.50 | Continue drafting final fee application. |
| 0003 | Godfrey & Kahn Fee Applications | 11/17/2026 | Boucher, Kathleen | $400 | 0.6 | $240.00 | Draft CNO and electronically file and draft COC for eleventh combined monthly and interim fee application. |
| 0003 | Godfrey & Kahn Fee Applications | 11/17/2026 | Hancock, Mark | $745 | 0.2 | $149.00 | Review and approve CNO for 11th interim fee application and correspond with Debtors' counsel regarding hearing agenda for same. |

**EXHIBIT D**

Godfrey & Kahn, S.C.

Detailed Time Records

September 29, 2026 through November 20, 2026

| Matter Number | Matter Name | Date | Timekeeper | Rate | Hours | Fees | Description |
|---|---|---|---|---|---|---|---|
| 0003 | Godfrey & Kahn Fee Applications | 11/18/2026 | Viola, Leah | $665 | 0.7 | $465.50 | Continue drafting final fee application. |
| 0003 | Godfrey & Kahn Fee Applications | 11/19/2026 | Hancock, Mark | $745 | 0.2 | $149.00 | Correspond with Mr. Hackman regarding COC for interim fee application and correspond with Mr. Rogers regarding same. |
| 0003 | Godfrey & Kahn Fee Applications | 11/19/2026 | Viola, Leah | $665 | 1.4 | $931.00 | Continue drafting final fee application. |
| 0003 | Godfrey & Kahn Fee Applications | 11/19/2026 | Boucher, Kathleen | $400 | 0.7 | $280.00 | Revisions and filing of COC for eleventh combined monthly and interim compensation request and resubmit order. |
| 0003 | Godfrey & Kahn Fee Applications | 11/20/2026 | Viola, Leah | $665 | 3.1 | $2,061.50 | Continue drafting final fee application. |
| 0003 | Godfrey & Kahn Fee Applications | 11/20/2026 | Boucher, Kathleen | $400 | 0.7 | $280.00 | Draft CNO, COC, and proposed order for fee examiner and G&K final fee application. |
| 0003 | Godfrey & Kahn Fee Applications | 11/20/2026 | Viola, Leah | $665 | 0.2 | $133.00 | Review and revise proposed order and certifications for final fee application and communications with Ms. Boucher on same. |
| | | | | | **23.7** | **$15,877.50** | **Matter and Application Totals** |

# EXHIBIT E

# EXHIBIT E

Godfrey and Kahn, S.C.

Customary and Comparable Hourly Rate Disclosure

September 29, 2026 through November 20, 2026

| | Blended Hourly Rate | |
|---|---|---|
| **Category of Timekeeper** | **Billed for 2023, Excluding Bankruptcy** | **Billed in this Fee Application** |
| Shareholder | $601.82 | $745.00 |
| Special Counsel | $562.83 | $665.00 |
| Analyst | n/a[1] | $840.00 |
| Associate | $435.55 | n/a |
| Paralegal | $288.65 | $400.00 |
| All Timekeepers Aggregated | $566.06 | $669.94 |

[1] The role of Data Analyst was unique to fee review.

# EXHIBIT F

# EXHIBIT F

Godfrey & Kahn, S.C.

Budget and Staffing Plan

September 29, 2026 through November 20, 2026

**Budget -- Post-August 21, 2026 Fees to Prepare Final Fee Application**

| Matter # | Project Cateogory | Budgeted | | Billed/Sought | |
|---|---|---|---|---|---|
| | | Hours | Fees | Hours | Fees |
| 0003 | Godfrey & Kahn Fee Applications | 30.0 | $20,250.00 | 23.7 | $15,877.50 |
| **Totals** | | **30.0** | **$20,250.00** | **23.7** | **$15,877.50** |

**Staffing Plan**

| Category of Timekeeper | Number expected ot work on the matter during the budget period | Average Hourly Rate |
|---|---|---|
| Shareholder | 2 | $793 |
| Special Counsel/Data Analyst | 2 | $753 |
| Associate | 0 | n/a |
| Paralegal | 1 | $400 |

**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>FTX TRADING LTD., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 22-11068 (KBO)<br><br>(Jointly Administered)<br><br>**Obj. Deadline: December 14, 2026 at 4:00 p.m. ET**<br>**Hearing Date: December 17, 2026 at 1:00 p.m. ET** |

**NOTICE OF FINAL FEE APPLICATION**

**PLEASE TAKE NOTICE** that Godfrey & Kahn, S.C. has filed the *Final Fee Application of the Fee Examiner and Godfrey & Kahn., S.C., Counsel to the Fee Examiner, for Allowance of Compensation for Services Rendered and Reimbursement of Expenses for the Period from February 17, 2023, Through August 21, 2026* (the "**Application**").

**PLEASE TAKE FURTHER NOTICE** that objections, if any, to the Application must be made in accordance with the *Order Establishing Procedures for Interim Compensation and Reimbursement of Professionals* [D.I. 435] and must be filed with the Clerk of the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 3rd Floor, Wilmington, Delaware 19801, and served upon and received by (i) counsel to the Debtors, (a) Sullivan & Cromwell LLP, 125 Broad Street, New York, New York 10004, Attn: Alexa J. Kranzley (kranzleya@sullcrom.com) and (b) Landis Rath & Cobb LLP, 919 Market Street, Suite 1800, Wilmington, DE 19801, Attn: Adam G. Landis (landis@lrclaw.com) and Kimberly A. Brown (brown@lrclaw.com); and (ii) the U.S. Trustee, 844 King Street, Suite 2207, Wilmington, Delaware 19801, Attn: Attn: Benjamin Hackman (benjamin.a.hackman@usdoj.gov); and (iii) Fee Examiner (FTXFeeExaminer@gklaw.com) and Attorney for Fee Examiner, Mark Hancock (mhancock@gklaw.com) by no later than **December 14, 2026 at 4:00 p.m. (ET)** (the "**Objection Deadline**").

**PLEASE TAKE FURTHER NOTICE** that a hearing on the Application will be held on **December 17, 2026 at 1:00 p.m. E.T.** before The Honorable Karen B. Owens at the Bankruptcy Court, 824 North Market Street, 6th Floor, Courtroom 3, Wilmington, Delaware 19801. Only those objections made in writing and timely filed and received in accordance with the

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification number are 3288 and 4063 respectively. Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification number is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX. The principal place of business of Debtor Emergent Fidelity Technologies Ltd is Unit 3B, Bryson's Commercial Complex, Friars Hill Road, St. John's, Antigua and Barbuda.

Administrative Order and the procedures described herein will be considered by the Bankruptcy Court at such hearing.

**PLEASE TAKE FURTHER NOTICE THAT IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE BY THE OBJECTION DEADLINE, THE RELIEF REQUESTED IN THE FINAL APPLICATION MAY BE GRANTED WITHOUT FURTHER NOTICE OR HEARING, IN ACCORDANCE WITH THE TERMS OF THE INTERIM COMPENSATION ORDER.**

Dated: November 24, 2026

*/s/ Mark W. Hancock*
Mark W. Hancock, *Admitted Pro Hac Vice*

GODFREY & KAHN, S.C.
One East Main Street, Suite 500
Madison, WI 53703
Telephone: (608) 257-3911
Facsimile: (608) 257-0609
E-mail: mhancock@gklaw.com

*Counsel to the Fee Examiner*

**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>FTX TRADING LTD., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 22-11068 (KBO)<br><br>(Jointly Administered) |

**CERTIFICATE OF SERVICE**

I, Mark W. Hancock, hereby certify that on November 24, 2026, I caused a copy of the foregoing *Final Fee Application of the Fee Examiner and Godfrey & Kahn., S.C., Counsel to the Fee Examiner, for Allowance of Compensation for Services Rendered and Reimbursement of Expenses for the Period from February 17, 2023, Through August 21, 2026* and Notice to be served upon the Notice Parties (as described in the *Order Establishing Procedures for Interim Compensation and Reimbursement of Professionals* [D.I. 435] via email and first-class postage paid and requested Kroll provide service upon the Bankruptcy Rule 2002 parties.

Dated: November 24, 2026

GODFREY & KAHN, S.C.

By: */s/ Mark W. Hancock*
Mark W. Hancock *Admitted pro hac vice*

GODFREY & KAHN, S.C.
One East Main Street, Suite 500Ce
Madison, WI 53703
Telephone: (608) 257-3911
Facsimile: (608) 257-0609
E-mail: mhancock@gklaw.com
*Counsel to the Fee Examiner*

39321038.1

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification number are 3288 and 4063 respectively. Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification number is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX. The principal place of business of Debtor Emergent Fidelity Technologies Ltd is Unit 3B, Bryson's Commercial Complex, Friars Hill Road, St. John's, Antigua and Barbuda.