Docusign Envelope ID: FCA3896E-14A1-835B-83B1-5CB906839E3B

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF DELAWARE

| In re: FTX Trading Ltd. (d/b/a "FTX") Debtors | Chapter 11<br>22-11068<br>(Jointly Administered) |
|---|---|

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2) of the Federal Rules of Bankruptcy Procedure of the transfer, other than for security, of the claim referenced in this evidence and notice

Name of Transferor:

[redacted]

Name of Transferee:

**FTX Bidco, LLC**

Name and Address where notices and payments to transferee should be sent:

Address:

FTX Bidco, LLC
Attn: Irvin Schlussel
90 Argyle Avenue
New Rochelle, NY 10804

Tel: +1 (914) 714-0531
Email: Irv@advantagecapm.com

| **Claim No./Schedule** | **Creditor Name** | **Amount** | **Debtor** |
|---|---|---|---|
| Kroll Schedule No.: 6233826 | [redacted] | Unliquidated (stated in Crypto) | FTX Trading Ltd. (d/b/a "FTX") (Case No. 22-11068) |
| Debtor Schedule F No.: 03973060 | [redacted] | As described on Schedule F | FTX Trading Ltd. (d/b/a "FTX") (Case No. 22-11068) |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

DocuSigned by:
By: Irvin Schlussel
CA1433AC23844B7...
Transferee / Transferee's Agent
Irvin Schlussel, Managing Partner – FTX Bidco, LLC

Date: November 20, 2026

Docusign Envelope ID: FCA3896E-14A1-835B-83B1-5CB906839E3B

# Schedule F

| | | | | |
|---|---|---|---|---|
| 03973060 | | BTC[.00970454], ETHW[11762.352059], TONCOIN[19244.81271102], TRX[.000869], USD[0.00], USDT[89949.48233253] | | |

Docusign Envelope ID: FCA3896E-14A1-835B-83B1-5CB906839E3B

# Identity of Transferor

Transferee has in its possession an Evidence of Transfer signed by the Transferor.

To protect the identity of the Transferor, Transferee has not disclosed the Transferor's name or address, and has not attached the signed Evidence of Transfer to this Notice of Transfer of Claim.

Upon written request, Transferee is prepared to provide a copy of the signed Evidence of Transfer to the Bankruptcy Court, the Debtors, and appropriate professionals.